

**MARR HIPP
JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

*Labor and Employment Law*

December 22, 2005

*VIA FAX AND MAIL*

Daphne E. Barbee, Esq.  
1188 Bishop Street, Suite 1909  
Honolulu, Hawaii 96813

Thomas A. Helper, Esq.  
Assistant U.S. Attorney  
300 Ala Moana Boulevard, Room 6-100  
Honolulu, Hawaii 96850

Re: **Raymond Ware vs. Sidney Hayakawa, et al.**
**U.S.D.C. Civil No. 04-00671 HG LEK**

Dear Ms. Barbee and Mr. Helper:

This letter will confirm my conversation with Ms. Barbee on Monday in which I informed her that Lockheed-Martin ("Lockheed") did not perform the recertification testing involving Mr. Ware and thus Lockheed does not have any recertification testing documents that would be relevant to this litigation.

A subcontractor was used to perform the recertification testing that would have encompassed Mr. Ware. Lockheed's records do not reflect which subcontractor actually performed the recertification testing. However, it appears that the subcontractor would have been one of two companies – Alltech International, Inc. or Homeland Security Corporation.

As Ms. Barbee and I discussed, since Lockheed does not have in its possession or control any of the documents that Plaintiff is interested in receiving, I will attach this letter as an exhibit to Lockheed's Opposition to the Motion to Compel and request that the Motion be dismissed based on this new information.

If either of you have any questions, please do not hesitate to contact me.

Very truly yours,

Steven M. Nakashima

SMN:jes

**EXHIBIT A**

1001 Bishop Street • Suite 1550 Pauahi Tower • Honolulu, Hawaii 96813  
Phone: (808) 536-4900 • Fax: (808) 536-6700 • Direct: (808) 566-5620 • E-mail: snakashima@marrhipp.com  
74708/751.002