IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CV NO. CV04-00671 HG-LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| SIDNEY HAYAKAWA, Director of ) | |
| Transportation Security ) | |
| Administration – Honolulu, KEN ) | |
| KAMAHELE, Deputy Director, ) | |
| Transportation Security ) | |
| Administration – Honolulu; ) | |
| TRANSPORTATION SECURITY ) | |
| ADMINISTRATION; THOMAS J. ) | |
| RIDGE, Secretary, Department of ) | |
| Homeland Security, DEPARTMENT ) | |
| OF HOMELAND SECURITY; ) | |
| LOCKHEED-MARTIN; JOHN DOES ) | |
| 2-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below, a copy of the foregoing

document will be duly served on the following by depositing the same in the

United States mail, first class postage prepaid, addressed as follows:

74595/751.002

DAPHNEE E. BARBEE, ESQ.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii  96813

Attorney for Plaintiff
RAYMOND WARE


EDWARD H. KUBO, JR., ESQ.
U.S. Attorney
THOMAS HELPER, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office, District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

Attorneys for Federal Defendants


DATED:  Honolulu, Hawaii, December 23, 2005.


_____
STEVEN M. NAKASHIMA

Attorney for Defendant
Lockheed-Martin Corporation