# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Sidney Hayakawa, et al. |
| ATTYS FOR PLA: | Daphnee E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper<br>Steven Nakashima |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/13/2006 | TIME: | 9:05-9:46 |

COURT ACTION:  EP: Plaintiff's Motion to Compel Discovery - Arguments heard.

Motion Granted in part and Denied in part without prejudice.  Court to produce Order.

Submitted by: Warren N. Nakamura, Courtroom Manager