ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

DAPHNE E. BARBEE    2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG/LEK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S SECOND MOTION TO** |
| | ) | **COMPEL DISCOVERY; DECLARATION** |
| vs. | ) | **OF COUNSEL; EXHIBITS "1", "2" & "3";** |
| | ) | **MEMORANDUM OF LAW;** |
| SIDNEY HAYAKAWA, Director of | ) | **CERTIFICATE OF SERVICE** |
| Transportation Security Administration - | ) | |
| Honolulu, KEN KAMAHELE, Deputy | ) | |
| Director, Transportation Security | ) | DATE: |
| Administration–Honolulu; | ) | |
| TRANSPORTATION SECURITY | ) | TIME: |
| ADMINISTRATION; THOMAS J. | ) | |
| RIDGE, Secretary, Department of | ) | JUDGE:  Mag. Leslie E. Kobayashi |
| Homeland Security, DEPARTMENT OF | ) | |
| HOMELAND SECURITY; JOHN DOES | ) | |
| 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO:    EDWARD H. KUBO, JR., ESQ.
       U.S. Attorney
       THOMAS HELPER, ESQ.
       Assistant U.S. Attorney
       U.S. Attorney's Office, District of Hawaii
       Room 6-100, PJKK Federal Building
       300 Ala Moana Blvd.
       Honolulu, Hawaii  96850

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, Transportation Security Administration–Honolulu; TRANSPORTATION SECURITY ADMINISTRATION; THOMAS J. RIDGE, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 2-5,<br><br>　　　　Defendants. | CIVIL NO. 04-00671 HG/LEK<br><br>**PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY** |

## PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY

Comes now Plaintiff RAYMOND WARE, by and through his attorney, Daphne E. Barbee, and hereby files this Second Motion To Compel to order Defendant to provide discovery requested in his Request For Production of Documents and Request For Answers To Interrogatories to Defendant.

This Motion is made pursuant to Rules 26, 33, 34 and 37, Federal Rules of Civil Procedure, the United States Constitution, 42 U.S.C. Sec. 2000e et.seq. and made after meet-and-confer telephone discussion held on March 3, 2006 by and between Assistant U.S. Attorney Thomas Helper and Attorney Jim Velascos of TSA in California.

DATED: Honolulu, Hawaii, 3-20-06

_____
DAPHNE E. BARBEE
Attorney for Plaintiff