Exhibit  No. 1

file:///S|/TSASharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EEO-Ware-03-HHMD1-Test%2001-09-06.htm

| | | |
|---|---|---|
| 0 | Employee | ware, raymond |
| 0 | Score | 11 |
| 0 | Date | Nov 6 2003 12:00AM |
| 0 | Retest | No |
| 0 | Pass | No |
| 1 | Informs person of HHMD search | Meets Standard |
| 2 | Asks person to divest metallic items | Meets Standard |
| 3 | Asks person if there is anything on his/her person that may cause the HHM | Does not Meet Standard |
| 4 | Tests the HHMD before screening person ███████████ | Meets Standard |
| 5 | Positions person facing his/her property | Meets Standard |
| 6 | Asks person to be seated | Does not Meet Standard |
| 7 | Hand wands footwear and removes if alarms | Does not Meet Standard |
| 8 | Hand wands feet without shoes | Does not Meet Standard |
| 9 | Asks person to stand with feet shoulder-width apart; arms outstretched | Meets Standard |
| 10 | Starts ██████████ | Meets Standard |
| 11 | Uses correct HW | Does not Meet Standard |
| 12 | Hand wands between ██████ | Meets Standard |
| 13 | Wands ████ using correct procedures; completes ███ | Does not Meet Standard |
| 13b | ████ | No |
| 13c | ████ | No |
| 13d | ████ | No |
| 13e | ████ | No |
| 13f | ████ | No |
| 13g | ████ | Yes |
| 13h | ████ | No |
| 14 | Wands ████ correct procedures; completes ███ | Does not Meet Standard |
| 14b | | No |
| 14c | | No |
| 14d | | No |
| 14e | | No |
| 14f | ████ Leg to the foot | Yes |
| 14g | ████ | No |
| 15 | Informs and asks person to divest | Does not Meet Standard |
| 16 | Re-wands alarmed area ,if items are divested | |
| 17 | Informs and conducts pat-down | |
| 18 | On alarm, ask to ███ | |
| 19 | ████ | Meets Standard |
| 20 | Re-wand area | Meets Standard |
| 21 | On alarm, ask for ████ | Does not Meet Standard |
| 22 | Correctly and completely performs step forward method | Does not Meet Standard |
| 22a | Screens front: asks person to step forward | No |
| 22b | HW ████ | Yes |

file:///S|/TSASharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EEO-Ware-03-HHMD1-Test%2001-09-06.htm

| | | |
|---|---|---|
| 22c | Repeat with opposite leg: HW ▮▮▮▮▮▮▮▮▮▮ | Yes |
| 22d | Screens back: Ask the person to step forward | No |
| 22e | HW ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | No |
| 22f | Repeat with opposite leg. Ask the person to return to the original stance | No |
| 23 | Communicates to person throughout process, explaining in clear and concis | Meets Standard |
| 24 | Communicates with person in polite and respectful manner | Meets Standard |
| 25 | When conducting the ▮▮▮▮ pat-down procedures uses back of hand in sens | Does not Meet Standard |
| 26 | Finds prohibitive Item: | N/A |
| * | Please enter any additional comments: | Does not Meet Standard |
| a | Does not follow SOPs | Yes |
| b | Does not have ready familiarity of procedures | No |
| c | Too assertive when dealing with passenger | No |
| d | Too passive when dealing with passenger | No |
| e | Applies too much physical force with passengerr | No |
| f | Applies too little physical force with passenger | No |
| * | Please enter any additional comments: | |
| g | Takes too much time performing function | No |
| h | Rushes through function | No |
| i | Does not proper actions with respect to prohibitive item found | No |
| j | Does not effectively explain regulations to passenger when prohibitive it | No |
| k | Does not exercise care when dealing with passengers' property | No |

