Exhibit No. 2

| Document Name | Description |
|---|---|
| LHM Contract with TSA | May 7, 2003, Contract between TSA and Lockheed-Martin for multiple services including the Transportation Security Screener recertification process. (212 pages.) |
| Practical Evaluation Checklists | Printouts of all of the electronic checklists that were used during the 2003 recertification process; including the checklists for Hand Held Metal Detector (HHMD), Full Body Pat Down (FBPD), Explosive Trace Detection (ETD), Physical Bag Search (PBS), and the checklists for the Bagger Screener Annual Certification Program. These Checklists list the specific procedures and processes on which the screeners were evaluated. (12 pages.) |
| Plaintiff's Electronic Checklist | Printouts of the HHMD, FBPD, and ETD electronic checklists that indicate the specific elements in which Plaintiff failed to meet standards. These electronic checklists were transmitted to TSA from Lockheed-Martin's employee(s) or contractor(s). (10 pages.) |