IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG/LEK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, Transportation Security Administration–Honolulu; TRANSPORTATION SECURITY ADMINISTRATION; THOMAS J. RIDGE, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 2-5, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY** was duly served upon the following party at their last-known address by means of email on this date_and hand copy to_:

THOMAS A. HELPER, ESQ.

Assistant U.S. Attorney

Rm. 6-100, Federal Building

300 Ala Moana Blvd.

Honolulu, Hawaii 96850

Attorney for Defendant

-5-

DATED: Honolulu, Hawaii, _____3-20-06_____

_____
DAPHNE E. BARBEE
Attorney for Plaintiff