ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 3 2006

at 3 o'clock and 40 min. P M ??
SUE BEITIA, CLERK

DAPHNE E. BARBEE        2911
Attorney at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG/LEK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | **(Re:   Plaintiff's Fourth Request For** |
| | ) | **Production of Documents To Defendants)** |
| SIDNEY HAYAKAWA, Director of | ) | |
| Transportation Security Administration - | ) | |
| Honolulu, KEN KAMAHELE, Deputy | ) | |
| Director, Transportation Security | ) | |
| Administration--Honolulu; | ) | |
| TRANSPORTATION SECURITY | ) | |
| ADMINISTRATION; THOMAS J. RIDGE, | ) | |
| Secretary, Department of Homeland Security, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY; LOCKHEED-MARTIN; | ) | |
| JOHN DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that two (2) true and correct copies of **PLAINTIFF'S FOURTH**

**REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS** were duly served

upon the following party at their last-known address by hand delivery, on 3-21-06

EDWARD H. KUBO, JR., ESQ.
U.S. Attorney
THOMAS HELPER, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office, District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attorneys for Defendants


DATED:  Honolulu, Hawaii, _____3-21-06_____.



_____
DAPHNE E. BARBEE
Attorney for Plaintiff

2