# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Sidney Hayakawa, et al. |
| ATTYS FOR PLA: | Daphnee E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 3/29/2006 | TIME: | 2:00-2:12 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on November 14, 2006 at 9:00 a.m. before HG
2. Final Pretrial Conference on October 3, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge Helen Gillmor on November 3, 2006 at 8:30a.m.
4. Final Pretrial Statement by September 26, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by August 16, 2006
7. File Dispositive Motions by June 14, 2006
8a. File Motions in Limine by October 24, 2006
8b. File opposition memo to a Motion in Limine by October 31, 2006
11a. Plaintiff's Expert Witness Disclosures by May 15, 2006
11b. Defendant's Expert Witness Disclosures by June 14, 2006
12. Discovery deadline September 15, 2006
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by October 31, 2006
21. File Final witness list by October 24, 2006

24. Exchange Exhibit and Demonstrative aids by October 17, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 24, 2006
26. File objections to the Exhibits by October 31, 2006
28a. File Deposition Excerpt Designations by October 24, 2006
28b. File Deposition Counter Designations and Objections by October 31, 2006
29. File Trial Brief by October 31, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager




CIVIL NO. 04-00671HG-LEK;
Raymond Ware vs. Sidney Hayakawa, et al.;
Rule 16 Scheduling Conference Minutes
3/29/2006