IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG/LEK |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL;** |
| ) | **EXHIBITS "4" & "5"** |
| vs. ) | |
| ) | |
| SIDNEY HAYAKAWA, Director of ) | |
| Transportation Security Administration - ) | |
| Honolulu, KEN KAMAHELE, Deputy ) | |
| Director, Transportation Security ) | |
| Administration–Honolulu; ) | |
| TRANSPORTATION SECURITY ) | |
| ADMINISTRATION; THOMAS J. ) | |
| RIDGE, Secretary, Department of ) | |
| Homeland Security, DEPARTMENT OF ) | |
| HOMELAND SECURITY; JOHN DOES ) | |
| 2-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF COUNSEL

DAPHNE E. BARBEE hereby declares under penalty of perjury as follows:

1. She is the attorney representing Plaintiff RAYMOND WARE.

2. Attached hereto as Exhibit "4" is a true and correct copy of new articles pertaining to the recertification tests in 2003 for TSA airport screeners.

3. Attached hereto as Exhibit "5" is a true and correct copy of relevant portion of Defendants' Answer to Plaintiff's complaint.

FURTHER DECLARANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, 5-4-06

_____
DAPHNE E. BARBEE