**Exhibit No.** 4



# GOVEXEC.COM

Search
**Advanced Search**

Home
Pay & Benefits
Management
Homeland Security
Defense
E-Government
Per Diems & Travel
Jobs & Careers
Procurement
A-76 & Outsourcing
Bill Tracker
Calendar
Mailbag

Print Subscriptions
E-Newsletters
Events & Awards
Editorial Calendar
Media Kit
Reprints
FAQ
Privacy Policy
About Us
Contact Us

DAILY BRIEFING
**October 18, 2004**

## TSA revamps annual screener recertification tests

By Chris Strohm
cstrohm@govexec.com

The Transportation Security Administration is testing and recertifying its workforce of about 45,000 airport passenger and baggage screeners.

The second annual screener recertification program began last month and will run through June 2005, according to Peter Marcello, TSA's recertification program manager. Under the program, screeners must prove their proficiency using X-ray and explosive detection machines, and perform a physical demonstration of passenger and baggage screening skills.

The agency spent months retooling the recertification program to avoid problems that plagued the first annual tests, which wrapped up in May, said Elizabeth Kolmstetter, TSA's acting assistant administrator for workforce performance and training.


Printer Friendly Version


E-mail this Story to A Friend

### RELATED STORIES

TSA executive bonu draws fire  (10/15/04

Covert tests reveal screening failures

Outgoing TSA officia progress, challenge (07/21/04)

TSA gives airports i guidance on using p screeners  (06/23/04

Union calculates ne battle to organize a screeners  (05/21/04



HP Servers and Storage. Powering optimal, seamless IT integration.

TECHMA

Click here. Optimize storage today.

http://www.govexec.com/dailyfed/1004/101804c1.htm

5/6/2005



HP Servers and Storage. Powering optimal, seamless IT integration.
Click here. Optimize storage today.

**TECHMATES**

# GOVEXEC.COM

Search
**Advanced Search**

Home
Pay & Benefits
Management
Homeland Security
Defense
E-Government
Per Diems & Travel
Jobs & Careers
Procurement
A-76 & Outsourcing
Bill Tracker
Calendar
Mailbag

Print Subscriptions
E-Newsletters
Events & Awards
Editorial Calendar
Media Kit
Reprints
FAQ
Privacy Policy
About Us
Contact Us

DAILY BRIEFING
**November 2, 2004**

## Airport screeners allege discrimination in recertification tests

By Chris Strohm
cstrohm@govexec.com

 
Printer Friendly Version | E-mail this Story to A Friend

RELATED STORIES

**TSA revamps annual recertification tests** (10/18/04)

**Covert tests reveal ... screening failures**

**Study shows human resources outsourci... rise** (08/11/04)

**TSA alters two pay regulations** (08/09/0...)

**TSA gives airports i... guidance on using p... screeners** (06/23/04...)

An organization representing airport screeners is alleging that recertification tests discriminate against workers with medical disabilities and should be suspended until necessary modifications are made.

The recertification tests discriminate against screeners based on their age, race or disability, according to a complaint filed last week with the Justice Department by the Metropolitan Airport Workers Association, which is based in New York, but represents screeners nationwide. The complaint was filed against the Transportation Security Administration and two contractors.



In a statement Monday, TSA said that screeners must be medically and physically able to perform their duties. The agency has required screeners to meet validated medica... since March 2002, when the federal screener workforce was create...

http://www.govexec.com/dailyfed/1104/110204c1.htm

5/6/2005



"All screeners had to meet these standards upon hire and are requir[ed] able to meet those standards in order to safely perform the critical of the screener position," TSA said.

The recertification program runs until June and has three test mod[ules] the program, screeners must prove their proficiency using X-ray m[achines] using and explosive detection machines, and performing a physica[l] demonstration of passenger and baggage screening skills. TSA ren[ewed a] contract with Lockheed Martin for $20 million to conduct the phys[ical] evaluation of screeners' skills.

Confusion exists, however, over how medical information is used [in the] recertification program.

TSA said it is developing a new module for the recertification prog[ram that] will specifically evaluate the ability of screeners to meet medical s[tandards.] The new module is not in place yet because the agency hasn't recei[ved] funds to implement it.

"TSA has been working on adding a module to the recertification t[hat ensures] screeners meet the medical standards for the position," TSA said. " module will require contractor support, thus we will need to identi[fy] funding."

The handbook for this year's recertification program, however, inc[ludes a] section called "Medical Standards Evaluation." Portions of the han[dbook state] that medical information factors into the recertification program ar[ea and] determines, in part, whether screeners pass or fail.

"For FY 04-05, screeners will be asked to complete a medical ques[tionnaire] and get further assessment if their medical condition requires addit[ional] evaluation," the handbook states.

The "Frequently Asked Questions" section of the handbook states medical standards evaluation is involved in the recertification proc[ess.] flow chart indicates that a medical standards evaluation is a compo[nent of the] recertification program. According to the chart, if a screener passe[s the] modules and receives a rating of acceptable of above on his or her performance assessment but does not meet the screener medical gu[idelines] because of a medical condition that is permanent, then the screene[r is] removed from employment.

Bob Marchetta, MAWA's director of administration, claimed the n

portion of the tests violate up to four federal laws, including the 19
Americans with Disabilities Act and the 1974 Privacy Act.

MAWA's complaint alleges that TSA and Lockheed Martin are
discriminating against screeners by administering the tests. MAW/
meeting with officials from the federal agency and Lockheed Mart
criteria for the tests.

In the complaint, MAWA says that screeners who have been suspe
fired based on the medical portion of the tests should be immediate
reinstated.

Lockheed Martin spokeswoman Jeanine Zeitvogel said the compar
"received official notification about this complaint, so we have not
about it at this time nor can we speculate on the content."

In some cases, Marchetta said, the recertification tests do not make
accommodations for screeners with medical disabilities.

"You might have a problem in a certain area where you need certai
accommodations," he said. "To not have this means you run the ris
performing poorly and being fired."

MAWA also filed eight complaints during the past two weeks witl
Office of Civil Rights over the recertification tests, Marchetta adde

TSA said it is in compliance with appropriate laws. "Also, to the e:
possible, we make adjustments for screeners who are temporarily i
the agency said. "We review each individual situation, taking certa
into consideration, such as the prognosis for recovery, whether the
or will be, able to effectively perform the full range of screener dui
compromising security, and the operational feasibility of any
accommodation."

"If a screener cannot perform all necessary security screening func
whether due to a medical condition or for some other reason, such
substandard performance, we cannot retain that individual as a scre
agency statement added. "Whether that individual can be employe(
in the agency generally depends on factors such as TSA's operatior
and the availability of vacant positions for which the individual is ⸱