IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,<br><br>        Plaintiff,<br><br>vs.<br><br>SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, Transportation Security Administration–Honolulu; TRANSPORTATION SECURITY ADMINISTRATION; THOMAS J. RIDGE, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 2-5,<br><br>        Defendants. | CIVIL NO. 04-00671 HG/LEK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following party at their last-known address by hand delivery, on _5-4-04_.

THOMAS A. HELPER, ESQ.
Assistant U.S. Attorney
Rm. 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Attorney for Defendant

DATED: Honolulu, Hawaii, _5-4-04_.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff