# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Sidney Hayakawa, et al. |
| ATTYS FOR PLA: | Daphnee E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 5/5/2006 | TIME: | 2:00-2:10 |

COURT ACTION:  EP: Status Conference Re: Motion to Compel held.

Submitted by: Warren N. Nakamura, Courtroom Manager