Exhibit No. _____

file://S/TSASharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EBO-Ware-03-HHMD1-Test%2001-09-06.htm

| 0 | Employee | ware, raymond |
|---|---|---|
| 0 | Score | 11 |
| 0 | Date | Nov 6 2003 12:00AM |
| 0 | Retest | No |
| 0 | Pass | No |
| 1 | Informs person of HHMD search | Meets Standard |
| 2 | Asks person to divest metallic items | Meets Standard |
| 3 | Asks person if there is anything on his/her person that may cause the HHM | Does not Meet Standard |
| 4 | Tests the HHMD before screening person ▓▓▓ | Meets Standard |
| 5 | Positions person facing his/her property | Meets Standard |
| 6 | Asks person to be seated | Does not Meet Standard |
| 7 | Hand wands footwear and removes if alarms | Does not Meet Standard |
| 8 | Hand wands feet without shoes | Does not Meet Standard |
| 9 | Asks person to stand with feet shoulder-width apart; arms outstretched | Meets Standard |
| 10 | Starts ▓▓▓ | Meets Standard |
| 11 | Uses correct HW | Does not Meet Standard |
| 12 | Hand wands between ▓▓▓ | Meets Standard |
| 13 | Wands ▓▓▓ using correct procedures; completes | Does not Meet Standard |
| 13b | ▓▓▓ | No |
| 13c | ▓▓▓ | No |
| 13d | ▓▓▓ | No |
| 13e | ▓▓▓ | No |
| 13f | ▓▓▓ | No |
| 13g | ▓▓▓ | Yes |
| 13h | ▓▓▓ | No |
| 14 | Wands ▓▓▓ correct procedures; completes | Does not Meet Standard |
| 14b | ▓▓▓ | No |
| 14c | ▓▓▓ | No |
| 14d | ▓▓▓ | No |
| 14e | ▓▓▓ | No |
| 14f | ▓▓▓ Leg to the foot | Yes |
| 14g | ▓▓▓ | No |
| 15 | Informs and asks person to divest | Does not Meet Standard |
| 16 | Re-wands alarmed area, if items are divested | |
| 17 | Informs and conducts pat-down | |
| 18 | On alarm, ask to ▓▓▓ | |
| 19 | ▓▓▓ | Meets Standard |
| 20 | Re-wand area | Meets Standard |
| 21 | On alarm, ask for ▓▓▓ | Does not Meet Standard |
| 22 | Correctly and completely performs step forward method | Does not Meet Standard |
| 22a | Screens front; asks person to step forward | No |
| 22b | HW ▓▓▓ | Yes |

file://S:/TSASharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EOC-Ware-03-HHMD1-Test%2001-09-06.htm

| | | |
|---|---|---|
| 22c | Repeat with opposite leg: HW ▮▮▮▮▮▮▮▮▮▮ | Yes |
| 22d | Screens back. Ask the person to step forward. | No |
| 22e | HW ▮▮▮▮▮▮▮▮▮▮ | No |
| 22f | Repeat with opposite leg. Ask the person to return to the original stance | No |
| 23 | Communicates to person throughout process, explaining in clear and concis | Meets Standard |
| 24 | Communicates with person in polite and respectful manner | Meets Standard |
| 25 | When conducting the ▮▮▮ pat-down procedures uses back of hand in sens | Does not Meet Standard |
| 26 | Finds prohibitive Item: | N/A |
| * | Please enter any additional comments: | Does not Meet Standard |
| a | Does not follow SOPs | Yes |
| b | Does not have ready familiarity of procedures | No |
| c | Too assertive when dealing with passenger | No |
| d | Too passive when dealing with passenger | No |
| e | Applies too much physical force with passengerr | No |
| f | Applies too little physical force with passenger | No |
| * | Please enter any additional comments: | |
| g | Takes too much time performing function | No |
| h | Rushes through function | No |
| i | Does not proper actions with respect to prohibitive item found | No |
| j | Does not effectively explain regulations to passenger when prohibitive it | No |
| k | Does not exercise care when dealing with passengers' property | No |

