Exhibit No. 2

| Document Name | Description |
|---|---|
| LHM Contract with TSA | May 7, 2003, Contract between TSA and Lockheed-Martin for multiple services including the Transportation Security Screener recertification process. (212 pages.) |
| Practical Evaluation Checklists | Printouts of all of the electronic checklists that were used during the 2003 recertification process; including the checklists for Hand Held Metal Detector (HHMD), Full Body Pat Down (FBPD), Explosive Trace Detection (ETD), Physical Bag Search (PBS), and the checklists for the Bagger Screener Annual Certification Program. These Checklists list the specific procedures and processes on which the screeners were evaluated. (12 pages.) |
| Plaintiff's Electronic Checklist | Printouts of the HHMD, FBPD, and ETD electronic checklists that indicate the specific elements in which Plaintiff failed to meet standards. These electronic checklists were transmitted to TSA from Lockheed-Martin's employee(s) or contractor(s). (10 pages.) |

Exhibit No. 3



**DAPHNE E. BARBEE**
ATTORNEY AT LAW

1188 BISHOP STREET, SUITE 1909, HONOLULU, HAWAII 96813
TELEPHONE (808) 533-0275

February 22, 2006

Mr. Thomas Helper
Assistant U. S. Attorney
PJKK Federal Building
300 Ala Moana Blvd. Rm.6-100
Honolulu, HI 96850

RE: Ware v. Hayakawa, et. al., Civ. No.04-00671 HG/LEK
    Discovery dispute

Dear Mr. Helper:

    The documents you provided us on Feb. 17, 2006 are incomplete and contain blacked out items which we are unable to read. Please provide us with un redacted non blacked out documents. Furthermore, the test results do not contain the tests which Mr. Ware passed. We need to know who prepared these results, who tested Mr. Ware, where the results are kept, and the objective criteria for grading the test and who trains the testers, and were they certified as testers.

    We previously discussed reviewing the Investigation report concerning TSA Honolulu, which was recently completed regarding whistle blowing and other complaints by employees at your office. Please let me know when this can be accomplished.

    We also are entitled to review the personnel records of TSA employees who were promoted over Mr. Ware. Let me know when I can review these records.

Sincerely,

Daphne E. Barbee
Attorney at Law

cc: Mr. Ware

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG/LEK |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| SIDNEY HAYAKAWA, Director of ) | |
| Transportation Security Administration – ) | |
| Honolulu, KEN KAMAHELE, Deputy ) | |
| Director, Transportation Security ) | |
| Administration–Honolulu; ) | |
| TRANSPORTATION SECURITY ) | |
| ADMINISTRATION; THOMAS J. ) | |
| RIDGE, Secretary, Department of ) | |
| Homeland Security, DEPARTMENT OF ) | |
| HOMELAND SECURITY; JOHN DOES ) | |
| 2-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY** was duly served upon the following party at their last-known address by means of email on this date. hard copy to:

THOMAS A. HELPER, ESQ.

Assistant U.S. Attorney

Rm. 6-100, Federal Building

300 Ala Moana Blvd.

Honolulu, Hawaii 96850

Attorney for Defendant

-5-

DATED: Honolulu, Hawaii, __3-20-06__

_____
DAPHNE E. BARBEE
Attorney for Plaintiff