IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

RAYMOND WARE,                    )    CIVIL NO. 04-00671 HG LEK
                                 )
                Plaintiff,       )    CERTIFICATE OF SERVICE
                                 )
        vs.                      )
                                 )
SIDNEY HAYAKAWA, Director of )
Transportation Security          )
Administration - Honolulu, KEN   )
KAMAHELE, Deputy Director,       )
Transportation Security          )
Administration--Honolulu;        )
TRANSPORTATION SECURITY          )
ADMINISTRATION; THOMAS J.        )
RIDGE, Secretary, Department of  )
Homeland Security, DEPARTMENT )
OF HOMELAND SECURITY;            )
LOCKHEED-MARTIN; JOHN            )
DOES 2-5,                        )
                                 )
                Defendants.      )

---

CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing document was duly served

upon the following parties at their last known addresses by means of hand delivery

on this date.

EDWARD H. KUBO, JR., ESQ.
U.S. Attorney
THOMAS A. HELPER, ESQ.
Assistant U.S. Attorney
Rm. 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii   96850

Attorneys for Federal Defendants


DATED:  Honolulu, Hawaii,_____5-30 06_____.


_____
DAPHNE E. BARBEE
Attorney for Plaintiff

2