EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii
THOMAS A. HELPER (5676)
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | FEDERAL DEFENDANTS' MOTION TO |
| | ) | DISMISS AND FOR SUMMARY |
| v. | ) | JUDGMENT; MEMORANDUM IN |
| | ) | SUPPORT OF FEDERAL DEFENDANTS' |
| SIDNEY HAYAKAWA, Director of | ) | MOTION TO DISMISS AND FOR |
| Transportation Security | ) | SUMMARY JUDGMENT; CERTIFICATE |
| Administration - Honolulu, | ) | OF SERVICE |
| KEN KAMAHELE, Deputy | ) | |
| Director, TRANSPORTATION | ) | |
| SECURITY ADMINISTRATION; | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland | ) | |
| Security, DEPARTMENT OF | ) | |
| HOMELAND SECURITY; JOHN DOES | ) | |
| 1-5, | ) | |
| Defendants. | ) | |
| _____ | ) | |

FEDERAL DEFENDANTS' MOTION TO DISMISS
AND FOR SUMMARY JUDGMENT

Come now Defendants, Sidney Hayakawa, Director of

Transportation Security Administration, Honolulu, Ken Kamahele,

Deputy Director, Transportation Security Administration-

Honolulu, in their official capacities, and the Transportation

Security Administration and Department of Homeland Security (the federal defendants), by and through their undersigned attorneys, and move this court to dismiss and grant summary judgment to plaintiff's Amended Complaint.  This motion is made under Federal Rules of Civil Procedure 12(b)(1) and 56, based on the grounds more fully stated in the accompanying Memorandum and the record herein.

    DATED: June 14, 2006, at Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii

                                    /s/ Thomas A. Helper
                            By _____
                                THOMAS A. HELPER
                                Assistant U.S. Attorney

                                Attorneys for Federal
                                Defendants

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served Electronically through CM/ECF:

    Daphne Barbee          desekmet@aloha.net
    June 14, 2006


DATED: June 14, 2006, at Honolulu, Hawaii.

                                          /s/ Myra Y. Peterson
                                      _____