IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF THOMAS A. |
| | ) | HELPER |
| v. | ) | |
| | ) | |
| SIDNEY HAYAKAWA, Director of | ) | |
| Transportation Security | ) | |
| Administration - Honolulu, | ) | |
| KEN KAMAHELE, Deputy | ) | |
| Director, TRANSPORTATION | ) | |
| SECURITY ADMINISTRATION; | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland | ) | |
| Security, DEPARTMENT OF | ) | |
| HOMELAND SECURITY; JOHN DOES | ) | |
| 1-5, | ) | |
| Defendants. | ) | |
| _____ | ) | |

DECLARATION OF THOMAS A. HELPER

I, THOMAS A. HELPER, declare that:

1.  I am an Assistant United States Attorney for the District of Hawaii assigned to assist in the handling of this case.  I make this declaration from information available to me in my official capacity.

2.  Attached is Exhibit "C" is an authentic copy of a document from the Report of Investigation Case No. DOT 7-03-7200 from Raymond Ware's administrative file.

I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection and knowledge.

Executed on this 14th day of June, 2006.

/s/ Thomas A. Helper

THOMAS A. HELPER