# EXHIBIT

# "C"

EEO COUNSELING REPORT - INDIVIDUAL CC
PART I (Through Initial Interview)
(Follow separate instructions)

| 1. Regional Complaints Center Name, Address & Telephone Number | 2. EEO Officer Name, Address & Telephone Number | 3. EEO Counselor Name, Address & Telephone Number | 4. Date Counseling First Sought 6/23/03 |
|---|---|---|---|
| Lois Hofmann Treasury Complaint Center 1301 Clay Street, Ste 1020N Oakland, CA 94612 (510) 637-3100 | Farha M Rahman 33 New Montgomery, Ste. 1608 San Francisco, CA 94105 (415) 744-1530 ext. 233 | Farha M Rahman 33 New Montgomery, Ste. 1608 San Francisco, CA 94105 (415) 744-1530 ext. 233 | 5. Date of First Interview 8/7/03 |

**6. Employee or Applicant:**
NAME Raymond E. Ware
TITLE/SERIES/GRADE Screening Supervisor
HOME ADDRESS P.O. Box 38181
CITY, STATE ZIP CODE Honolulu, HI 96837
WORK TELEPHONE NUMBER 808-779-4298

**8. Matter Causing Complaint or Issue**
☐ Appointment  ☐ Pay  ☐ Time/Attendance
☐ Assign of Duties  X Promotion  Training
☐ Awards  ☐ Reassignment  ☐ Within Grade Incr.
☐ Change to Lower Grade  ☐ Reinstatement  ☐ Working Conditions
☐ Classification  Removal/Separation  ☐ Other (Explain)
Conversion to Full Time/CC  ☐ Reprimand
☐ Retirement
☐ Evaluation/Appraisal  ☐ Sexual Harassment
☐ Exam/Test
☐ Harassment  ☐ Suspension
☐ Overtime  Termination During Probation

**7. Basis or Type of Discrimination:**
☐ AGE (Date of Birth)  X RACE  ☐ COLOR
/ /  African American
MM DD YY
☐ NATIONAL ORIGIN  ☐ SEX  ☐ RELIGION
HANDICAP:  X RETALIATION/REPRISAL for Involvement in Complaints Process
☐ MENTAL PHYSICAL

9. An EEO Counselor cannot reveal the identity of a person who has come for counseling, except when authorized to do so by the person counseled. Is Complainant willing to have his/her name revealed during the counseling stage? Yes x No ☐. If answer is "Yes," Complainant must given permission by signing name in the space following:

10. Organization Where Alleged Discrimination Occurred and Date of Occurrence. Transportation Security Administration (TSA) June 23, 2003

11. Give date Complainant became aware of alleged discrimination if substantially different from that shown in 10. Explain.

12. If complaint appears to be untimely, what explanation is offered to explain why Counselor was not contacted within 45 (forty-five) days? N/A

13. Provide a brief description of complaint, summarizing actions which caused counseling to be sought and which complainant believes are discriminatory.

Complainant Raymond E. Ware, Screening Supervisor, alleged discrimination due to his race (African American) and reprisal (prior EEO activity), when on June 7, 2003, he was not selected for a screening manager position, in June 2003 he was denied training and not allowed to rotate as other Mobile Screeners, and on July 11, 2003 he was reassigned to Hawaiian Airlines Checkpoint. Mr. Ware believe Sidney Hayakawa, Federal Security, and Ken Kamahele, Assistant Federal Security Director-In Charge of Screening are responsible for the alleged discriminatory action.

14. Remedial Action Desired by Complainant.
Promoted to Screening Manager

15. On the same matter, has Complainant filed a grievance under negotiated grievance procedure? ☐ Yes  X No
On the same matter, has Complainant filed a grievance under the Agency grievance system? ☐ Yes  No
If the issue presented constitutes a Mixed-Case Complaint, has Complainant Appealed to the Merit Systems Protection Board?

EXHIBIT "C"