DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG/LEK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S MOTION TO** |
| | ) | **CONTINUE HEARING DATE ON** |
| vs. | ) | **DEFENDANTS** |
| | ) | **MOTION FOR SUMMARY** |
| SIDNEY HAYAKAWA, Director of | ) | **JUDGMENT; DECLARATION OF** |
| Transportation Security | ) | **COUNSEL; EXHIBITS "1-5";** |
| Administration - Honolulu, KEN | ) | **CERTIFICATE OF SERVICE** |
| KAMAHELE, Deputy Director, | ) | |
| Transportation Security | ) | |
| Administration–Honolulu; | ) | |
| TRANSPORTATION SECURITY | ) | |
| ADMINISTRATION; THOMAS J. | ) | **DATE:** |
| RIDGE, Secretary, Department of | ) | |
| Homeland Security, DEPARTMENT | ) | **TIME:** |
| OF HOMELAND SECURITY; | ) | |
| JOHN DOES 2-5, | ) | **JUDGE:   HELEN GILMOR** |
| | ) | |
| Defendants. | ) | **TW: 11-14-06** |

**PLAINTIFF'S MOTION TO CONTINUE HEARING DATE ON**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiff RAYMOND E. WARE, by and through his attorney

Daphne E. Barbee, and requests this Honorable Court grant a continuance of the hearing on Defendant s Motion for Summary Judgment which is presently scheduled for July 31, 2006 at 9:45 a.m. to a date after complete discovery is received and after there is a ruling on the Ninth Circuit Appeal regarding full disclosure of the recertification test results for Plaintiff.

This Motion is made pursuant to Rule 56 (f) Federal Rules of Civil Procedure and is based upon the attached Declaration of Counsel, and Exhibits 1-5 and such further matters as may be presented at the hearing on this Motion.

DATED: HONOLULU, HAWAII  6-28-06

_____
DAPHNE E. BARBEE
ATTORNEY FOR PLAINTIFF