Exhibit No. 4



DAPHNE E. BARBEE

ATTORNEY AT LAW

1188 BISHOP STREET, SUITE 1909, HONOLULU, HAWAII 96813
TELEPHONE (808) 533-0275

March 16, 2006

Thomas A. Helper, Esq.
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm. 6-100
Honolulu, Hawaii 96850

        Re:    **Ware v. Hayakawa, et al.**
                  **Civil No. 04-00671 HG-LEK**
                  <u>**DISCOVERY**</u>

Dear Mr. Helper:

      We are requesting discovery of the personnel files for the following employees who were given a promotion to the position of Screening Manager. The names of the employees who were selected for promotion in June 2003 are Warren Kadakawa, Danny Cappo, Edward Morrin, and William Waters. (See F-10, EEO Investigative Report)These individuals' personnel files were not made available for review yet. This was an issue in my client's underlying EEO complaint at page 2 of the EEO investigation. My client alleged he was passed over for Screening Manager in June 2003 as well as September 2003.

      We also request the personnel files of all persons itemized under F-10, page 48, overview of 2-year record of Screening Manager by rates beginning with December 3, 2002 up through October 19, 2003, S-10 G48 in the investigative files. My client alleges he was passed over for Screening Manager in June 2003 as well as September 2003.

      Please contact me when the personnel files are available for review.

                                  Sincerely,

                                  DAPHNE E. BARBEE
                                  Attorney at Law

DEB:kc
cc: Mr. Ware