# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following party at their last-known address by hand delivery, on ___6-28-04___.

> THOMAS A. HELPER, ESQ.
> Assistant U.S. Attorney
> Rm. 6-100, Federal Building
> 300 Ala Moana Blvd.
> Honolulu, Hawaii 96850
> Attorney for Defendant

DATED: Honolulu, Hawaii, _____.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff

7