EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii
THOMAS A. HELPER (5676)
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | (Federal Defendants' Responses |
| v. | ) | to Plaintiff's Fourth Request |
| | ) | for Production of Documents) |
| SIDNEY HAYAKAWA, Director of | ) | |
| Transportation Security | ) | |
| Administration – Honolulu, | ) | |
| KEN KAMAHELE, Deputy | ) | |
| Director, TRANSPORTATION | ) | |
| SECURITY ADMINISTRATION; | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland | ) | |
| Security, DEPARTMENT OF | ) | |
| HOMELAND SECURITY; JOHN DOES | ) | |
| 1-5, | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of Federal Defendants' Responses to Plaintiff's Fourth Request for Production of Documents was served on the following at their last known address:

Served Electronically through CM/ECF:

    Daphne Barbee          desekmet@aloha.net
    July 12, 2006


DATED: July 12, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              /s/ Thomas A. Helper
                            By _____
                                 Thomas A. Helper
                                 Assistant U.S. Attorney

                              Attorneys for Federal
                              Defendants