# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 13, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 05-00671 HG-LEK

CASE NAME:   RAYMOND WARE vs. SIDNEY A. HAYAKAWA, et al.

JUDGE:   Helen Gillmor            REPORTER:

DATE:   July 13, 2006             TIME:

COURT ACTION:   **<u>MINUTE ORDER</u>**

    The parties have stipulated to continue the hearing on Federal Defendants' Motion to Dismiss and for Summary Judgment from July 31, 2006 to September 18, 2006 at 9:45 a.m. before the Honorable Helen Gillmor.

    The Plaintiff's Motion to Continue Hearing Date on Defendants' Motion for Summary Judgment is rendered moot.

Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager