RAYMOND E WARE
P.O. BOX 38181
HONOLULU, HAWAII 96837
(808) 779-4298
DRTWOTOES@ HOTMAIL. COM


EXPERIENCE :


TRANSPORTATION SECURITY ADMINISTRATION
CHECKPOINT SCREENER SUPERVISOR, HONOLULU, HAWAII
SEPTEMBER 2002 – PRESENT

Duties include training and certification of newly hired screeners and supervisors. Organizing work schedules, monitoring of employees. Assuring employees monitor x-ray machines for weapons and properly use the machines which check for explosive materials. Responsible for writing incident reports and updating daily logs.


TRANSPORTATION SECURITY ADMINSTRATION
MOBILE SCREENING FORCE, WASHINGTON, D.C.
MARCH 2002 – SEPTEMBER – 2002

Assigned to assist in the transformation of the screening of passengers from the private screening companies to Federal oversight. Duties include various screening functions from a screener perspective up to and including management decisions and involvement. Travel is required throughout the Federal jurisdiction.


ARGENBRITE SECURITY, DETROIT, MICHIGAN
NOVEMBER – 2000 –MARCH 2002

Checkpoint Screener Supervisor/ Screening Manager
Duties include, monitoring of employees in charge of screening passengers through security checkpoints. Responsible for scheduling of employees, overseeing the checkpoint supervisors, updating and managing daily logs and bulletins, assuring the smooth transaction at shift change, informing all employees of policies and procedures.

ARGENBRITE SECURITY, AUSTIN, TEXAS
SEPTEMBER – 1999 – NOVEMBER 2000

Checkpoint Screener Supervisor
Duties include the monitoring of employees in charge of screening passengers through security checkpoints; Assuring employees properly monitor x-ray machines for weapons and explosive devises; employees use proper technique of the ETD explosive detecting machine. Responsible for report writing and updating logs.

INTERNAL REVENUE SERVICE, AUSTIN, TEXAS
MARCH 1997-FEBRUARY 1999

Seasonal Tax Examiner
Duties include reviewing Income Tax Returns, Checked for accuracy and cross referenced incoming funds.

UNIVERSAL CITY POLICE DEPARTMENT, UNIVERSAL CITY, TEXAS
MAY-1994 – MAY-1996

Police Office/Dispatcher

Duties included patrolling throughout the city and assisting neighboring citizens. Secured and investigated crime scenes, making arrest when necessary, Assisted EMS with transporting injured victims. Directed traffic and issued citations to violators. Writing reports from service calls and related incidents. Gaining knowledge of required equipment, including but not limited to patrol vehicles, service revolver, radar, computer and dispatching monitors

DETROIT POLICE DEPARTMENT, DETROIT, MICHIGAN
MAY-1977-FEBRUARY 1986

Patrolman/Detective/Dispatcher

Duties included patrolling an assigned area of the city. In addition to standard police and detective duties, assigned to a Special Task Force by the Chief of Police. Assigned to a special unit involving Mayor Coleman A. Young.

EDUCATION:

MAKENZIE HIGH SCHOOL
Detroit, Michigan
Graduated, 1970

UNIVERSITY OF DETROIT
DETROIT, MICHIGAN
Major: Business Administration, 1970-1973

OTHER QUALIFICATIONS;

Certified in instructing and maintaining Barringer Ionscan Explosive Detection Machine
Certified as a CTX operator/Engineer
Certified on All Explosive Trace Detectors

Raymond E Ware

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

KSA'S

1. SKILL IN MANAGING A STAFF ON VARIOUS SHIFTS.

       I acquired approximately 1 year of experience as a Screening Manager prior to joining the TSA as a Mobile Screener. During that time, it was my responsibility to oversee numerous shifts, at several checkpoints. During that time, I was in charge of scheduling, hearing and deciding complaints (both from passengers and screeners), making sure each checkpoint were properly staffed, making sure the equipment was functioning properly and instructing the Checkpoint Supervisors as to the proper way to operate their checkpoint. It was also my duty to ensure the shift functioned efficiently.

2. KNOWLEDGE OF THEORIES, DYNAMICS, AND FACTORS UNDERLYING THE AVIATION SCREENING PROCESS TO ENABLE MANAGEMENT OF SCREENING FUNCTIONS.

       I gained knowledge of the theories, dynamics, as well as the factors of the aviation screening process from my numerous years as both a Screening Manager and a Checkpoint Supervisor. I understand how important it is to educate ALL screeners on the importance of not only screening of the passengers, but also making sure it is done in a courteous manner. You have to be constantly aware of each step of the screening process. It is crucial to expedite the screening functions but more important to do so, always with safety in mind. I stress the importance of safety on a daily basis. Also, you have to be aware of passenger flow. It is important that all lanes of the checkpoint are functioning at the same rate.

-2-

Raymond E Ware
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

3. KNOWLEDGE SUFFICIENT TO BE ABLE TO OPERATE BASIC SECURITY EQUIPMENT AT SCREENING CHECKPOINTS.

I have been certified using every machine at the checkpoint. I initially was hired as a screener. I then was promoted to Checkpoint Supervisor. Subsequently, because of my knowledge of the intricacies of the checkpoint, I was elevated to Screening Manager. I then became a Mobile Screener and federalized several airports as a Checkpoint Supervisor. I gained knowledge of equipment necessary to screen passengers throughout my travels. I was also licensed to operate the newest CTX scanning machines. As a Supervisor, one of my duties is to assure all machines are maintained and functioning properly.

4. SKILL IN COMMUNCATING TECHNICAL AND NON TECHNICAL INFORMATION ORALLY AND IN WRITING.

Whenever I federalized a new airport, it was my responsibility to communicate with not only the newly hired screeners, but with the newly hired Checkpoint Supervisors as well. I was given numerous citations from several airport directors, for my ability to effectively communicate. When I arrived at my home airport in Honolulu, I was placed in charge of the checkpoint which certified and trained the newly hired screeners and supervisors.

Raymond E Ware

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

-3-

5. ABILITY TO MANAGE A DIVERSE WORKFORCE AND LEADING OTHERS, INCLUDING PLANNING AND ASSIGNING WORK; MONITORING, ASSESSING AND IMPROVING PERFORMANCE;SELECTING EMPLOYEES;AND PROMOTING EEO, HUMAN RELATIONS, AND EMPLOYEE PARTICIPATION.

My best ability seems to be that I am able to communicate well with others. I seem to be well liked wherever I go. I received commendations for my work with few if any complaints. As I traveled across the country federalizing airports, I worked with many different nationalities. I enjoyed working with each and also learned from them. I planned the training of the newly hired screeners and imparted my knowledge to the Supervisors. I monitored the growth of each screener and assisted them with their weaknesses and applauded their growth. Being a minority, I fully understand the importance of promoting employee participation. It is essential that every screener's opinion is heard and appreciated.

Vacancy Announcement Number : TSA-03-836

Screening Manager   SV-1801-00/00

Raymond E Ware

P.O. Box 38181

Honolulu, Hawaii,   96837

(808) 779-4298

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

United States Citizen