**Transportation Security Administration**

To: Raymond Ware, Supervisory Screener, Honolulu International Airport

From: Sidney A. Hayakawa, Federal Security Director, Honolulu International Airport

Date: September 12, 2003

Re: Screening Manager Positions at HNL

Reference is made to your memorandum dated September 8, 2003, regarding our previous meeting and how you felt discriminated against on the basis of race since you were not selected for promotion as a Screening Manager. Additionally, on September 6, 2003, a rotation schedule was published and you were not selected as an Acting Screening Manager. You are now requesting consideration for promotion.

For the record and to remind you that you scheduled an appointment to meet with me on September 4, 2003, at approximately 1:30 p.m. to discuss a "personal matter". At our meeting you informed me that you were not selected for promotion to one of the three vacant Screening Manager positions for the HNL. I then explained to you the competitive process in which the Transportation Security Administration utilizes in announcing, screening, rating, and selecting individuals for promotion. You then advised me that you are aware that your name was on the Certification List. You also advised me that you filed an EEO complaint based on the fact that you were not promoted and/or placed in an Acting Screening Manager position. I then recommended that you discuss this matter with Assistant Federal Security Director for Screening (AFSDS) Kenneth K. Kamahele, since he was the selecting official and your second line supervisor. I further related to you that there would be other opportunities for promotion to Screening Manager. It was my understanding that you were going to discuss this matter with AFSDS Kamahele and the meeting was terminated.

I am surprised that you did not take the time to meet with AFSDS Kamahele and you chose to write directly to me. I have forwarded your letter to Administrative Officer Johnalyn F. Abreu of the HNL and have instructed her to schedule a meeting with AFSDS Kamahele, yourself and her to discuss your promotability.

cc: Kenneth K. Kamahele, Assistant Federal Security Director for Screening (w/09-08-03 memo)
    Johnalyn F. Abreu, Administrative Officer (w/09-08-03 memo)