

Transportation
Security
Administration

U.S. Department of Homeland Security
Honolulu International Airport
300 Rodgers Boulevard, #45
Honolulu, HI 96819

Date:       November 14, 2003

To:         Raymond Ware
            Supervisory Transportation Security Screener
            Honolulu International Airport

From:       Kenneth Kamahele
            Assistant Federal Security Director
            Honolulu International Airport

Subject:    Notice of Proposed Removal for Failure to Re-Certify

This is notice that I am proposing your removal from Federal service effective no sooner than seven (7) calendar days after the date you receive this notice.

This action is being proposed because of your failure to meet the requirements for annual re-certification as a Supervisory Transportation Security Screener, SV- 019- G.

The Aviation Transportation and Security Act requires TSA to conduct an annual evaluation or proficiency review ("re-certification") of each Screener. The law further states that a Screener who does not demonstrate success on the annual re-certification "may not continue to be employed" as a screener. 49 U.S.C. 44935(f)(5).

You failed to meet the requirements for annual re-certification. Specifically, on November 8, 2003, you failed to meet the standards for re-certification on HandHeld Metal Dectector 1, HandHeld Metal Detector 2, and Pat Down as indicated on the attached results of your re-certification. You were afforded the opportunity for remedial training and/or time for additional study; however, you were unsuccessful in re-certifying. Consequently, you have not met the requirements for annual re-certification as a Supervisory Transportation Security Screener.

Federal law does not allow continued employment as a security screener upon failure to meet the annual re-certification requirement; therefore, I am proposing termination of your employment with TSA.

You may reply to this proposal orally or in writing or both, including submitting relevant documents and/or affidavits. Full consideration will be given to any reply you submit. Any reply must be received by the Deciding Official, Sidney Hayakawa, not later than seven (7) calendar days after the date you receive this notice. If you wish to make an oral reply, you must schedule an appointment by contacting Sidney Hayakawa, Federal Security Director at 831-4604.

You may have a representative of your choosing to assist you in preparing and presenting any reply. If you elect to have a representative, you must provide the name and contact information for your representative in writing to Sidney Hayakawa, Federal Security Director. Your representative, if a TSA employee, will be allowed a reasonable amount of official time to assist you in preparing and presenting your reply (ies). NOTE: TSA may disallow your choice of representative if the representation would result in a conflict, or apparent conflict, of interest or position or, if the representative is another TSA employee, the individual cannot be spared from critical TSA duties.

A final decision will not be made in this matter until your written and/or oral replies have been received and considered, or, if no reply is received, until after the time specified for the replies has passed. You will be notified in writing of the final decision.

Effective upon receipt of this notice, you are being placed on administrative leave, a paid non-duty status, until a decision is made on this proposal. You must return all TSA property to your supervisor, including ID badge, equipment, manuals, and uniforms. While you are on administrative leave, you will be allowed access to the non-public areas of TSA facilities only by appointment.

You may contact Johnalyn Abreu, Administrative Officer at 831-4634 or 831-4604 if you have questions regarding this notice.

Copy to: Sidney Hayakawa


Acknowledgment of Receipt:


_____
Signature                    Date