**Transportation Security Administration**

U.S. Department of Homeland Security
Honolulu International Airport
300 Rodgers Boulevard, #45
Honolulu, HI 96819

CERTIFIED/RETURN RECEIPT
#70031680000072505666

Date:       November 26, 2003

To:         Raymond Ware
            Supervisory Transportation Security Screener
            Honolulu International Airport

From:       Sidney Hayakawa
            Federal Security Director
            Honolulu International Airport

Subject:    Letter of Decision on Removal


This is notice that I have decided to terminate your employment with the Transportation Security Administration (TSA), effective November 25, 2003. This action is being taken because of your failure to meet the requirements for annual re-certification as a Supervisory Transportation Security Screener.

You were provided notice of proposed removal on November 17, 2003, because of your failure to meet the standards required for re-certification on HandHeld Metal Detector 1, Handheld Metal Detector 2, and Pat Down on November 8, 2003. After further review, I determined that you did not fail the HandHeld Metal Detector 1 test. However, you did fail to meet the standards required for re-certification on the Handheld Metal Detector 2, and Pat Down. Additionally, you failed the ETD retest. Since this last item was not included in the proposal, it was not considered in this decision.

You were given the opportunity for remedial training and additional practice at our prep stations to pass the retests. Successful completion of the annual re-certification is a condition of employment for TSA screeners as required by The Aviation and Transportation Security Act.

I have reviewed the results of your re-certification. On November 24, 2003, we received your representative's response to the proposal to remove you. That response merely challenged the fact that you failed the requisite test, but offered no mitigating circumstances. Federal law does not allow your continued employment as a security screener upon failure to meet the annual re-certification requirement, I have decided that termination of your TSA employment is appropriate.

You have been employed in a paid non-duty status (administrative leave) since being issued the notice of proposed removal on November 17, 2003. Your TSA employment, including administrative leave status, will terminate effective November 25, 2003.

You may appeal this decision to the TSA Disciplinary Review Board (DRB) within thirty (30) days following the effective date of this decision. NOTE: If you decide to appeal, the appeal must be filed no later than December 25, 2003. The address for filing an appeal is:

> Assistant Administrator for Human Resources Management
> Transportation Security Administration (TSA-21)
> Attention: Disciplinary Review Board Coordinator
> 601 South 12th Street
> Arlington, VA 22202-4204

If you believe this removal resulted from discrimination or harassment based on race, color, religion, sex, national origin, physical or mental disability, age (40 or over), sexual orientation, or reprisal, you may contact the Office of Civil Rights (OCR) at 1-877-336-4872. If you choose to contact OCR you must do so within 45 calendar days of the effective date of this action.

If you have questions regarding this notice or appeal procedures, please contact Johnalyn Abreu, 808-831-4634.

Please sign the acknowledgement of receipt below. Your signature does not denote agreement with this action; it only represents receipt of this notice on the date signed.

_Sidney Hayakawa_ [signature]
Sidney Hayakawa
Federal Security Director


Acknowledgment of Receipt:

_____
Signature                    Date

"TSA is providing career transition assistance to separated employees for 60 days following the date of separation. Call **1-866-619-3697** to schedule a confidential phone appointment with a professional career coach. Employees will be assisted in assessing their skills, interview techniques, reviewing their resumé and job search strategies."