| Employee Name | HHMD1 | HHMD2 | Pat Down | ETD | PBS1 | PBS2 | Re-Test HHMD1 | Re-Test HHMD2 | Re-Test Pat Down | Re-Test ETD | Re-Test PBS1 | Re-Test PBS2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-4414 w3re, raymond | F | F | F | F | P | P | P | F | F | F | • | • |

