

Transportation
Security
Administration

August 18, 2005

To: All HNL Employees

From: Larry Fetters, FSD, Los Angeles International Airport

Subject: Update on the Activities of Honolulu (HNL) Site Visit Team

I believe that many of you are aware that I and a team of subject matter experts from two other airports have been working here at Honolulu this past week in order to conduct an inquiry into recent allegations of inappropriate management behavior and to assess the state of morale at this TSA work site. Edward Gomez, the TSA Western Area Director directed that an informal assessment of the management and leadership climate be taken here at your airport.

During this past week the assessment team has reviewed a plethora of documents brought to our attention by HNL leadership, has reviewed statements made by various employees in interviews conducted prior to our arrival and has conducted a number of interviews with HNL employees.

This endeavor was initially characterized as an informal Management Assist (assessment) and was to be conducted so as to give the Western Area Director insights as to how he could work with local management to improve matters at HNL. After less than two full days of work, the team approached TSA management at the Western Area and headquarters levels with a recommendation that the informal assessment be re-ch    erized as a Management Inquiry (M I) and that the M I be conducted in compliance with TSA Management Directive 700-2. Management Directive (MD) 700-2 is the guiding policy on how to conduct a Management Inquiry, which is a more formal investigation into matters on behalf of TSA executive management.

Beginning Wednesday, August 17, the team began to follow the dictates of M D 700-2 in conducting its business here at HNL. This methodology will be followed to the conclusion of the team's work. At the conclusion of the Management Inquiry, a report documenting our Findings and Recommendations will be submitted to the Western Area Director for appropriate follow up. The Western Area Director is responsible for taking

appropriate action to remedy matters as documented by the Management Inquiry. His options include formal discipline.

The M I Team will return to the mainland on Friday, August 19. The Team will return to HNL on Wednesday, August 24 and will remain in Hawaii until the completion of the Management Inquiry, however long that takes.

For your information, Mr. Gomez (Western Area Director) plans to visit HNL the week of August 22 to personally familiarize himself with working conditions and the state of morale. I believe he will arrive no later than August 23. While Mr. Gomez is in HNL, he will meet with employees in a variety of venues so he can hear directly from all of you what your personal perceptions and concerns are regarding the working environment. I encourage you to accept any opportunity to meet with Mr. Gomez as I know he sincerely desires to hear from you.

I think Mr. Gomez's visit is a very positive step in addressing issues of concern to all of you.

You will once again see me and the Management Inquiry Team at the airport starting on Thursday, August 25. We are looking forward to talking to as many of you as possible to seek your input and perceptions. Again, we plan to stay here until the task is completed.

Sincerely,

Lawrence Fetters
Federal Security Director
Los Angeles International Airport
And Team Leader