IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | CERTIFICATE OF COMPLIANCE |
| vs. | |
| SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, Transportation Security Administration--Honolulu; TRANSPORTATION SECURITY ADMINISTRATION; THOMAS J. RIDGE, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 2-5, | |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE PURSUANT TO LR7.5 AND 56.1

Pursuant to LR7.5 and LR 56.1, I certify that Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment is proportionately spaced, has a typeface of 14 points or more and contains 4,674 words and 491 lines of text.

-1-

DATED: Honolulu, Hawaii   8-28-06

_____
DAPHNE E. BARBEE
ATTORNEY AT LAW