# TABLE OF CONTENTS

PAGE(S)

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . i

PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . 1

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

I. THE COURT SHOULD DISMISS ALL CLAIMS AGAINST DEFENDANTS OTHER THAN DEFENDANT CHERTOFF . . . . . . . . . . . . . . . . . 5

II. THE COURT SHOULD DISMISS PLAINTIFF'S CLAIMS FOR PERSONNEL ACTIONS PRIOR TO MAY 9, 2003 . . . . . . . . . . . . 5

III. THE COURT SHOULD GRANT SUMMARY JUDGMENT ON PLAINTIFF'S NON-PROMOTION CLAIMS . . . . . . . . . . . . . . . . . . . . 6

A. The Nonpromotion to Rotating Screening Manager Between October 2002 and February 2003 . . . . . . . . . . . . . . . . . . . . . . . 6

B. The Nonpromotion to Temporary Screening Manager in June 2003 . . . . . . . . . . . . . . . . . 11

C. The NonPromotion to Permanent Screening Manager in September 2003 . . . . . . . . . . . . . . . 12

IV. THE COURT SHOULD GRANT SUMMARY JUDGMENT ON PLAINTIFF'S TERMINATION CLAIMS . . . . . . . . . . . . . . . . . . . . . 12

A. Introduction . . . . . . . . . . . . . . . . . . . . . . 12

B. Plaintiff Fails to Show that TSA Treated Similarly Situated Employees Outside His Protected Class Differently . . . . . . . . . . . . . . 13

C. The Details of Plaintiff's Failure to Pass the Recertification Test Are Not an Issue of Material Fact . . . . . . . . . . . . . . . . . . . . 14

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . 16