**TABLE OF AUTHORITIES**

**FEDERAL CASES**

*Aucutt v. Six Flags Over Mid-America, Inc.*,
  85 F.3d 1311 (8th Cir. 1996) .............................. 10

*Capobianco v. City of New York*, 422 F.3d 47 (2d Cir. 2005) ... 10

*Coleman v. Quaker Oats Co.*, 232 F.3d 1271 (9th Cir. 2000) ..... 7

*Garner v. Missouri Dept. of Mental Health*,
  439 F.3d 958 (8th Cir. 2006) .............................. 10

*Godwin v. Hunt Wesson, Inc.*, 150 F.3d 1217 (9th Cir. 1998) .... 7

*Luckie v. Ameritech Corp.*, 389 F.3d 708 (7th Cir. 2004) ...... 10

*Nat'l R.R. Passenger Corp. v. Morgan*, 536 U.S. 101 (2002) ..... 5

*Villiarimo v. Aloha Island Air, Inc.*,
  281 F.3d 1054 (9th Cir. 2002) ........................... 7, 8

*Wallace v. Texas Tech. Univ.*, 80 F.3d 1042 (5th Cir. 1996) ... 10

**FEDERAL STATUTES**

Fed.R.Evid. 801(c) ............................................. 9