# EXHIBIT "A"
# (corrected copy)

# Recertification

# Requirements

# &
# Regulations

EXHIBIT "A"
(corrected copy)

**Attachment 1 – FY 03-04 Annual Proficiency Review (APR)\***

This chart has been developed for use in determining whether or not to certify a Screener under the APR:

| Knowledge and Skills Assessment | Annual Performance Assessment | Result |
|---|---|---|
| If the Screener: | and the Screener: | then the Screener is: |
| 1. Passed the 3 Modules | Met or Exceeded Standard | Certified |
| 2. Failed one or more Module(s) on the retest | Met or Exceeded Standard | Removed |
| 3. Passed the 3 Modules | Failed to Meet Standard currently on a Performance Improvement Plan (PIP) | "Re-certification Pending" until final performance rating |
| 4. Passed the 3 Modules | Failed to Meet Standard but Screener not yet put on PIP; place on a 30 Day PIP | "Re-certification Pending" until PIP is in place and final rating is completed |
| | | (If final performance rating is "met or exceeded" then the Screener is Certified; if final performance rating is "failed to meet" then the Screener is Not Certified and is removed) |

**\*Screeners who were validated on the CBT will not be tested on those Modules**

8

 **Transportation
Security
Administration**

OFFICE OF TRAINING AND QUALITY PERFORMANCE

**TSA MANAGEMENT DIRECTIVE No. 1900.4**
**FY03-04 ANNUAL PROFICIENCY REVIEW**

**1. PURPOSE:** This directive establishes the policy and procedures for the FY 03-04 Annual Proficiency Review (APR) of the Transportation Security Administration (TSA).

**2. SCOPE:** This directive applies to all TSA components that have responsibilities for the FY 03-04 Annual Proficiency Review, also referred to as Annual Re-certification, of the Screener workforce including Transportation Security Screeners (TSS), Lead Transportation Security Screeners (LTSS) and Supervisory Transportation Security Screeners (STSS). On an annual basis, all of the federal Transportation Security Screener workforce must successfully meet the requirements of the Annual Proficiency Review to be Certified. A Screener must be Certified to continue to be employed as a TSS, LTSS or STSS.

**3. AUTHORITIES:**

    A. Aviation and Transportation Security Act (Public Law 107-71) (ATSA)
    B. The Homeland Security Act of 2002 (Public Law 107-296)
    C. Other authorities as authorized by specific delegation from the TSA Administrator

**4. DEFINITIONS:**

    A. **<u>Annual Proficiency Review (APR) or Re-certification</u>** – the annual evaluation of a Screener in accordance with the ATSA (Public Law 107-71). The specific requirements are:

        "The Under Secretary shall provide that an annual evaluation of each individual who is assigned screening duties is conducted and documented. An individual employed as a security Screener may not continue to be employed in that capacity unless the evaluation demonstrates that the individual —
        (A) continues to meet all qualifications and standards required to perform a screening function;
        (B) has a satisfactory record of performance and attention to duty based on the standards and requirements in the security program; and
        (C) demonstrates the current knowledge and skills necessary to courteously, vigilantly, and effectively perform screening functions."

B. <u>Certified/Not Certified</u> – A Screener who has successfully completed all of the requirements of the APR is **Certified**. A Certified Screener has met the pre-determined, job relevant qualifications or standards as demonstrated by passing all of the qualifying Knowledge and Skills Assessment Modules <u>and</u> who has received an Annual Performance Assessment Rating of "met or exceeded" on their FY 03 Performance Agreement. A Screener, who meets these requirements, will be Certified for continued employment as required by ATSA. A Screener who fails to meet these requirements is **Not Certified** and may not continue employment.

C. <u>Documentation</u> – For each Screener to be Certified, the following records are required: 1) the individual Screener's Knowledge and Skills Assessment Test record which is maintained in the Automated Multilevel Training Assessment Program (AMTAP) database (until it migrates to the Online Learning Center) and 2) the current, official Performance Agreement which is filed in the Screener's Employee Performance Folder.

D. <u>Knowledge and Skills Assessment Program</u> – For FY 03-04, the Screener job knowledge and skills will be assessed using these Modules:

    1. <u>Module # 1: Job Knowledge</u> – A position specific, computerized, multiple choice test administered to assess a Screener's knowledge of standard operating procedures (SOPs) for one of the following:

        1) passenger screening; 2) baggage screening; 3) Supervisory passenger screening; or 4) Supervisory baggage screening.

    2. <u>Module # 2: Image Proficiency</u> – A computerized test administered to measure a Screener's skill and ability in the detection of threats/prohibited items within x-ray images of baggage.

    3. <u>Module # 3:  Practical Skills Demonstration</u> – A hands-on skills demonstration (i.e., simulated work sample) used to evaluate a Screener's knowledge, skill, and ability when performing specific Screener tasks and the ability to provide customer service.

E. <u>Performance Agreement</u> – A document which contains job specific performance standards that is signed by both the Supervisor and the employee. Throughout the year, the Screener's job performance is assessed and a rating of "met or exceeded the standard" or "failed to meet the standard" is documented on an annual basis. Details for the Performance Agreement are found in the HR Letter 430-4.

