

DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 4 2006

ORIGINAL   at ___ o'clock and ___ min. ___ .M
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | **PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S SUMMARY JUDGMENT AND AMENDED MOTION TO CONTINUE HEARING DATE ON DEFENDANTS MOTION FOR SUMMARY JUDGMENT; DECLARATION OF PLAINTIFF; DECLARATION OF COUNSEL; EXHIBITS "24-26"; CERTIFICATE OF SERVICE** |
| vs. | |
| SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, Transportation Security Administration–Honolulu; TRANSPORTATION SECURITY ADMINISTRATION; THOMAS J. RIDGE, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 2-5, | |
| | DATE: |
| Defendants. | TIME: |
| | JUDGE:   HELEN GILMORE |
| | TW: 11-14-06 |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND AMENDED MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiff RAYMOND E. WARE, by and through his attorney Daphne E. Barbee, and submits supplemental declarations and exhibits in response to Defendant's Motion for Summary Judgment and amends his previous request that this Honorable Court grant a continuance of the hearing on Defendant s Motion for Summary Judgment which is presently scheduled for September 18, 2006 at 9:45 a.m. to a date after complete discovery is received and after there is a ruling on the Ninth Circuit Appeal regarding full disclosure of the recertification test results for Plaintiff.

This Motion is made pursuant to Rule 56 (f) Federal Rules of Civil Procedure and is based upon the attached Declaration of Plaintiff; Declaration of Counsel, Exhibits 24-26 and such further matters as may be presented at the hearing on this Motion.

DATED: HONOLULU, HAWAII  9-14-06

_____
DAPHNE E. BARBEE
ATTORNEY FOR PLAINTIFF