## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following party at their last-known address by hand delivery, on 9-14-06.

THOMAS A. HELPER, ESQ.
Assistant U.S. Attorney
Rm. 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Attorney for Defendant

DATED: Honolulu, Hawaii, 9-14-06.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff