# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 04-00671HG-LEK
CASE NAME:     Raymond Ware vs. Sidney A. Hayakawa, et al.
ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE:   Leslie E. Kobayashi        REPORTER:

DATE:    09/21/2006                 TIME:

COURT ACTION:  EO: New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1.   Jury trial on May 15, 2007 at **9:30** a.m. before HG
2.   Final Pretrial Conference on April **16**, 2007 at 9:00 a.m. before LEK
3.   Final Pretrial Conference before District Judge Helen Gillmor on May 4, 2007 at 8:30a.m.
4.   Final Pretrial Statement by **April 9, 2007**
5.   File motions to Join/Add Parties/Amend Pleadings by **N/A**
6.   File other Non-Dispositive Motions by **N/A**
7.   File Dispositive Motions by **N/A**
8a.  File Motions in Limine by April 24, 2007
8b.  File opposition memo to a Motion in Limine by May 1, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12.  Discovery deadline **December 11, 2006**
13.  Settlement Conference set for **on call** before **LEK**
14.  Settlement Conference statements by **N/A**
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 1, 2007
21.  File Final witness list by April 24, 2007
24.  Exchange Exhibit and Demonstrative aids by April 17, 2007
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 24, 2007
26.  File objections to the Exhibits by May 1, 2007

28a.   File Deposition Excerpt Designations by April 24, 2007
28b.   File Deposition Counter Designations and Objections by May 1, 2007
29.    File Trial Brief by May 1, 2007
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00671HG-LEK;
Raymond Ware vs. Sidney A. Hayakawa, et al.;
Rule 16 Scheduling Conference Minutes
09/21/2006