ORIGINAL

DAPHNE E. BARBEE   #2911
Attorney at Law
Suite 1909, Century Square
1188 Bishop Street
Honolulu, Hawaii  96813
Telephone No.: (808) 533-0275

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 14 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,<br><br>        Plaintiff,<br><br>vs.<br><br>SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, Transportation Security Administration–Honolulu; TRANSPORTATION SECURITY ADMINISTRATION; THOMAS J. RIDGE, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 2-5,<br><br>        Defendants. | CIVIL NO. 04-00671 HG/LEK<br><br>**CERTIFICATE OF SERVICE**<br><br>(RE:  PLAINTIFF'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION)<br><br>[Ken Kamahele,11/20/06, 12:00 p.m.] |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION** was duly served upon the following party at their last-known address by hand delivery, on _11-14-06_.

>THOMAS A. HELPER, ESQ.
>Assistant U.S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Boulevard
>Honolulu, Hawaii  96850-6100
>
>Attorney for Defendants

DATED: Honolulu, Hawaii, _11-14-06_.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff