ORIGINAL

DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff Raymond Ware

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2006

at __1__ o'clock and _35_ min. _P_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,<br><br>           Plaintiff,<br><br>vs.<br><br>SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, Transportation Security Administration–Honolulu; TRANSPORTATION SECURITY ADMINISTRATION; THOMAS J. RIDGE, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 1-5,<br><br>           Defendants. | CIVIL NO. 04-00671 HG LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiff's Notice of Taking Depositions Upon Oral Examination) |

### CERTIFICATE OF SERVICE

I hereby certify that two (2) copies of Plaintiff's Notice of Taking Depositions Upon Oral Examination were duly served upon the parties listed below by means of hand delivery on ___12-12-06___.

U.S. Attorney's Office, District of Hawaii
Edward H. Kubo, Jr., Esq., U.S. Attorney
Thomas Helper, Esq., Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attorneys for Defendants

DATED: Honolulu, Hawaii, _____12-12-06_____.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff