DAPHNE E. BARBEE      2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | STIPULATION TO CONTINUE DISCOVERY DEADLINE; ORDER |
| vs. | |
| SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, Transportation Security Administration–Honolulu; TRANSPORTATION SECURITY ADMINISTRATION; THOMAS J. RIDGE, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 1-5, | |
| Defendants. | |

STIPULATION TO CONTINUE DISCOVERY DEADLINE

COME NOW Plaintiff Raymond Ware, by and through his attorney, Daphne E. Barbee, and Defendants Department of Homeland Security, by and through their attorney, Thomas A. Helper and hereby stipulate to continue the discovery deadline in this matter from December 11, 2006 to January 30, 2007.

This stipulation is needed to complete the deposition of Kenneth Kamahele.

DATED: Honolulu, Hawaii, _____12-8-06_____.

_____
DAPHNE E. BARBEE, Attorney at Law
Attorney for Plaintiff

_____
THOMAS A. HELPER, Assistant U.S. Attorney
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court

Stipulation to Continue Discovery Deadline; Ware v. Hayakawa, et al.; Civil No. 04-00671