# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/08/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Sidney Hayakawa, et al. |
| ATTYS FOR PLA: | Daphnee E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper<br>Christopher J. Cole |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 02/08/2007 | TIME: | 1:50-2:20 |

COURT ACTION:   EP: Discovery Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager