# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/03/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Sidney Hayakawa, et al. |
| ATTYS FOR PLA: | Daphne E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 04/03/2007 | TIME: | 1:50-1:53 |

COURT ACTION:   EP: Status Conference Re: Trial Date and Deadlines held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on September 25, 2007 at 9:00 a.m. before HG
2. Final Pretrial Conference on August 14, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge Helen Gillmor on September 14, 2007 at 8:30a.m.
4. Final Pretrial Statement by August 7, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by June 27, 2007
7. File Dispositive Motions by April 25, 2007
8a. File Motions in Limine by September 4, 2007
8b. File opposition memo to a Motion in Limine by September 11, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline July 27, 2007
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by September 11, 2007
21. File Final witness list by September 4, 2007
24. Exchange Exhibit and Demonstrative aids by August 28, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 4,

    2007
26.    File objections to the Exhibits by September 11, 2007
28a.   File Deposition Excerpt Designations by September 4, 2007
28b.   File Deposition Counter Designations and Objections by September 11, 2007
29.    File Trial Brief by September 11, 2007
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00671HG-LEK;
Raymond Ware vs. Sidney Hayakawa, et al.;
Rule 16 Scheduling Conference Minutes
04/03/2007