EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER     5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary,<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br>        Defendant.<br><br>_____ | CIVIL NO. 04-00671 HG LEK<br><br>DEFENDANT'S SECOND MOTION TO<br>DISMISS AND FOR SUMMARY<br>JUDGMENT; MEMORANDUM IN<br>SUPPORT OF DEFENDANT'S SECOND<br>MOTION TO DISMISS AND FOR<br>SUMMARY JUDGMENT; CERTIFICATE<br>OF SERVICE<br><br>Trial:   September 25, 2007<br>Judge:   Helen Gillmor |

DEFENDANT'S SECOND MOTION TO DISMISS
AND FOR SUMMARY JUDGMENT

Come now defendant, by and through their undersigned

attorneys, and move this court to dismiss and grant summary

judgment to plaintiff's Amended Complaint.  This motion is made

under Federal Rules of Civil Procedure 12(b)(1) and 56, based on

the grounds more fully stated in the accompanying Memorandum and

the record herein.

DATED:  May 14, 2007, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                                  /s/ Thomas A. Helper
                              By _____
                                  THOMAS A. HELPER
                                  Assistant U.S. Attorney

                              Attorneys for Defendant
```

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served Electronically through CM/ECF:

Daphne Barbee                    May 14, 2007
desekmet@aloha.net

DATED:  May 14, 2007, at Honolulu, Hawaii.


/s/ Coleen Tasaka-Shoda
_____

3