IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF THOMAS A. |
| ) | HELPER |
| v. ) | |
| ) | |
| SIDNEY HAYAKAWA, Director of ) | |
| Transportation Security ) | |
| Administration - Honolulu, ) | |
| KEN KAMAHELE, Deputy ) | |
| Director, TRANSPORTATION ) | |
| SECURITY ADMINISTRATION; ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland ) | |
| Security, DEPARTMENT OF ) | |
| HOMELAND SECURITY; JOHN DOES ) | |
| 1-5, ) | |
| Defendants. ) | |
| _____) | |

## DECLARATION OF THOMAS A. HELPER

I, THOMAS A. HELPER, declare that:

1. I am an Assistant United States Attorney for the District of Hawaii assigned to assist in the handling of this case. I make this declaration from information available to me in my official capacity.

2. Attached is Exhibit "C" is an authentic copy of a document from the Report of Investigation Case No. DOT 7-03-7200 from Raymond Ware's administrative file.

I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection and knowledge.

Executed on this 14th day of June, 2006.

_____
THOMAS A. HELPER