# EXHIBIT

# "A"

TSA MANAGEMENT DIRECTIVE No. 1900.4
FY03-04 ANNUAL PROFICIENCY REVIEW

**Attachment 1 – FY 03-04 Annual Proficiency Review (APR)***

This chart has been developed for use in determining whether or not to certify a Screener under the APR:

| Knowledge and Skills Assessment | Annual Performance Assessment | Result |
|---|---|---|
| *If the Screener:* | *and the Screener:* | *then the Screener is:* |
| 1. Passed the 3 Modules | Met or Exceeded Standard | Certified |
| 2. Failed one or more Module(s) on the retest | Met or Exceeded Standard | Removed |
| 3. Passed the 3 Modules | Failed to Meet Standard currently on a Performance Improvement Plan (PIP) | "Re-certification Pending" until final performance rating |
| 4. Passed the 3 Modules | Failed to Meet Standard but Screener not yet put on PIP; place on a 30 Day PIP | "Re-certification Pending" until PIP is in place and final rating is completed (If final performance rating is "met or exceeded" then the Screener is Certified; if final performance rating is "failed to meet" then the Screener is Not Certified and is removed) |

*Screeners who were validated on the CBT will not be tested on those Modules

8

EXHIBIT "A"

19