# EXHIBIT

# "B"

Re-certification 03-04.

Test results for Mr. Raymond Ware (SSN: 4947) for Module 3

| Iteration | Date | Module 3 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hand Held Metal Detector 1 | Hand Held Metal Detector 2 | Full Body Pat Down | Explosive Trace Detection (ETD) | Physical Bag Search 1 | Physical Bag Search 2 |
| Test | 11/6/03 | 50% | 71% | 58% | 69% | 100% | 93% |
| Retest | 11/7/03 | 96% | 0%* | 0%* | 79% | | |

* A score of 0 means a screener failed to locate a prohibited item during the demonstration. It is a critical failure and results in an automatic failure regardless of the actual score.

EXHIBIT "B"