EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER    5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | (re: Defendant's Response to |
| | ) | Plaintiff's Fourth Request for |
| MICHAEL CHERTOFF, Secretary, | ) | Answers to Interrogatories and |
| DEPARTMENT OF HOMELAND | ) | Production of Documents) |
| SECURITY, | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, two copies of **Defendant's Response to Plaintiff's Fourth Request for Answers to Interrogatories and Production of Documents** was served on the following at their last known address:

Served by First Class Mail:

Daphne Barbee                    June 25, 2007
1188 Bishop Street
Suite 1909, Century Square
Honolulu, Hawaii  96813

DATED: June 25, 2007, at Honolulu, Hawaii.

                      EDWARD H. KUBO, JR.
                      United States Attorney
                      District of Hawaii

                      /s/ Edric M. Ching for
By_____
  THOMAS A. HELPER
  Assistant U.S. Attorney

Attorneys for Defendant