EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER    5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING ON DEFENDANT'S SECOND |
| v. | ) | MOTION TO DISMISS OR FOR |
| | ) | SUMMARY JUDGMENT; ORDER |
| MICHAEL CHERTOFF, Secretary | ) | |
| DEPARTMENT OF HOMELAND | ) | Date:  July 2, 2007 |
| SECURITY, | ) | Time:  9:00 a.m. |
| | ) | Judge: Helen Gillmor |
| Defendants. | ) | |
| _____ | ) | |

STIPULATION TO CONTINUE HEARING ON
DEFENDANT'S SECOND MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

The parties to this action, through their undersigned counsel, hereby stipulate to continue the hearing on defendant's Second Motion to Dismiss or for Summary Judgment from July 2, 2007 to July 23, 2007 at 10:30 a.m.  The grounds for this motion are that defendant's counsel will be on previously scheduled mainland travel on July 2, and that plaintiff's counsel believes the additional time will allow plaintiff to conduct investigation

and discovery that may be relevant to addressing the issues raised in the defendant's motion.

```
                                    EDWARD H. KUBO, JR.
                                    United States Attorney
                                    District of Hawaii
```

```
/s/ Daphne Barbee                        /s/ Thomas A. Helper
_____          By  _____
DAPHNE BARBEE                        THOMAS A. HELPER
Attorney for Plaintiff               Assistant U.S. Attorney
                                        Attorneys for Defendant
```

IT IS SO ORDERED.
Dated at Honolulu, Hawaii, June 4, 2007.



```
                                         /S/ Helen Gillmor
                                    _____
                                    Helen Gillmor
                                    Chief United States District Judge
```

Raymond Ware v. Michael Chertoff; Civil No. 04-00671 HG LEK
STIPULATION TO CONTINUE HEARING ON DEFENDANT'S SECOND MOTION TO
DISMISS OR FOR SUMMARY JUDGMENT; ORDER