DAPHNE E. BARBEE    2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG/LEK |
|---|---|---|
| | ) | **CERTIFICATE OF SERVICE** RE: |
| Plaintiff, | ) | **PLAINTIFF WARE'S CONCISE** |
| | ) | **STATEMENT OF FACTS IN** |
| vs. | ) | **OPPOSITION TO DEFENDANT'S** |
| | ) | **SECOND MOTION FOR** |
| MICHAEL CHERTOFF, Secretary, | ) | **DISMISSAL AND SUMMARY** |
| Department of Homeland Security; | ) | **JUDGMENT; DECLARATION OF** |
| JOHN DOES 2-5, | ) | **WARE, EXHIBITS 1-14, 16-18;** |
| | ) | **DECLARATION OF COUNSEL;** |
| Defendants. | ) | **EXHIBITS 19-23; PLAINTIFF'S** |
| | ) | **THIRD DECLARATION;** |
| | ) | **DECLARATION OF MILAGROS** |
| | ) | **DRAKE; DECLARATION OF** |
| | ) | **ALLEN WILLEY; SECOND** |
| | ) | **DECLARATION OF COUNSEL,** |
| | ) | **EXHIBITS 24-32; (25, 27 & 28** |
| | ) | **Under Seal)** |
| | ) | |
| | ) | DATE:    July 23, 2007 |
| | ) | TIME:    10:30 a.m. |
| | ) | JUDGE:   Hon. Helen Gillmor |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the PLAINTIFF WARE'S CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S SECOND MOTION FOR DISMISSAL AND SUMMARY JUDGMENT; DECLARATION OF WARE, EXHIBITS 1-14, 16-18; DECLARATION OF COUNSEL; EXHIBITS 19-23; PLAINTIFF'S THIRD DECLARATION; DECLARATION OF MILAGROS DRAKE; DECLARATION OF ALLEN WILLEY; SECOND DECLARATION OF COUNSEL, EXHIBITS 24-32; (25, 27 & 28 Under Seal) were duly served upon the following parties at their last known addresses by means of hand delivery on July 3, 2007.

> EDWARD H. KUBO, JR., ESQ.
> U.S. Attorney
> THOMAS A. HELPER, ESQ.
> Assistant U.S. Attorney
> Rm. 6-100, PJKK Federal Building
> 300 Ala Moana Blvd.
> Honolulu, Hawaii  96850
>
> Attorneys for Federal Defendant

DATED:  Honolulu, Hawaii, 7-3-07

DAPHNE E. BARBEE
Attorney for Plaintiff