ORIGINAL

DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | **PLAINTIFF'S EXHIBITS 25, 27 AND 28 (UNDER SEAL)** |
| vs. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5, | **JUDGE:**   Hon. Helen Gillmor |
| Defendants. | |

**PLAINTIFF'S EXHIBITS 25, 27 AND 28 (UNDER SEAL)**

SEALED
BY ORDER OF THE COURT