Luane Nelson- will testify about working conditions and personnel changes.
Donn Webb- will testify about working conditions and personnel changes
Richard Kadini- will testify about working conditions and personnel changes
Bill Foster -will testify about working conditions and personnel changes
David Norton -will testify about working conditions and personnel changes
Joanna Northcutt- will testify about working conditions and personnel changes
Elaine Matsuda -will testify about working conditions and personnel changes
Jason Stewart- will testify about working conditions and personnel changes
Bill Payne- will testify about working conditions and personnel changes
Robin Wong- will testify about working conditions and personnel decisions.
EEO Farha Rahman- U.S. Customs-she was supposed to follow up on my EEO complaint.
Channey McCarthey- TSA EEO in Washington D.C.- he took my EEO complaint on June 8, 2003
Harold Bellamy -Investigator- will testify as to my good character.
Dr. Fai Yip- Family physician- will testify as to stress and damages
Dr. Sonny Wong-Cardiologist- will testify as to stress and damages.
Ching Chu Ware- she will testify about the stress Complainant has suffered.

*Raymond E. Ware* (signature)