Date: 9-8-03

To: Sidney Hiyakawa, TSA Security Director

From: Raymond Ware, Screening Supervisor

*/s/ Raymond E. Ware*

RE: Screening Manager Positions

Dear Mr. Hiyakawa:

    I previously informed you that I felt I was discriminated on the basis of race in denial of promotion from screening supervisor to screening manager while at Honolulu International Airport. I applied to be promoted on four different occasions and have been passed over for promotion. I have not received any evaluation or explanation for this. Recently, on September 6, 2003, I learned that there was rotation schedule for temporary screening managers and I was once again passed over. The quality of my work and attendance have never been a problem. I would like to be considered for promotion. Please respond with an explanation.