Date: 09-16-03

To: Sidney Hayakawa, TSA Security Director

From: Raymond Ware, Checkpoint Screening Supervisor

*/s/ Raymond E. Ware*

Re: Screening Manager Positions

Dear Mr. Hayakawa

    Thank you for your response to my letter dated September 8, 2003. Like you, I am also surprised I have been unable to meet with AFSDS Ken Kamahele. For your information, after our meeting ended, on September 3, 2003, I immediately walked over to Mr. Kamahele's office and attempted to arrange a meeting with him, per your suggestion. I was informed by Screening Manager Charles DuBoyce, that Mr. Kamahele was in his office but having a meeting. I informed Mr. Duboyce, that I desired to meet with Mr. Kamahele, and that I would be available anytime Mr. Kamahele was available. Mr. DuBoyce took my cell phone number, and informed me that as soon as Mr. Kamahele's meeting concluded, he would relay the message. Also present, was Screening Manager William Waters. I never received a phone call from Mr. Kamahele. ON or about September 9, 2003, I then talked to Screening Manager Leonard Ventura. I requested Mr. Kamahele's phone number, and told Mr. Ventura that I desired to make an appointment. Mr. Ventura informed me that before he could release Mr. Kamahele's number, he would first have to receive permission from Mr. Kamahele. Again, I never received a response from Mr. Kamahele or Mr. Ventura. After several days passed, I spoke with SOO Lance Kaonohi. I informed him that I desired to meet with Mr. Kamahele and I would be available ANYTIME. On September 16, 2003, I received a written response from Mr. Kaonoli. Basically, the letter stated that Mr. Kamahele would not be available to meet with me until after September 29, 2003.

    I am extremely disappointed that despite my numerous attempts to ascertain why I have continuously been overlooked for promotion, I still have not been able to find any answers to my questions. In fact, 3 days after our meeting on September 3 2003, I was once again overlooked for promotion. This entire process has been very distressing.