Attachment 1

## APPROVAL OF NONCOMPETITIVE CONVERSION: TEMPORARY APPOINTMENT TO PERMANENT APPOINTMENT

In accordance with HRM Letter 300-10, I approve the noncompetitive conversion of a temporary appointment not-to-exceed two years or less to permanent appointment for:

EMPLOYEE: ███████ A ███████  SSN: ███████

TEMP APPT DATE: 07-13-2003
(Effective Date of Current Temporary Appointment)

POSITION: Screening Manager, 1801, H
(Title, Job Series, Pay Band)

ORGANIZATION: TRANSPORTATION SECURITY ADMINISTRATION

DUTY STATION: HONOLULU INTERNATIONAL AIRPORT

I certify the following regarding the above employee and his/her current temporary appointment (check each box to indicate certification):

[X] The employee's temporary appointment was effected during the time period November 19, 2001, through September 30, 2003.

Note: Temporary appointments effected during the period July 1, 2003, through September 30, 2003, require certification below by the Assistant Administrator for Human Resources that the temporary appointment constituted a critical hiring need.

[X] The employee's temporary appointment was made without competition due to the exigencies of TSA's establishment to fulfill security mission requirements, and had a not-to-exceed date of two years or less.

[X] The employee's temporary appointment was made to a non-executive (i.e., non-TSES), non-Screener position.

[X] The employee's position represents a permanent need, to the extent foreseeable.

[X] An FTE is available to support this permanent need.

[X] The temporary appointee's performance meets or exceeds expectations.

[X] TSA's operational needs will be better met by converting the temporary appointment to permanent than by offering up the position for competition.

_____  10/16/()
Approving Official Signature     Date

SIDNEY A. HAYAKAWA, FEDERAL SECURITY DIRECTOR
Approving Official Name and Title (print)

_____  _____
Assistant Administrator for HR (see Note above.)  Date



A

Announcement Number and Title: US-HI-Honolulu- HNL-Screening Manager SV-1801-Job Grade H   # TSA - 02 - 1003
APPLICANT # 558004
Social Security Number: 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
Citizenship: United States

Education
Damien Memorial High School
Honolulu, Hawaii
Diploma earned in May 1975
Selected to "Who's Who Among Distinguished American High School Students" 1975
National Honor Society 1974, 1975
"Voice Of Democracy" Public Speaking Award 1975

University Of Hawaii at Manoa
Honolulu, Hawaii
Selected Studies Program 1976, 1977
Major included Organizational Communications with applications in Business Administration, Minor in Speech and Public Speaking
B.A. earned through the College of Communications in 1979

Specialized Training and Education:
Hawaii Employers Council
Completion of programs in Business Management and Customer Service with emphasis on operational capacities
Honolulu Community College 1990 to 1998

Completion of "Success Through Service" and "Foundations For Leadership", courses by AchieveGlobal encompassing basic principles, coaching, listening, feedback, and performance management skills…administered by James C. Sharp of Human Resources Solutions
Honolulu, Hawaii 1999 to 2000

Work Experience

August 2001 to Present       ALOHA AIRLINES
Customer Service Manager
Job duties involve all levels of customer service, above the wing and below the wing. Responsibilities include insuring that all customer service agents perform at optimum levels in all aspects of customer contact including ticketing and fares, check-in and

baggage handling, direction through security checkpoints, and the boarding and deplaning of aircraft. Scheduling, job assignment, training and performance evaluation are done. As a CRO (Conflict Resolution Officer), I am responsible for resolving and reporting on concerns as they arise involving passenger complaints and ADA issues. As a GSC (Ground Security Coordinator), I am responsible for security issues as they pertain to passenger travel throughout the airport.

Security

Since September of 2001, I have been directly involved in the implementation and coordination of security measures as they have evolved through FAA Security Directives and Emergency Amendments. Through communications with the administrators for Aloha Airlines, and working directly with the FAA Special Agents at the airport, I have also trained our GSC personnel to monitor all aspects of these security procedures to insure compliance on the part of airline staff and screening personnel. As the TSA has evolved as the responsible agency for airline security, I have assisted in the airline's adjustment to airport security requirements, security screening modifications, monitoring CTX and L-3 Baggage screening operations, as well as ETD procedures and protocol, staffing requirements and expense reporting. Daily activities include the briefing of airline security staff, GSC personnel, ID checkers, and Private Company security screeners and guards.

I am a Goal oriented planner with strong supervisory skills necessary to manage the diverse workforce that operate and control various functions of the airline operations. As a leader with high expectations for compliance and execution, I am continually monitoring and coaching for excellence. Computer Literate…Microsoft Word and Excel

Aloha Airlines
P.O Box 30028
Honolulu, Hawaii 96820
Immediate Supervisor: Yvonne Boissoneau, Honolulu Terminal Director
Ms. Boissoneau may be contacted as necessary.
50-hour workweeks are the norm.
Salary is currently $41310 annually.

**Other Employment:**

April 1996 to Present    SEARS TIRE GROUP
Sears Auto Center #6262
46-056 Kamehameha Highway, Kaneohe Hawaii 96744
Supervisors: Dayrl Itagaki, Jeremy Wong   (808) 247-8292
Position: Installer and Battery Technician
Progressive training, independent study and experience completed to advance to the Master Installer position. Diagnostics for automotive charging systems and repair of the same. Tires, custom wheels, suspension and front end evaluation, installation and repair. Assist in the training and development of newly hired installers. Trained and certified in the operation of "SABRE" diagnostic equipment.
12 to 20 hour work week.
Compensation is hourly wage plus "service incentives" averaging approx. $11.25/ hr.

July 1975 to July 2001    TIMES SUPERMARKETS LTD.
3375 Koapaka Street, Suite D108, Honolulu, Hawaii 96819
Positions: Assistant Store Manager, Store Manager
All aspects of operation and administration of a large retail store.
Hands-on experience managing a customer service environment while conforming to all governmental policies and regulations.
Developed and implemented programs to increase sales and profit.
Direct and indirect supervision of store staff and department management.
Developed and implemented programs and policies involving approximately 45 to 85 employees, depending on the store.
Developed and administered management training programs.
48 hour work week.
$33,000 to $36,000 annual salary with irregular bonuses.

January 1990 to June 1993    U. S. CUSTOMS SERVICE
Department of the Treasury
Terminal Box 66
Honolulu Airport
Honolulu, Hawaii 96819
Supervisor: Naomi Ferrera, Personnel Director
Position: Intermittent Customs Inspector
Enforced U.S Customs regulations and federal laws as they applied to travelers entering the United States from abroad.
Monitored for the illegal entry of prohibited or restricted items or improperly declared commerce items.
Interviewed and facilitated entry of passengers arriving from abroad, working in conjunction with the U.S. Immigration Service.
Calculated specific rates of "duty" to be paid on all commodities purchased abroad and brought into the United States.
10 to 20 hour work week.
Paid at GS 5 to GS 7 rate at the time…approximately $8.50/ hr. and COLA

## Community Service

Kaneohe Neighborhood Board, Representative
Elected office, volunteer community advocate 1982 to 1986

Nani Pua Gardens Homeowners Association, President 1984 to 1988