## Honolulu Management Inquiry Team Notes

I. Management Inquiry Team (Team) Leader Larry Fetters, accompanied by FSD Sidney Hayakawa, searched the office assigned to AFSD-O Kamahele on August 25 in an attempt to locate Jack-In-The-Box employment applications, as referenced in this report. No such documents were located in the personal work space of AFSD-S Kamahele.

II. During the course of the Management Inquiry, Team members Crymble and Fisher met individually with in excess of 100 HNL Screeners who wished to be interviewed by the Team. These interviews revealed consistent complaints about the management of sick leave, Screener relationships with Supervisors, Leads and Screening Managers, the overall management of HNL, scheduling, promotion practices, payroll and H R issues and concerns about Security and SOP matters. These interviews are not a part of the core of this Inquiry and were conducted primarily to allow as many employees as possible to speak to the Team. In essence these interviews did not reveal new complaints but did reinforce the original premise for the Management Inquiry.

III. In an email (attached) dated September 13, 2005, Sherry Johnson, Western Area budget officer at Aviation Operations, informed FSD Hayakawa that HNL does not have a budget deficit. Not withstanding that communication, the Team believes a comprehensive financial audit is still in order.

also indicated that when HNL was federalized, SM Cagasan was in charge of Purchase Card purchases. Because of the volume of consumables that were purchased, there were many discrepancies in the budget. After reconciling with SM Cagasan, all discrepancies were fixed.

**Supporting Documentation:**
Statement of SM Cristi Cagasan, dated August 17, 2005
Statement of AFSD/O Johnalyn Abreu-Nakamura, dated August 31, 2005
Statement of PA Cheryl Enoka, dated August 26, 2005.

**Finding III.E:**

It is alleged that the AFSD/S Kamahele and AFSD/O Abreu-Nakamura used inappropriate and unfair methods to select screening staff for promotion or assignment to coveted positions.

**Classification of Finding III.E: SUSTAINED**

A great percentage of the employees interviewed complained that detail assignments in administration were not announced to the staff, thus denying HNL employees the opportunity to compete for these positions (e.g. Inquiry Officers, X-O Officers, Receptionist, Operations Center, and Payroll Supervisor.)

It has also been claimed that employees perform in an acting capacity as Leads, Supervisors, or Screening Managers for a while yet they are never selected to be promoted into those positions. For instance, TSS George Clark claims that he has applied twice for Lead and Supervisor but was not selected. However, he has acted as a Lead on more than one occasion. He is currently serving a term that started on March 27, 2005. He stated that he applied again and made it through the first phase. He asked DAFSD/S Gulledge to review his file and find out why he was not given an interview. In the file, DAFSD/S Gulledge did not have any of the letters of recommendation. DAFSD/S Gulledge told him that it was up to the employee to maintain the file. DAFSD/S Gulledge asked him for copies of the certificates and letters of recommendations but TSS Clark refused. He figured that management should already have it.

Many of the employees interviewed feel that promotions are granted to those who work on the third floor (e.g. Willy from the Operations Center and Ken Vacek from Supplies).

In AFSD/S Kamahele's statement, it is noted that he "was not aware the requirement of completing an internal posting for jobs that were described as being out of the scope of screening duties and are not to exceed six (6) months and/or two (2) years. AFSD/S Kamahele was not aware of the competitive process or procedures for out of scope positions. AFSD/S Kamahele was also not aware of the process if the NTE date exceeded the six (6) month or two (2) year assignment."

AFSD/O Abreu-Nakamura acknowledged in her written response to the MI Team that "we do not have a separate process to fill positions within the workforce. If we need assistance for example, someone to answer phones, I will request help from the AFSD for Screening and they will find someone for us. I am not sure how the person is selected, but it is voluntary and they usually have the skill set to do the job." However, she states that HNL has processed SF-52s for detailed Screeners. Management wanted "to ensure that the Screeners received credit for their work." She is not aware of any screener being in an acting position for over two years.

**Supporting Documentation:**
Statement of AFSD/SM Allen Agor, dated August 30, 2005
Statement of STSS Stephen Rabideau, dated August 30, 2005
Statement of TSS Fatima Galiza, dated August 18, 2005
Statement of TSS Randy Hanes, dated August 27, 2005
Statement of TSS Clyde Castillo, dated August 27, 2005
Statement of TSS Michael Cain, dated August 27, 2005
Statement of TSS Cynthia Albert, dated August 27, 2005
Statement of TSS Brad Leahy, dated August 27, 2005
Statement of STSS Elaine Matsuda, dated August 27, 2005
Statement of TSS John Menken, dated August 27, 2005
Statement of TSS George Clark, dated August 29, 2005
Statement of STSS Rex Tanimoto, dated August 29, 2005
Statement of TSS Earl Goldberg, dated August 29, 2005
Statement of TSS Jared Kiefer, dated August 29, 2005
Statement of TSS Layne Maeoka, dated August 29, 2005
Statement of STSS Fredrick Morris, dated August 29, 2005
Statement of LTSS Bruce Spewak, dated August 29, 2005
Statement of TSS Albert Prestidge, dated August 30, 2005
Statement of LTSS Tim Bitanga, dated August 30, 2005
Statement of TSS Albert Eismont, dated August 30, 2005
Statement of TSS DJ Brannan, dated August 30, 2005
Statement of TSS Maura Colisao, dated August 30, 2005
Statement of TSS Ronald Amerman, dated August 31, 2005
Statement of TSS Randy Doi, dated August 31, 2005
Statement of STSS Brandon Silva, dated September 1, 2005
Statement of TSS Dennis Ah Yek, dated September 8, 2005
Statement of AFSD/O Johnalyn Abreu-Nakamura, dated August 31, 2005


**Finding III.F:**

AFSD/O Abreu-Nakamura failed to develop and administer an appropriate program for dispensing cash awards to HNL employees.

**Classification of Finding III.F:** SUSTAINED

There is no evidence to indicate that there was a well developed plan to reward employees with cash awards. There was no indication that an effort was made to coordinate with the AFSD/S, the AFSD/R, the DFSD or the FSD. Most of the funds allocated at the beginning of the fiscal year were still available at the time of this review.

**Supporting Documentation:**
Statement of AFSD/O Johnalyn Abreu-Nakamura, dated August 31, 2005