EDWARD H. KUBO, JR.   (2499)
United States Attorney
District of Hawaii
THOMAS A. HELPER (5676)
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG LEK |
| Plaintiff, | FEDERAL DEFENDANTS' RESPONSES TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS |
| v. | |
| SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, TRANSPORTATION SECURITY ADMINISTRATION; MICHAEL CHERTOFF, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 1-5, | |
| Defendants. | |

FEDERAL DEFENDANTS' RESPONSES TO PLAINTIFF'S
FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW federal defendants, Sidney Hayakawa, Director

of Transportation Security Administration - Honolulu, Ken

Kamahele, Deputy Director, Transportation Security Administration

- Honolulu, Transportation Security Administration, and Michael Chertoff, Secretary, Department of Homeland Security, and responds to Plaintiff's Fourth Request for Production of Documents as follows:

1. Copy of TSA Management Directive No. 1900.4, FY03-04 Annual Proficiency Review.

    **RESPONSE:**

    Both the Management Directive and the portion of plaintiff's Annual Proficiency Review that are not protected by the Sensitive Security Information (SSI) regulations have already been produced. To the extent this request seeks other documents, defendants object that the request is vague, that the documents sought may be protected by the Privacy Act or SSI regulations, and that the request is not reasonably calculated to lead to the discovery of admissible evidence.

2. Proof that the testers for Module 3 of this certification test were properly certified.

    **RESPONSE:**

    Defendants do not have any documents responsive to this request. TSA entered into a contract with Lockheed Martin, who, through subcontractors, fulfilled their obligation to administer module 3 in 2003.

3. Any studies and/or verification that Module 3 of the certification test administered to Plaintiff was validated and a proper test for the position in question and consistent with business necessity.

    **RESPONSE:**

    Defendants do not have any responsive documents because the nature of the Module 3 process does not require any verification or validation. Module 3 is a work sample test, in which the screeners are asked to demonstrate what they are actually doing on the job pursuant to the Standard Operating Procedure (SOP). The SOP itself is protected by SSI regulations.

- 2 -



Emergency Management and Business Continuity Community

Menu

 **Airport screeners slam TSA recertification program**

"Basically, the testing is a complete joke," Clawson said. "I think they adjusted the tests because so many people were failing, and they knew that they couldn't lose their screener force."

She said low pay and bad hours are reasons the agency has been unable to keep part-time workers. She added that recent interviews revealed 11 of the 15 busiest airports do not have enough screeners.



**All Hands Glossary**



Glossary of Terms and Definitions, Third Edition

Download Glossary of Terms and Definitions, Third Edition

**Site Statistics**

User Stats ::
Total Members : 4253
Newest Member :
DoubleTwinDad
Top Poster : admin

Site Stats ::
Total Hits : 2427456
Total WebLinks : 1049
Total Stories : 1935
Total Referers : 0
Best Day : Thursday

February 18, 2004
Airport screeners slam TSA recertification program

By Chris Strohm
cstrohm@govexec.com

As an experienced passenger and baggage screener at Orlando International Airport, Renate Clawson recognize odd activity. While her attention is usually focused on passengers waiting to board planes suspicions have turned to an internal matter: the Transportation Security Administration's annual re program for airport screeners.

Clawson, along with several screeners at other airports around the country, say the recertification in so many problems that it should be scrapped.

Through interviews, e-mail exchanges and documents, TSA screeners paint a picture of a testing re based more on subjective criteria than TSA standard operating procedures, leading to confusion an airport safety is being compromised. Most of the screeners contacted by Government Executive ask anonymous for fear of retaliation.

Screeners said a high number of workers failed the first time they took the recertification test, but time because TSA is watering down its testing standards. Screeners who fail testing twice are supp automatically fired.

For example, a screener at New York's LaGuardia International Airport said 62 out of 122 screeners recertification test for the first time by early February failed. On Feb. 4 alone, 26 screeners took the failed. A screener at John F. Kennedy International Airport outside New York City said 11 out of 15 the test with for the first time failed, including him.

"Basically, the testing is a complete joke," Clawson said. "I think they adjusted the tests because s were failing, and they knew that they couldn't lose their screener force."

TSA spokesman Darrin Kayser challenged those claims, asserting that 99.5 percent of all passenger screeners passed the recertification test either on the first or second try. He said the claim that the uses subjective standards is "untrue" and "defies logic" given that less than 1 percent of screeners

The Testing Regime

TSA was handed responsibility for training and maintaining a passenger and baggage screening wo nation's 429 commercial airports after the Sept. 11 terrorist attacks. The agency established an an program to ensure that screeners met all qualifications and standards for their jobs.

