EXHIBIT – Declaration of Milagros Drake

## DECLARATION OF MILAGROS DRAKE

STATE OF HAWAII           }
                          }SS
CITY AND COUNTY OF HONOLULU }

MILAGROS DRAKE declares under penalty of perjury as follows:

1. I, Milagros Drake, worked for TSA Honolulu as a passenger screener under screening supervisor Raymond Ware in 2003 at the Honolulu Airport.

2. While Mr. Ware was my supervisor, he was the best supervisor at the Honolulu Airport.

3. I never observed Mr. Ware take any sweaters or jackets from any passengers, nor treat them with disrespect. Any statement saying I observed this is false.

4. I am aware that in 2003 when TSA required all screeners to take the recertification test, almost all screeners did not pass the test.

5. Persons from the mainland were brought over to Honolulu to give us the hands on recertification test. I do not remember their names.

6. Because approximately 99% of the screeners failed the hands on recertificationtest, complaints were made to Mr. Kamahele, who ordered the recertification test to be redone until we all passed.

7. The recertification test was given in an arbitrary subjective manner to the screeners. Whether we passed or failed was up to the testers.

8. I was present when Mr. Kamahele became upset when the testers said everyone was failing and took them out of the screening line. As a result, Mr. Kamahele ordered the screeners had to be retrained and retested until they passed.. TSA screeners retook the test several times,

more than two times over until we passed.

9. I was shocked to find out that Raymond Ware, screening supervisor, was the only person terminated for "failing the TSA recertification test", especially since all of the other persons who had not passed were given the test again and again until we all passed.

10. I am aware that Raymond Ware filed a discrimination complaint against TSA before he was given the recertification test.

11. The fact that he was the only screening supervisor terminated for failing the recertification test raises concerns that he was a victim of retaliation. Mr. Kamahele had a reputation for retaliating against persons who assert their employment rights.

12. I agree to be a witness in favor of Mr. Ware.

13. As of January 29, 2007 I no longer work for TSA.

14. All of the above statements are based upon my observations and personal knowledge of the facts.

15. My address and telephone number is: 91-1033 Hokuwekiu St., Kapolei, HI 96707, phone number 674-2125.

FURTHER DECLARANT SAYETH NAUGHT.

DATED:   Honolulu, Hawaii   May 25, 2007

MILAGROS DRAKE