DAPHNE E. BARBEE

ATTORNEY AT LAW

1188 BISHOP STREET, SUITE 1909, HONOLULU, HAWAII 96813
TELEPHONE (808) 533-0275

October 28, 2004

Mr. Thomas Mulhern
Program Executive Officer
TSA Headquarters
701 12th St., FL 4N
Arlington, VA  22202

    RE:    Raymond Ware
             Disciplinary Review Board

Dear Mr. Mulhern:

    We received your letter dated October 22, 2004.  Please be advised that neither Mr. Ware nor myself ever received any letter dated March 2, 2004 for removal.  Please provide us with a copy of said letter.  Furthermore, we have not ever received a copy of the record from which a determination was made that his removal was appropriate.  Since we did not receive the removal letter nor any record, nor provided a chance to address any issue found within the removal letter or the record, we request reconsideration of the final decision and an opportunity to respond to any discrepancies found in the record.  Also please note our appeal was dated in December 2003, before any March 4, 2004 letter of removal.

                                             Sincerely,

                                             DAPHNE E. BARBEE
                                             Attorney at Law

DEB:jl
cc: Raymond Ware