EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

THOMAS A. HELPER  (5676)
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
E-mail:  tom.helper@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | (Defendant's Notice of Taking Deposition Upon Oral Examination - Milagros Drake 8/6/07) |
| SIDNEY HAYAKAWA, Director of Transportation Security Administration - Honolulu, KEN KAMAHELE, Deputy Director, TRANSPORTATION SECURITY ADMINISTRATION; MICHAEL CHERTOFF, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 1-5, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Defendants Notice of Taking Deposition Upon Oral Examination (of Milagros Drake on August 6, 2007), dated July 20, 2007, was served on the following

at their last known address:

Served by First Class Mail on July 20, 2007:

Daphne Barbee, Esq.
1188 Bishop Street
Suite 1909, Century Square
Honolulu, Hawaii  96813

Dated:  July 20, 2007, at Honolulu, Hawaii.

                                              EDWARD H. KUBO, JR.
                                              United States Attorney
                                              District of Hawaii

                                              /s/ Thomas A. Helper

                                              By_____
                                                 Thomas A. Helper
                                                 Assistant U.S. Attorney

                                              Attorneys for Federal
                                              Defendants