

DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**ORIGINAL**

JUL 24 2007

at 2 o'clock and 35 min. P.M.
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5,<br><br>          Defendants. | CIVIL NO. 04-00671 HG/LEK<br><br>**AMENDED AND REDACTED EXHIBITS 1, 3, 5, 9 AND 17 OF PLAINTIFF WARE'S CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S SECOND MOTION FOR DISMISSAL AND SUMMARY JUDGMENT; CERTIFICATE OF SERVICE**<br><br>DATE:   July 23, 2007<br>TIME:   10:30 a.m.<br>JUDGE: Hon. Helen Gillmor |



## AMENDED AND REDACTED EXHIBITS 1, 3, 4, 8 AND 16
## OF PLAINTIFF WARE'S CONCISE STATEMENT OF FACTS
## IN OPPOSITION TO DEFENDANT'S SECOND MOTION
## FOR DISMISSAL AND SUMMARY JUDGMENT

COMES NOW, RAYMOND WARE, Plaintiff, by and through his attorney and hereby amends previously filed Exhibits 1, 3, 4, 8 and 16 with the attached redacted Exhibits.

DATED: Honolulu, Hawaii, 7-23-07.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff RAYMOND WARE