

EXHIBIT 9

Performance Agreement for Supervisory Transportation Security Screener
(LTSS, STSS, Screening Manager)

| Employee Name: Ware, Raymond E. | Position: STSS | Organization: TSA, HNL |
|---|---|---|
| Performance Period: From: 01 Nov 03   To: 31 Oct 04 | | Social Security Number: |

As a Transportation Security Administration employee, I will work diligently to achieve the following organizational and individual goals:

| Organizational Goal(s): | Domain Awareness (Environment in which TSA work is performed)<br>Ensure we gain awareness of the full scope of activities in our domain of responsibility. TSA must identify, understand and anticipate the domain in which it operates:<br><br>- Potential risks to the transportation infrastructure, passengers, or goods<br>- Response capability that TSA and its stakeholders control<br>- Economic, social, and political drivers that impact either risk or response<br><br>Prevent/Protect<br>Deter foreign and domestic terrorists from causing harm or disrupting the transportation system and its users. TSA will achieve this goal with a multi-layered deterrence and response system. Deterrence through vigilant and consistent execution of security intelligence is the first and most critical line of defense.<br><br>Respond<br>Ensure that an agile incident response capability is coordinated to swiftly and effectively restore freedom of movement. This requires proactive, consistent and accurate communication with our external and internal partners and to the stakeholders' community.<br><br>Organization Effectiveness<br>Operate as a leading edge, performance-based organization that consistently meets performance objectives while practicing outstanding stewardship of our resources. TSA will hold accountable its workforce to meet our mission requirement and customer needs.<br><br>Model Workplace Vision<br>TSA's most important resource is its employees. In order to support its employees and enable them to perform at the highest level, TSA leadership embraces its unique and historic opportunity to create a Model Workplace exemplifying the best employment ideals and practices.<br><br>The promise of a Model Workplace means that TSA will build and continuously foster a diverse and inclusive workplace culture based on mutual respect. Fairness, open communication and cooperation will provide TSA employees with the skills and processes that support these values. The TSA Workplace will embody this principle: *"Communication plus Cooperation plus Conflict Management yields confidence in ourselves, in each other and from the public".*<br><br>*Supplemental Goal(s): (The supervisor may include additional Unit goals here.)* |

Performance Agreement for Supervisory Transportation Security Screener
(LTSS, STSS, Screening Manager)

| | |
|---|---|
| Individual Goal(s): | **Critical Element # 1: Domain Awareness**<br>Take personal responsibility to identify, understand and anticipate the domain in which work is performed and educate the workforce regarding the importance of this element.<br><br>**Critical Element # 2: Prevent/Protect**<br>Train and encourage all employees to take responsibility for individual unit assignments and vigilantly carry out duties with utmost attention to tasks that will prevent security threats.<br><br>Implement a multi-layered deterrence and response system through appropriate implementation of security intelligence in accordance with the TSA strategic plan and direction from executive management.<br><br>**Critical Element # 3: Respond**<br>Ensure that employees in my unit communicate and report all suspicious and security related incidents to the appropriate management levels. Commit to use of all appropriate and effective communication vehicles to provide information, intelligence and security processes in carrying out job duties.<br><br>Require each employee to be accountable for using proactive, consistent and accurate communication with external and internal partners and to the stakeholder community.<br><br>Lead by example and expect all employees in my unit to demonstrate highest levels of courtesy to travelers, members of the public, and others with whom they deal. Work to maximize the traveling public's highest level of satisfaction with TSA services.<br><br>**Critical Element # 4: Organizational Effectiveness**<br>Train and encourage all employees in my work unit to conduct themselves as an effective team member to ensure that security is not compromised. Contribute to the accomplishment of the TSA mission and vision by:<br><br>  (1) Supporting TSA Values.<br>  (2) Demonstrating the highest level of concern for the civil rights of both co-workers and the traveling public.<br>  (3) Making sure that all TSA funds, property and other resources assigned or allocated for my use are guarded against waste, loss, unauthorized use and misappropriation.<br>  (4) Ensure a positive working environment by taking prompt and appropriate action to deal with all allegations or other inappropriate conduct. Obtain guidance in handling such situations, if necessary.<br><br>**Critical Element # 5: Model Workplace Vision**<br>Supervisors are expected to:<br><br>Provide authentic opportunities to all employees to raise workplace issues and resolve them cooperatively without fear of recrimination or retaliation.<br><br>Provide a working environment characterized by mutual respect and fair, consistent and nondiscriminatory treatment. |

Performance Agreement for Supervisory Transportation Security Screener
(LTSS, STSS, Screening Manager)

|  | Create and maintain an environment that encourages and protects optimal information flow to and from employees within his/her organizational unit and across organizational units when appropriate.<br><br>Promote cross-functional approaches to problem solving to achieve organizational success.<br><br>*Supplemental Goal(s):* (The supervisor may include additional individual goal(s) here by supplementing, charging and/or clarifying job expectations during rating period.) Supervisor may want to add: Other duties as assigned. |
|---|---|
| I also agree to meet or exceed the following level of performance: ||
| Standard for Satisfactory Performance: | I will provide ongoing guidance and direction to my staff to improve the overall effectiveness of individual team members and the organization as a whole. I will complete all required assignments as scheduled in accordance with established policies, procedures and other directives. Assignments and all work products will be completed assuring the highest quality with the focus on meeting the organizational goals. I will perform all security functions in an effective and timely manner in accordance with TSA prescribed guidelines.<br><br>*Supplemental Standard(s):* (The supervisor may include additional standard(s) here.) |
| Performance Agreement Initiation:<br><br>See Remarks on Reverse Side AND BELOW | Employee signature and date: *Raymond E. Ware 10-25-03*<br><br>Supervisor signature and date: *Jose M. Ubrati 25Oct03* |
| Mid-Cycle Performance Review: | Employee signature and date:<br><br>Supervisor signature and date: |
| Performance Assessment at the end of the appraisal period (supervisor will initial indicating performance level). | The Supervisor met or exceeded the standard for satisfactory performance:_____<br><br>The Supervisor failed to meet the standard for satisfactory performance:_____ |
| Employee signature and date: | Supervisor signature and date: |

My goal has always been to do the best at whatever task I am assigned. I have gained invaluable experience throughout my four and one-half years of employment, starting as a screener all the way up to and including screening manager. During my here at HNL, I have attempted to relate my experience to others.

I sincerely desire to impart my knowledge at the highest level allowed. Perhaps one day, I will be promoted to a supervisory level whereupon I can continue to do what I love.

*Raymond E. Ware*
Raymond Ware
Supervisory Transportation Security Screener

During my duties at Screening Manager, I have observed Raymond Ware to be a superb supervisor. He consistently demonstrates attention to detail, he is a leader and he completes required tasks with little to no supervision. Mr. Ware has worked in numerous checkpoints achieving success in training screeners and ensuring procedures and current directives are enforced. Raymond Ware has far exceeded all performance expectations for this period of evaluation.

*José M. Abranté*
José M. Abranté
Screening Manager