# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff, in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Steve Platt |
| DATE: | 07/23/2007 | TIME: | 10:45am-ll:52am |

COURT ACTION: EP:  Defendant Michael Chertoff's Second Motion to Dismiss and For Summary Judgment-Oral Argument Held.

Defendant's Motion is **GRANTED** with regard to Plaintiff's claims for: (1) hostile work environment; (2) failure to promote to rotating screening manager position from October 2002 to February 2003; and (3) failure to promote to temporary screening manager position in June 2003.

Defendant's Motion is **DENIED** as to Plaintiff's claims for: (1) discrimination and retaliation in failing to hire for permanent screening manager position in September 2003; and (2) unlawful termination in November 2003.

A written order will issue.

The Court **VACATES** the Trial Date of September 25, 2007 and all Trial related scheduling deadlines. Counsel are to confer as to a new Trial Date and contact Judge Gillmor's Courtroom Manager, Mary Feria, two weeks from today's date.

The Court extends the deadline to file dispositive motions to **October 15, 2007.**

Submitted by Leslie L. Sai, Courtroom Manager