# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/07/2007 | TIME: | |

COURT ACTION:   EO: New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on February 5, 2008 at 9:00 a.m. before HG
2. Final Pretrial Conference on **December 26, 2007** at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge Helen Gillmor on January 25, 2008 at 8:30a.m.
4. Final Pretrial Statement by **December 19, 2007**
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by November 7, 2007
7. File Dispositive Motions by **October 15, 2007**
8a. File Motions in Limine by January 15, 2008
8b. File opposition memo to a Motion in Limine by January 22, 2008
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline December 7, 2007
13. Settlement Conference set for **on call**   before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by January 22, 2008
21. File Final witness list by January 15, 2008
24. Exchange Exhibit and Demonstrative aids by January 8, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 15, 2008
26. File objections to the Exhibits by January 22, 2008
28a. File Deposition Excerpt Designations by January 15, 2008
28b. File Deposition Counter Designations and Objections by January 22, 2008

29. File Trial Brief by January 22, 2008
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00671HG-LEK;
Raymond Ware vs. Michael Chertoff, et al.;
Rule 16 Scheduling Conference Minutes
08/07/2007