EXHIBIT "H"

# DEPARTMENT OF HOMELAND SECURITY
## TRANSPORTATION SECURITY ADMINISTRATION



# REPORT OF INVESTIGATION

INVESTIGATION Conducted By:    **Ron G. Lehman**
                               **Martin-Miser Associates, Inc.**

**COMPLAINANT'S NAME:**    **Raymond Ware**
**COMPLAINT NO.:**         **7-03-7200**

This document for <u>OFFICIAL USE ONLY</u> and is not to be distributed outside of your agency without prior clearance.

Indefinite retention



EXHIBIT "H"

## U. S. DEPARTMENT OF HOMELAND SECURITY
### Transportation Security Administration

## REPORT OF INVESTIGATION

### I. DESCRIPTION OF THE COMPLAINT:

| | |
|---|---|
| Name of Complainant: | Raymond E. Ware |
| Complainant's Representative: | Daphne E. Barbee<br>1188 Bishop, #1909<br>Honolulu, HI 96813 |
| Case number: | DOT 7-03-7200 |
| Title and grade of complainant: | Former Screening Supervisor |
| Dates of alleged discrimination: | June-November 2003 |
| Kind of discrimination alleged: | Race and retaliation |
| Types of action causing complaint: | Nonselection for promotion, training, reassigned and terminated |

### II. DESCRIPTION OF THE INVESTIGATION:

| | |
|---|---|
| Name of Investigator: | Ron G. Lehman |
| Date Report Submitted: | JUN - 2 2004 |
| Place of Investigation: | Telephonic |
| Dates of Investigation: | March 10-May 20, 2004; intermittently |

### III. DESCRIPTION OF BASES AND ISSUES IN COMPLAINT (TAB C):

Whether the complainant a Checkpoint Screener Supervisor at the Honolulu International Airport was discriminated against on the basis of his race (African American) and/or in retaliation for prior EEO activity when: (1) he was not selected for the position of Screening Manager, Honolulu International Airport, on June 7, 2003; (2) he was denied training in June 2003; (3) he was not allowed to rotate from October 2002 through February 2003 as other Mobile Screeners; (4) he was reassigned to the Hawaiian Airlines Checkpoint as a

1

**Buxton, Martha**

| | | |
|---|---|---|
| From: | Byrnes, Kevin R | Sent: Fri 3/12/2004 9:09 PM |
| To: | Buxton, Martha | |
| Cc: | | |
| Subject: | Contacts - Lockheed-Martin | |
| Attachments: | | |

Martha,

Module 3 Recertification was performed by Lockheed-Martin. The Asstistant Area Manager - Karen Dewitt: (615) 234-7693 and (615) 423 0167 (cell). The group lead that was out here - Dorothy Porter: (615)423-1648. They should be able to help you.

Kevin

F4

EXHIBIT 3
OF 2 PAGES