# EXHIBIT "I"



# MARR HIPP JONES & WANG
### A LIMITED LIABILITY LAW PARTNERSHIP

*Labor and Employment Law*

February 6, 2006

**VIA HAND DELIVERY**

Daphne E. Barbee, Esq.
1188 Bishop Street, Suite 1909
Honolulu, Hawaii 96813

      Re:    Raymond Ware vs. Sidney Hayakawa, et al.
              U.S.D.C. Civil No. 04-00671 HG LEK

Dear Ms. Barbee:

      Pursuant to the Subpoena Duces Tecum dated October 5, 2005, to LockheedMartin and based on our discussion that the documents may be produced directly to you and need not go to the Court Reporter, Lockheed-Martin hereby submits the following documents:

      1.    Contract between the Transportation Security Administration and Lockheed Martin (Bates numbers LM00001 – LM00213); and

      2.    Subcontracts for subcontractors who performed the recertification testing (Bates numbers LM00214 – LM00253).

      Per your request I am also providing you with the contact names and numbers for Alltech and Homeland Security. I do not have information regarding the contact numbers for the individuals who were involved in the recertification testing. However, with the contact names and numbers that I have provided, you should be able to contact the subcontractors directly for additional information about the subcontractor employees who may have been involved with the testing of Mr. Ware.

      Alltech International, Inc.
      Ed O'Connor
      Phone Number (703) 506-1222 Ex. 78
      Email: EDO@alltech.net

1001 Bishop Street • Suite 1550 Pauahi Tower • Honolulu, Hawaii 96813
Phone: (808) 536-4900 • Fax: (808) 536-6700 • Direct: (808) 566-5620 • E-mail: snakashima@marrhipp.com
76111/751.002

**EXHIBIT "I"**

Daphne E. Barbee, Esq.
February 6, 2006
Page 2

        Homeland Security Corporation
        Ryan Blickenstaff
        Phone number:  (615) 234-7694
        E-mail:  rblickenstaff@about-hsc.com

       I believe that with the information that we have provided in this letter and the information that was previously provided to Magistrate Judge Kobayashi and the parties that Lockheed Martin has done its part to fulfill its obligations in this case.

       Please feel free to contact me if you believe that there are any outstanding issues that still need to be addressed by Lockheed Martin.

                Very truly yours,

                Steven M. Nakashima

SMN:jes
Enclosures
cc:  Thomas A. Helper, Esq. w/enclosures

76111/751.002