# EXHIBIT "J"

Case 1:04-cv-00671-HG-LEK   Document 118-8   Filed 09/27/2007   Page 2 of 2

Page 1 of 1

**Byrnes, Kevin R**

**From:** Karena1015@aol.com [Karena1015@aol.com]  **Sent:** Thu 10/16/2003 5:48 AM
**To:** Byrnes, Kevin R
**Cc:** Hscrmfontana@aol.com
**Subject:** HNL Re-cert Evaluators
**Attachments:**

Kevin,
Aloha! I just wanted to let you know the names of the Evaluators that will be conducting the Re-cert testing at your Airport:

Dorothy Porter (Lead)
Cell# 615-423-1648

Elijah Wood
Cell# 407-963-0800

Leticia Estorga
Cell# 626-792-9904

Richard Aytes (Assistant Lead)
Cell# 405-401-9351

Renae Dymond
Cell# 570-793-6018

Robert Totra Jr. (Assistant Lead)
Cell# 618-980-3529

Vicki Warness
Cell# 360-259-2451

Regards!

Karen DeWitt
Assistant Area Manager
Western Region
Lockheed Martin Training Team
615-234-7693 Office
615-423-0167 cell

[Handwritten note: TQP/QA Pamolyn Buchanan (301) 404-9225]

https://tsaemail.tsa.dot.gov/exchange/Kevin.Byrnes/Inbox/HNL%20Re-cert%20Evaluator...   10/16/2003

EXHIBIT "J"