# EXHIBIT "K"

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF HAWAI'I

3    _____

4    RAYMOND WARE,                    CIVIL NO. 04-00671 HG LEK

5              Plaintiff,

6      vs.

7    SIDNEY HAYAKAWA, Director of

8    Transportation Security

9    Administration-Honolulu; KEN

10   KAMAHELE, Deputy Director,

11   Transportation Security

12   Administration; MICHAEL

13   CHERTOFF, Secretary,

14   Department of Homeland

15   Security, DEPARTMENT OF

16   HOMELAND SECURITY; JOHN DOES

17   1-5,

18              Defendants.

19   _____

20           DEPOSITION OF MILAGROS I. DRAKE

21        Taken on behalf of the Plaintiff at the United

22   States Attorney's Office, District of Hawai'i, Room 6-100,

23   Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala

24   Moana Boulevard, Honolulu, Hawai'i, commencing at 1:09 p.m. on

25   Monday, August 6th, 2007, pursuant to Notice and Subpoena.

Page 2

```
1   BEFORE:        B. KANOELANI COCKETT
2                  Certified Shorthand Reporter
3                  HI CSR NO. 379, CA CSR NO. 7995
4
5                  -o0o-
6
7   APPEARANCES:
8   For Plaintiff:    DAPHNE E. BARBEE, ESQ.
9                     1188 Bishop Street, Suite 1909
10                    Century Square
11                    Honolulu, Hawai'i  96813
12
13  For Federal
14  Defendants:      THOMAS A. HELPER
15                   Assistant U.S. Attorney
16                   United States Attorney's Office
17                   District of Hawai'i
18                   Room 6-100, Prince Jonah Kuhio Kalanianaole
19                   Federal Building
20                   300 Ala Moana Boulevard
21                   Honolulu, Hawai'i 96850
22                   tom.helper@usdoj.gov
23
24
25
```

Page 3

```
1   Also Present:    Eugene (Bernie) Whitaker
2                    Transportation Security Administration
3                    Pacific Rim Supervising Council
4                    300 Rogers Boulevard, No. 45
5                    Honolulu, Hawai'i  96819
6                    and Kevin Burns
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
25                  -o0o-
```

Page 4

```
1                    I N D E X
2   EXAMINATION BY                           PAGE
3   MR. HELPER                                5
4   MS. BARBEE                                45
5   FURTHER EXAMINATION BY MR. HELPER              50
6   FURTHER EXAMINATION BY MS. BARBEE             51
7   FURTHER EXAMINATION BY MR. HELPER             52
8
9
10          EXHIBITS FOR IDENTIFICATION
11  DEFENDANTS'                              PAGE
12  1    Declaration of Milagros Drake            24
13  2    Incident Report                     43
14
15
16
17
18
19
20
21
22
23
24
25                  -o0o-
```

Page 5

```
1       (Reporter's Disclosure was displayed.)
2              MILAGROS I. DRAKE,
3         Having been first duly sworn,
4       testified upon her oath as follows:
5              EXAMINATION
6   BY MR. HELPER:
7       Q.   Would you state your name, please.
8       A.   My name is Milagros Ilan Drake, D-R-A-K-E.
9       Q.   And how do you spell your middle name?
10      A.   Ilan, I-L-A-N.
11      Q.   Maybe you should spell your first name, too,
12  just for the record.
13      A.   Milagros is M-I-L-A-G-R-O-S.
14      Q.   And have you ever had your deposition taken
15  before?
16      A.   I would say, yes, during my divorce, (witness
17  shakes head) but not related to this.  I mean, I have -- I've
18  been deposed before, if that is your question.
19      Q.   Other than in connection with your divorce, have
20  you been deposed?
21      A.   No.
22      Q.   Okay.  How long ago was that deposition?
23      A.   Oh, boy, 1983.
24      Q.   Okay.  Let me run over some of the basic ground
25  rules for a deposition.  It's been a while.
```

Page 6

1    A.    Okay.
2    Q.    A deposition is a sworn out-of-court question-
3    and-answer session, and you're sworn in with the same oath
4    that you're sworn in with if you were in court.
5         Do you understand that?
6    A.    Um-hum, I understand.
7    Q.    Okay. And even though it's sort of an informal
8    setting and there's no judge here, your testimony has the
9    same weight and significance as if it were given before a
10   judge and a jury.
11        Do you understand that?
12   A.    I understand.
13   Q.    Okay. A couple of rules that are different from
14   normal conversation. The big one really is only one person
15   can speak at a time because we have a court reporter here
16   taking down everything anybody says. And so you may know
17   exactly where I'm going with a question and what I'm asking
18   you and in normal conversation you're going to jump in and
19   answer it to save time. In a deposition it doesn't save
20   time. It takes more time because I have to repeat the
21   whole question.
22        So make sure I'm done with my whole question
23   before you start to answer, okay?
24   A.    Okay.
25   Q.    And you're doing great, way better than most

Page 7

1    witnesses already.
2         If at any point I cut you off and you're not
3    done with your answer because you're pausing when I think
4    you're done and I start asking you a question, just let me
5    know and I'll back off and let you finish your answer.
6    A.    Okay.
7    Q.    From time to time there may be an objection, but
8    that will probably just be for the record, and just go
9    ahead and -- ask you to let Ms. Barbee state her objection,
10   or if Ms. Barbee is asking you questions, to let me state
11   my objection and you'll probably go ahead and answer the
12   question.
13        I don't think we're going to be real long today,
14   but if at any point you need to take a break or you want to
15   stretch your legs, that's fine. Just let me know and we'll
16   go off the record, but unless both lawyers agree that
17   something is off the record, then the court reporter is
18   going to write it down.
19        Okay?
20   A.    Okay.
21   Q.    Do you have any questions before we start?
22   A.    No.
23   Q.    Okay. You were at one point a screener for the
24   Transportation Security Administration, right?
25   A.    That's correct.

Page 8

1    Q.    And what years were you -- you were at Honolulu
2    for a while?
3    A.    Yes.
4    Q.    Honolulu International Airport?
5    A.    That's correct.
6    Q.    And what years or the approximate dates of your
7    employment for TSA at Honolulu International?
8    A.    It's around September, end of September. It was
9    the end of September 2002.
10   Q.    Until when?
11   A.    Until I transfer, oh, 2004, around I think I
12   transferred around August sometime, during the fall.
13   Q.    And where did you transfer to?
14   A.    I transferred to San Diego International Airport in
15   California.
16   Q.    Okay. And how long did you work in San Diego
17   for TSA?
18   A.    I officially submitted my resignation there on
19   January of this year.
20   Q.    '07?
21   A.    Yes.
22   Q.    Okay. And did you hold the title of screener
23   the whole time you were at Honolulu?
24   A.    Yes.
25   Q.    And how about at San Diego: Did you hold any

Page 9

1    other title other than screener at San Diego?
2    A.    No, that's the same, sir.
3    Q.    Okay. Now, we're here today in connection with
4    a lawsuit filed by Raymond Ware against TSA.
5         When is the last time you spoke with Mr. Ware?
6    A.    Last time I spoke with him, I would say I think I
7    met him maybe around February, March of this year.
8    Q.    Okay. Where did you meet him?
9    A.    We met for lunch at Honolulu Arts Academy.
10   Q.    Oh, and did he contact you?
11   A.    No, I contacted him.
12   Q.    Okay. What was the reason for you contacting
13   him?
14   A.    Just to say hello, and I was going to the Academy
15   so I said, "Hey let's do lunch." We were supposed to go out
16   with other -- other friends, also, but they did not show up.
17   So I'm a member at the Honolulu Arts Academy, so I was going
18   there and it's the only place that I believe -- know where we
19   can meet because I do not know where he's coming from at that
20   time.
21   Q.    At some point did you learn that he had a
22   lawsuit against TSA, Mr. Ware had a lawsuit?
23   A.    Yes, I was aware of that.
24   Q.    Did you know that before the lunch or did you
25   find that out during the lunch?

Page 10

1     A.    No, I know it before.

2     Q.    Okay.  How did you know it from before?

3     A.    Even before I even moved to San Diego I know that

4 he had filed a lawsuit.

5     Q.    Okay.  Now, you and I spoke on the phone a

6 couple of weeks ago, right?

7     A.    Okay, it was you.  So, okay, now I place the face.

8     Q.    Okay.  Somebody from the government called you a

9 couple of weeks ago, right?

10    A.    Yes, yes.

11    Q.    They identified themselves as Tom Helper?

12    A.    Yes.

13    Q.    Okay.  And what I'm going to do, I think, is

14 sort of run through what I understood you to say during

15 that conversation, and you tell me if I've got it right or

16 not, okay?

17    A.    Oh, okay.

18    Q.    You, in your capacity as a screener for TSA, you

19 personally had to be recertified and retested after about a

20 year on the job; is that right?

21    A.    That's correct.

22    Q.    Okay.  And that wasn't just -- as a matter of

23 fact, it was all the screeners and all the screening

24 supervisors at TSA Honolulu?

25    A.    At the time that we were recertifying I did not

Page 11

1 realize that the supervisors or managers are to be tested,

2 also.  I -- (Witness shakes head.)

3     Q.    Did you know at some point that all the

4 screening supervisors had to be retested?

5     A.    Oh, at some point, yes, during -- you know, during

6 those -- during the retesting, yes.

7     Q.    Okay.  Now, you mentioned something about

8 screening managers.

9           In fact screening managers -- did you understand

10 that they had to be retested or not, screening managers?

11    A.    No, I did not.  I did not know that they had to be

12 retested, too.

13    Q.    Okay.  Well, do you know that -- is it today

14 your belief that the screening managers had to be retested?

15    A.    No, I don't.

16    Q.    You don't know even as you're sitting here

17 today?

18    A.    No, I don't.

19    Q.    Okay.  But you do know as you sit here today

20 that the screening supervisors had to be retested?

21    A.    Yes.

22    Q.    Okay.  And Mr. Ware was in fact a screening

23 supervisor, right?

24    A.    That's correct.

25    Q.    Back -- and this retesting occurred back in the

Page 12

1 fall of 2003?

2     A.    Yes, I believe that's correct.

3     Q.    Okay.

4     A.    Around that time, before the end of the year.

5     Q.    And just talking for a second about your

6 personal experience, what happened with you?  As I

7 understand it, the first time -- well, the testing

8 consisted of three different modules, three different

9 phases, right?

10    A.    Yes.

11    Q.    Okay.

12    A.    Yes, if you count the X-ray, the written and the

13 actual.

14    Q.    And the "actual" means a hands-on test, right?

15    A.    Yes.

16    Q.    And the first two portions, the X-ray and the

17 written portions, those were given to you by employees of

18 TSA, right, or do you remember?

19    A.    Yes.  We go to a room and we -- you know, in a room

20 where there are computers, and we had to take it there.

21    Q.    Okay.  But those were given by TSA employees,

22 the X-ray and the written portions?

23    A.    And I don't know whether -- I don't know whether

24 they were actually employed by the TSA.  I could not recall.

25    Q.    Okay, okay.  And then the third phase, the

Page 13

1 hands-on phase was administered to you by employees of a

2 contractor of TSA, right?

3     A.    That's correct.

4     Q.    And when we spoke on the phone the other day I

5 think you didn't recall exactly who the contractor was, and

6 your best recollection was that it was McDonnell Douglas?

7     A.    That's my recollection.  I could be wrong.

8     Q.    Right.

9     A.    I know that they are supposed to be contractor or

10 hired by TSA to administer the test.  All I know is that they

11 came from the mainland.

12    Q.    Okay.  And, again, when you took the test with

13 the contractor employed the first time, the hands-on

14 portion, they told you at the end of it that you had not

15 passed, right?

16    A.    That's correct.

17    Q.    And so after that you were sent out of the --

18 and, I'm sorry, you were given the test in a room where you

19 were the only person being tested, right?

20    A.    Well, there is three of us that were called, but we

21 are taken into the -- into the area, this section where they

22 are testing separately.

23    Q.    Right.

24    A.    So the others -- and I could not remember who the

25 others were -- are seated, you know, kind of outside the area,

1  the cubical where they are testing.

2      Q.  So nobody else, no other screener was present

3  when you were being tested with the hands-on portion of the

4  test, that's correct.

5      A.  That's correct.

6      Q.  And, similarly, you weren't present when

7  anybody, any other screener or screening supervisor was

8  given the hands-on portion of their test, right?

9      A.  Right.

10      Q.  Okay.  So after the contractor employees told

11  you that you hadn't passed, did you understand at that

12  point that you would be given a second chance?

13      A.  No, I did not.

14      Q.  Did you learn at some point you would be given a

15  second chance?

16      A.  At some point, yes.

17      Q.  And was it the same day or was it a different

18  day?

