| Employee Name | HHMD1 | HHMD2 | Pat Down | ETD | PBS1 | PBS2 | Re-Test HHMD1 | Re-Test HHMD2 | Re-Test Pat Down | Re-Test ETD | Re-Test PBS1 | Re-Test PBS2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-4B4 ware, raymond | F | F | F | F | P | P | P | F | F | F | F | F |

EX. 13

XXX-XX-494 Ware, raymond

Note: means that a retest is not needed.

======= Required Baggage Retesting =====
Employee #: Employee Name:

======= Required Passenger Retesting =====
Employee #: Employee Name: