

DAPHNE E. BARBEE
ATTORNEY AT LAW

1188 BISHOP STREET, SUITE 1909, HONOLULU, HAWAII 96813
TELEPHONE (808) 533-0275

December 31, 2003

Assistant Administrator for Human Resources Management
TSA-21
Atten: Disciplinary Review Board Coordinator
601 South 12th Street
Arlington, VA 22202-4204

RE: Appeal by Raymond Ware who was Terminated by Sidney Hayakawa, Federal Security Director, Honolulu International Airport.

Dear Disciplinary Review Board Coordinator:

I represent Mr. Raymond Ware who was terminated as a checkpoint screening supervisor by Mr. Hayakawa in a letter dated November 26, 2003. He was away from the country due to a death in the family from November 22, 2003 up though December 26, 2003. While he was away, his nephew received the enclosed certified letter. Mr. Ware did not receive this letter until he returned on December 25, 2003. Therefore please accept this Notice of Appeal for the Termination action taken by Sidney Hayakawa, as timely.

Enclosed is a copy of the termination letter. We can supply a copy of Mr. Ware's airline itinerary verifying he was not in the country at the time the letter was sent.

We appeal this erroneous and wrongful termination. We have also filed EEO complaints concerning the discrimination Mr. Ware suffered while working as checkpoint screening supervisor. Mr. Ware has worked as a mobile screener who assisted in federalizing the airports in 2002.

Should you need any forms or further information concerning this appeal, feel free to contact me.

Sincerely,

Daphne E Barbee
Attorney at Law

AGREED:

RAYMOND WARE

Ex. 29