IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | ) CIVIL NO. 04-00671 HG/LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF COMPLIANCE |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY; JOHN DOES 2-5, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE PURSUANT TO LR7.5 AND 56.1

Pursuant to LR7.5 and LR 56.1, I certify that Plaintiff's Memorandum in Opposition to Defendant's Third Motion for Summary Judgment is proportionately spaced, has a typeface of 14 points or more and contains 2911 words and 310 lines of text.

DATED: Honolulu, Hawaii  11-20-07 .

_____
DAPHNE E. BARBEE
ATTORNEY AT LAW

-1-