# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee, Esq. |
| ATTYS FOR DEFT: | Thomas A. Helper, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | December 10, 2007 | TIME: | 10:30 - 11:05 |

COURT ACTION: DEFENDANT MICHAEL CHERTOFF'S THIRD MOTION FOR SUMMARY JUDGMENT -

Discussion held.

Defendant Michael Chertoff's Third Motion for Summary Judgment (Doc. 117) is **TAKEN UNDER ADVISEMENT.**

Court to issue a written order.

Jury Trial is set for February 5, 2008. Counsel informs the Court that the trial will take approximately 5 days.

Submitted by: Mary Rose Feria, Courtroom Manager