# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff, et al. |
| ATTYS FOR PLA: | Daphne E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 01/03/2008 | TIME: | 9:32-9:37 |

COURT ACTION: EP: Final Pretrial Conference held.

Trial Days: Plaintiff - 3, Defendant - 1 to 2.
Witnesses: Plaintiff - 15 to 20, Defendant - 5 to 8.
Exhibits: Plaintiff - 1 to 100, Defendant - 200 series.
Motions in Limine: Plaintiff - 1 to 3, Defendant - 3.

Special needs: Powerpoint, ELMO and scanned document projector to be used.

Submitted by: Warren N. Nakamura, Courtroom Manager