ORIGINAL

DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 31 2007

at 3 o'clock and 35 min. P M.
SUE BEITIA, CLERK

Attorney for Plaintiff Raymond Ware

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND E. WARE; | ) | CIVIL NO. CV 04-00671 HG/LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | RE: PLAINTIFF RAYMOND |
| vs. | ) | WARE'S THIRD REQUEST FOR |
| | ) | PRODUCTION OF DOCUMENTS |
| MICHAEL CHERTOFF, Secretary, | ) | TO DEFENDANT |
| Department of Homeland Security; | ) | |
| JOHN DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that copies of Plaintiff's Third Request for Production

of Documents were duly served upon the parties listed below by means of hand

delivery on _____12-31-07_____.

EDWARD H. KUBO, JR., ESQ.
U.S. Attorney
THOMAS HELPER, ESQ.

Assistant U.S. Attorney
U.S. Attorney's Office, District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attorneys for Federal Defendants

DATED: Honolulu, Hawaii,    12-31-07

_____
DAPHNE E. BARBEE
Attorney for Plaintiff