EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING TRIAL |
| ) | EXHIBITS; CERTIFICATE OF |
| vs. ) | SERVICE |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | Date: February 5, 2008 |
| DEPARTMENT OF HOMELAND ) | Time: 9:00 a.m. |
| SECURITY, ) | Judge: Helen Gillmor |
| Defendant. ) | |
| _____ ) | |

STIPULATION REGARDING TRIAL EXHIBITS

        The parties hereby stipulate to as follows with regards to

the exhibits to be offered at trial.  In addition to the exhibits

addressed herein, the parties are discussing stipulations as to

other exhibits, and will file an amended stipulation if

appropriate:

        Plaintiff's Exhibits

        As to Plaintiff's Exhibits, Defendant stipulates as follows:

                Ex. 1              Authenticity only
                Ex. 2              Authenticity only
                Ex. 3              Authenticity only

| | |
|---|---|
| Ex. 4 | Authenticity; defendant stipulates to relevancy as to Box 18 (showing lack of investigator contact with employer), but not to remainder |
| Ex. 5 | Authenticity only |
| Ex. 6 | Authenticity only |
| Ex. 7 | Authenticity and relevance |
| Ex. 8 | Authenticity only |
| Ex. 9 | Authenticity only |
| Ex. 10 | Authenticity only |
| Ex. 11 | Withdrawn by plaintiff |
| Ex. 12 | No stipulation |
| Ex. 13 | Withdrawn by plaintiff |
| Ex. 14 | Subject to further discussion |
| Ex. 15 | Authenticity and relevance |
| Ex. 16 | Authenticity only |
| Ex. 17 | Authenticity only |
| Ex. 18 | Authenticity only; offered only for possible impeachment |
| Ex. 19 | Authenticity; offered only for possible impeachment |
| Ex. 20 | Relevant for Judge's potential determination as to special damages, but not relevant for jury jury |
| Ex. 21 | Authenticity and relevance |
| Ex. 22 | No stipulation |
| Ex. 23 | Authenticity; offered only for possible impeachment |
| Ex. 24 | Authenticity only |
| Ex. 25 | Authenticity only |
| Ex. 26 | Authenticity and relevance |
| Ex. 27 | Authenticity only |
| Ex. 28 | Withdrawn by plaintiff |
| Ex. 29 | Authenticity and relevance |
| Ex. 30 | Withdrawn by plaintiff |
| Ex. 31 | Withdrawn by plaintiff |
| Ex. 32 | Authenticity and relevance (Plaintiff will offer into evidence contingent on court's decision of Defendant's Ex. 205) |
| Ex. 33 | Authenticity only |
| Ex. 34 | No stipulation |
| Ex. 35 | Authenticity only |
| Ex. 36 | Subject to further discussion |
| Ex. 37 | Subject to further discussion |
| Ex. 38 | Subject to further discussion |
| Ex. 39 | Subject to further discussion |

```
        Ex. 40              Subject to further discussion
        Ex. 41              Subject to further discussion
        Ex. 42              Subject to further discussion
        Ex. 43              Subject to further discussion
        Ex. 44              Subject to further discussion____
        Ex. 45              Subject to further discussion
```

Defendant's Exhibits:

As to Defendant's Exhibits, Plaintiff stipulates as follows

```
        Ex. 200             Relevance only
        Ex. 201             Relevance only
        Ex. 202             Relevance only
        Ex. 203             Relevance only
        Ex. 204             Authenticity and relevance
        Ex. 205             No stipulation
        Ex. 206             Objection to page 1; authenticity
                            and relevance as to page 2
        Ex. 207             No stipulation
        Ex. 208             Authenticity and relevance
        Ex. 209             Subject to further discussion
        Ex. 210             Subject to further discussion
        Ex. 211             Subject to further discussion
        Ex. 212             Subject to further discussion
        Ex. 213             Subject to further discussion
        Ex. 214             Subject to further discussion ____
```

DATED: Honolulu, Hawaii, January 15, 2008.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

/s/ Daphne E. Barbee                /s/ Thomas A. Helper
_____       By _____
DAPHNE E. BARBEE                  THOMAS A. HELPER
Attorney for Plaintiff            Assistant U.S. Attorney
RAYMOND WARE

                                  Attorneys for Federal
                                    Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Daphne E. Barbee                January 15, 2008
desekmet@aloha.net

DATED: January 15, 2008, at Honolulu, Hawaii.


/s/ Coleen Tasaka-Shoda
_____