EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER      5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION IN LIMINE |
| | ) | REGARDING PERSONNEL DECISIONS |
| v. | ) | OTHER THAN PLAINTIFF'S |
| | ) | TERMINATION; MEMORANDUM IN |
| MICHAEL CHERTOFF, Secretary, | ) | SUPPORT OF DEFENDANT'S MOTION |
| DEPARTMENT OF HOMELAND | ) | IN LIMINE REGARDING PERSONNEL |
| SECURITY, | ) | DECISIONS OTHER THAN |
| Defendant. | ) | PLAINTIFF'S TERMINATION; |
| | ) | EXHIBIT "A"; CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| | ) | Trial: February 5, 2008 |
| | ) | Judge: Hon. Helen Gillmor |

DEFENDANT'S MOTION IN LIMINE REGARDING
PERSONNEL DECISIONS OTHER THAN PLAINTIFF'S TERMINATION

Pursuant to Rules 401 through 403 and 608 of the Federal Rules of Evidence, defendant hereby moves this court to direct plaintiff to make a detailed proffer regarding evidence of personnel decisions other than the decision to terminate him that is the central issue in this case, and to exclude such evidence

to the extent the proffer fails to establish an appropriate foundation under those rules.  The grounds for this motion are set forth in the attached memorandum in support.

    DATED: January 15, 2008, at Honolulu, Hawaii.

                                 EDWARD H. KUBO, JR.
                                 United States Attorney
                                 District of Hawaii

                                   /s/ Thomas A. Helper
                         By _____
                                 THOMAS A. HELPER
                                 Assistant U.S. Attorney

                               Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Defendant. | ) ) ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Daphne E. Barbee        January 15, 2008
desekmet@aloha.net

DATED: January 15, 2008, at Honolulu, Hawaii.

/s/ Coleen Tasaka-Shoda
_____