EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER     5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | DEFENDANT'S MOTION IN LIMINE |
| ) | TO EXCLUDE WITNESSES NOT |
| v. ) | DISCLOSED BY PLAINTIFF |
| ) | DISCLOSED PRIOR TO DISCOVERY |
| MICHAEL CHERTOFF, Secretary, ) | DEADLINE; MEMORANDUM IN |
| DEPARTMENT OF HOMELAND ) | SUPPORT OF DEFENDANT'S MOTION |
| SECURITY, ) | IN LIMINE TO EXCLUDE WITNESSES |
| Defendant. ) | NOT DISCLOSED BY PLAINTIFF |
| ) | DISCLOSED PRIOR TO DISCOVERY |
| ) | DEADLINE; EXHIBITS "A"-"B"; |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| ) | Trial: February 5, 2008 |
| ) | Judge: Hon. Helen Gillmor |
| _____) | |

DEFENDANT'S MOTION IN LIMINE TO EXCLUDE WITNESSES NOT DISCLOSED
BY PLAINTIFF DISCLOSED PRIOR TO DISCOVERY DEADLINE

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, defendant hereby moves this court to strike from plaintiff's witness list those witnesses whose identity was not properly disclosed, in response to defendant's discovery requests or otherwise, prior to the discovery cut-off in this action.  The

grounds for this motion are set forth in the attached memorandum in support.

DATED: January 15, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By    /s/ Thomas A. Helper
   THOMAS A. HELPER
   Assistant U.S. Attorney

Attorneys for Defendant

```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

RAYMOND WARE,                 )    CIVIL NO. 04-00671 HG LEK
                              )
             Plaintiff,       )    CERTIFICATE OF SERVICE
                              )
     v.                       )
                              )
MICHAEL CHERTOFF, Secretary,  )
DEPARTMENT OF HOMELAND        )
SECURITY,                     )
             Defendant.       )
                              )
_____)
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Daphne E. Barbee                    January 15, 2008
desekmet@aloha.net

DATED: January 15, 2008, at Honolulu, Hawaii.

/s/ Coleen Tasaka-Shoda
_____