IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG/LEK |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| JOHN DOES 2-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF COUNSEL

DAPHNE E. BARBEE declares under penalty of perjury as follows:

1.    Declarant is the attorney representing Plaintiff Ware in the above-

entitled case.

2.    Exhibit 1 is a document obtained through discovery and is a memo

from Ms. Hanenberg, Defendant's witness.

3.   Exhibit 2 is a document obtained through discovery and listed as

Exhibit No. 205 by Defendant.

4.   Exhibit 3 is a documents written by Plaintiff during accusations that

he stole a jacket.

5.   Exhibit 1 and Exhibit 2 concern hearsay allegations which were never

reduced to writing by persons alleging inappropriate conduct.

Further declarant sayeth naught.

DATED: Honolulu, Hawaii, _____.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff RAYMOND WARE