Exhibit No. 1



**United States Department of Transportation**
TRANSPORTATION SECURITY ADMINISTRATION

300 Rodgers Blvd., #45
Honolulu, HI 96819-1897
Telephone: (808) 836-8403
Fax. No. (808) 833-7687

### INTER-OFFICE MEMORANDUM

Date:       9/11/03

To:         Kenneth Kamahele

From:       Lizette Haneberg

Subject:    Raymond Ware

---

I have not worked with Raymond Ware for quite awhile since he is PM and I am AM. When we did work together I found Raymond did not have common sense. This is a huge disadvantage in the Security Industry. Here are some examples of verbal counseling I gave Raymond in the beginning of the year.

I had a passenger complain to me that Raymond had made her put her diabetic syringes in her checked baggage because he said they were prohibited through the checkpoint. She explained to him that she could die without her medication. He still refused. I spoke with many of the screeners that worked that day and they verified this story. When questioned, Mr. Ware told me it never happened. I counseled him on knowing his SOP.

Another time I saw Mr. Ware attempting to resolve an ETD alarm of a laptop. I watched him sample the computer numerous times. I finally went over to him and asked him what he was doing. He told me it was ok, he had finally resolved the alarm. When I questioned how he resolved it he explained that he swiped it quite a few times and it finally didn't alarm. I had the laptop physically searched (as SOP). I asked him if reswiping was the protocol in the SOP and flow chart. He did not know what a flow chart was. I had the laptop physically searched and cleared. I was in the same ETD Alarm Resolution Class as Mr. Ware so I know we were taught how to resolve alarms properly using the tools at hand. (SOP and Flow Charts). On other occasions he has seemed very unsure of resolving alarms properly.

While at checkpoint 5 Mr. Ware had to be counseled concerning prohibited items. He took away small travel irons because he said they could be used as a weapon. These are not prohibited and should not have been taken. Another instance he took away a GI Joe toy gun from a small child because he said they were replica weapons. They were about two inches long and made of green plastic. No one would have mistaken these tiny toys for real weapons. These are cases of Mr. Ware not having common sense.

Just last week Mr. Ware called the SM's office to let his manager know he did not have enough people to keep two lanes open and what he should do. I went out to the Hawaiian Lobby and there was not a single passenger there. Normally the protocol is to find out from the flight schedules (on the FIDS board) what flights are coming in and you can gauge how busy you will be. He did not need two lanes during this time and he had more screeners scheduled to arrive within 30 mins. Most Supervisors coordinate with each other to move manpower and don't call the managers for assistance. They do though call a Manager to inform them of a lane closure.

In Mr. Ware's defense though, he is a very pleasant and soft spoken gentleman. I personally feel though that he does not have the decision making qualities to even be a Supervisor in the security field, much less a Manager.

Lizette Haneberg
IIT Screening Manager

