Exhibit  No.    2



United States Department of Transportation
TRANSPORTATION SECURITY ADMINISTRATION

300 Rodgers Blvd., #45
Honolulu, HI 96819-1897
Telephone: (808) 836-8403
Fax. No. (808) 833-7687

Date:     March 26, 2003

TO:       Ken Kamahele – AFSD Screening

FROM:     Robin-Ann K. Wong – Screening Manager

RE:       MISSING SWEATER CHECKPOINT 5 – B. TALBOT/R. WARE

---

On the evening of Tuesday, March 25, 2003, I was informed by checkpoint 5 supervisor WARE/Raymond of a statement made by checkpoint 5 supervisor TALBOT/Brent. Mr. TALBOT made a statement to screener DRAKE/Milagros that Mr. WARE had stolen a jacket and that he (Mr. WARE) always takes things home that has been confiscated.

Mr. WARE advised me he does not know where Mr. TALBOT is coming from in making such a statement. Mr. WARE informed me there was an unclaimed jacket at the checkpoint, however when he turned it over to the LEO, the LEO refused to turn it in as lost and found property. Mr. WARE made the decision to leave the jacket in the men's restroom rather than turning it in to a Screening Manager. He felt by leaving the jacket in the restroom a custodian would find it and turn it in as Lost and Found property.

I inquired with Mr. WARE if there was an incident report or a report of any kind made in regards to this jacket. His advised me there was no report made as he had left the jacket in the men's restroom. I advised Mr. WARE in the future if the LEO does not wish to take possession of the item it must be turned into a Screening Manager and it will then be forwarded to Lost and Found.

Mr. WARE acknowledges responsibility for making an incorrect decision, but informed me at the moment he was not sure what to do.

I requested Mr. WARE provide me with a statement to explain his actions. (see statement attached)

The following day, Wednesday, March 26, 2003, at approximately 1430 hrs, I was advised by CAGASAN/Cristi that she had just spoken with a screener (no name mentioned) regarding WARE/Ray stealing a sweater. I verified with Ms. CAGASAN if the person that made that statement to her was Mr. TALBOT. She confirmed it was Mr. TALBOT. I informed Ms. CAGASAN I was notified of this allegation last evening by Mr. WARE who in turn was advised by a screener. Ms. CAGASAN continued to advise me that Mr. TALBOT requested Ms. CAGASAN pull the video for the checkpoint. Ms. CAGASAN asked Mr. TALBOT if he completed an incident report, his reply was "no". I advised Ms. CAGASAN that I would speak with Mr. KAONOHI before pulling any video.

Shortly, thereafter both Ms. CAGASAN and myself had an opportunity to speak with Mr. KAONOHI about this incident. We were then and advised Mr. KAONOHI that until Mr. TALBOT can provide something in writing stating his allegations there will be no action taken to pull the video.

Mr. KAONOHI then advised both of us that he would go down and speak with Mr. TALBOT directly regarding this incident.

At approximately 1700hrs, myself along with Screening Manager VENTURA/Leonard spoke with Mr. TALBOT regarding another incident, but I also asked him about this specific incident regarding the sweater. Mr. TALBOT stated, "He observed Mr. WARE pick up the sweater (?) and walk into the men's restroom. However, when Mr. WARE exited the men's restroom he did not have the sweater in his

EXHIBIT 106

3

possession. I asked Mr. TALBOT if there was an incident report completed and why was a Screening Manager not informed of this immediately. He stated that he did not want to speak with me about this as he feels that Mr. WARE and myself have tight relationship and I cannot be trusted. I advised him there is more than one Screening Manager on duty (COLLINS/Joseph) of whom he can speak with. I also advised him that my relationship with Mr. WARE is the same as any other supervisor, lead or screener.

I continued to tell him that we are all a family here and everyone should feel they are able to speak with either myself or any other Screening Manager regarding any and all issues and concerns. I advised him it is unfortunate that he feels that way, however, something of this nature should be reported immediately. He understands that he made the wrong decision in not reporting it. I then requested he submit a report regarding this incident. He advised me he would complete a report and submit it.

He also stated that Mr. KAONOHI also requested he submit a written report regarding this incident.

Attached is the original copy of the statement submitted by Mr. WARE. Statement from Mr. TALBOT is still pending upon his return to work. Mr. TALBOT requested to leave early on this day, Wednesday, March 26, 2003, left at 1800 hrs.

Attachments

cc:   L. Kaonohi