Exhibit  No.    3



## INCIDENT REPORT

Date: **032603**   Time: **1655**   ☐ am ☒ pm   Airport: **HNL**

Screener: **M. DRAKE**   Checkpoint Supervisor: **R. WARE**   Checkpoint Manager: **R. WONG**

Passenger Name: _____   Phone: _____   DOB: _____

Address: _____   City: _____   State: _____   Zip Code: _____

FLIGHT INFORMATION

Air Carrier: _____   Flight No. _____   Dest: _____   ETD: _____   Gate: _____

TYPE OF INCIDENT

☐ Weapon   ☐ Unauthorized Access   ☐ Unruly Passenger   ☐ Missing Item   ☐ Damaged Item   ☒ Other

Other (please describe): _____

Weapon information (if applicable):

Type _____   Make/Model: _____   Serial No: _____   ___ loaded / ___ unloaded

Ammunition available: ___ no   ___ yes (if yes, number of rounds) _____

Reason for carrying weapon: _____

Detail of Incident:

ON MONDAY 032403 AT ABOUT 1350, SCREENER DRAKE APPROACHED ME AND TOLD ME THAT I NEEDED TO BE CAREFUL. I ASKED HER WHY? DRAKE STATED THAT CSS TOLBOT TOLD HER ON SATURDAY (3-22) THAT I STOLE A JACKET, AND THAT I ALWAYS TAKE THINGS HOME THAT HAVE BEEN CONFISCATED. HE FURTHER STATED THAT HE WAS GOING TO "WATCH MY BUTT." I HAVE NOT INQUIRED OF TALBOT AS TO WHETHER HE SAID THOSE THINGS OR NOT. I HAVE CAUTIONED MY SCREENERS NOT TO

**EXHIBIT 32**

Detail of Incident (continued):

REMOVE ITEMS WHICH HAVE BEEN CONFISCATED. AND IT WOULD SET A BAD EXAMPLE TO DO SO.

_____
_____
_____
_____
_____
_____
_____  *Raymond E. Kane*
_____

Date:_____

Name of Witness (print clearly):_____ Signature: _____

Name of Witness (print clearly):_____ Signature: _____

Name of Witness (print clearly):_____ Signature: _____