cv. HG

DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 15 2008

at __1__ o'clock and __25__ min. __P__ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | ) CIVIL NO. 04-00671 HG/LEK<br>) |
| Plaintiff, | ) **MOTION IN LIMINE TO**<br>) **DISQUALIFY KENNETH** |
| vs. | ) **KAMAHELE FROM AGENCY**<br>) **REPRESENTATIVE AT TRIAL;** |
| MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>JOHN DOES 2-5, | ) **EXHIBIT 1; CERTIFICATE OF**<br>) **SERVICE**<br>) |
| | ) TRIAL DATE: February 5, 2008 |
| Defendants. | ) TIME: 9:00 a.m.<br>) JUDGE: Hon. Helen Gillmor |

**MOTION IN LIMINE TO DISQUALIFY KENNETH**
**KAMAHELE FROM AGENCY REPRESENTATIVE AT TRIAL**

COMES NOW, Plaintiff RAYMOND WARE, by and through his attorney,

Daphne E. Barbee, and files this Motion in Limine to Disqualify Kenneth Kamahele

from being the agency representative at trial in this matter.

Plaintiff was recently informed by AUSA Tom Helper that he intended to

have Ken Kamahele serve as the agency representative for TSA Department of

Homeland Security during the trial in the above-entitled matter. Mr. Ken Kamahele has filed complaints of discrimination with the EEOC and MSPB against TSA Department of Homeland Security after he was removed as the Assistant Federal Security Director due to numerous complaints including retaliation and unprofessional behavior. These complaints are documented in a management inquiry report. This places the Department of Homeland Security in a conflict of interest situation with Mr. Kamahele.

Mr. Kamahele is one of the decision makers who refused to promote Mr. Ware. The matter with the MSPB and EEOC with regards to Mr. Kamahele's complaint is still pending. As Mr. Kamahele has named TSA Honolulu as defendants in both of these complaints, he should not be able to be the agency representative at trial and thus have added benefit of listening to all of the witnesses, especially due to the seriousness of the complaints against Mr. Kamahele from witnesses about retaliation.

Attached is <u>Exhibit 1</u>, a portion of the management letter to Mr. Kamahele, terminating him for not being credible, and for threatening retaliatory acts towards other employees. Plaintiff requests that Defendant Department of Homeland Security reveal to Plaintiff whether there are any "deals" made with Mr. Kamahele which may explain why they want him to be their agency representative. As there is

a conflict between Mr. Kamahele and Defendant TSA, this conflict should exclude Mr. Kamahele as the agency representative at trial in this matter.

Furthermore, since Mr. Kamahele no longer works for TSA Honolulu, he should not be permitted to be the "agency representative".

DATED: Honolulu, Hawaii, 1-15-08 .

---

DAPHNE E. BARBEE
Attorney for Plaintiff RAYMOND WARE