DAPHNE E. BARBEE   #2911
ATTORNEY AT LAW
1188 BISHOP STREET
CENTURY SQUARE, SUITE 1909
HONOLULU, HI 96813
TELEPHONE: 808-533-0275

ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND E. WARE; <br><br> Plaintiff, <br><br> vs. <br> vs. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5, <br><br> Defendants. | CIVIL NO. CV 04-00671 HG/LEK <br><br> PLAINTIFF'S POSITION ON DEFENDANT'S EXHIBITS; CERTIFICATE OF SERVICE <br><br><br> Trial Date: February 5, 2008 <br> Time: 9:00a.m. <br> Judge: Helen Gillmor |

### PLAINTIFF'S POSITION ON DEFENDANT'S EXHIBITS

Exhibit No. 200         No objection.

Exhibit No. 201-203    Objection, hearsay.

Exhibit No. 204         No objection. However, requests redaction of social security number, phone number and email.

| | |
|---|---|
| Exhibit No. 205 | Objection as to hearsay statements and statements subjected to redaction pursuant to Motion In Limine and 403 and 404(b) FRE. |
| Exhibit No. 206 | Objection as to the writing of "Verbal Warning" on the first page without qualification. No objection to the first page and second page without the "Verbal Warning" written on the first page. |
| Exhibit No. 207 | Objection. Relevancy. |
| Exhibit No. 208 | No objection. |
| Exhibit No. 209-213 | Have not been produced for inspection. Plaintiff objects insofar as they have not been shown or produced. |
| Exhibit No. 214 | Objection. Relevancy as to time frame. |

DATED: Honolulu, Hawaii  _____

1-15-08

DAPHNE E. BARBEE
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| JOHN DOES 2-5, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last known addresses by means of hand delivery on this date.

>  EDWARD H. KUBO, JR., ESQ.
>  U.S. Attorney
>  THOMAS A. HELPER, ESQ.
>  Assistant U.S. Attorney
>  Rm. 6-100, PJKK Federal Building
>  300 Ala Moana Blvd.
>  Honolulu, Hawaii   96850

>  Attorneys for Federal Defendants

DATED:  Honolulu, Hawaii,       1-15-08                    .

                                                  DAPHNE E. BARBEE
                                                  Attorney for Plaintiff