ORIGINAL

DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 15 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | **PLAINTIFF'S DESIGNATION OF DEPOSITION EXCERPTS; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5, | TRIAL DATE: February 5, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Helen Gillmor |
| Defendants. | |

**PLAINTIFF'S DESIGNATION OF DEPOSITION EXCERPTS**

COMES NOW, Plaintiff RAYMOND WARE, by and through his attorney, Daphne E. Barbee, and hereby files this Designation of Deposition Excerpts for the following witness:

A.   Kenneth Kamahele. Deposition date December 19, 2006.

DATED: Honolulu, Hawaii, __1-14-08__.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff RAYMOND WARE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| JOHN DOES 2-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last known addresses by means of hand delivery on this date.

> EDWARD H. KUBO, JR., ESQ.
> U.S. Attorney
> THOMAS A. HELPER, ESQ.
> Assistant U.S. Attorney
> Rm. 6-100, PJKK Federal Building
> 300 Ala Moana Blvd.
> Honolulu, Hawaii 96850
>
> Attorneys for Federal Defendants

DATED: Honolulu, Hawaii, __1-15-08__

_____
DAPHNE E. BARBEE
Attorney for Plaintiff