# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff, in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 01/18/2008 | TIME: | 9:00-9:40 |

COURT ACTION:  EP: Settlement Conference held. Further Settlement Conference on call.

Submitted by: Warren N. Nakamura, Courtroom Manager