Case 1:04-cv-00671-HG-LEK    Document 50-4    Filed 03/20/2006    Page 4 of 5

file:///S|/TSASharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EEO-Ware-03-HHMD2-Test%2001-09-06_HTML.htm

| 0 | Employee | ware, raymond |
|---|---|---|
| 0 | Score | 17 |
| 0 | Date | Nov 6 2003 12:00AM |
| 0 | Retest | No |
| 0 | Pass | No |
| 1 | Informs person of HHMD search | Meets Standard |
| 2 | Asks person to divest metallic items | Does not Meet Standard |
| 3 | Asks person if there is anything on his/her person that may cause the HH | Does not Meet Standard |
| 4 | Tests the HHMD before screening person ■■■ | Does not Meet Standard |
| 5 | Positions person facing his/her property | Meets Standard |
| 6 | Asks person to be seated | Does not Meet Standard |
| 7 | Hand wands footwear and removes if alarms | Does not Meet Standard |
| 8 | Hand wands feet without shoes | Does not Meet Standard |
| 9 | Asks person to stand with feet shoulder-width apart; arms outstretched | Meets Standard |
| 10 | Starts ■■■ | Meets Standard |
| 11 | Uses correct HW ■■■ | Meets Standard |
| 12 | Hand wands between ■■■ | Meets Standard |
| 13 | Wands ■■■ using correct procedures; completes ■■■ | Meets Standard |
| 13b | ■■■ | |
| 13c | ■■■ | |
| 13d | ■■■ | |
| 13e | ■■■ | |
| 13f | ■■■ | |
| 13g | ■■■ | |
| 13h | ■■■ | |
| 14 | Wands ■■■ correct procedures; completes ■■■ | Meets Standard |
| 14b | ■■■ | |
| 14c | ■■■ | |
| 14d | ■■■ | |
| 14e | ■■■ | |
| 14f | ■■■ Leg to the foot | |
| 14g | ■■■ | |
| 15 | Informs and asks person to divest | Yes |
| 16 | Re-wands alarmed area, if items are divested | Meets Standard |
| 17 | Inform and conduct pat-down | Meets Standard |
| 18 | On alarm, ask to ■■■ | Meets Standard |
| 19 | ■■■ | Does not Meet Standard |
| 20 | Re-wand area | Meets Standard |
| 21 | On alarm, ask for ■■■ | Meets Standard |
| 22 | Correctly and completely performs step forward method | N/A |
| 22a | Screens front: asks person to step forward | |
| 22b | HW ■■■ | |

Case 1:04-cv-00671-HG-LEK   Document 50-4   Filed 03/20/2006   Page 5 of 5

file:///S|/TSASharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EEO-Ware-03-HHMD2-Test%2001-09-06_HTML.htm

| | | | |
|---|---|---|---|
| ∧ | 22c | Repeat with opposite leg: HW ███████ | |
| | 22d | Screens back: Ask the person to step forward | |
| √ | 22e | HW ███████ | |
| | 22f | Repeat with opposite leg. Ask the person to return to the original stance | |
| | 23 | Communicated to person throughout process, explaining in clear and concis | Meets Standard |
| | 24 | Communicates with person in polite and respectful manner | Meets Standard |
| | 25 | When conducting the ███ pat-down procedures uses back of hand in sens | Meets Standard |
| | 26 | Finds prohibitive Item: | Yes |
| ∧ | * | Please enter any additional comments: | Does not Meet Standard |
| | a | Does not follow SOPs | Yes |
| | b | Does not have ready familiarity of procedures | Yes |
| | c | Too assertive when dealing with passenger | No |
| | d | Too passive when dealing with passenger | No |
| | e | Applies too much physical force with passengerr | No |
| | f | Applies too little physical force with passenger | No |
| | * | Please enter any additional comments: | |
| | g | Takes too much time performing function | No |
| | h | Rushes through function | No |
| | i | Does not proper actions with respect to prohibitive item found | No |
| | j | Does not effectively explain regulations to passenger when prohibitive it | No |
| | k | Does not exercise care when dealing with passengers' property | No |