file://S/TSASharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EEO-Ware-03-HHMD2-Test%2001-09-06_HTML.htm

| 0 | Employee | ware, raymond |
|---|---|---|
| 0 | Score | 17 |
| 0 | Date | Nov 6 2003 12:00AM |
| 0 | Retest | No |
| 0 | Pass | No |
| 1 | Informs person of HHMD search | Meets Standard |
| 2 | Asks person to divest metallic items | Does not Meet Standard |
| 3 | Asks person if there is anything on his/her person that may cause the HH | Does not Meet Standard |
| 4 | Tests the HHMD before screening person ▮▮▮ | Does not Meet Standard |
| 5 | Positions person facing his/her property | Meets Standard |
| 6 | Asks person to be seated | Does not Meet Standard |
| 7 | Hand wands footwear and removes if alarms | Does not Meet Standard |
| 8 | Hand wands feet without shoes | Does not Meet Standard |
| 9 | Asks person to stand with feet shoulder-width apart, arms outstretched | Meets Standard |
| 10 | Starts ▮▮▮ | Meets Standard |
| 11 | Uses correct HW ▮▮▮ | Meets Standard |
| 12 | Hand wands between ▮▮▮ | Meets Standard |
| 13 | Wands ▮▮▮ using correct procedures; completes ▮▮▮ | Meets Standard |
| 13b | ▮▮▮ | |
| 13c | ▮▮▮ | |
| 13d | ▮▮▮ | |
| 13e | ▮▮▮ | |
| 13f | ▮▮▮ | |
| 13g | ▮▮▮ | |
| 13h | ▮▮▮ | |
| 14 | Wands ▮▮▮ correct procedures; completes | Meets Standard |
| 14b | ▮▮▮ | |
| 14c | ▮▮▮ | |
| 14d | ▮▮▮ | |
| 14e | ▮▮▮ | |
| 14f | ▮▮▮ Leg to the foot | |
| 14g | ▮▮▮ | |
| 15 | Informs and asks person to divest | Yes |
| 16 | Re-wands alarmed area, if items are divested | Meets Standard |
| 17 | Inform and conduct pat-down | Meets Standard |
| 18 | On alarm, ask to ▮▮▮ | Meets Standard |
| 19 | ▮▮▮ | Does not Meet Standard |
| 20 | Re-wand area | Meets Standard |
| 21 | On alarm, ask for ▮▮▮ | Meets Standard |
| 22 | Correctly and completely performs step forward method | N/A |
| 22a | Screens front; asks person to step forward | |
| 22b | HW ▮▮▮ | |

file://S|/TSASharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EEO-Ware-03-HHMD2-Test%2001-09-06_HTML.htm

| | | |
|---|---|---|
| 22c | Repeat with opposite leg: HW ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 22d | Screens back: Ask the person to step forward. | |
| 22e | HW ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 22f | Repeat with opposite leg. Ask the person to return to the original stance | |
| 23 | Communicated to person throughout process, explaining in clear and concis | Meets Standard |
| 24 | Communicates with person in polite and respectful manner | Meets Standard |
| 25 | When conducting the ▮▮▮ pat-down procedures uses back of hand in sens | Meets Standard |
| 26 | Finds prohibitive item: | Yes |
| * | Please enter any additional comments: | Does not Meet Standard |
| a | Does not follow SOPs | Yes |
| b | Does not have ready familiarity of procedures | Yes |
| c | Too assertive when dealing with passenger | No |
| d | Too passive when dealing with passenger | No |
| e | Applies too much physical force with passengerr | No |
| f | Applies too little physical force with passenger | No |
| * | Please enter any additional comments: | |
| g | Takes too much time performing function | No |
| h | Rushes through function | No |
| i | Does not proper actions with respect to prohibitive item found | No |
| j | Does not effectively explain regulations to passenger when prohibitive it | No |
| k | Does not exercise care when dealing with passengers' property | No |