F. <u>Performance Assessment</u> – The Screener's annual rating which is documented by the rating official using the performance standards contained in the Screener's Performance Agreement.

G. <u>Performance Standard</u> – The criteria against which a Screener's performance is evaluated.

H. <u>Re-certification Pending</u> – The status of a Screener who has not yet completed the Knowledge or Skills Assessment Program or the Performance Assessment (e.g., a Screener on a Performance Improvement Plan (PIP), a Screener who is unable to complete the entire Knowledge or Skills Program due to a medical situation).

I. <u>Satisfactory Record of Performance</u> – *For the FY 03-04 Annual Proficiency Review, the rating that is documented on the Annual Performance Agreement (for the rating period April 1, 2003 – September 30, 2003) will be used to determine if the Screener has a satisfactory record of performance. The rating must be "met or exceeds."*

J. <u>Screener</u> – An employee (including the National Screener Force (NSF)) who performs the duties prescribed in Section III of the ATSA.

5. **RESPONSIBILITIES:**

A. **The Office of Training and Quality Performance (TQP) is responsible for:**

1. Ensuring that all assessments and tests used for purposes of the Annual Proficiency Review are valid, reliable, and fair in accordance with the Uniform Guidelines for Employee Selection Procedures (1978), SIOP Principles for the Validation & Use of Personnel Selection Procedures (2002), Standards for Educational & Psychological Testing (1985) and all other applicable employment laws.
2. Developing the annual Knowledge and Skills Assessment test items. The Assessment will be developed as Modules and will reflect the critical and necessary knowledge, skills, and abilities all Screeners must demonstrate to successfully perform official duties.
3. Ensuring that the Knowledge and Skills Assessment Modules are as objective as possible.
4. Developing all scoring criteria and establishing passing cut scores with input from subject matter experts as appropriate.  The Assistant Administrator for Training and Quality Performance will approve all scoring and passing cut scores.
5. Providing Master Testing schedules and Local Testing schedules for Module # 3: Practical Skills Demonstration.
6. Providing training and guidance to the Training Coordinators who are administering Module #1: Job Knowledge and Module #2: Image Proficiency.
7. Overseeing training personnel who will 1) administer Module #3: Practical Skills Demonstration and 2) deliver remediation for Module #3 for Screeners who do not pass.
8. Determining whether a Screener is **"Certified"** or **"Not Certified"**.
9. Maintaining official records and documentation for the APR.
10. Providing Aviation Operations with the Re-certification results that are required for the APR.
11. Developing reports and supporting data for the FY 03-04 Annual Proficiency Review.

12. Communicating APR issues that arise with the appropriate TSA Office(s).

**B.  The Office of Human Resources (HR) is responsible for:**

1.  Providing guidance to the Federal Security Directors and Supervisors on individual performance issues for the Screener workforce.
2.  Maintaining a current list of the Annual Performance Assessment ratings for the TSS workforce of those Screeners who "Fail to meet" the performance standards
3.  Establishing removal procedures for any Screener who does not meet all of the requirements of the APR in accordance with the procedures in the Interim Policy 752-1 on Addressing Performance and Conduct Problems
4.  Completing removal actions initiated by the Federal Security Director on all Screeners who fail to meet the requirements of the APR for Re-certification.
5.  Communicating APR issues that arise with the appropriate TSA Office(s).
6.  Developing reports and supporting data for the FY 03-04 Annual Proficiency Review (APR).

**C.  The Office of Aviation Operations (AVOPs) is responsible for:**

1.  Ensuring that documents such as addendums, guidance and current standard operating procedures are available to all Screeners at every airport so that they have up-to-date operating information.
2.  Ensuring that Managers and Supervisors comply with HRM Letter 430-04 and the Interim Policy 752-1 on Addressing Performance and Conduct Problems.
3.  Developing a Master Testing Schedule for Modules #1 Job Knowledge and #2 Image Proficiency.
4.  Administering Module #1 and Module #2 of the Knowledge and Skills Assessment to all Screeners.
5.  Communicating pass/fail test results to individual Screeners who are tested.
6.  Providing on duty study/remediation time for Screeners who do not pass one or more of the Modules.
7.  Administering one re-test per Module to Screeners who do not pass Module #1 and/or Module # 2.
8.  Scheduling remediation and re-test for Module #3: Practical Skills Demonstration.
9.  Initiating removal actions for any Screener who 1) does not pass any one of the required Knowledge and Skills Assessment Modules and/or 2) fails to meet the standard for satisfactory performance on the Annual Performance Agreement.
10. Communicating APR issues that arise with TQP and other TSA Offices.
11. Developing reports and supporting data for the Annual Proficiency Review (APR).
12. The Transportation Security Supervisors are responsible for:
    a.  Ensuring that each Screener receives timely, on the job training, access to copies of Standard Operating Procedures, directives, guidance, and other information.
    b.  Providing ongoing feedback on performance and compliance with job performance standards as contained in HRM Letter 430-04.

4

    c. Scheduling Screeners for the annual Knowledge and Skills Assessment Modules for the annual Re-certification Testing and for independent study and remediation, if any is required.