As part of the recertification program, screeners are given a knowledge and skills assessment that ... phases: knowledge of standard operating procedures, image recognition and a practical demonstra...

TSA administered the first two phases, but hired Lockheed Martin to conduct the third-phase test, ... screeners the most problems. Under its contract, Lockheed Martin developed and implemented a te... phase three, and is conducting and evaluating the practical demonstration tests. The tests evaluate customer services skills and procedures, such as waving a hand wand over a passenger, checking ... passenger down and performing an explosive trace detection check.

Lockheed has a deadline of March 31 to complete the certification of all screeners, according to a L... He said company testers have completed TSA screener training classes and are qualified to evaluat...

The Lockheed official declined to comment on the national pass and fail rates for screeners or the ... raised by screeners.

Testing Problems

Both Lockheed and TSA said screeners are being evaluated based on TSA's objective standard oper...

Screeners, however, said subjective standards permeate their workplace. In some cases, Lockheed ... screeners they should perform tasks that do not adhere to standard operating procedures. In other ... supervisors have told screeners to disregard standard procedures on a daily basis, which has create... screeners. And, in still other cases, trainers and testers have different interpretations of the proced...

"We are getting information from four different sources and none of them match up," said one scre... the test the first time he took it.

Screeners rattle off numerous examples of testing discrepancies they say are the result of using sub...

For example, a screener at LaGuardia said Lockheed personnel told her during testing that she shou... suspicious bags when X-ray machines or explosive trace detection equipment are not working.

Screeners, however, said that standard operating procedures dictate that they leave suspicious bag... call a supervisor or, if necessary, the police when detection machines are not working.

"You're telling my people to open something up that might be a bomb," said Bob Marchetta, acting ... New York Metropolitan Airport Workers Association, which was created last year to represent airpo... behavior is going to kill American people. This is totally horrendous behavior."

A screener at Kennedy airport said he failed the phase-three test, but passed the second time. The ... watered down, he said, and the Lockheed tester appeared to be more interested in the words he u... communicating with passengers than his actual screening techniques.

"Some people think they did worse on the second test, but they still passed," he said. "If they fired ... was failing, they wouldn't have a workforce. They can't do that."

Another screener passed the recertification test on his second try even though he waved an electr... over a passenger who pretended to have an implanted heart pacer, which is a violation of standard ...

"We're not saying that Lockheed Martin was not prepared for this; we're saying that they are ill-pre... testing," Marchetta said. "At this point, we believe Lockheed Martin is just lip-syncing their way thr... contract money."

Still another screener said she was notified within hours of taking her test that she had failed, even ... requirements say all test results must be sent to Washington for certification, which takes 48 hours ... screeners charge that TSA managers are selectively hiring certain workers, such as screeners who ... discrimination complaints, are involved in union organizing or have a medical condition, such as pr...

And several screeners said they have not received proper training for the recertification tests, which law. The General Accounting Office found in a Feb. 12 report that TSA has taken steps to enhance programs for screeners, but problems still remain.

"While TSA has begun developing and fielding recurrent training modules, staffing shortages and a speed connectivity at airports have made it difficult for all screeners to access these courses," the r

The Final Straw

Some screeners said they are starting to look for new employment, given past problems they've ex agency as well as recent troubles with the training recertification program.

At a House hearing last week, Cathleen Berrick, director of GAO's homeland security and justice di turnover at TSA averages 14 percent annually, but ranges as high as 36 percent at some large airp pay and bad hours are reasons the agency has been unable to keep part-time workers. She added interviews revealed 11 of the 15 busiest airports do not have enough screeners.

"TSA continues to struggle to maintain an adequate number of screeners at airport checkpoints, an achieved a stable screener workforce," she said. Berrick added that TSA's hiring process "has hinde some [Federal security directors] to adequately staff passenger and baggage screening checkpoints interviewed expressed concern that TSA's hiring process was not responsive to their needs, and wa more input in the hiring process. These FSDs faced screener shortages that hindered their screenin

Dawson, who once qualified to be a screening supervisor, said she is seriously considering looking and her co-workers are frustrated, angry and becoming indifferent toward the problems at their air

"I will tell you that when I leave here I will not fly again until something is fixed," she said. "I want accountable for what's going on. The only reason I took this job is because I thought it was going from other government agencies and I thought that we would have a government agency that was and responsible, and that hasn't happened."