19      A.  I think it was a different day if I can remember,

20  because what happened --

21      Q.  No, go ahead.

22      A.  Because what happened was we were sent back on the

23  line, and during that time then, you know, there was such a --

24  like a -- oh, it's kind of like a chaotic time, I mean chaotic

25  where when I went back to my line, my --

1      Q.  Your station?

2      A.  My station, yeah, and everybody is talking about

3  this lavalava test.  They called it lavalava test where you do

4  like six steps how to wand somebody with a skirt, and they

5  call it lavalava, I guess, because of the men when they wear

6  that skirt.

7      Q.  Samoan --

8      A.  Yeah, yeah.

9      Q.  -- outfit, right?

10      A.  Yeah, and nobody heard anything about it, and

11  that's what -- from what I understand then, that's what

12  everybody's failing.

13      Q.  Okay.  And so at some point did someone with TSA

14  or with the contractor tell you were going to be

15  retrained and given a second chance to take the test?

16      A.  It was not them that actually told us.  It was our

17  supervisor and our leads because at that time they were taking

18  out groups of people being shown -- in some of the gates that

19  were empty, they take us back there in groups because they

20  cannot just take so many on the line.  Sometimes they close

21  the security line and said, "Okay.  You know, it's your turn

22  now."  So they go -- we go there and our leads or supervisors

23  or assistant leads are the one who is showing us how to -- you

24  know, how to -- supposedly how to do the wanding and the

25  steps, and then we were called again and I could not remember

1      whether it was the next day that I was called to redo it

2  because at that time the testers were there for several

3  days --

4      Q.  Okay.

5      A.  -- maybe a week, and then we were retested.

6      Q.  Okay.  And when you say that they didn't tell

7  you that you would be retested, you mean the testers didn't

8  tell you you would be retested?  It was TSA employees who

9  told you you would be retested?

10      A.  Yes, it was the TSA employees.

11      Q.  Your supervisors?

12      A.  Yes.

13      Q.  Okay.  And then I think you described the

14  process by which you were trained before the retesting, and

15  as I understand it, it was not done individually.  You were

16  trained along with several other people.

17      A.  Yes, yes, we were trained along with several people

18  until we actually went up, when I was called and some other --

19  with other groups to go upstairs where the testers are.  And

20  then there in front of the -- in front of the tester she had

21  to -- she showed me how to do it again.

22      Q.  When you say "she," who is "she"?

23      A.  The tester now, the one that came from the

24  mainland, the one that's actually giving the test.

25      Q.  Okay.

1      A.  Okay.  So you have to practice in front of her so

2  several times until -- until you're comfortable, until I was

3  comfortable.  So when she asked me that, "Okay.  Are you ready

4  now?"  You know, "You're doing well."  I mean, you know, "Now

5  is the actual test."  So I probably --

6      Q.  And is -- go ahead.

7      A.  I probably did the practice over and over maybe

8  six, seven different times.

9      Q.  In front of the tester?

10      A.  Of the testers, yes.

11      Q.  Okay.

12      A.  And then the tester said, "Okay.  Now you're

13  comfortable now.  Now this is the actual test," and of course

14  by that time, you know, you do it repeatedly many times, and

15  now when they said, "This is the actual test now.  Okay.

16  You're done.  You're perfect.  Super.  You're passed."

17      Q.  And this was a room where it was only you and

18  the testers present?

19      A.  There is another gentleman in there with the

20  tester, and of course maybe two, three people that went up

21  with me are seated like, you know, off the side.

22      Q.  Okay.  But when you're doing the retraining with

23  the tester and the actual second test with the tester, were

24  the other screeners watching?  Were they present in the

25  same room?

Page 18

1    A.    No, they are not present in the same room.
2    Q.    Okay.  So you're the only -- when you're in with
3  the testers, you're the only TSA employee in the room at
4  the time?
5    A.    Yes.
6    Q.    Okay.  And is it accurate that before you went
7  into the room with the testers you were also retrained off
8  line by TSA supervisors?
9    A.    Yes.
10    Q.    Okay.  And how long did that retraining last?
11    A.    Oh, probably 15, 20 minutes.
12    Q.    Okay.  And then how long -- the repetition by
13  the tester where -- sort of the practices in front of the
14  tester before the actual test, how long did that take?
15    A.    Like I said, about six, seven times.
16    Q.    And how long does each time take?
17    A.    Um, I would say about three, five minutes.
18    Q.    Okay.  So maybe anywhere from, I guess, 18 to 30
19  minutes of practice with the tester before the actual test
20  the second time; is that right?
21    A.    Yeah, I would say so.
22    Q.    Okay.  And, now, you said about the way other
23  people were treated and how other people were trained or --
24  I'm sorry.
25        Your knowledge about how other people were

Page 19

1  tested comes from what other people told you as opposed to
2  you seeing it, yourself, right?  You didn't see anybody
3  else tested; is that correct?
4    A.    That's correct.
5    Q.    Okay.
6    A.    Yeah.
7    Q.    So if somebody passed or didn't pass their first
8  time or their second time, the way you would know that is
9  through that person telling you?
10    A.    Yes, and, you know, people talking.
11    Q.    Right.  And at some point you heard Mr.
12  Kamahele -- well, who is Mr. Kamahele?
13    A.    At the time Mr. Kamahele, from what I understand at
14  that time, was like second in command below Mr. Hayakawa.
15    Q.    Second in command of TSA?
16    A.    Of TSA in Honolulu, yes.
17    Q.    Okay.  And you heard him say -- talk about his
18  concern that a lot of people were failing the test the
19  first time around, right?
20    A.    That's correct.
21    Q.    And so he wanted to make sure that everybody was
22  trained before they went up for their second test?
23    A.    That's correct.
24    Q.    Okay.  And did you understand that your second
25  try would be the last try?  In other words, there was no

Page 20

1  third try allowed?
2    A.    I did not know that.
3    Q.    Okay.  Did you find that out later?
4    A.    I never really find that out because on the second
5  time that I was actually tested, you know, I passed, so. . .
6    Q.    And you don't know of anybody who was allowed to
7  take the test more than twice; is that correct?
8    A.    That's correct.
9    Q.    Okay.  Do you know -- you were not present at
10  the time Mr. Ware was tested for either -- any of his
11  tests, right?
12    A.    That's correct.
13    Q.    Were you present at any point while he was being
14  retrained in between the tests or before the tests?
15    A.    No.
16    Q.    Okay.  And did you learn at some point that he
17  had failed the first time around?
18    A.    No, because I did not really -- I did not really
19  know that he was even being tested or that he's taking the
20  test.
21    Q.    When did you find out that he was taking
22  the test?
23    A.    I did not know when.  I did not find out anytime
24  that he was taking the test.  All I found out was that when he
25  was -- they said that he was escorted out of the airport.

Page 21

1    Q.    Okay.
2    A.    And, you know, everybody was, like, wondering why,
3  and there was -- there was talk, you know, at that time that,
4  "Oh, he failed the test," so. . .
5    Q.    And did you ever learn any more details about
6  how he failed or why, either from him or from anyone else?
7    A.    Oh, not -- I would say that not really because at
8  that time, I mean, people were -- people were talking that,
9  "Oh, he failed the test."  That's why he was out, and then
10  when he never came back they said, "Oh, he's administrative
11  leave."  So nobody was really sure as to why he is gone.
12    Q.    Did you ever talk to him about what happened?
13    A.    Yes, I did.
14    Q.    And what did he tell you?
15    A.    That he said that he failed the test.
16    Q.    When was this conversation?
17    A.    Oh, gosh, before I left for San Diego.
18    Q.    Okay.
19    A.    I have invited him and his wife and another couple
20  for dinner at our house, but that fell through, and I was
21  going -- I think it was one of my trips that I'm with a
22  friend, and we met at the restaurant to say good-bye, that I'm
23  saying that I'm going because at that time, too, I have asked
24  him to give me a -- if it's all right if I can use him as --
25  you know.

Page 22

1    Q.   A reference?
2    A.   A reference, yeah, as a doctor -- yes, as a
3    reference, and I was trying to find out if he knew -- I was
4    trying to find another lady that I work with, Susan, her name.
5    I was asking him if he knew Susan's phone number.  So we
6    have -- meet us for lunch, and that was -- and that was, I
7    would say, 2004.
8    Q.   2004?
9    A.   Yeah.
10   Q.   Okay.  So the first time you learned any details
11   about what happened with Mr. Ware's failing of the test was
12   in 2004?
13   A.   That why, yeah, that he failed that test, yeah.
14   Q.   And did you pass -- you, personally, did you
15   pass the written part of the test the first time?
16   A.   Yes.
17   Q.   And did you pass --
18   A.   The X-ray.
19   Q.   The X-ray part the first time, too?
20   A.   Yes.
21   Q.   Okay.  And at some point when you did talk to
22   Mr. Ware about what happened with his test, did he -- did
23   you and he kind of compare notes about what happened, like
24   you told him what happened with you, and he told you what
25   happened with him with the tester?

Page 23

1    A.   No, not really, we didn't.  It was just brought up
2    in the conversation that I said, "Well, what happened?"  He
3    said, "Well, I -- they told me" -- he said that he did not
4    pass the test, and I said, "Well, I did not realize that, you
5    know, you are being tested."  Because at that time I did not
6    really know that, you know, that was the cause of his not
7    coming back or being let go.
8    Q.   Did he say whether he had been given the same
9    treatment you were in terms of getting practices before the
10   second test?
11   A.   No.  We really did not talk about -- you know, the
12   conversation did not go towards, you know, that.
13   Q.   Okay.  Did you think at the time that you were
14   being given the test, the hands-on portion of the test, did
15   you think it was unfair in any way?
16   A.   Well, if I think it unfair at that time, it was
17   because we were never trained.  That was not part of our
18   training, and for the testers to come into Honolulu and give
19   us that kind of exam when we've never been trained before,
20   yes, for that I would thought that it wasn't fair.
21   Q.   And is that -- you're talking specifically about
22   the lavalava portion of the test?
23   A.   That's correct.
24   Q.   And were there a bunch of other tests in the
25   hands-on portion besides the lavalava test?

Page 24

1    A.   Oh, yes.
2    Q.   So it was only the lavalava test that you
3    thought was unfair?
4    A.   Yes.
5    Q.   How many other portions to the hands-on test
6    were there other than the lavalava portion?
7    A.   Oh, we have how to do the wanding and how to
8    properly check the baggage, how to make the swipes of -- you
9    know, of how to make the swipe of the luggage.  What else?
10   And testing, you know, how to wand and how also to pat down,
11   what we call pat down the passenger.  I mean, you actually
12   using your hands and feeling.
13   Q.   Okay.
14   A.   Yeah.
15   Q.   Did Mr. Ware tell you which portion of the test
16   it was that he had failed?
17   A.   He really did not.  He really did not tell me.
18   Q.   Okay.  I'm going to hand you what I'll mark as
19   document Exhibit 1, and you've seen this before.  This is
20   your declaration.
21                (Defendants' Exhibit No. 1
22                was marked for identification.)
23   BY MR. HELPER:
24   Q.   And let me ask you if you recognize this Exhibit
25   1?

Page 25

1    A.   Yes.
2    Q.   That's the declaration you signed in connection
3    with this litigation?
4    A.   Yes.
5    Q.   And that's your signature on the second page?
6    A.   Yes.
7    Q.   You're not looking at the second page.
8    A.   Oh, yes.
9    Q.   Okay.  When you received your Subpoena in this
10   case, I think there was a box checked for asking you to
11   bring any documents you had that were relevant to the case.
12   A.   Yeah.
13   Q.   And did you bring any documents with you?
14   A.   No.
15       MS. BARBEE:  Those documents.
16       THE WITNESS:  Just the documents.  It was my -- the
17   Declaration, my Declaration and the -- you know, my Subpoena
18   to appear.
19   BY MR. HELPER:
20   Q.   And then you also brought a couple of file
21   certificates, the Notice of Taking Deposition?
22   A.   Yeah, yeah.
23   Q.   And the Certificate of Service.
24   A.   Yeah.
25   Q.   Okay.

Page 26

1    A.    Those are the only ones I have.

2    Q.    So is it fair to say you don't have any other

3  documents that are relevant to the testing you underwent in

4  the fall of 2003 for recertification?

5    A.    No, I don't, I don't have any of that documents.

6    Q.    Okay.  Did you ever have any documents?  Did you

7  ever get your test results?

8    A.    Probably.  I cannot remember.

9    Q.    Okay.

10    A.    Because we did the -- you know, the hand -- I mean

11  the writing test.  They are -- you know, you know, they don't

12  give you any paperwork with that, just fail and pass, and then

13  the X-ray just a paper.

14    Q.    I want to ask you some specific questions about

15  the paragraphs in your Declaration, so if you get that

16  Exhibit 1 out.

17    A.    Okay.

18    Q.    Paragraph 4, "I am" -- it says, "I am aware that

19  in 2003 when TSA required all screeners to take the

20  recertification test, almost all screeners did not pass the

21  test."