file://S|/TSASharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EBO-Ware-05-ETD-Test%2001-09-06.htm

| 0 | Employee | ware, raymond |
|---|---|---|
| 0 | Score | 9 |
| 0 | Date | Nov 6 2003 12:00AM |
| 0 | Retest | No |
| 0 | Pass | No |
| 1 | ▮▮▮ | Meets Standard |
| 2 | ▮▮▮ | Meets Standard |
| 3 | ▮▮▮ | Meets Standard |
| 4 | ▮▮▮ | Does not Meet Standard |
| 5 | ▮▮▮ | Meets Standard |
| 6 | ▮▮▮ | Does not Meet Standard |
| 7 | ▮▮▮ | Does not Meet Standard |
| 8 | ▮▮▮ | |
| 9 | Electronic Items: Uses correct sampling procedures | Does not Meet Standard |
| 9a | ▮▮▮ | No |
| 9b | ▮▮▮ | No |
| 9c | ▮▮▮ | Yes |
| 10 | Inspects items for signs ▮▮▮ | Meets Standard |
| 11 | Communicates to person throughout process, explaining in clear and concis | Meets Standard |
| 12 | Communicates with person in polite and respectful manner | Meets Standard |
| 13 | Thanks and offers passenger opportunity to repack bag/item | Meets Standard |
| 14 | Demonstrates correct bag control procedures | Meets Standard |
| * | Please enter any additional comments: | Does not Meet Standard |
| a | Does not follow SOPs | Yes |
| b | Does not have ready familiarity of procedures | No |
| c | Too assertive when dealing with passenger | No |
| d | Too passive when dealing with passenger | No |
| e | Applies too much physical force with passengerr | No |
| f | Applies too little physical force with passenger | No |
| * | Please enter any additional comments: | Does not Meet Standard |
| g | Takes too much time performing function | No |
| h | Rushes through function | No |
| i | Does not proper actions with respect to prohibitive item found | No |
| j | Does not effectively explain regulations to passenger when prohibitive it | No |
| k | Does not exercise care when dealing with passengers' property | No |

file:///S/TSAISharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EBO-Ware-03-Patdown-Test%2001-09-06.htm

| | | |
|---|---|---|
| 0 | Employee | ware, raymond |
| 0 | Score | 7 |
| 0 | Date | Nov 6 2003 12:00AM |
| 0 | Retest | No |
| 0 | Pass | No |
| 1 | Informs person and asks to divest; (offers private screening) | Does not Meet Standard |
| 2 | Asks person to remove outer articles, belt, and shoes | Does not Meet Standard |
| 3 | Tells person to take stance with arms stretched outward (slightly forward | Meets Standard |
| 4 | Position person facing his/her property | Meets Standard |
| 5 | Check head, collar, shoulder | Does not Meet Standard |
| 6 | Screens ▓▓▓ using correct procedures; completes ▓▓▓ | Does not Meet Standard |
| 6a | ▓▓▓ | Yes |
| 6b | ▓▓▓ | No |
| 6c | ▓▓▓ | Yes |
| 6d | ▓▓▓ | No |
| 7 | Screens ▓▓▓ using correct procedures; completes ▓▓▓ | Does not Meet Standard |
| 7a | Ask to lower arms | No |
| 7b | Pat down chest (females correctly) | No |
| 7c | Pat down front ▓▓▓ | No |
| 7d | Pat down front ▓▓▓ | No |
| 7e | Crotch area | Yes |
| 7f | Leg and Foot | Yes |
| 8 | Asks person to sit down; pats down feet | Meets Standard |
| 9 | Refers shoes to further inspection (x-ry or examination) | Meets Standard |
| 10 | Communicates to person throughout process, explaining in clear and conci | Meets Standard |
| 11 | Communicates with person in polite and respectful manner. | Meets Standard |
| 12 | When conducting the pat-down procedures uses back of hand in sensitive ar | Meets Standard |
| 13 | Finds Prohibited Item: | Yes |
| * | Please enter any additional comments: | Does not Meet Standard |
| a | Does not follow SOPs | Yes |
| b | Does not have ready familiarity of procedures | Yes |
| c | Too assertive when dealing with passenger | No |
| d | Too passive when dealing with passenger | No |
| e | Applies too much physical force with passengerr | No |
| f | Applies too little physical force with passenger | No |
| * | Please enter any additional comments: | Does not Meet Standard |
| g | Takes too much time performing function | No |
| h | Rushes through function | No |
| i | Does not proper actions with respect to prohibitive item found | No |
| j | Does not effectively explain regulations to passenger when prohibitive it | No |
| k | Does not exercise care when dealing with passengers' property | No |