13. The Screeners are responsible for:

    a. Maintaining current job knowledge, skills and abilities, and completing the required Knowledge and Skills Assessment Modules.

    b. Meeting or exceeding the standards for satisfactory performance as stated in the Performance Agreement as defined in HRM Letter 430-04.

## 6. POLICY and PROCEDURES:

A. **Policy.** It is TSA policy that on any given day, at any on-duty time, each Screener will be fit for duty and able to meet the minimal acceptable standard of performance and proficiency necessary to ensure world class aviation security and world class customer service. On an annual basis, each Screener must successfully meet the requirements of the Annual Proficiency Review in order to be Certified. As required in the ATSA, a Screener must be Certified to remain employed by TSA as a Screener.

1. Basic Requirements for the APR:

    a. All Screeners are required to meet the requirements of the APR. Each Screener must successfully pass the required Knowledge and Skills Assessment Modules and have a rating of "met or exceeded" on their Performance Assessment (defined in HRM Letter 430-04).

    b. Each Screener will be tested on the current Standard Operating Procedures (SOPs), and any addendums or directives regarding the SOPs that are issued from TSA Headquarters.

    c. Specific areas of testing are: 1) Passenger Screeners - SOP Job Knowledge Test, an Image Proficiency Test, and a Practical Skills Demonstration, and 2) Checked Baggage Screeners - SOP Job Knowledge Test and a Practical Skills Demonstration (EDS will continue to require specialized training and Re-certification).

    d. All Screeners who are cross-trained and who are underlined performing both passenger and baggage screening functions must pass the required Knowledge and Skills Assessment Modules for Passenger Screeners.

    e. Test results of "Pass" or "Fail" will be given to each Screener within 48 hours of completing each Module. Individual test scores are considered Sensitive Security Information (SSI) and will not be provided.

    f. The documentation for certification for each Screener includes: 1) the individual Screener's Knowledge and Skills Assessment Pass/Fail record which is housed in the Automated Multilevel Training Assessment Program database (until it migrates to the Online Learning Center) and 2) the rating documented on the Screener's FY 03 Performance Assessment which is filed in the Screener's Employee Performance Folder.

2. Failure to Meet Basic Requirements
   a. Screeners will be given **one** opportunity to re-take the Knowledge and Skills Assessment Modules that they fail on the first attempt. A minimum of four hours of on-duty, independent study time will be provided prior to any re-test of Module #1 Job Knowledge and Module #2 Image Proficiency. A minimum of ½ hour of duty time for a skill review and remediation will be provided if a Screener fails Module #3.
    b. Any Screener who does not pass Module #1: Job Knowledge or Module #2: Image Proficiency (one failure for each Module; one re-test for each Module)  and/or Module #3 Practical Skills Demonstration will be removed from employment.
   c. Re-testing on a failed Module must occur within 24 hours of notification of the score or on the next scheduled workday.
   d. A Screener who fails any one of the required Knowledge or Skills Assessment Modules may not return to duty until they have passed the re-test on any/all Modules they did not pass on the first attempt.
   e. Any Screener who can not complete the requirements for the APR will be placed in a "Re-certification Pending" status. As soon as possible, the required testing or Performance Assessment will be completed.

3. Performance Assessment
   a. In addition to passing all required Knowledge and Skills Assessment Modules, each Screener must receive an FY 03 Performance Assessment rating of "met or exceeded the standards"(HRM Letter 430-4).
   b. A Screener who receives a 'failed to meet the standard" on the FY 03 Performance Assessment will be placed on a Performance Improvement Plan (PIP) for 30 days (HRM Letter 430-4). The Screener will be placed in a "Re-certification Pending" status until the final Performance Assessment rating is given. The Screener may continue to work during the PIP.
   c. A Screener who is presently on a PIP (HRM Letter 430-4) must complete the PIP and have a final rating of "met or exceeded the standards" on the FY 03 Performance Assessment to be Certified. The Screener may continue to work while on the PIP. The Screener's status is considered "Re-certification Pending" until the requirements are met.
   d. If a Screener passes the Knowledge and Skills Assessment but receives a final rating of "Fails to meet the standard" on the Annual Performance Assessment, the Screener will fail the APR and will be removed from employment.

TSA MANAGEMENT DIRECTIVE No. 1900.4
FY03-04 ANNUAL PROFICIENCY REVIEW

4.  Competency Based Testing

For Screeners who were validated on the Competency Based Testing (CBT) between June 1, 2003 and September 30, 2003, the validated scores of Modules #1 and #2 will be used for the APR. Screeners do not have to take the Re-certification Assessment for the Module(s) were validated under the CBT.

B.  **Procedures:**

The following handbooks are available through the Area Directors:

1.  FSD Re-certification Program Handbook for FY 03-04
2.  TSS Re-certification Program Information for FY 03-04

7.  **EFFECTIVE DATE AND IMPLEMENTATION:**

This policy is effective immediately upon signature.