**Hold-baggage screening**
Baggage handling and screening systems to meet TSA guidelines.

**Airport Security Jobs**
Be The First Hired & Top Paid! 12 Mont Criminal Justice Degree.

Ads by Goo

Posted by: tommay on Monday, February 23, 2004 - 04:33 PM

Airport screeners slam TSA recertification program | Login/Crea
Threshold [0] Thread [ ] Oldest first
Comments are owned by the poster. We aren't responsible f

This site is sponsored by DavisLogic Inc. and All Hands Consulting. Administered by Larrie Wright
All logos and trademarks in this site are property of their respective owners.
All information and statements made by site visitors are property of their posters.
We respect your privacy, see our privacy statement and Terms of Use.
Copyright 2002-2005, DavisLogic Inc.

Part of the All Hands Network

This web site was generated with Postnuke. Postnuke is Free Software released under the GNU/GPL license.

  

HP Servers and Storage. Powering optimal, seamless IT integration.
Click here. Optimize storage today.

**TECHMATES**

**GOVEXEC.COM**

Search
Advanced Search
Home
Pay & Benefits
Management
Homeland Security
Defense
E-Government
Per Diems & Travel
Jobs & Careers
Procurement
A-76 & Outsourcing
Bill Tracker
Calendar
Mailbag

Print Subscriptions
E-Newsletters
Events & Awards
Editorial Calendar
Media Kit
Reprints
FAQ
Privacy Policy
About Us
Contact Us

DAILY BRIEFING
November 2, 2004

# Airport screeners allege discrimination in recertification tests

By Chris Strohm
cstrohm@govexec.com

An organization representing airport screeners is alleging that recertification tests discriminate against workers with medical disabilities and should be suspended until necessary modifications are made.

The recertification tests discriminate against screeners based on their age, race or disability, according to a complaint filed last week with the Justice Department by the Metropolitan Airport Workers Association, which is based in New York, but represents screeners nationwide. The complaint was filed against the Transportation Security Administration and two contractors.

In a statement Monday, TSA said that screeners must be medically and physically able to perform their duties. The agency has required screeners to meet validated medica... since March 2002, when the federal screener workforce was create...

Printer Friendly Version     E-mail this Story to A Friend

RELATED STORIES

TSA revamps annua... recertification tests (10/18/04)

Covert tests reveal ... screening failures  (...

Study shows human resources outsourci... rise  (08/11/04)

TSA alters two pay regulations  (08/09/0...

TSA gives airports i... guidance on using p... screeners  (06/23/04...





"All screeners had to meet these standards upon hire and are required able to meet those standards in order to safely perform the critical of the screener position," TSA said.

The recertification program runs until June and has three test modules the program, screeners must prove their proficiency using X-ray m using and explosive detection machines, and performing a physical demonstration of passenger and baggage screening skills. TSA ren contract with Lockheed Martin for $20 million to conduct the phys evaluation of screeners' skills.

Confusion exists, however, over how medical information is used recertification program.

TSA said it is developing a new module for the recertification prog will specifically evaluate the ability of screeners to meet medical s The new module is not in place yet because the agency hasn't recei funds to implement it.

"TSA has been working on adding a module to the recertification t screeners meet the medical standards for the position," TSA said. " module will require contractor support, thus we will need to identi funding."

The handbook for this year's recertification program, however, inc section called "Medical Standards Evaluation." Portions of the han that medical information factors into the recertification program ar determines, in part, whether screeners pass or fail.

"For FY 04-05, screeners will be asked to complete a medical ques and get further assessment if their medical condition requires addit evaluation," the handbook states.

The "Frequently Asked Questions" section of the handbook states medical standards evaluation is involved in the recertification proc flow chart indicates that a medical standards evaluation is a compo recertification program. According to the chart, if a screener passe modules and receives a rating of acceptable of above on his or her performance assessment but does not meet the screener medical gu because of a medical condition that is permanent, then the screener removed from employment.

Bob Marchetta, MAWA's director of administration, claimed the n

portion of the tests violate up to four federal laws, including the 19 Americans with Disabilities Act and the 1974 Privacy Act.

MAWA's complaint alleges that TSA and Lockheed Martin are discriminating against screeners by administering the tests. MAWA meeting with officials from the federal agency and Lockheed Mart criteria for the tests.

In the complaint, MAWA says that screeners who have been suspe fired based on the medical portion of the tests should be immediate reinstated.