22        And is your basis for saying that just people

23  talking around the checkpoint and saying, "I didn't pass

24  either"?

25    A.    Yes, because we were -- like I said before, we were

Page 27

1  taken to be retrained about that portion of the test, and by

2  that time, I think on the second day, I think it was then that

3  I overheard Mr. Kamahele that -- because when you failed a

4  portion of the test, you were automatically taken out from the

5  line, and so, you know, that's when I overheard him say that,

6  "Oh, what do they want me to do, close down the airport?"

7  because so many lines then were being closed.  You know, once

8  you failed the test, I mean, you are not to work.  You can

9  come in, but we're not able to do any -- you know, they are

10  taking you out of the line.  You cannot work.

11    Q.    Okay.  So after you failed the test for the

12  first time, you couldn't do any passenger screening, right?

13    A.    You. . .

14    Q.    After you failed the test for the first time,

15  you couldn't do any passenger screening, right?

16    A.    That's correct.

17    Q.    Okay.  And anybody who failed the test the first

18  time was in the same situation; they couldn't do any

19  passenger screening either, right?

20    A.    That's correct.

21    Q.    Okay.  And I think later on you estimate 99

22  percent of the screeners failed the hands-on

23  recertification test.  That's what you say in paragraph 6.

24        How many screeners, do you know, yourself, did

25  not pass the recertification test the first time?

Page 28

1    A.    Well, I would say most of the people that I work

2  with in my checkpoints.

3    Q.    So how many people is that?

4    A.    Well, at that -- when I say at that time, there's

5  probably about 18, 20 of us.

6    Q.    Okay.

7    A.    And maybe the 99 percent is a little bit high for

8  that.  There's -- because we had to keep at least one line.

9  There's, you know, at least five people had to be on the line.

10    Q.    Okay.  So of the 18 or 20 people, there are 18

11  or 20 people on your checkpoint, right?

12    A.    Yeah, at some times.

13    Q.    And to keep the checkpoint open, you had to have

14  at least five people at the checkpoint, right?

15    A.    Yeah.  Sometimes there's only five.

16    Q.    But five is the minimum, right?

17    A.    Yeah, sometimes.  Sometimes. . .

18    Q.    And as far as you are aware, your checkpoint

19  never closed, right?

20    A.    No, it never closed.

21    Q.    So that means that at all times there had to be

22  at least five people who had passed the recertification

23  test on checkpoint, right?

24    A.    Well, I did not -- I did not know that because at

25  that time we were taken -- I mean, at the time that we are

Page 29

1  being tested, you know, some people are being called from

2  different checkpoints to open up, and some people are being

3  sent, you know, in upstairs for the testing.  Some people are

4  being called to do the retraining, and I do not know those

5  people that were being retrained by the supervisors or by the

6  leads, you know.  I do not know whether they've been called

7  during that day to go and retake the test, so that's not --

8  you know.

9    Q.    Okay.  How many people of the 18 to 20 who

10  worked your checkpoint do you know for a fact as you sit

11  here today failed the recertification test the first time?

12    A.    I would say, I would say about half of the people

13  that were there at that time.

14    Q.    Okay.  And for the people who were working the

15  other checkpoint or other portions of the airport other

16  than your checkpoint, do you know, have any idea how many

17  of them failed?

18    A.    No, I don't.

19    Q.    Okay.  But you're aware from Mr. Kamahele's

20  statement -- and you heard Mr. Kamahele make the statement?

21    A.    Yes.

22    Q.    Where were you?

23    A.    I would say I was walking and passing him, and he

24  was in the -- he was in the -- you know, around with three or

25  four people with him in the checkpoint.

Page 30

1    Q.    And what were his -- as close as you can
2  remember, what were his exact words?
3    A.    He said, "What do they want me to do," he said,
4  "close the entire airport?"
5    Q.    At any time did you hear Mr. Kamahele say how
6  many people or how many screeners were failing the test the
7  first time around?
8    A.    No, I did not know that.  He was just upset
9  because, from what I understand then that, you know, once you
10 failed the test, you know, you stay off the line.
11   Q.    Did you ever hear Mr. Kamahele say anything
12 about a percentage of people who were failing the test the
13 first time?
14   A.    No, I did not.
15   Q.    Okay.  But your impression from the way he said
16 it was that it was a lot?
17   A.    Oh, yes, yes, yes.  He was very upset.
18   Q.    Okay.  But other than saying "a lot," a lot of
19 people were failing the recertification test the first
20 time, nothing he said gives you any impression as to what
21 percentage or how many; is that correct?
22   A.    That's correct.
23   Q.    Okay.  Paragraph 7 says, "The recertification
24 test was given in an arbitrary subjective manner to the
25 screeners.  Whether we passed or failed was up to the

Page 31

1  testers."
2          Is that again a reference to the lavalava
3  portion of the test only?
4    A.    Yeah, the hands-on.  It's not exactly just the only
5  lavalava, but it's the whole hands-on.
6    Q.    You thought that was arbitrary?
7    A.    Yes, because it's really up to them whether we're
8  doing it, you know, right or not.
9    Q.    The first time you failed the test, the only
10 portion of the test you failed was the lavalava portion?
11   A.    Yes, because I did not know how to do it.
12   Q.    Okay.  So they passed you on everything else,
13 correct?
14   A.    That's correct.  That's the only portion I had to
15 repeat and repeat and repeat.
16   Q.    Okay.  And then after you'd had enough practice,
17 you passed the lavalava portion, right?
18   A.    That's correct.
19   Q.    Okay.  As far as your own testing, they graded
20 the test accurately on both occasions, right?  I mean, you
21 really did fail the lavalava test?  Not that it's your
22 fault, but you really did fail it, correct?
23   A.    On the first try?
24   Q.    Right.
25   A.    Yeah, yeah.

Page 32

1    Q.    And then the second time you passed it, right?
2    A.    That's correct.
3    Q.    Okay.  But you don't dis -- do you think that
4  you actually did the lavalava portion of the test correctly
5  the first try?
6    A.    No, I did not because, like I say, I did not know
7  how to do it the first time.
8    Q.    Okay.  So in paragraph 7 you said that, "The
9  recertification test was given in an arbitrary subjective
10 manner."
11          You never actually saw the testers doing
12 anything arbitrary or subjective; is that correct?
13   A.    I need to make a -- I need to make a correction in
14 here because the "arbitrary," that was -- the "arbitrary" --
15 the "subjective," I understand that, but I think the
16 "arbitrary" was when I was taking this, that that word -- you
17 know, I don't exactly what -- you know, I think when the
18 deposition -- I mean when this thing was taken, the attorney
19 used that "arbitrary".  "Subjective," I understand the
20 "subjective".  It's supposed to be, you know, it's up to you.
21   Q.    Right.
22   A.    It's your own decision, right.
23   Q.    But "arbitrary" is not really a word that you
24 think is accurate as you sit here today?
25   A.    Yeah.

Page 33

1    Q.    Correct?
2    A.    The arbitrary, the meaning of it in what you're --
3  you know, explain to me what "arbitrary" is to you.
4    Q.    Well, I think I have to ask you because you
5  signed a Declaration with that word in it.
6          Did you have any understanding of the word
7  "arbitrary" at the time you signed this Declaration, or is
8  that something that sort of you're reading this and it
9  looks more or less correct so you signed it, and now that
10 you see the word "arbitrary" you're sort of not so sure
11 about that?
12   A.    Yeah, that's the "arbitrary".  "Arbitrary."
13   Q.    Okay.  So you don't -- as you sit here today,
14 you're not certain of what the definition of the word
15 "arbitrary" is; is that fair to say?
16   A.    Okay.  That's fair to say.
17   Q.    In paragraph 8 -- I'm sorry, let me go back to
18 that paragraph 7 for a second.
19   A.    8?
20   Q.    No, paragraph 7.
21   A.    Okay.
22   Q.    What you thought was unfair about the way you
23 were tested is that they gave you a test in an area where
24 you'd never been trained, the lavalava portion of the test,
25 right?

Page 34

1    A.    That's correct.

2    Q.    Other than that, you didn't think there was
3  anything unfair about the testing process; is that correct,
4  for yourself?

5    A.    For myself I would only -- I mean, I still think
6  that it is unfair.  I would say even though, you know, given
7  the chance to pass the test, to pass that lavalava test, I can
8  still say that it's unfair because I -- you know, if you're
9  given the test and you failed, I mean, everybody should have
10  been failed, not given a second chance.

11    Q.    So do you think it was unfair to give people a
12  second chance?

13    A.    On that, with the actual testing.

14    Q.    Okay.  I'm not sure I understand what you're
15  saying.

16        Are you saying that the retraining was unfair?

17    A.    What I'm -- it's just me.  If I fail the test, it
18  was unfair for them to test us for the things that we were not
19  trained to begin with, but it's still unfair to pass a test
20  and given a second chance.  It was unfair for them to do both.
21  That's how I feel personally.

22    Q.    Okay.  Are we still talking about just the
23  lavalava portion of the test?  If you just take the
24  lavalava portion out of the test completely --

25    A.    Okay.

Page 35

1    Q.    -- did you feel like the whole rest of the
2  testing process was fair?

3    A.    It is fair, yes.

4    Q.    Okay.  Okay.  Looking at paragraph 8 the second
5  sentence says --

6    A.    Um-hum.

7    Q.    -- "As a result, Mr. Kamahele ordered the
8  screeners had to be retrained and retested until they
9  passed."

10        Is that an order that you heard Mr. Kamahele
11  give personally, or is that just something you heard
12  through the grapevine was going to be the procedure?

13    A.    That was -- that was you can say through the
14  grapevine, but through our supervisors and our leads.

15    Q.    Okay.  And was it your understanding that the
16  procedure was going to be what actually happened, which is
17  you get a lot of practice outside the presence of the
18  testers and then more practice with the testers and then
19  the second test?

20    A.    That's correct.

21    Q.    Okay.  So that's what they told you was going to
22  happen?  That's what your supervisors told you what was
23  going to happen after you failed the test the first time?

24    A.    They did not tell us actually what's going to
25  happen.  They just told us that we are going to be retrained.

Page 36

1    Q.    Okay.

2    A.    But to actually telling us that, you know,
3  somebody's telling us, you know, we're going to do it and "do
4  this" and "do this" and, "Then you go in front of the tester,
5  and if you do it," no, they did not tell us that.  We were
6  just -- they just told us that we had to be -- we had to be
7  retrained, and then you have a second chance to go and be
8  tested again, but I did not know then when I went to the
9  tester that I will be given another chance until I felt
10  comfortable, and when the tester told me that, "Okay.  Now,
11  you know, you're doing fine, everything.  Now this is the
12  actual test."

13    Q.    Okay.

14    A.    I did not know before I went up there that that's
15  going to happen.

16    Q.    Okay.  And in the next sentence, paragraph 8,
17  "TSA screeners retook the test several times, more than two
18  times over, until we passed."

19        And what you're talking about there is the
20  practice sessions, right?

21    A.    The practice session, yes.

22    Q.    Okay.  So you were given the test repeatedly in
23  a setting where you were told this doesn't count, correct?

24    A.    That's correct.

25    Q.    And then you took the test once more where it

Page 37

1  did count?

2    A.    That's correct.

3    Q.    Okay.  And you were only allowed to retake the
4  test once where it counted, right, retake?

5    A.    On the second, on the second chance.

6    Q.    Right.

7    A.    That's correct.

8    Q.    And you don't know of anybody who was allowed to
9  retake the test more than once where it counted, right?

10    A.    No, I don't.

11    Q.    Okay.  So I'm correct that you don't know of any
12  person who was allowed to retake the test more than once,
13  that's correct?