file://S:/TSA/SharedFolders/COS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EBO-Ware-03-HHMD2-Retest%2001-09-06_HTML.htm

| | | |
|---|---|---|
| 0 | Employee | ware, raymond |
| 0 | Score | 22 |
| 0 | Date | Nov 7 2003 12:00AM |
| 0 | Retest | Yes |
| 0 | Pass | No |
| 1 | Informs person of HHMD search | Meets Standard |
| 2 | Asks person to divest metallic items | Meets Standard |
| 3 | Asks person if there is anything on his/her person that may cause the HH | Does not Meet Standard |
| 4 | Tests the HHMD before screening person ████████████████ | Meets Standard |
| 5 | Positions person facing his/her property | Meets Standard |
| 6 | Asks person to be seated | Meets Standard |
| 7 | Hand wands footwear and removes if alarms | Meets Standard |
| 8 | Hand wands feet without shoes | Does not Meet Standard |
| 9 | Asks person to stand with feet shoulder-width apart, arms outstretched | Meets Standard |
| 10 | Starts ████████ | Meets Standard |
| 11 | Uses correct HW ████████ | Meets Standard |
| 12 | Hand wands between ████████ | Meets Standard |
| 13 | Wands ████ using correct procedures; completes ████ | Meets Standard |
| 13b | ████████ | |
| 13c | ████████ | |
| 13d | ████████ | |
| 13e | ████████ | |
| 13f | ████████ | |
| 13g | ████████ | |
| 13h | ████████ | |
| 14 | Wands ████ correct procedures; completes ████ | Meets Standard |
| 14b | ████████ | |
| 14c | ████████ | |
| 14d | ████████ | |
| 14e | ████████ | |
| 14f | ████ Leg to the foot | |
| 14g | ████████ | |
| 15 | Informs and asks person to divest | Yes |
| 16 | Re-wands alarmed area, if items are divested | Meets Standard |
| 17 | Inform and conduct pat-down | Meets Standard |
| 18 | On alarm, ask to ████ | Meets Standard |
| 19 | ████████ | Meets Standard |
| 20 | Re-wand area | Meets Standard |
| 21 | On alarm, ask for ████ | Meets Standard |
| 22 | Correctly and completely performs step forward method | N/A |
| 22a | Screens front: asks person to step forward | |
| 22b | HW ████ | |

file:///C|/Documents%20and%20Settings/sarahicks/Local%20Settings/Temp/EEO-Ware-03-Patdown-Retest%2001-09-06.html