Date: 10/17/2003

Terry Bickham
**Assistant Administrator**
**Training and Quality Performance**

Date: 10/17/03

Michael Robinson
**Assistant Administrator**
**Aviation Operations**

Date: 10/17/03

Richard Whitford
**Assistant Administrator**
**Human Resources**

| | |
|---|---|
| Filing Instructions: | File with TQP and HR Management Directives |
| Effective Date: | October 17, 2003 |
| Review Date: | October 17, 2004 |
| Distribution: | Assistant Administrators, Office Directors |
| Point of Contact: | Elizabeth Kolmstetter, 571-227-1825 |
| | Director of Standards, Testing, Evaluation, and Policy |


Transportation
Security
Administration

# Re-Certification Program Information for FY03-FY04

# (Screener Re-certification Handbook)

**Version 1**

**October 20, 2003**

**for**
**Transportation Security Screeners:**
**TSS, LTSS, STSS, and NSF**

*Issued by:*
*Office of Standards, Testing, and Evaluation*
*Training and Quality Performance*

# Table of Contents

Page

1.  Background ................................................................................... 1

2.  Part One: The Knowledge and Skills Assessment Program ........................... 2

    A.  Description of Modules ....................................................................... 2
    B.  Module Results................................................................................. 3
    C.  Module 1 and 2 Procedures.................................................................. 3
        •  Screeners who DID NOT participate in Competency-Based Testing
           for Reduction/Conversion........................................................... 3
        •  Screeners who DID participate in Competency-Based Testing for
           Reduction/Conversion............................................................... 4
    D.  Module 3 Procedures ........................................................................ 5
        •  Screeners who pass Module 1 and Module 2 ................................. 5
    E.  Preparing for the Knowledge and Skills Assessment Program ................. 6

3.  Part Two: Annual Performance Assessment............................................... 11

4.  Summary Table............................................................................... 12

5.  Frequently Asked Questions ................................................................ 14

# Background

To ensure the Transportation Security Screener workforce has the knowledge and skills needed to keep America safe, the TSA is required by the Aviation Transportation and Security Act (ATSA Public Law 107-71) to conduct an Annual Proficiency Review (APR), or Re-Certification, of all Screeners. The specific requirements are:

*"The Under Secretary shall provide that an annual evaluation of each individual who is assigned screening duties is conducted and documented. An individual employed as a security Screener may not continue to be employed in that capacity unless the evaluation demonstrates that the individual:*

*(A) Continues to meet all qualifications and standards required to perform a screening function;*

*(B) Has a satisfactory record of performance and attention to duty based on the standards and requirements in the security program; and*

*(C) Demonstrates the current knowledge and skills necessary to courteously, vigilantly, and effectively perform screening functions."*

From October 2003 through March 2004, all screeners including Transportation Security Screeners (TSS), Lead Transportation Security Screeners (LTSS), Supervisory Transportation Security Screeners (STSS), and National Security Force (NSF) Screeners will be tested on their job knowledge and skills. Each airport has its own schedule for re-certification completion. The Training Coordinator at each airport schedules the assessments in compliance with the national schedule.

There are two parts to re-certification:

1. The Knowledge and Skills Assessment Program
2. The final rating on the Performance Agreement for FY 03

To be certified, you must pass all applicable modules of the Knowledge and Skills Assessment Program and have a rating of "met or exceeded" on your FY 03 Performance Assessment. If you do not meet these requirements you are not certified and may not continue employment as a screener.

For FY03-04 there are only two re-certification paths:

1) Passenger screeners
2) Baggage screeners

NOTE:  Screeners who are cross-trained and who are actively performing both passenger and baggage screening functions are considered "Passenger Screeners" for purposes of re-certification this year and will take the modules for Passenger Screener Re-certification described here. Airports are responsible for designating screeners into one of the two categories.

# Part One: The Knowledge and Skills Assessment Program

This part of the re-certification process is designed to test your knowledge of the policies and procedures you use on the job. You will be tested on the national Standard Operating Procedures (SOPs), Aviation Operations directives, addenda, and guidance that are issued from TSA Headquarters.

## A. Description of Modules

The Knowledge and Skills Assessment Program consists of three modules:

1) Job knowledge

2) Image proficiency

3) Practical skills demonstration

***Passenger Screeners must pass Modules 1, 2, and 3 and Baggage Screeners must pass Modules 1 and 3.***

The following are specific module descriptions:

**1. Job Knowledge (Module #1):** – called the Standardized Proficiency Review (SPR) is an occupation specific (passenger or baggage), computerized, 50 question multiple-choice test. The SPR is administered to assess a screener's knowledge of standard operating procedures (SOPs) for one of the following:

1) Passenger screening (TSS and Lead)

2) Baggage screening (TSS and Lead)

3) Supervisory passenger screening (STSS)

4) Supervisory baggage screening (STSS)

**2. Image Proficiency (Module #2):** – called the Image Proficiency Review (IPR) is a computerized test administered to measure a screener's skill and ability in the detection of threat/prohibited items within x-ray images of baggage. The assessment contains 100 images. A screener will have thirty seconds per image to identify whether the image contains a threat/prohibited object or not. (***Note**. Images should be identified the same way they would be on the x-ray machine at the checkpoint.*)

All passenger Screeners as well as Screeners who are cross-trained and who are <u>actively</u> performing both passenger and baggage screening functions must pass both the SPR for passenger Screeners and the IPR. Baggage Screeners must pass the baggage SPR, but should <u>not</u> take the IPR.