Lockheed Martin spokeswoman Jeanine Zeitvogel said the compan "received official notification about this complaint, so we have not about it at this time nor can we speculate on the content."

In some cases, Marchetta said, the recertification tests do not make accommodations for screeners with medical disabilities.

"You might have a problem in a certain area where you need certai accommodations," he said. "To not have this means you run the ris performing poorly and being fired."

MAWA also filed eight complaints during the past two weeks with Office of Civil Rights over the recertification tests, Marchetta adde

TSA said it is in compliance with appropriate laws. "Also, to the e: possible, we make adjustments for screeners who are temporarily i the agency said. "We review each individual situation, taking certa into consideration, such as the prognosis for recovery, whether the or will be, able to effectively perform the full range of screener du compromising security, and the operational feasibility of any accommodation."

"If a screener cannot perform all necessary security screening func whether due to a medical condition or for some other reason, such substandard performance, we cannot retain that individual as a scre agency statement added. "Whether that individual can be employe in the agency generally depends on factors such as TSA's operation and the availability of vacant positions for which the individual is

www.govexec.com - TSA revamps annual screener recertification te... (10/18/04)   Page 1 of 3



# GOVEXEC.COM

 

Search
**Advanced Search**

Home
Pay & Benefits
Management
Homeland Security
Defense
E-Government
Per Diems & Travel
Jobs & Careers
Procurement
A-76 & Outsourcing
Bill Tracker
Calendar
Mailbag

Print Subscriptions
E-Newsletters
Events & Awards
Editorial Calendar
Media Kit
Reprints
FAQ
Privacy Policy
About Us
Contact Us

DAILY BRIEFING
October 18, 2004

## TSA revamps annual screener recertification tests

By Chris Strohm
cstrohm@govexec.com

The Transportation Security Administration is testing and recertifying its workforce of about 45,000 airport passenger and baggage screeners.

The second annual screener recertification program began last month and will run through June 2005, according to Peter Marcello, TSA's recertification program manager. Under the program, screeners must prove their proficiency using X-ray and explosive detection machines, and perform a physical demonstration of passenger and baggage screening skills.

The agency spent months retooling the recertification program to avoid problems that plagued the first annual tests, which wrapped up in May, said Elizabeth Kolmstetter, TSA's acting assistant administrator for workforce performance and training.

Printer Friendly Version      E-mail this Story to A Friend

RELATED STORIES

TSA executive bonu draws fire  (10/15/04

Covert tests reveal screening failures

Outgoing TSA officia progress, challenge (07/21/04)

TSA gives airports i guidance on using p screeners  (06/23/04

Union calculates ne battle to organize a screeners  (05/21/04



HP Servers and Storage. Powering optimal, seamless IT integration.

5/6/2005

MSNBC - TSA Has Fired 112 Honolulu Employees Since 2002                                    Page 1 of 2

 MSNBC.com

# TSA Has Fired 112 Honolulu Employees Since 2002

KITV-TV

HONOLULU - The Transportation Security Administration has fired 112 of its Honolulu employees for misconduct and other offenses since the agency began operating in Hawaii in April 2002, KITV has learned. That's roughly 17 percent of its workforce terminated for cause. KITV's investigation found Hawaii TSA screeners were fired for sleeping on the job, being drunk or high at work and abandoning their posts.

TSA's Honolulu office has a high percentage of firings compared to other stressful workplaces, such as the Honolulu Police Department.

Since 2002, four Honolulu TSA employees have been fired for sleeping on duty, another five were let go for being drunk at work and six others were terminated for failing drug tests.

"We don't want our screeners to be acting inappropriately, because we are in a position of public trust and if we violate that trust, then we're not doing our job," TSA spokesman Nico Melendez said.

HONOLULU TSA FIRING REASONS Description No. Of Workers Fired Miscellaneous 20 Attendance 15 Failed Certification 14 Absent Without Leave/
Abandonment 13 Misconduct 10 Failed Drug Test 6 Under Influence of Alcohol 5 Sleeping on Duty 4 Excessive Leave 4 Failure to Follow Procedures 3 Time Sheet Falsification/Attendance 3 Unsatisfactory Performance 2 Inappropriate Behavior 2 Security Breach 1 Improper Security Procedures 1 Felony Involving Assault 1 Failure to Follow Security Measures 1 Took Prohibited Item 1 Sexual Harassment 1 Sexual Misconduct 1 Improper Screening Procedures 1 Security Background Check 1 No Show For Exam 1 Failed Training 1

Fifteen TSA employees in Hawaii were fired for problems with attendance, while another 13 were terminated because they abandoned their posts or were absent without leave. Three others were let go for falsifying time sheets.