14    A.    On the second time?  Okay.  After you failed and
15  then you take it again?

16    Q.    Right.

17    A.    Given another chance?

18    Q.    Yes.

19    A.    Do I know. . .

20    Q.    Do you know of anybody who took the test where
21  it counted more than twice?

22    A.    No.

23    Q.    Okay.  In paragraph 11 you say that -- I'm
24  sorry, let me back up a second.

25        Do you know how many screeners and screening

Page 38

1  supervisors were retested at Honolulu in the fall of 2003?
2     A.   I know that he was not -- he was not a supervisor
3  then, because it's kind of weird at that time who are the
4  supervisors, who are the lead and so on, so forth, but, no, I
5  do not know of any other supervisors because some of the leads
6  that we have turned to be supervisors so -- or sometimes they
7  can be supervisors designated for three or four months, so I
8  really do not know if they are as actual supervisors besides
9  Mr. Ware.
10         I know that Victoria, who is our -- who is our lead
11  at that time, and somebody else, Bernadette.  Bernadette was
12  supposed to be the lead and she was the one who came in to our
13  checkpoint and replaced Mr. Ware.
14     Q.   Okay.
15     A.   They are not officially supervisors yet at that
16  time.
17     Q.   Okay.  My question, I think, was a little bit
18  different from what you're answering.
19         My question is do you know how many people had
20  to take the test in Honolulu in the fall of '03, the
21  recertification test?
22     A.   I would expect all of us screeners, yeah.
23     Q.   And how many screeners were there in Honolulu in
24  the fall of '03?
25     A.   I think there's over -- for these employees I would

Page 39

1  say there's over 400, 400 to 600 --
2     Q.   Okay.
3     A.   -- numbers of us.
4     Q.   Okay.  And of those 4- or 600 people, maybe 15
5  or so told you personally that they hadn't passed the
6  recertification test on the first try, right?
7     A.   Yes.
8     Q.   And for the remainder of the employees of the
9  400 to 600 employees, you assume from what Mr. Kamahele
10  said that a lot of them didn't pass either, but you don't
11  know the numbers; is that fair to say?
12     A.   That's fair to say, yes.
13     Q.   Okay.  And in paragraph 11 --
14     A.   Um-hum.
15     Q.   -- you say, "The fact that he," referring to Mr.
16  Ware --
17     A.   Yes.
18     Q.   -- "was the only screening supervisor terminated
19  for failing the recertification test raised concern."
20         How do you know he was the only -- or what makes
21  you think he was the only screening supervisor terminated
22  for failing the recertification test?
23     A.   Well, because that was the -- when he did not come
24  back, that was the whole talk, that he was the only one that
25  did not passed.

Page 40

1     Q.   Did you ever hear of a Richard Kidani?  Have you
2  ever heard the name Richard Kidani before?
3     A.   Hum-um, no.
4     Q.   And actually that's another rule I forgot to
5  tell you at the beginning of the deposition.  Don't say
6  "um-hum".
7     A.   "Yes" or "no".
8     Q.   Yes, "yes" or "no".
9     A.   Sorry.
10     Q.   No, you're doing much better than most people
11  still.
12         So you've never heard of Richard Kidani?
13     A.   I never heard of him.  I may know his face,
14  but. . .
15     Q.   How many screening supervisors were there at
16  Honolulu in the fall of '03?  Do you have a rough estimate?
17     A.   I don't know, maybe 20, 25.
18     Q.   Okay.
19     A.   I'm not -- like I say, it was really crazy.
20     Q.   And if one of those supervisors in addition to
21  Mr. Ware was terminated for failing the recertification
22  test in the fall of '03, would you necessarily know that?
23     A.   There probably would be a big talk about somebody,
24  excuse me, canned, because of not passing.
25     Q.   Okay.  And so you basically assumed that because

Page 41

1  Mr. Ware is the only person -- I'm sorry, the only
2  screening supervisor that you heard about being terminated
3  for failing the recertification test, you think he was the
4  only one; is that right?
5     A.   That's correct.
6     Q.   Okay.  In the Declaration that you signed, is it
7  fair to say that this was -- that you talked to Ms. Barbee
8  before you signed this; is that correct?
9     A.   Yes.
10     Q.   And then she typed it up, or someone with her
11  office maybe typed it up and gave it to you to sign after
12  your conversation with Ms. Barbee; is that right?
13     A.   That's correct.
14     Q.   Okay.  So you didn't type this up, yourself,
15  correct?
16     A.   No, I did not.
17         MR. HELPER:  If we could just take a two-minute
18  break.
19         MS. BARBEE:  Um-hum.
20         THE WITNESS:  Okay.
21         (Recess was taken from 2:01 to 2:06 p.m.)
22         MR. HELPER:  I just have one.  Back on the record.
23     Q.   Just looking at your Declaration, paragraph 3
24  says, "I never observed Mr. Ware take any sweaters or
25  jackets from any passengers, nor treat them with

**Page 42**

1  disrespect. Any statements saying I observed this is
2  false."
3      What caused you to write that paragraph?
4      A.  What caused me to write that paragraph, well, when
5  I was -- when I went to meet with Attorney Daphne at her
6  office, the day that I signed this she had asked me the
7  question because -- and then she showed me, she showed me a
8  paper that somebody, somebody used my name as a witness that
9  I, you know, saying that I witnessed that, that I had given
10  that statement.
11      You remember that?
12      MS. BARBEE:  (No audible answer.)
13      MR. HELPER:  We're just going to get your best
14  testimony.  It's not her deposition.
15      THE WITNESS:  Yeah. I'm sorry, yeah.
16  BY MR. HELPER:
17      Q.  Was there -- did you ever recall anything to do
18  with Mr. Ware and a jacket or a sweater?
19      A.  No.
20      Q.  Okay.  Did you ever tell Mr. Ware that
21  somebody -- well, do you know somebody named Talbot, a
22  checkpoint supervisor?
23      A.  What's his first name?
24      Q.  I don't know.  I'm looking at a document that
25  refers to CSS Talbot.

**Page 43**

1      (Mr. Helper conferred with Mr. Burns.)
2      MR. HELPER:  Let me just read you the statement
3  which I believe is a statement written by Mr. Ware.
4      Q.  "On Monday, 3-24-03, at about 13:50, screener
5  Drake approached me and told me that I needed to be
6  careful. I asked her why. Drake stated that CSS Talbot
7  told her on Saturday, 3-22, that I stole a jacket and that
8  I always take things home that have been confiscated. He
9  further stated that he was going to watch my butt."
10      Does that refresh your recollection about
11  anything, any conversation with Mr. Ware?
12      A.  (Witness shakes head.)  No.
13      Q.  Okay.  So you don't remember ever approaching --
14  well, I'm sorry.
15      Do you remember ever approaching anyone and
16  telling them that they needed to be careful because of
17  something to do with stealing a jacket?
18      A.  No, I don't remember.
19      MR. HELPER:  Counsel, am I right?  This is Mr.
20  Ware's account of an event?
21      MS. BARBEE:  That's his handwriting, yeah.
22      MR. HELPER:  Okay.  And I guess we need to make
23  this an exhibit now, Exhibit 2. I'm going to have to pull
24  this out of here, get it to you.
25      (Defendant's Exhibit No. 2

**Page 44**

1      was marked for identification.)
2  BY MR. HELPER:
3      Q.  And just to be clear so the record is clear,
4  Exhibit 2 is a portion of Plaintiff's Exhibit 4 attached to
5  their Concise Statement in Opposition to Defendants' Second
6  Motion For Dismissal and Summary Judgment.
7      And for the record, I'm going to say that I
8  think this is represented to be a statement by Mr. Ware
9  regarding a conversation he says he had and the statement
10  with Ms. Drake.
11      A.  With me?
12      Q.  And just to make sure the record is clear again,
13  let me ask you to look at this document which is entitled
14  Incident Report, two pages, and ask you if you've ever seen
15  that before?
16      A.  (Witness complies.)  No, I don't remember that at
17  all.
18      Q.  Okay.  And you've never seen this document
19  before, I take it.
20      A.  No.
21      Q.  Correct?
22      A.  That's correct.
23      MR. HELPER:  Okay.  That's all I have.
24      MS. BARBEE:  Could I just ask a few follow-up
25  questions?

**Page 45**

1      MR. HELPER:  Sure.
2      EXAMINATION
3  BY MS. BARBEE:
4      Q.  Ms. Drake, you mentioned when you first gave the
5  deposition that "we were sent back on line" after you
6  failed the test.
7      Who is "we"?
8      A.  Some of the screeners that were with me at that
9  time. No, we were not -- we were sent back to our checkpoint,
10  but not on the line.
11      Q.  Okay.  Who is "we"?  Can you name them?
12      A.  Oh, I really could not recall who are those people
13  with me at that time.
14      Q.  How many were they?
15      A.  There was -- there were -- I know there were three.
16      Q.  And all three of you were sent back?
17      A.  Well, when?
18      Q.  To your checkpoint, but not the line?
19      A.  That's correct.
20      Q.  What is the line?
21      A.  The line is where the actual checkpoint where the
22  passenger comes through, and we are standing there. You know,
23  you're actually doing your job type of thing.
24      Q.  All right.  So then you assumed the three with
25  you did not pass the test because you assumed all of you were not

Page 46

1　allowed to be in the line?

2　　A.　That's correct.

3　　Q.　Okay.　When you heard Mr. Kamahele make the

4　statement, "What do you want me to do, close the whole

5　airport?" was he talking to the testers?

6　　　　MR. HELPER:　Let me object.　I think that misstates

7　the witness' testimony in terms of I think she said, "What did

8　they want me to do," not, "What do you want me to do?"

9　BY MS. BARBEE:

10　　Q.　Okay.　What do you recall about that statement?

11　　A.　That statement Mr. Kamahele said, "What do you want

12　me to do, close the entire airport?" because at that time, you

13　know, supposedly a lot of us are failing and that we cannot go

14　back on the line.

15　　Q.　Did you hear any other expressions by Mr.

16　Kamahele concerning the test, the recertification test?

17　　A.　That's all I -- that's all I heard him say except

18　that I just gathered from our leads and supervisors that we

19　are ordered, they were ordered by Kamahele to, you know,

20　retrain us, but not actually a word straight from Mr.

21　Kamahele.

22　　Q.　Okay.　You mentioned a female gave you the test;

23　is that right?

24　　A.　That's correct.

25　　Q.　Could you describe -- and you said a male was

Page 47

1　with her; is that right?

2　　A.　That's correct.

3　　Q.　Would you describe those two testers; tall,

4　short?

5　　A.　Well, the gentleman actually is off the side and

6　because he is a -- he is his (indicating) normal build, I

7　guess, maybe about five -- five-seven.　I cannot really

8　picture him right now.

9　　　　The lady was the one who was actually giving me the

10　practice test and the actual test, she is maybe about five --

11　five-five, skinny, maybe about your build.

12　　Q.　Made my day.

13　　　　MR. HELPER:　You're under oath here.　That was a

14　joke.

15　BY MS. BARBEE:

16　　Q.　Did they give you names.

17　　A.　They may have, but I cannot recall the name right

18　now.

19　　Q.　Did they tell you what company they worked for?

20　　A.　No.

21　　Q.　Okay.　Going back to paragraph 7 where you were

22　asked about your statement that the test was given in an

23　arbitrary subjective manner to the screeners, what did you

24　mean?

25　　A.　Well, this No. 7 -- and I know I signed this and, I

Page 48

1　mean, you typed this.　The recertification test was given in a

2　arbitrary subjective manner, I would just strike the

3　"arbitrary" because that's a word that I normally do not use.

4　The "subjective manner," what I meant about that is that it's

5　really up to the tester whether we pass or not.

6　　Q.　Okay.

7　　A.　It's subjective, it's --

8　　Q.　Okay.　Was there any videotape which would

9　objectively show that someone failed or passed?

10　　A.　No.

11　　Q.　Okay.　Were you aware of screeners that took the

12　test over and over again?

13　　A.　No.

14　　Q.　With regards to your conversation with Mr. Ware

15　and about the recertification test, did he tell you that

16　the testers told him he failed?

17　　A.　I do not remember.

18　　Q.　Did he tell you that he felt he did not fail?

19　　A.　No.　He just said to me that he failed.

20　　Q.　Okay.　Did he tell you why he failed?

21　　A.　He told me that he failed the lavalava test, and

22　that's about it.

23　　Q.　Okay.　Did he tell you this was something that

24　was told to him by the testers?

25　　A.　No, he did not say that.　He did not elaborate.

Page 49

1　　Q.　Okay.　Did you ask him whether the female tested

2　him?

3　　A.　No, I did not.

4　　Q.　Now, you also wrote in the Declaration that you

5　had concerns about retaliation, whether Mr. Ware was

6　retaliated against.

7　　　　Why did you have that concern?

8　　A.　Why did I have that concern, because I knew that he

9　had a complaint, I think, filed with the EEO, I think, prior

10　to our testing.

11　　Q.　And, in fact, did you write any letters on his

12　behalf with the EEO?

13　　A.　Not that I recall.

14　　Q.　Okay.　What was his work like when you worked

15　with Mr. Ware?

16　　A.　He was I would say a very, very thorough, very

17　professional in many, many ways.　He seems to be the --

18　(indicating) the only one amongst the supervisors there that

19　they run to to -- if we have -- say if we have any problems,

20　they go to him for interpretations of our SOP, and he's always

21　telling us that we're doing a good job, because we seem to

22　do -- our line, we process a lot of passengers in a very

23　timely manner and with less, you know, problems compared to

24　the other -- to the other checkpoints.