| | | |
|---|---|---|
| 0 | Employee | ware, raymond |
| 0 | Score | 12 |
| 0 | Date | Nov 7 2003 12:00AM |
| 0 | Retest | Yes |
| 0 | Pass | No |
| 1 | Informs person and asks to divest; (offers private screening) | Meets Standard |
| 2 | Asks person to remove outer articles, belt, and shoes | Meets Standard |
| 3 | Tells person to take stance with arms stretched outward (slightly forward | Meets Standard |
| 4 | Position person facing his/her property | Meets Standard |
| 5 | Check head, collar, shoulder | Meets Standard |
| 6 | Screens ▆▆▆ using correct procedures; completes ▆▆▆ | Meets Standard |
| 6a | ▆▆▆ | |
| 6b | ▆▆▆ | |
| 6c | ▆▆▆ | |
| 6d | ▆▆▆ | |
| 7 | Screens ▆▆▆ using correct procedures; completes ▆▆▆ | Meets Standard |
| 7a | Ask to lower arms | |
| 7b | Pat down chest (females correctly) | |
| 7c | Pat down front ▆▆▆ | |
| 7d | Pat down front ▆▆▆ | |
| 7e | Crotch area | |
| 7f | Leg and Foot | |
| 8 | Asks person to sit down; pats down feet | Meets Standard |
| 9 | Refers shoes to further inspection (x-ry or examination) | Meets Standard |
| 10 | Communicates to person throughout process, explaining in clear and, conci | Meets Standard |
| 11 | Communicates with person in polite and respectful manner. | Meets Standard |
| 12 | When conducting the pat-down procedures uses back of hand in sensitive ar | Meets Standard |
| 13 | Finds Prohibited Item: | No |
| * | Please enter any additional comments: | Does not Meet Standard |
| a | Does not follow SOPs. | No |
| b | Does not have ready familiarity of procedures | No |
| c | Too assertive when dealing with passenger | No |
| d | Too passive when dealing with passenger | No |
| e | Applies too much physical force with passengerr | No |
| f | Applies too little physical force with passenger | No |
| * | Please enter any additional comments: | Does not Meet Standard |
| g | Takes too much time performing function | No |
| h | Rushes through function | No |
| i | Does not proper actions with respect to prohibitive item found | No |
| j | Does not effectively explain regulations to passenger when prohibitive it | No |
| k | Does not exercise care when dealing with passengers' property | No |

file:///S/TSASharedFolders/CGS/SSI/9000_Miscellaneous_Records/9895_Ware_v_Hayakawa/EBO-Ware-03-ETD-Retest%2001-09-06.htm

| | | |
|---|---|---|
| 0 | Employee | ware, raymond |
| 0 | Score | 11 |
| 0 | Date | Nov 7 2003 12:00AM |
| 0 | Retest | Yes |
| 0 | Pass | No |
| 1 | ████ | Meets Standard |
| 2 | ████ | Meets Standard |
| 3 | ████ | Does not Meet Standard |
| 4 | ████ | Meets Standard |
| 5 | ████ | Meets Standard |
| 6 | ████ | Meets Standard |
| 7 | ████ | Does not Meet Standard |
| 8 | ████ | Meets Standard |
| 9 | Electronic Items: Uses correct sampling procedures | Meets Standard |
| 9a | ████ | |
| 9b | ████ | |
| 9c | ████ | |
| 10 | Inspects items for signs ████ | Meets Standard |
| 11 | Communicates to person throughout process, explaining in clear and concis | Does not Meet Standard |
| 12 | Communicates with person in polite and respectful manner | Meets Standard |
| 13 | Thanks and offers passenger opportunity to repack bag/item | Meets Standard |
| 14 | Demonstrates correct bag control procedures | Meets Standard |
| * | Please enter any additional comments: | Does not Meet Standard |
| a | Does not follow SOPs | Yes |
| b | Does not have ready familiarity of procedures | No |
| c | Too assertive when dealing with passenger | No |
| d | Too passive when dealing with passenger | No |
| e | Applies too much physical force with passengerr | No |
| f | Applies too little physical force with passenger | No |
| * | Please enter any additional comments: | Does not Meet Standard |
| g | Takes too much time performing function | No |
| h | Rushes through function | No |
| i | Does not proper actions with respect to prohibitive item found | No |
| j | Does not effectively explain regulations to passenger when prohibitive it | No |
| k | Does not exercise care when dealing with passengers' property | No |