**3. Practical Skills Demonstration (Module #3):** – hands-on skills demonstration (i.e., simulated work sample) used to evaluate a screener's knowledge, skill, and ability when performing specific screener tasks together with the screener's ability to provide customer service.

The evaluation components for passenger screeners includes:

- Hand held metal detector
- Full body pat down
- Physical bag search
- Explosive trace detection (ETD)

The evaluation components for baggage Screeners includes:

- Physical bag search
- Three-bag test (closed, limited, and open)

## B. Module Results

For each Module you receive a rating of either "Pass" or "Fail." All test results are stored at TSA Headquarters. No one at an airport has access to the score keys or anyone's test. For Modules 1 and 2, scoring is done daily and pass/fail results are available to the airport within 48 hours of Headquarters receipt of test materials. For Module 3, results are available twice daily and you will be notified by the end of your shift of your results. If you fail any module, you will receive study time/remediation and one retest opportunity.

## C. Module 1 and 2 Procedures

### Screeners who did not participate in Competency-Based Testing for Reduction/Conversion:

Module 1 (job knowledge – SPR) and Module 2 (image proficiency – IPR) will be scheduled and administered by your airport Training Coordinator during October and November 2003.

1. Take Module 1 and Module 2 (passenger screener only).
2. If you pass the SPR and IPR (passenger screener only), you meet the requirements for Module 1 and Module 2. You are ready to participate in Module 3 (practical skills demonstration).
3. If you fail Modules 1 or 2 (passenger screener only), you receive notification within 48 hours. You have <u>one opportunity</u> to retake any module you fail. The retests follow the same format as the original tests and are scheduled within 24 hours of failure notification or on your next working day. A minimum of 4 hours of independent on-duty study time for each module failed is provided prior to any retest of the job knowledge or the image proficiency test. You receive notification of the results of the retest within 48 hours.

***You may not perform screening functions until you pass the retest for the module(s) you fail.***

4. If you pass the retest, you are ready to participate in Module 3 (practical skills demonstration).

5. If you fail the retest for either Module 1 and/or Module 2 (passenger screener only), <u>you will be removed from employment</u>.

### Screeners who did participate in Competency-Based Testing for Reduction/Conversion:

As part of the Competency-Based Testing, you already completed the SPR and the IPR (passenger screener only). The results from these tests were used for ranking purposes during the rightsizing and conversion process.

For re-certification purposes, we applied a "pass" threshold against the results of the competency-based tests. There are two re-certification testing situations that can occur.

### Situation 1:

If you took the SPR and IPR (passenger screener only) and validated (achieved results above the pass threshold) on one or both tests, you meet the requirements for Module 1 (job knowledge) and Module 2 (image proficiency). You do not need to retake these tests. You are ready to participate in Module 3 (practical skills demonstration).

### Situation 2:

If you took the SPR and IPR (passenger screener only), but did not validate (achieved results below the pass threshold) on one or both of the tests, you are required to take the corresponding test(s) as part of Re-certification. You are required to take the test on which you did not validate. TSA Headquarters will send the Federal Security Director the names of the screeners who did not validate on the SPR (job knowledge test) and/or IPR (image proficiency test).

Non-validation on the SPR or IPR will not count against your re-certification. You will start re-certification as if you had never taken these tests. You will now take the module for re-certification purposes and if you fail, will be given one retest.

The job knowledge and image proficiency re-certification testing and retesting are scheduled and administered by your airport Training Coordinator and should be completed by the end of October 2003.

1. Take Module 1 and Module 2 (passenger screener only).

2. If you pass the SPR and IPR (passenger screener only), you meet the requirements for Module 1 and Module 2. You are ready to participate in Module 3 (practical skills demonstration).

3. If you fail Modules 1 or 2 (passenger screener only), you will receive notification within 48 hours. You have one opportunity to retake any module you fail. The retests follow the same format as the original tests and are scheduled within 24 hours of failure notification or on

your next working day. A minimum of 4 hours of independent on-duty study time for each module failed is provided prior to any retest of the job knowledge or the image proficiency test. You receive notification of the results of the retest within 48 hours.

***You may not perform screening functions until you pass the retest for the module(s) you fail.***

4. If you pass the retest, you are ready to participate in Module 3 (practical skills demonstration).

5. If you fail the retest for either Module 1 and/or Module 2 (passenger screener only), <u>you will be removed from employment as a screener</u>.

### Screeners returning after extended leave at airports that conducted Competency-Based Testing for Reduction/Conversion:

Screeners who return to work after extended leave and did not participate in the competency based testing, must participate in the competency based testing before re-certification testing. Based on the results from the competency based testing, you will fall into either Situation 1 or Situation 2 as stated above.

### D. Module 3 Procedures

### <u>Screeners who pass Module 1 and Module 2 (passenger screeners only)</u>

The practical skills demonstration is conducted at your airport by Lockheed-Martin with oversight by TSA Training and Quality Performance. All practical skills demonstrations take place in a simulated environment away from the traveling public. Which category of demonstration (i.e. passenger or baggage) is dependent upon which SPR test you completed. For example, if you completed the passenger SPR, you take the passenger practical skills demonstration. If you completed the baggage SPR, you take the baggage practical skills demonstration.