"We will research and investigate each claim fully and take steps when necessary because we expect our screeners to live up to a higher standard than anyone else," Melendez said.

One TSA screener was fired for a security breach, while another was let go for improper security procedures, still another for improper security screening and another for felony assault.

"We have good men and women who are dedicated to the security of aviation and to the security of the transportation system, and I think we need to recognize that we have more good people working for us than we do bad," Melendez said.

Because of employee privacy rules, the TSA would not release specifics of the cases.

"They're working weird shifts, they're working long hours and working under extreme conditions and working under conditions, where they have to deal with passengers that sometimes are not too friendly," Melendez said.

MSNBC - TSA Has Fired 112 Honolulu Employees Since 2002                Page 2 of 2

HONOLULU TSA FIRINGS Year No. Of Workers Fired 2002 7 2003 60 2004 33 2005 12

The TSA said the number of Honolulu TSA employees fired has decreased since a high of 60 in 2003 -- its first full year of operation. Thirty-three were fired in 2004 and just 12 were terminated last year. That works out to the TSA firing about 17 percent of its 630 employees over the last few years.

That's a much higher percentage than at the Honolulu Police Department, which also provides 24-hour service to the public in often-stressful situations. Just eight HPD employees were fired in the last three years out of nearly 2,800. That's a tiny fraction of 1 percent.

More News From The Hawaii Channel:

Judge Denies Army's Request To Resume Makua Live-Fire Training

Man Reaches Plea Deal On Two Oahu Murders

Teams Find Missing Big Island Swimmer

State Fines Landfill $2.8 Million

Owner Puts Dogs Down After Attack On Man


© 2006 MSNBC.com

URL: http://www.msnbc.msn.com/id/11154071/from/ET/

# TheHawaiiChannel

## Airport Whistleblower Says TSA Retaliating Against Him

*TSA Directors Says Employee Involved In Personnel Investigation*

POSTED: 7:18 am HST June 29, 2005
UPDATED: 10:39 am HST June 29, 2005

**HONOLULU** -- The man who blew the whistle on safety problems at Honolulu International Airport told KITV 4 News that the Transportation Safety Agency is retaliating against him.

Complaints forced TSA at the airport to stop the unsafe storage of hundreds of pounds of flammable materials like cigarette lighters seized at airport checkpoints.

Robert Cravens fears that he will be fired by the Transportation Security Administration for bringing to light safety problems at the airport, so he decided to talk to KITV 4 News.

Cravens, 52, was a property clerk who inventoried thousands of banned items seized or surrendered at Honolulu International Airport. He said TSA had no plan to store hundreds of pounds of cigarette lighters seized since April -- along with other flammables, like matches, fireworks, paint and paint thinner.



Video
Watch News Report

So huge quantities of the stuff were being kept just steps away from the TSA operations center and an employee break room.

"It's just elementary hazmat 101 -- that you could possibly have an explosion," Cravens said. Starting June 1, he said he complained verbally and in writing about the situation. He lodged 12 complaints.

"I was complaining, complaining, complaining and they took no action," Cravens said. So he went outside the TSA to the U.S. Labor Department, the State Health Department and others. They inspected the site, found unsafe conditions and recommended changes that TSA made in the last week.

Cravens said in the middle of last month, after he'd been complaining for two weeks, managers transferred him to another job and cut his hours drastically.

"This comes under retaliatory tactics and it's unacceptable," Cravens said. He said his work schedule was reduced from 30 or more hours a week down to 18 hours. Because of the drop in hours he lost his medical benefits.

"And they cut my days down to four hours a day. It's just blatant retaliation," Cravens said. Sidney Hayakawa, who oversees TSA operations in Honolulu, said Cravens "has not been re-assigned because of what he said. We are investigating him because of an allegation of harassment against him by another employee."

"The totally false, outrageous allegations are that I harassed an employee and threatened an employee and that I falsified property clerk documents," Cravens said.

Cravens said he lodged a similar complaint against a female co-worker in the property clerk's office and believes she turned around and filed the same complaint against him.

Hayakawa said he transferred Cravens to separate the two employees with the conflict, as is called for in TSA personnel regulations.

**Previous Story:**

- June 28, 2005: Confiscated Lighters Create Safety Problems At Airport

*Copyright 2005 by TheHawaiiChannel.com All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*