25　　　　MS. BARBEE:　Okay.　Thank you.

Page 50

1        FURTHER EXAMINATION
2        MR. HELPER: Just a few follow-ups on that.
3        Q.   Was Mr. Ware ever your immediate supervisor on
4    the checkpoint?
5        A.   Yes.
6        Q.   How many different supervisors did you have
7    during the course of your time at TSA Honolulu?
8        A.   Maybe five, six. They -- because, yeah, what
9    happened is they move us around.
10       Q.   Okay. Anybody else -- and you thought Mr. Ware
11   was pretty good?
12       A.   Oh, yes.
13       Q.   Anybody else that you thought was pretty good?
14       A.   There's a lady. She's -- I cannot recall her name
15   right now. She's Filipina. She's also good, and another
16   supervisor, his name is, I think, Michael. I know that there
17   was -- early on was another supervisor.
18       Q.   And these were all supervisors who you worked
19   under directly?
20       A.   Yes, yes. They are from the original -- because
21   there's a bunch of them that came from the mainland and
22   initially came to Honolulu to, you know, to train us, work
23   under.
24       Q.   Does the name Michael Botelho, Botelho, does
25   that ring any bells with you?

Page 51

1        A.   Yes.
2        Q.   You think that's the Michael who you remember
3    being a good screening supervisor?
4        A.   I do not know his last name, but there is a
5    Michael.
6        Q.   How about Estella Malione?
7        A.   Yes, yes, that's Estella, that's right.
8        Q.   That's the name of the Filipina supervisor that
9    you liked?
10       A.   Yes, yes, yes, yes. Although I have not really
11   have that much pleasure working under her. Maybe I -- you
12   know, a couple of occasions.
13       Q.   Okay. And how many times did you work under Mr.
14   Ware?
15       A.   Oh, gosh, a lot of time because I was -- I was
16   transferred to the checkpoint, and he is the -- he is a
17   supervisor for the p.m. on my shift.
18       Q.   More than a couple times a week over the summer
19   of 2002; do you think?
20       A.   Oh, yes.
21       Q.   Okay.
22       A.   Um-hum.
23       MR. HELPER: Okay. Thank you.
24       FURTHER EXAMINATION
25       MS. BARBEE: Wait, just one follow-up on Mr.

Page 52

1    Helper's follow-up.
2        THE WITNESS: Yes.
3    BY MS. BARBEE:
4        Q.   You said officially a group of people came from
5    the mainland to train the screeners?
6        A.   That's correct.
7        Q.   And wasn't Mr. Ware one of the people that came
8    from the mainland to train the screeners?
9        A.   That's what I understood, yes.
10       Q.   And did he train you?
11       A.   Yes.
12       MS. BARBEE: Okay. Thank you.
13       FURTHER EXAMINATION
14       MR. HELPER: Okay. Now I have to ask.
15       Q.   He was one of the people who trained you, right?
16       A.   Yes.
17       Q.   How many others trained you?
18       A.   Oh, how many others trained us, not -- because we
19   have initial training before we were, you know, on line. I
20   mean, before we actually, you know, did the actual job we have
21   training. It is part of -- you know, after they hired us, you
22   know, we had to go through a training.
23       Q.   Is it fair to say Mr. Ware was one of many
24   people who gave you training?
25       A.   Yes, I would say that.

Page 53

1        MR. HELPER: Okay.
2        THE WITNESS: Okay.
3        MR. HELPER: Thanks.
4        MS. BARBEE: Okay. No further questions.
5        MR. HELPER: Now we really are done.
6        THE WITNESS: Geez.
7        MS. BARBEE: Okay.
8        (Whereupon the deposition
9        was concluded at 2:25 p.m.)

Page 54

1      WITNESS CERTIFICATE

2

3          I, MILAGROS I. DRAKE, hereby certify that I have read

4    the foregoing typewritten pages 1 through 54, inclusive, and

5    corrections, if any, were noted by me, and the same is a true

6    and correct transcript of my testimony.

7

8    Dated this _____ day of _____, _____

9

10    _____

11          MILAGROS I. DRAKE

12

13

14    Signed before me this _____ day of _____, _____

15

16

17

18    _____, Notary Public

19    My commission expires:_____

20

21

22

23    RAYMOND WARE vs. SIDNEY HAYAKAWA, CIVIL NO. 04-00671 HG LEK

24    Taken Monday, August 6th, 2007, by B. Kanoelani Cockett

25    HI CSR NO. 379, CA CSR NO. 7995

Page 55

1          CERTIFICATE

2    STATE OF HAWAI'I            )

3                               )ss.

4    CITY AND COUNTY OF HONOLULU)

5          I, B. KANOELANI COCKETT, CSR, Notary Public,

6    State of Hawai'i, do hereby certify:

7          That on Monday, August 6th, 2007 at 1:09 p.m.

8    appeared before me MILAGROS I. DRAKE, the witness whose

9    deposition is contained herein; that prior to being examined

10    she was by me duly sworn;

11          That the deposition was taken down by me in machine

12    shorthand and was thereafter reduced to typewritten form under

13    my supervision; that the foregoing represents, to the best of

14    my ability, a true and correct transcript of the proceedings

15    had in the foregoing matter.

16          I further certify that I am not an attorney for any

17    of the parties hereto, nor in any way concerned with the

18    cause.

19          Dated this 21st day of August 2007 in Honolulu,

20    Hawai'i.

21    _____

22    B. KANOELANI COCKETT

23    HI CSR NO. 379, CA CSR NO. 7995

24    Notary Public, State of Hawai'i

25    My commission expires: 2-19-2009

**A**

ability 55:14
able 27:9
about 8:25 10:19 11:7
  12:5 15:2,10 18:15
  18:17,22,25 19:17
  21:5,12 22:11,22,23
  23:11,21 26:14 27:1
  28:5 29:12 30:12
  33:11,22 34:3,22
  36:19 40:23 41:2
  43:4,10 46:10 47:7
  47:10,11,22 48:4,15
  48:22 49:5 51:6
Academy 9:9,14,17
account 43:20
accurate 18:6 32:24
accurately 31:20
actual 12:13,14 17:5,13
  17:15,23 18:14,19
  34:13 36:12 38:8
  45:21 47:10 52:20
actually 12:24 15:16
  16:18,24 20:5 24:11
  32:4,11 35:16,24
  36:2 40:4 45:23
  46:20 47:5,9 52:20
addition 40:20
administer 13:10
administered 13:1
Administration 1:12
  3:2 7:24
Administration-Hon...
  1:9
administrative 21:10
after 10:19 13:17 14:10
  27:11,14 31:16 35:23
  37:14 41:11 45:5
  52:21
again 13:12 15:25
  16:21 31:2 36:8
  37:15 44:12 48:12
against 9:4,22 49:6
ago 5:22 10:6,9
agree 7:16
ahead 7:9,11 14:21
  17:6
airport 8:4,14 20:25
  27:6 29:15 30:4 46:5
  46:12
Ala 1:23 2:20
allowed 20:1,6 37:3,8
  37:12 46:1
almost 26:20
along 16:16,17
already 7:1
Although 51:10
always 43:8 49:20
amongst 49:18
and-answer 6:3
another 17:19 21:19

22:4 36:9 37:17 40:4
  50:15,17
answer 6:19,23 7:3,5
  7:11 42:12
answering 38:18
anybody 6:16 14:7
  19:2 20:6 27:17 37:8
  37:20 50:10,13
anyone 21:6 43:15
anything 15:10 30:11
  32:12 34:3 42:17
  43:11
anytime 20:23
anywhere 18:18
appear 25:18
APPEARANCES 2:7
appeared 55:8
approached 43:5
approaching 43:13,15
approximate 8:6
arbitrary 30:24 31:6
  32:9,12,14,14,16,19
  32:23 33:2,3,7,10,12
  33:12,15 47:23 48:2
  48:3
area 13:21,25 33:23
around 8:8,11,12 9:7
  12:4 19:20 20:17
  26:23 29:24 30:7
  50:9
Arts 9:9,17
asked 17:3 21:23 42:6
  43:6 47:22
asking 6:17 7:4,10 22:5
  25:10
assistant 2:15 15:23
assume 39:9
assumed 40:25 45:24
attached 44:4
attorney 2:15 32:18
  42:5 55:16
Attorney's 1:22 2:16
audible 42:12
August 1:25 8:12 54:24
  55:7,19
automatically 27:4
aware 9:23 26:18 28:18
  29:19 48:11

**B**

B 2:1 54:24 55:5,22
back 7:5 11:25,25
  14:22,25 15:19 21:10
  23:7 33:17 37:24
  39:24 41:22 45:5,9
  45:16 46:14 47:21
baggage 24:8
Barbee 2:8 4:4,6 7:9,10
  25:15 41:7,12,19
  42:12 43:21 44:24
  45:3 46:9 47:15

49:25 51:25 52:3,12
  53:4,7
basic 5:24
basically 40:25
basis 26:22
before 2:1 5:15,18 6:9
  6:23 7:21 9:24 10:1,2
  10:3 12:4 16:14 18:6
  18:14,19 19:22 20:14
  21:17 23:9,19 24:19
  26:25 36:14 40:2
  41:8 44:15,19 52:19
  52:20 54:14 55:8
begin 34:19
beginning 40:5
behalf 1:21 49:12
being 13:19 14:3 15:18
  20:13,19 23:5,7,14
  27:7 29:1,1,2,4,5
  41:2 51:3 55:9
belief 11:14
believe 9:18 12:2 43:3
bells 50:25
below 19:14
Bernadette 38:11,11
Bernie 3:1
besides 23:25 38:8
best 13:6 42:13 55:13
better 6:25 40:10
between 20:14
big 6:14 40:23
Bishop 2:9
bit 28:7 38:17
Botelho 50:24,24
both 7:16 31:20 34:20
Boulevard 1:24 2:20
  3:4
box 25:10
boy 5:23
break 7:14 41:18
bring 25:11,13
brought 23:1 25:20
build 47:6,11
Building 1:23 2:19
bunch 23:24 50:21
Burns 3:6 43:11
butt 43:9

**C**

C 54:1,1 55:1,1
CA 2:3 54:25 55:23
California 8:15
call 15:5 24:11
called 10:8 13:20 15:3
  15:25 16:1,18 29:1,4
  29:6
came 13:11 16:23
  21:10 38:12 50:21,22
  52:4,7
canned 40:24
capacity 10:18

careful 43:6,16
case 25:10,11
cause 23:6 55:18
caused 42:3,4
Century 2:10
certain 33:14
Certificate 25:23
certificates 25:21
Certified 2:2
certify 54:3 55:6,16
chance 14:12,15 15:15
  34:7,10,12,20 36:7,9
  37:5,17
chaotic 14:24,24
check 24:8
checked 25:10
checkpoint 26:23 28:11
  28:13,14,18,23 29:10
  29:15,16,25 38:13
  42:22 45:9,18,21
  50:4 51:16
checkpoints 28:2 29:2
  49:24
CHERTOFF 1:13
CITY 55:4
CIVIL 1:4 54:23
clear 44:3,3,12
close 15:20 27:6 30:1,4
  46:4,12
closed 27:7 28:19,20
Cockett 2:1 54:24 55:5
  55:22
come 23:18 27:9 39:23
comes 19:1 45:22
comfortable 17:2,3,13
  36:10
coming 9:19 23:7
command 19:14,15
commencing 1:24
commission 54:19
  55:25
company 47:19
compare 22:23
compared 49:23
complaint 49:9
completely 34:24
complies 44:16
computers 12:20
concern 19:18 39:19
  49:7,8
concerned 55:17
concerning 46:16
concerns 49:5
Concise 44:5
concluded 53:9
conferred 43:1
confiscated 43:8
connection 5:19 9:3
  25:2
consisted 12:8
contact 9:10

contacted 9:11
contacting 9:12
contained 55:9
contractor 13:2,5,9,13
  14:10 15:14
conversation 6:14,18
  10:15 21:16 23:2,12
  41:12 43:11 44:9
  48:14
correct 7:25 8:5 10:21
  11:24 12:2 13:3,16
  14:4,5 19:3,4,20,23
  20:7,8,12 23:23
  27:16,20 30:21,22
  31:13,14,18,22 32:3
  32:12 33:1,9 34:1,3
  35:20 36:23,24 37:2
  37:7,11,13 41:5,8,13
  41:15 44:21,22 45:19
  46:2,24 47:2 52:6
  54:6 55:14
correction 32:13
corrections 54:5
correctly 32:4
Council 33:3
Counsel 43:19
count 12:12 36:23 37:1
counted 37:4,9,21
COUNTY 55:4
couple 6:13 10:6,9
  21:19 25:20 51:12,18
course 17:13,20 50:7
court 1:1 6:4,15 7:17
crazy 40:19
CSR 2:3,3 54:25,25
  55:5,3,23,23
CSS 42:25 43:6
cubical 14:1
cut 7:2