1. If you pass Module 3, you meet all requirements for Part One: Knowledge and Skills Assessment Program of Re-Certification.

2. If you fail Module 3, you will receive notification by the end of your shift. You will be scheduled for ½ hour of skill review provided by Lockheed Martin within 24 hours or on your next working day. You will be retested on the specific function you fail. For example, if you fail the hand held metal detector demonstrations, you will retest on only that function. You will receive notification of the results of the retest by the end of your shift.

***You may not perform screening functions until you pass the retest for the Module you fail.***

3. If you pass the retest for Module 3, you meet all the requirements for Part One: Knowledge and Skills Assessment Program of Re-Certification.

4. If you fail the retest for Module 3, <u>you will be removed from employment as a screener</u>.

## E. Preparing for the Knowledge and Skills Assessment Program

We highly recommend that you prepare for the Job Knowledge and Skills Assessment. The Training Coordinator for your airport is able to provide you with the most up to date SOP information. Here are some suggestions:

1. **Module 1 (Job Knowledge).** Review, study, and ensure you are familiar and current with the Standard Operating Procedures (SOP) dated October 16, 2002 for Passenger Screeners and May 5, 2003 for Baggage Screeners, as well as all the Aviation Operations Directives and Addendums (see lists below). Seek feedback from knowledgeable screeners, leads, supervisors, and Training Coordinators if you are unsure of any of the SOPs. On page 8 there are sample questions in the same format as in the SPR.

**OPERATIONS POLICY PASSENGER SCREENING AVOs**

| | |
|---|---|
| 400.50.1-1 | Screening Checkpoint Standard Operating Procedures |
| 400.50.1-2 | Screening Checkpoint Queue Lines |
| 400.50.1-3 | Screening Head Coverings |
| 400.50.1-4 | Currency Recovered at Screening Checkpoints |
| 400.50.1-5 | Photographing, Videotaping, and Filming Screening... |
| 400.50.1-6 | Discontinued Use of Temporary Screener ID Badge |
| 400.50.1-7 | Inspection of Undeveloped Film at Checkpoints |
| 400.50.1-9 | Use of Gloves by TSA Screeners |
| 400.50.1-10 | Requests for LEO Assistance When Screeners Notice Large Amounts of Cash at Screening Checkpoints |
| 400.50.1-11 | Screening of Medical Equip. Carried by Medical... |
| 400.50.1-12 | Screening of Musical Instruments |
| 400.50.1-13 | Screening of Persons with Pacemakers |
| 400.50.1-14 | Screening of Persons with Metal Implants and Implant.. |
| 400.50.1-15 | Addendum to Screening Checkpoint SOPs Addendum to SOP |
| 400.50.1-16 | Screening of Persons Wearing Long Garments |
| 400.50.1-17 | Screening of Classified Materials |
| 400.50.1-18 | Screening the Property Accompanying Children Traveling With Selectees |
| 400.50.1-19 | Private Screening of Passengers at Checkpoints |
| 400.50.1-20 | Addendum No. 2 to the Passenger Screening SOP Addendum to SOP |
| 400.50.1-21 | Screening of Fire Shelters |
| 400.50.1-22 | Screening Courtesies for Dignitaries |
| 400.50.1-23 | Exempting Screening Managers and Supervisors |
| 400.50.1-24 | Screening Footwear: App 14 (Rev 1) to Checkpoint |
| 400.50.1-25 | Security Breaches at Pass. Checkpoints: Revised Guidance |
| 400.50.1-26 | Failure to Properly Screen Selectee Passengers |
| 400.50.1-27 | Crewmembers Suspected of Being Under the Influence |
| 400.50.1-28 | Double Pass |
| 400.50.1-29 | Special Screening Procedures for Parachutes |

400.50.1-30  Screening of Passengers Wearing Casts
400.50.1-31  Wait-Time Collection


## OPERATIONS POLICY CHECKED BAGGAGE SCREENING AVOs

400.50.2-1   Checked Baggage Screening SOP
400.50.2-2   Checked Baggage Screening SOP Revision 1
400.50.2-3   Alternative Screen. Procedures for 100 % Checked...
400.50.2-4   Supplemental Checked Baggage Screen. Procedures
400.50.2-5   Addendum to the Checked Baggage Screening SOP
400.50.2-6   Clarification of Screening all Checked Baggage
400.50.2-7   Revised Clarification of Screen. All Checked Baggage
400.50.2-8   LEO Involvement in Alarm Resolution for Checked Baggage
400.50.2-9   Firearms in Checked Baggage
400.50.2-10  Vendor-Wrapped Checked Baggage
400.50.2-11  Screening of Bags Containing Shielded or Opaque...
400.50.2-11A Shield Images on X-Ray Screening Equipment
400.50.2-12  Checked Baggage Insert Cards and Related Materials
400.50.2-13  Small Arms Ammunition in Checked Baggage
400.50.2-14  Discontinued Use of Checked Baggage Sign
400.50.2-15  Revised Chapters 5 and 6 to the Checked Baggage SOP
400.50.2-16  Screening U.S. Military Weapons Aboard Commercial...