**D**

D 4:1
Daphne 2:8 42:5
Dated 54:8 55:19
dates 8:6
day 13:4 14:17,18,19
  16:1 27:2 29:7 42:6
  47:12 54:8,14 55:19
days 16:3
decision 32:22
declaration 4:12 24:20
  25:2,17,17 26:15
  33:5,7 41:6,23 49:4
Defendants 1:18 2:14
  4:11 24:21 44:5
Defendant's 43:25
definition 33:14
Department 1:14,15
deposed 5:18,20
deposition 1:20 5:14,22
  5:25 6:2,19 25:21

32:18 40:5 42:14
  45:5 53:8 55:9,11
Deputy 1:10
describe 46:25 47:3
described 16:13
designated 38:7
details 21:5 22:10
Diego 8:14,16,25 9:1
  10:3 21:17
different 6:13 12:8,8
  14:17,19 17:8 29:2
  38:18 50:6
dinner 21:20
directly 50:19
Director 1:7,10
dis 32:3
Disclosure 5:1
Dismissal 44:6
displayed 5:1
disrespect 42:1
District 1:1,2,22 2:17
divorce 5:16,19
doctor 22:2
document 24:19 42:24
  44:13,18
documents 25:11,13,15
  25:16 26:3,5,6
doing 6:25 17:4,22 31:8
  32:11 36:11 40:10
  45:23 49:21
done 6:22 7:3,4 16:15
  17:16 53:5
Douglas 13:6
down 6:16 7:18 24:10
  24:11 27:6 55:11
Drake 1:20 4:12 5:2,8
  43:5,6 44:10 45:4
  54:3,11 55:8
duly 5:3 55:10
during 5:16 8:12 9:25
  10:14 11:5,5,6 14:23
  29:7 50:7
D-R-A-K-E 5:8

**E**

E 2:8 4:1 54:1,1,1 55:1
  55:1
each 18:16
early 50:17
EEO 49:9,12
either 20:10 21:6 26:24
  27:19 39:10
elaborate 48:25
employed 12:24 13:13
employee 18:3
employees 12:17,21
  13:1 14:10 16:8,10
  38:25 39:8,9
employment 8:7
empty 15:19
end 8:8,9 12:4 13:14

enough 31:16
entire 30:4 46:12
entitled 44:13
escorted 20:25
ESQ 2:8
Estella 51:6,7
estimate 27:21 40:16
Eugene 3:1
even 6:7 10:3,3 11:16
  20:19 34:6
event 43:20
ever 5:14 21:5,12 26:6
  26:7 30:11 40:1,2
  42:17,20 43:13,15
  44:14 50:3
everybody 15:2 19:21
  21:2 34:9
everybody's 15:12
everything 6:16 31:12
  36:11
exact 30:2
exactly 6:17 13:5 31:4
  32:17
exam 23:19
EXAMINATION 4:2,5
  4:6,7 5:5 45:2 50:1
  51:24 52:13
examined 55:9
except 46:17
excuse 40:24
exhibit 24:19,21,24
  26:16 43:23,23,25
  44:4,4
EXHIBITS 4:10
expect 38:22
experience 12:6
expires 54:19 55:25
explain 33:3
expressions 46:15

**F**

F 54:1 55:1
face 10:7 40:13
fact 10:23 11:9,22
  29:10 39:15 49:11
fail 26:12 31:21,22
  34:17 48:18
failed 20:17 21:4,6,9,15
  22:13 24:16 27:3,8
  27:11,14,17,22 29:11
  29:17 30:10,25 31:9
  31:10 34:9,10 35:23
  37:14 45:6 48:9,16
  48:19,20,21
failing 15:12 19:18
  22:11 30:6,12,19
  39:19,22 40:21 41:3
  46:13
fair 23:20 26:2 33:15
  33:16 35:2,3 39:11
  39:12 41:7 52:23

fall 8:12 12:1 26:4 38:1
  38:20,24 40:16,22
false 42:2
far 28:18 31:19
fault 31:22
February 9:7
Federal 1:23 2:13,19
feel 34:21 35:1
feeling 24:12
fell 21:20
felt 36:9 48:18
female 46:22 49:1
few 44:24 50:2
file 25:20
filed 9:4 10:4 49:9
Filipina 50:15 51:8
find 9:25 20:3,4,21,23
  22:3,4
fine 7:15 36:11
finish 7:5
first 5:3,11 12:7,16
  13:13 19:7,19 20:17
  22:10,15,19 27:12,14
  27:17,25 29:11 30:7
  30:13,19 31:9,23
  32:5,7 35:23 39:6
  42:23 45:4
five 18:17 28:9,14,15
  28:16,22 47:7,10
  50:8
five-five 47:11
five-seven 47:7
follows 5:4
follow-up 44:24 51:25
  52:1
follow-ups 50:2
foregoing 54:4 55:13
  55:15
forgot 40:4
form 55:12
forth 38:4
found 20:24
four 29:25 38:7
friend 21:22
friends 9:16
from 6:13 7:7 9:19 10:2
  10:8 13:11 15:11
  16:23 18:18 19:1,13
  21:6,6 27:4 29:1,19
  30:9,15 38:18 39:9
  41:21,25 46:18,20
  50:20,21 52:4,8
front 16:20,20 17:1,9
  18:13 36:4
further 4:5,6,7 43:9
  50:1 51:24 52:13
  53:4 55:16

**G**

gates 15:18
gathered 46:18

gave 33:23 41:11 45:4
  46:22 52:24
Geez 53:6
gentleman 17:19 47:5
getting 23:9
give 21:24 23:18 26:12
  34:11 35:11 47:16
given 6:9 12:17,21
  13:18 14:8,12,14
  15:15 23:8,14 30:24
  32:9 34:6,9,10,20
  36:9,22 37:17 42:9
  47:22 48:1
gives 30:20
giving 16:24 47:9
go 7:8,11,16 9:15 12:19
  14:21 15:22,22 16:19
  17:6 23:7,12 29:7
  33:17 36:4,7 46:13
  49:20 52:22
going 6:17,18 7:13,18
  9:14,17 10:13 15:14
  21:21,23 24:18 35:12
  35:16,21,23,24,25
  36:3,15 42:13 43:9
  43:23 44:7 47:21
gone 21:11
good 49:21 50:11,13,15
  51:3
good-bye 21:22
gosh 21:17 51:15
government 10:8
graded 31:19
grapevine 35:12,14
great 6:25
ground 5:24
group 52:4
groups 15:18,19 16:19
guess 15:5 18:18 43:22
  47:7

**H**

half 29:12
hand 24:18 26:10
hands 24:12
hands-on 12:14 13:1
  13:13 14:3,8 23:14
  23:25 24:5 27:22
  31:4,5
handwriting 43:21
happen 35:22,23,25
  36:15
happened 12:6 14:20
  14:22 21:12 22:11,22
  22:23,24,25 23:2
  35:16 50:9
Having 5:3
Hawai'i 1:2,22,24 2:11
  2:17,21 3:5 55:2,6,20
  55:24
Hayakawa 1:7 19:14

54:23
head 5:17 11:2 43:12
hear 30:5,11 40:1
  46:15
heard 15:10 19:11,17
  29:20 35:10,11 40:2
  40:12,13 41:2 46:3
  46:17
hello 9:14
Helper 2:14 4:3,5,7 5:6
  10:11 24:23 25:19
  41:17,22 42:13,16
  43:1,2,19,22 44:2,23
  45:1 46:6 47:13 50:2
  51:23 52:14 53:1,3,5
Helper's 52:1
her 5:4 7:9 17:1 22:4
  41:10 42:5,14 43:6,7
  47:1 50:14 51:11
hereto 55:17
Hey 9:15
HG 1:4 54:23
HI 2:3 54:25 55:23
high 28:7
him 9:6,7,8,11,13 19:17
  21:6,12,19,24,24
  22:5,24,25 27:5
  29:23,25 40:13 46:17
  47:8 48:16,24 49:1,2
  49:20
hired 13:10 52:21
hold 8:22,25
home 43:8
Homeland 1:14,16
Honolulu 1:24 2:11,21
  3:5 8:1,4,7,23 9:9,17
  10:24 19:16 23:18
  38:1,20,23 40:16
  50:7,22 55:4,19
house 21:20
Hum-um 40:3

**I**

idea 29:16
identification 4:10
  24:22 44:1
identified 10:11
Ilan 5:8,10
immediate 50:3
impression 30:15,20
Incident 4:13 44:14
inclusive 54:4
indicating 47:6 49:18
individually 16:15
informal 6:7
initial 52:19
initially 50:22
International 8:4,7,14
interpretations 49:20
invited 21:19
I-L-A-N 5:10

**J**

jacket 42:18 43:7,17
jackets 41:25
January 8:19
job 10:20 45:23 49:21
  52:20
JOHN 1:16
joke 47:14
Jonah 1:23 2:18
judge 6:8,10
Judgment 44:6
jump 6:18
jury 6:10
just 5:12 7:4,8,8,15
  9:14 10:22 12:5
  15:20 23:1 25:16
  26:12,13,22 30:8
  31:4 34:17,22,23
  35:11,25 36:6,6
  41:17,22,23 42:13
  43:2 44:3,12,24
  46:18 48:2,19 50:2
  51:25

**K**

Kalanianaole 1:23 2:18
Kamahele 1:10 19:12
  19:12,13 27:3 29:20
  30:5,11 35:7,10 39:9
  46:3,11,16,19,21
Kamahele's 29:19
Kanoelani 2:1 54:24
  55:5,22
keep 28:8,13
KEN 1:9
Kevin 3:6
Kidani 40:1,2,12
kind 13:25 14:24 22:23
  23:19 38:3
knew 22:3,5 49:8
know 6:16 7:5,15 9:18
  9:19,24 10:1,2,3 11:3
  11:5,11,13,16,19
  12:19,23,23 13:9,10
  13:25 14:23 15:21,24
  17:4,4,14,21 19:8,10
  20:2,5,6,9,19,23 21:2
  21:3,25 23:5,6,6,11
  23:12 24:9,10 25:17
  26:10,11,11 27:5,7,9
  27:24 28:9,24 29:1,3
  29:4,6,6,8,10,16,24
  30:8,9,10 31:8,11
  32:6,17,17,20 33:3
  34:6,8 36:2,3,8,11,14
  37:8,11,19,20,25
  38:2,5,8,10,19 39:11
  39:20 40:13,17,22
  42:9,21,24 45:15,22
  46:13,19 47:25 49:23
  50:16,22 51:4,12

**L**

lady 22:4 47:9 50:14
last 9:5,6 18:10 19:25
  51:4
later 20:3 27:21
lavalava 15:3,3,5 23:22
  23:25 24:2,6 31:2,5
  31:10,17,21 32:4
  33:24 34:7,23,24
  48:21
lawsuit 9:4,22,22 10:4
lawyers 7:16
lead 38:4,10,12
leads 15:17,22,23 29:6
  35:14 38:5 46:18
learn 9:21 14:14 20:16
  21:5
learned 22:10
least 28:8,9,14,22
leave 21:11
left 21:17
legs 7:15
LEK 1:4 54:23
less 33:9 49:23
let 5:24 7:4,5,9,10,15
  23:7 24:24 33:17
  37:24 43:2 44:13
  46:6
letters 49:11
let's 9:15
like 14:24,24 15:4
  17:21 18:15 19:14
  21:2 22:23 26:25
  32:6 35:1 40:19
  49:14
liked 51:9
line 14:23,25 15:20,21
  18:8 27:5,10 28:8,9
  30:10 45:5,10,18,20
  45:21 46:1,14 49:22
  52:19
lines 27:7
litigation 25:3
little 28:7 38:17
long 5:22 7:13 8:16
  18:10,12,14,16
look 44:13
looking 25:7 35:4
  41:23 42:24
looks 33:9
lot 19:18 30:16,18,18
  35:17 39:10 46:13
  49:22 51:15
luggage 24:9
lunch 9:9,15,24,25 22:6

**M**

machine 55:11
Made 47:12
mainland 13:11 16:24
  50:21 52:5,8
make 6:22 19:21 24:8,9
  29:20 32:13,13 43:22
  44:12 46:3
makes 39:20
male 46:25
Malione 51:6
managers 11:1,8,9,10
  11:14
manner 30:24 32:10
  47:23 48:2,4 49:23
many 15:20 17:14 24:5
  27:7,24 28:3 29:9,16
  30:6,6,21 37:25
  38:19,23 40:15 45:14
  49:17,17 50:6 51:13
  52:17,18,23
March 9:7
mark 24:18
marked 24:22 44:1
matter 10:22 55:15
may 6:16 7:7 40:13
  47:17
maybe 5:11 9:7 16:5
  17:7,20 18:18 28:7
  39:4 40:17 41:11
  47:7,10,11 50:8
  51:11
McDonnell 13:6
mean 5:17 14:24 16:7
  17:4 21:8 24:11
  26:10 27:8 28:25
  31:20 32:18 34:5,9
  47:24 48:1 52:20
meaning 33:2
means 12:14 28:21
meant 48:4
meet 9:8,19 22:6 42:5
member 9:17
men 15:5
mentioned 11:7 45:4
  46:22
met 9:7,9 21:22
Michael 1:12 50:16,24
  51:2,5
middle 5:9
Milagros 1:20 4:12 5:2
  5:8,13 54:3,11 55:8
minimum 28:16
minutes 18:11,17,19
misstates 46:6
Moana 1:24 2:20
modules 12:8
Monday 15:25 43:4
  54:24 55:7
months 38:7
more 6:20 20:7 21:5
  33:9 35:18 36:17,25