### *Sample SPR Questions*

1. The most common reason to use the hand-held metal detector is:

   (a) to search a suspicious bag without opening it.

   (b) to resolve an alarm by the walk-through metal detector.

   (c) as an alternate to pat-down for individuals who are uncomfortable with that procedure.

   (d) to initially screen individuals for weapons.


2. Prisoners under the control of an armed LEO are:

   (a) screened like any other passenger.

   (b) screened along with the LEO.

   (c) not subject to the passenger screening process.

   (d) not to be allowed in the sterile area.


3. What is the most common procedure for screening carry-on items?

   (a) Walk-Through Metal Detector.

   (b) Physical Search.

   (c) Hand-Held Metal Detector.

   (d) X-ray inspection.


4. Before conducting a hand-wand search, the screener must do all of the following EXCEPT:

   (a) inform the passenger that a hand-wand search will be performed.

   (b) ask the individual to remove his/her bulky coat if it interferes with the search and screen it separately.

   (c) receive permission from the Checkpoint Security Supervisor to conduct the search.

   (d) make sure the search is done where it does not interfere with individuals passing through the walk-through metal detector.

**2. Module 2 (Image Proficiency).** Practice reviewing x-ray images for threat items. Be sure to complete your rotations at the x-ray station during the course of the workday. This module is only for screeners who took the SPR for passenger screening.

**3. Module 3 (Practical Skills Demonstration).** Review, study, and ensure you are familiar and current with the nationwide Standard Operating Procedures (SOP) dated October 16, 2002 for passenger screeners and May 5, 2003 for baggage screeners, as well as all the nationwide, not local, Aviation Operations Directives and Addendums. All passenger screeners as well as Screeners who are cross-trained and who are actively performing both passenger and baggage screening functions must pass the Practical Skills Demonstration for passenger screeners. All male and female passenger screeners must demonstrate the 'step forward process (4 step)' during this assessment. Seek feedback from knowledgeable screeners, leads, supervisors, and Training Coordinators if unsure of any of the SOPs.

You must be familiar with and able to demonstrate Customer Service in carrying out your duties in compliance with the SOPs. Customer Service includes being courteous and explaining to the passenger what you are going to do when screening either them or their property.

Below are examples of what you will be evaluated on for each of the screener tasks. The evaluations include, but are not limited to, the bulleted items.

## Passenger and Dual Function Screeners

| Screener Task | # of Scenarios | Procedures |
|---|---|---|
| Hand-Held Metal Detector (HHMD) | 2 | • Actions taken prior to beginning HHMD<br>  • Informing passengers, etc.<br>• Screening of the body outline<br>• Screening of body<br>  • Back, front, etc.<br>• Conducting limited pat down<br>• Unique HHMD search situations<br>  • Resolving alarms, etc.<br>• Screening shoes<br>• Step forward Process (4 step)<br>• Finding prohibitive item, if present<br>• Customer Service<br>  • Communicating in a polite and respectful manner, etc. |
| Full Body Pat Down | 1 | • Actions taken prior to beginning the search<br>  • Asking passengers to divest, etc.<br>• Screening the back and front of body<br>• Screening feet<br>• Finding prohibitive item, if present<br>• Customer service |
| Physical Bag Search | 2 | • Actions taken prior to conducting the search<br>  • Informing the passenger, etc.<br>• Inspecting the interior<br>• Finding the prohibitive item, if present<br>• Customer Service<br>  • Thanking and offering the passenger the opportunity to repack their own bag, etc. |
| Explosive Trace Detection (ETD) *(procedures only)* | 1 | • Conducting sampling<br>  • Sampling in one direction, etc.<br>• ETD process<br>  • Exterior, footwear, etc.<br>• Visual inspection<br>• Customer Service |

**Baggage Screeners**

| Screener Task | # of Scenarios | Procedures |
|---|---|---|
| Physical Bag Search | 2 | • Actions taken prior to conducting the search<br>• Inspecting the interior<br> ♦ Inspects shoes, contents within, etc.<br>• Finding the prohibitive item, if present |
| Three Bag Search | 1 | |
| • Closed Bag | | • Procedures for sampling the outside, etc. |
| • Limited Bag | | • Explosive Trace Detection (ETD) sampling procedures, etc. |
| • Open Bag | | • Procedures for sampling suspect objects |

## Part Two: Annual Performance Assessment

In addition to passing the required Knowledge and Skills Assessment Modules, you must also have a FY03 Performance Assessment rating of "met or exceeded" on your annual performance evaluation (i.e., Performance Agreement) to be certified by TSA.

**Situation 1:** You have passed all modules of the Knowledge and Skills Assessment Program and you received a rating of "met or exceeded the standard" on your annual FY03 Performance Assessment. You are certified.

**Situation 2:** You have passed all modules of the Knowledge and Skills Assessment Program and you received a rating of "failed to meet standards" on your annual Performance Assessment. You are placed on a Performance Improvement Plan (PIP) for 30 days. After the 30-day period for improvement, you will receive a final Performance Assessment rating from your supervisor. If the final rating is "met or exceeded the standards," you are certified. If the final rating is "failed to meet standards" you will not be certified and you will be removed from employment.