37:9,12,21 51:18
most 6:25 28:1 40:10
Motion 44:6
move 50:9
moved 10:3
much 40:10 51:11
myself 34:5
M-I-L-A-G-R-O-S
  5:13

**N**

N 4:1 54:1
name 5:7,8,9,11 22:4
  40:2 42:8,23 45:11
  47:17 50:14,16,24
  51:4,8
named 42:21
names 47:16
necessarily 40:22
need 7:14 32:13,13
  43:22
needed 43:5,16
never 20:4 21:10 23:17
  23:19 28:19,20 32:11
  33:24 40:12,13 41:24
  44:18
next 16:1 36:16
nobody 14:2 15:10
  21:11
normal 6:14,18 47:6
normally 48:3
Notary 54:18 55:5,24
noted 54:5
notes 22:23
nothing 30:20
Notice 1:25 25:21
number 22:5
numbers 39:3,11

**O**

oath 5:4 6:3 47:13
object 46:6
objection 7:7,9,11
objectively 48:9
observed 41:24 42:1
occasions 31:20 51:12
occurred 11:25
off 7:2,5,16,17 17:21
  18:7 30:10 47:5
office 1:22 2:16 41:11
  42:6
officially 8:18 38:15
  52:4
oh 5:23 8:11 9:10 10:17
  11:5 14:24 18:11
  21:4,7,9,10,17 24:1,7
  25:8 27:6 30:17
  45:12 50:12 51:15,20
  52:18
okay 5:22,24 6:1,7,13
  6:23,24 7:6,19,20,23

8:16,22 9:3,8,12 10:2
10:5,7,7,8,13,16,17
10:22 11:7,13,19,22
12:3,11,21,25,25
13:12 14:10 15:13,21
16:4,6,13,25 17:1,3
17:11,12,15,22 18:2
18:6,10,12,18,22
19:5,17,24 20:3,9,16
20:21 21:1,18 22:10
22:21 23:13 24:13,18
25:9,25 26:6,9,17
27:11,17,21 28:6,10
29:9,14,19 30:15,18
30:23 31:12,16,19
32:3,8 33:13,16,21
34:14,22,25 35:4,4
35:15,21 36:1,10,13
36:16,22 37:3,11,14
37:23 38:14,17 39:2
39:4,13 40:18,25
41:6,14,20 42:20
43:13,22 44:18,23
45:11 46:3,10,22
47:21 48:6,8,11,20
48:23 49:1,14,25
50:10 51:13,21,23
52:12,14 53:1,2,4,7
once 27:7 30:9 36:25
  37:4,9,12
one 6:14,17 7:23 15:23
  16:23,24 21:21 28:8
  38:12 39:24 40:20
  41:4,22 47:9 49:18
  51:25 52:7,15,23
ones 26:1
only 6:14 9:18 13:19
  17:17 18:2,2 24:2
  26:1 28:15 31:3,4,9
  31:14 34:5 37:3
  39:18,20,21,24 41:1
  41:1,4 49:18
open 28:13 29:2
opposed 19:1
Opposition 44:5
order 35:10
ordered 35:7 46:19,19
original 50:20
other 5:19 9:1,1,16,16
  13:4 14:2,7 16:16,18
  16:19 17:24 18:22,23
  18:25 19:1,25 23:24
  24:5,6 26:2 29:15,15
  29:15 30:18 34:2
  38:5 46:15 49:24,24
others 13:24,25 52:17
  52:18
out 9:15,25 13:17
  15:18 20:3,4,21,23
  20:24,25 21:9 22:23
  26:16 27:4,10 34:24

43:24
outfit 15:9
outside 13:25 35:17
out-of-court 6:2
over 5:24 17:7,7 36:18
    38:25 39:1 48:12,12
    51:18
overheard 27:3,5
own 31:19 32:22
o0o 2:5 3:25 4:25

—————————
**P**
Pacific 3:3
page 4:2,11 25:5,7
pages 44:14 54:4
paper 26:13 42:8
paperwork 26:12
paragraph 26:18 27:23
    30:23 32:8 33:17,18
    33:20 35:4 36:16
    37:23 39:13 41:23
    42:3,4 47:21
paragraphs 26:15
part 22:15,19 23:17
    52:21
parties 55:17
pass 19:7 22:14,15,17
    23:4 26:12,20,23
    27:25 34:7,7,19
    39:10 45:25 48:5
passed 13:15 14:11
    17:16 19:7 20:5
    28:22 30:25 31:12,17
    32:1 35:9 36:18 39:5
    39:25 48:9
passenger 24:11 27:12
    27:15,19 45:22
passengers 41:25 49:22
passing 29:23 40:24
pat 24:10,11
pausing 7:3
people 15:18 16:16,17
    17:20 18:23,23,25
    19:1,10,18 21:8,8
    26:22 28:1,3,9,10,11
    28:14,22 29:1,2,3,5,9
    29:12,14,25 30:6,12
    30:19 34:11 38:19
    39:4 40:10 45:12
    52:4,7,15,24
percent 27:22 28:7
percentage 30:12,21
perfect 17:16
person 6:14 13:19 19:9
    37:12 41:1
personal 12:6
personally 10:19 22:14
    34:21 35:11 39:5
phase 12:25 13:1
phases 12:9
phone 10:5 13:4 22:5

picture 47:8
place 9:18 10:7
Plaintiff 1:5,21 2:8
Plaintiff's 44:4
please 5:7
pleasure 51:11
point 7:2,14,23 9:21
    11:3,5 14:12,14,16
    15:13 19:11 20:13,16
    22:21
portion 13:14 14:3,8
    23:14,22,25 24:6,15
    27:1,4 31:3,10,10,14
    31:17 32:4 33:24
    34:23,24 44:4
portions 12:16,17,22
    24:5 29:15
practice 17:1,7 18:19
    31:16 35:17,18 36:20
    36:21 47:10
practices 18:13 23:9
presence 35:17
present 3:1 14:2,6
    17:18,24 18:1 20:9
    20:13
pretty 50:11,13
Prince 1:23 2:18
prior 49:9 55:9
probably 7:8,11 17:5,7
    18:11 26:8 28:5
    40:23
problems 49:19,23
procedure 35:12,16
proceedings 55:14
process 16:14 34:3
    35:2 49:22
professional 49:17
properly 24:8
Public 54:18 55:5,24
pull 43:23
pursuant 1:25
p.m 1:24 41:21 51:17
    53:9 55:7

—————————
**Q**
question 5:18 6:2,17,21
    6:22 7:4,12 38:17,19
    42:7
questions 7:10,21
    26:14 44:25 53:4

—————————
**R**
R 54:1 55:1
raised 39:19
Raymond 1:4 9:4 54:23
read 43:2 54:3
reading 33:8
ready 17:3
real 7:13
realize 11:1 23:4
really 6:14 20:4,18,18

21:7,11 23:1,6,11
    24:17,17 31:7,21,22
    32:23 38:8 40:19
    45:12 47:7 48:5
    51:10 53:5
reason 9:12
recall 12:24 13:5 42:17
    45:12 46:10 47:17
    49:13 50:14
received 25:9
recertification 26:4,20
    27:23,25 28:22 29:11
    30:19,23 32:9 38:21
    39:6,19,22 40:21
    41:3 46:16 48:1,15
recertified 10:19
recertifying 10:25
Recess 41:21
recognize 24:24
recollection 13:6,7
    43:10
record 5:12 7:8,16,17
    41:22 44:3,7,12
redo 16:1
reduced 55:12
reference 22:1,2,3 31:2
referring 39:15
refers 42:25
refresh 43:10
regarding 44:9
regards 48:14
related 5:17
relevant 25:11 26:3
remainder 39:8
remember 12:18 13:24
    14:19 15:25 26:8
    30:2 42:11 43:13,15
    43:18 44:16 48:17
    51:2
repeat 6:20 31:15,15
    31:15
repeatedly 17:14 36:22
repetition 18:12
replaced 38:13
Report 4:13 44:14
reporter 2:2 6:15 7:17
Reporter's 5:1
represented 44:8
represents 55:13
required 26:19
resignation 8:18
rest 35:1
restaurant 21:22
result 35:7
results 26:7
retake 29:7 37:3,4,9,12
retaliated 49:6
retaliation 49:5
retested 10:19 11:4,10
    11:12,14,20 16:5,7,8
    16:9 35:8 38:1

retesting 11:6,25 16:14
retook 36:17
retrain 46:20
retrained 15:15 18:7
    20:14 27:1 29:5 35:8
    35:25 36:7
retraining 17:22 18:10
    29:4 34:16
Richard 40:1,2,12
right 7:24 10:6,9,15,20
    11:23 12:9,14,18
    13:2,8,15,19,23 14:8
    14:9 15:9 18:20 19:2
    19:11,19 20:11 21:24
    27:12,15,19 28:11,14
    28:16,19,23 31:8,17
    31:20,24 32:1,21,22
    33:25 36:20 37:4,6,9
    37:16 39:6 41:4,12
    43:19 45:24 46:23
    47:1,8,17 50:15 51:7
    52:15,17
Rim 3:3
ring 50:25
Rogers 3:4
room 1:22 2:18 12:19
    12:19 13:18 17:17,25
    18:1,3,7
rough 40:16
rule 40:4
rules 5:25 6:13
run 5:24 10:14 49:19

—————————
**S**
S 54:1,1
same 6:3,9 9:2,2 14:17
    17:25 18:1 23:8
    27:18 54:5
Samoan 15:7
San 8:14,16,25 9:1 10:3
    21:17
Saturday 43:7
save 6:19,19
saw 32:11
saying 21:23 26:22,23
    30:18 34:15,16 42:1
    42:9
says 6:16 26:18 30:23
    35:5 41:24 44:9
screener 7:23 8:22 9:1
    10:18 14:2,7 43:4
screeners 10:23 17:24
    26:19,20 27:22,24
    30:6,25 35:8 36:17
    37:25 38:22,23 45:8
    47:23 48:11 52:5,8
screening 10:23 11:4,8
    11:9,10,14,20,22
    14:7 27:12,15,19
    37:25 39:18,21 40:15
    41:2 51:3

seated 13:25 17:21
second 12:5 14:12,15
    15:15 17:23 18:20
    19:8,14,15,22,24
    20:4 23:10 25:5,7
    27:2 32:1 33:18
    34:10,12,20 35:4,19
    36:7 37:5,5,14,24
    44:5
Secretary 1:13
section 13:21
security 1:8,11,15,16
    3:2 7:24 15:21
see 19:2 33:10
seeing 19:2
seem 49:21
seems 49:17
seen 24:19 44:14,18
sent 13:17 14:22 29:3
    45:5,9,16
sentence 35:5 36:16
separately 13:22
September 8:8,8,9
Service 25:23
session 6:3 36:21
sessions 36:20
setting 6:8 36:23
seven 17:8 18:15
several 16:2,16,17 17:2
    36:17
shakes 5:17 11:2 43:12
shift 51:17
short 47:4
shorthand 2:2 55:12
show 9:16 48:9
showed 16:21 42:7,7
showing 15:23
shown 15:18
side 17:21 47:5
SIDNEY 1:7 54:23
sign 41:11
signature 25:5
signed 25:2 33:5,7,9
    41:6,8 42:6 47:25
    54:14
significance 6:9
similarly 14:6
sit 11:19 29:10 32:24
    33:13
sitting 11:16
situation 27:18
six 15:4 17:8 18:15
    50:8
skinny 47:11
skirt 15:4,6
some 5:24 9:21 11:3,5
    14:14,16 15:13,18
    16:18 19:11 20:16
    22:21 26:14 28:12
    29:1,2,3 38:5 45:8
somebody 10:8 15:4