**Situation 3:** You have passed all Modules of the Knowledge and Skills Assessment Program and you are currently on a Performance Improvement Plan (PIP), you must complete the PIP and have a final rating of "met or exceeded" on the FY03 Performance Assessment to be certified. You may continue to work and your re-certification is considered "re-certification pending" until the PIP requirements are met.

## Summary Table FY 03-04 Re-Certification*

This table shows the re-certification components and results for each pass/fail situation.

| Knowledge and Skills Assessment | Annual Performance Assessment | Result |
|---|---|---|
| If the Screener: | and the Screener: | then the Screener is: |
| **1**. Passed the 3 Modules | Met or Exceeded Standard | Certified |
| **2.** Failed one or more Module(s) on the retest | Met or Exceeded Standard | Removed |
| **3**. Passed the 3 Modules | Failed to Meet Standard currently on a Performance Improvement Plan (PIP) | "Re-certification Pending" until final performance rating |
| **4.** Passed the 3 Modules | Failed to Meet Standard but Screener not yet put on PIP; placed on a 30 Day PIP | "Re-certification Pending" until PIP is in place and final rating is completed |
| | | (If final performance rating is "met or exceeded" then the Screener is Certified; if final performance rating is "failed to meet" then the Screener is Not Certified and is removed) |

**\*Screeners who were validated on the Competency-Based Testing for Reduction/Conversion will not be tested on those modules**

# Frequently Asked Questions (FAQ's)

**Q: What is the FY 03-04 Screener Re-certification Program?**

A:   A process to determine whether or not a screener meets the qualifications and standards to certify and continue employment.

**Q: Why is Re-certification important?**

A: The Re-certification Program is designed to ensure the screener Workforce has the knowledge and skills needed to keep America safe. When you achieve re-certification, you help to ensure world-class aviation security and world-class customer service.

**Q: Why do I have to be re-certified?**

A: The Aviation and Transportation Security Act (ATSA) requires that TSA perform an Annual Proficiency Review of all screeners. TSA has designed the re-certification program to fit the following ATSA requirements that a screener:

(A) Continues to meet all qualifications and standards required to perform a screening function

(B) Has a satisfactory record of performance and attention to duty based on the standards and requirements in the security program; and

(C) Demonstrates the current knowledge and skills necessary to courteously, vigilantly, and effectively perform screening functions

**Q: Who has to be Re-certified?**

A: All screeners including Transportation Security Screeners (TSS), Lead TSS, Supervisor TSS, and National Screener Force (NSF) screeners. Any screener who has completed the on-the-job initial certification must take the re-certification.

**Q: Why does re-certification matter to me?**

A: Screeners must pass the Re-certification Program to continue to be employed as a screener. A screener who fails the Re-certification Program will be removed from employment.

**Q: When will the Re-certification Program begin?**

A: Across TSA, Re-certification will occur between October 1, 2003 and March 31, 2004. Each airport has a specific schedule for Re-certification during this timeframe.

**Q: Who schedules and gives the Re-certification Modules?**

A:  Each airport has a specific schedule. The Training Coordinator at your work location schedules the three Knowledge and Skills Assessment Modules. The modules are conducted during duty time. On-site TSA personnel and/or contractor personnel may administer the tests.

**Q: Where will NSF take the Modules?**

A:  NSF should take Modules 1 and 2 at their current airport assignment if they have not yet taken the tests. TQP will work with the NSF program manager to determine the best location for your Module 3 assessment. TQP is providing NSF program management with a list of those NSF screeners who have taken the Competency-Based Testing for Reduction/Conversion and their results. NSF program management will inform NSF screeners if they need to take Module 1 and/or Module 2 for Re-certification purposes.

**Q: What is involved in the Re-certification process?**

A: There are two parts to Re-certification

   1) Knowledge and Skills Assessment Program

   2) A rating of "met or exceeds" on the FY 03 Annual Performance Assessment

**Q: What is a Performance Assessment?**

A:   All Screeners should have signed a Performance Agreement with their supervisor. Supervisors are required to review and make an annual rating on your performance. Your annual rating is called your Performance Assessment. There are two possible annual ratings (for FY03): "met or exceeds the standards" or "fails to meet standards."

**Q: What do I need to do to be Re-certified?**

A:  You must pass the modules and have a rating of "met or exceeded the standards" on your annual Performance Assessment.

**Q: Can I prepare for the Knowledge and Skills Tests?**

A:  Yes, you should review, study, and ensure you are familiar and current with the national Standard Operating Procedures (SOP) dated October 16, 2002 for passenger screeners and May 5, 2003 for baggage screeners, as well as all the Aviation Operations Directives and Addendums. You should seek feedback from knowledgeable screeners, leads, and supervisors if unsure of any of the SOPs. Passenger screeners should ensure they complete their rotations on the x-ray station during their shift. Passenger screeners should also practice reviewing x-ray images for threat items.

EXHIBIT _____
PAGE 26 OF 22 PAGES