19:7 38:11 40:23
42:8,8,21,21
somebody's 36:3
someone 15:13 41:10
48:9
something 7:17 11:7
33:8 35:11 43:17
48:23
sometime 8:12
sometimes 15:20 28:15
28:17,17 38:6
SOP 49:20
sorry 13:18 18:24
33:17 37:24 40:9
41:1 42:15 43:14
sort 6:7 10:14 18:13
33:8,10
speak 6:15
specific 26:14
specifically 23:21
spell 5:9,11
spoke 9:5,6 10:5 13:4
Square 2:10
ss 55:3
standing 45:22
start 6:23 7:4,21
state 5:7 7:9,10 55:2,6
55:24
stated 43:6,9
statement 29:20,20
42:10 43:2,3 44:5,8,9
46:4,10,11 47:22
statements 42:1
States 1:1,22 2:16
station 15:1,2
stay 30:10
stealing 43:17
steps 15:4,25
still 34:5,8,19,22 40:11
stole 43:7
straight 46:20
Street 2:9
stretch 7:15
strike 48:2
subjective 30:24 32:9
32:12,15,19,20 47:23
48:2,4,7
submitted 8:18
Subpoena 1:25 25:9,17
Suite 2:9
Summary 44:6
summer 51:18
Super 17:16
Supervising 3:3
supervision 55:13
supervisor 11:23 14:7
15:17 38:2 39:18,21
41:2 42:22 50:3,16
50:17 51:3,8,17
supervisors 10:24 11:1
11:4,20 15:22 16:11

18:8 29:5 35:14,22
38:1,4,5,6,7,8,15
40:15,20 46:18 49:18
50:6,18
supposed 9:15 13:9
32:20 38:12
supposedly 15:24
46:13
sure 6:22 19:21 21:11
33:10 34:14 44:12
45:1
Susan 22:4
Susan's 22:5
sweater 42:18
sweaters 41:24
swipe 24:9
swipes 24:8
sworn 5:3 6:2,3,4 55:10

_____

T
T 54:1,1,1 55:1,1
take 7:14 12:20 15:15
15:19,20 18:14,16
20:7 26:19 34:23
37:15 38:20 41:17,24
43:8 44:19
taken 1:21 5:14 13:21
27:1,4 28:25 32:18
41:21 54:24 55:11
takes 6:20
taking 6:16 15:17
20:19,21,24 25:21
27:10 32:16
Talbot 42:21,25 43:6
talk 19:17 21:3,12
22:21 23:11 39:24
40:23
talked 41:7
talking 12:5 15:2 19:10
21:8 23:21 26:23
34:22 36:19 46:5
tall 47:3
tell 10:15 15:14 16:6,8
21:14 24:15,17 35:24
36:5 40:5 42:20
47:19 48:15,18,20,23
telling 19:9 36:2,3
43:16 49:21
terminated 39:18,21
40:21 41:2
terms 23:9 46:7
test 12:14 13:10,12,18
14:4,8 15:3,3,15
16:24 17:5,13,15,23
18:14,19 19:18,22
20:7,20,22,24 21:4,9
21:15 22:11,13,15,22
23:4,10,14,14,22,25
24:2,5,15 26:7,11,20
26:21 27:1,4,8,11,14
27:17,23,25 28:23

29:7,11 30:6,10,12
30:19,24 31:3,9,10
31:20,21 32:4,9
33:23,24 34:7,7,9,17
34:18,19,23,24 35:19
35:23 36:12,17,22,25
37:4,9,12,20 38:20
38:21 39:6,19,22
40:22 41:3 45:6,25
46:16,16,22 47:10,10
47:22 48:1,12,15,21
tested 11:1 13:19 14:3
19:1,3 20:5,10,19
23:5 29:1 33:23 36:8
49:1
tester 16:20,23 17:9,12
17:20,23,23 18:13,14
18:19 22:25 36:4,9
36:10 48:5
testers 16:2,7,19 17:10
17:18 18:3,7 23:18
31:1 32:11 35:18,18
46:5 47:3 48:16,24
testified 5:4
testimony 6:8 42:14
46:7 54:6
testing 12:7 13:22 14:1
24:10 26:3 29:3
31:19 34:3,13 35:2
49:10
tests 20:11,14,14 23:24
Thank 49:25 51:23
52:12
Thanks 53:3
their 14:8 19:7,8,22
44:5
themselves 10:11
thing 32:18 45:23
things 34:18 43:8
think 7:3,13 8:11 9:6
10:13 13:5 14:19
16:13 21:21 23:13,15
23:16 25:10 27:2,2
27:21 32:3,15,17,24
33:4 34:2,5,11 38:17
38:25 39:21 41:3
44:8 46:6,7 49:9,9
50:16 51:2,19
third 12:25 20:1
THOMAS 2:14
thorough 49:16
though 6:7 34:6
thought 23:20 24:3
31:6 33:22 50:10,13
three 12:8,8 13:20
17:20 18:17 29:24
38:7 45:15,16,24
through 10:14 19:9
21:20 35:12,13,14
45:22 52:22 54:4
time 6:15,19,20,20 7:7

7:7 8:23 9:5,6,20
10:25 12:4,7 13:13
14:23,24 15:17 16:2
17:14 18:4,16,20
19:8,8,13,14,19 20:5
20:10,17 21:3,8,23
22:10,15,19 23:5,13
23:16 27:2,12,14,18
27:25 28:4,25,25
29:11,13 30:5,7,13
30:20 31:9 32:1,7
33:7 35:23 37:14
38:3,11,16 45:9,13
46:12 50:7 51:15
timely 49:23
times 17:2,8,14 18:15
28:12,21 36:17,18
51:13,18
title 8:22 9:1
today 7:13 9:3 11:13
11:17,19 29:11 32:24
33:13
told 13:14 14:10 15:16
16:9 19:1 22:24,24
23:3 35:21,22,25
36:6,10,23 39:5 43:5
43:7 48:16,21,24
Tom 10:11
tom.helper@usdoj.gov
2:22
towards 23:12
train 50:22 52:5,8,10
trained 16:14,16,17
18:23 19:22 23:17,19
33:24 34:19 52:15,17
52:18
training 23:18 52:19
52:21,22,24
transcript 54:6 55:14
transfer 8:11,13
transferred 8:12,14
51:16
Transportation 1:8,11
3:2 7:24
treat 41:25
treated 18:23
treatment 23:9
trips 51:21
true 54:5 55:14
try 19:25,25 20:1 31:23
32:5 39:6
trying 22:3,4
TSA 8:7,17 9:4,22
10:18,24 12:18,21,24
13:2,10 15:13 16:8
16:10 18:3,8 19:15
19:16 26:19 36:17
50:7
turn 15:21
turned 38:6
twice 20:7 37:21

two 12:16 17:20 36:17
44:14 47:3
two-minute 41:17
type 41:14 45:23
typed 41:10,11 48:1
typewritten 54:4 55:12

_____

U
Um 18:17
um-hum 6:6 35:6 39:14
40:6 41:19 51:22
under 47:13 50:19,23
51:11,13 55:12
understand 6:5,6,11,12
11:9 12:7 14:11
15:11 16:15 19:13,24
30:9 32:15,19 34:14
understanding 33:6
35:15
understood 10:14 52:9
underwent 26:3
unfair 23:15,16 24:3
33:22 34:3,6,8,11,16
34:18,19,20
United 1:1,21 2:16
unless 7:16
until 8:10,11 16:18
17:2,2,23 35:8 36:9,18
upset 30:8,17
upstairs 16:19 29:3
use 21:24 48:3
used 32:19 42:8
using 24:12
U.S 2:15

_____

V
very 30:17 49:16,16,16
49:22
Victoria 38:10
videotape 48:8
vs 1:6 54:23

_____

W
W 54:1
Wait 51:25
walking 29:23
wand 15:4 24:10
wanding 15:24 24:7
want 7:14 26:14 27:6
30:3 46:4,8,8,11
wanted 19:21
Ware 1:4 9:4,5,22
11:22 20:10 22:22
24:15 38:9,13 39:16
40:21 41:1,24 42:18
42:20 43:3,11 44:8
48:14 49:5,15 50:3
50:10 51:14 52:7,23
54:23
Ware's 22:11 43:20
wasn't 10:22 23:20

52:7
**watch** 43:9
**watching** 17:24
**way** 6:25 18:22 19:8
  23:15 30:15 33:22
  55:17
**ways** 49:17
**wear** 15:5
**week** 16:5 51:18
**weeks** 10:6,9
**weight** 6:9
**weird** 38:3
**well** 11:13 12:7 13:20
  17:4 19:12 23:2,3,4
  23:16 28:1,4,24 33:4
  39:23 42:4,21 43:14
  45:17 47:5,25
**went** 14:25 16:18 17:20
  18:6 19:22 36:8,14
  42:5
**were** 6:4,9 7:23 8:1,1
  8:23 9:15 10:25
  12:17,21,24 13:17,18
  13:19,20,25 14:3,22
  15:14,17,19,25 16:2
  16:5,14,15,17 17:23
  17:24 18:7,23,23,25
  19:18 20:9,13 21:8,8
  23:9,13,17,24 24:6
  25:11 26:25,25 27:4
  27:7 28:25 29:5,13
  29:14,22 30:1,2,6,12
  30:19 33:23 34:18
  36:5,22,23 37:3 38:1
  38:23 40:15 45:5,8,9
  45:9,14,15,15,16,25
  46:19 47:21 48:11
  50:18 52:19 54:5
**weren't** 14:6
**we'll** 7:15
**we're** 7:13 9:3 27:9
  31:7 36:3 42:13
  49:21
**we've** 23:19
**while** 5:25 8:2 20:13
**Whitaker** 3:1
**whole** 6:21,22 8:23
  31:5 35:1 39:24 46:4
**wife** 21:19
**witness** 5:16 11:2 25:16
  41:20 42:8,15 43:12
  44:16 46:7 52:2 53:2
  53:6 55:8
**witnessed** 42:9
**witnesses** 7:1
**wondering** 21:2
**word** 32:16,23 33:5,6
  33:10,14 46:20 48:3
**words** 19:25 30:2
**work** 8:16 22:4 27:8,10
  28:1 49:14 50:22

51:13
**worked** 29:10 47:19
  49:14 50:18
**working** 29:14 51:11
**write** 7:18 42:3,4 49:11
**writing** 26:11
**written** 12:12,17,22
  22:15 43:3
**wrong** 13:7
**wrote** 49:4

_____

| **X** |

X 4:1
**X-ray** 12:12,16,22
  22:18,19 26:13

_____

| **Y** |

**yeah** 15:2,8,8,10 18:21
  19:6 22:2,9,13,13
  24:14 25:12,22,22,24
  28:12,15,17 31:4,25
  31:25 32:25 33:12
  38:22 42:15,15 43:21
  50:8
**year** 8:19 9:7 10:20
  12:4
**years** 8:1,6

_____

| **0** |

**03** 38:20,24 40:16,22
**04-00671** 1:4 54:23
**07** 8:20

_____

| **1** |

**1** 4:12 24:19,21,25
  26:16 54:4
**1-5** 1:17
**1:09** 1:24 55:7
**11** 37:23 39:13
**1188** 2:9
**13:50** 43:4
**15** 18:11 39:4
**18** 18:18 28:5,10,10
  29:9
**1909** 2:9
**1983** 5:23

_____

| **2** |

**2** 4:13 43:23,25 44:4
**2-19-2009** 55:25
**2:01** 41:21
**2:06** 41:21
**2:25** 53:9
**20** 18:11 28:5,10,11
  29:9 40:17
**2002** 8:9 51:19
**2003** 12:1 26:4,19 38:1
**2004** 8:11 22:7,8,12
**2007** 1:25 54:24 55:7
  55:19
**21st** 55:19

**24** 4:12
**25** 40:17

_____

| **3** |

**3** 41:23
**3-22** 43:7
**3-24-03** 43:4
**30** 18:18
**300** 1:23 2:20 3:4
**379** 2:3 54:25 55:23

_____

| **4** |

**4** 26:18 39:4 44:4
**400** 39:1,1,9
**43** 4:13
**45** 3:4 4:4

_____

| **5** |

**5** 4:3
**50** 4:5
**51** 4:6
**52** 4:7
**54** 54:4

_____

| **6** |

**6** 27:23
**6th** 1:25 54:24 55:7
**6-100** 1:22 2:18
**600** 39:1,4,9

_____

| **7** |

**7** 30:23 32:8 33:18,20
  47:21,25
**7995** 2:3 54:25 55:23

_____

| **8** |

**8** 33:17,19 35:4 36:16

_____

| **9** |

**96813** 2:11
**96819** 3:5
**96850** 2:21
**99** 27:21 28:7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

RAYMOND WARE,                     )     CIVIL NO. 04-00671 HG LEK
                                  )
              Plaintiff,          )     CERTIFICATE OF SERVICE
                                  )
       v.                         )
                                  )
MICHAEL CHERTOFF, Secretary,      )
DEPARTMENT OF HOMELAND            )
SECURITY,                         )
              Defendant.          )
                                  )
                                  )
_____    )


CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on the date and by the method of

service noted below, a true and correct copy of the foregoing was

served on the following at their last known address:

          Served Electronically through CM/ECF:

          Daphne E. Barbee            September 27, 2007
          desekmet@aloha.net

     DATED: September 27, 2007, at Honolulu, Hawaii.


                              Coleen Tasaka-Rhode