EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG LEK |
| Plaintiff, | DEFENDANT'S STATEMENT REGARDING PLAINTIFF'S MOTION <u>IN LIMINE</u> #2; CERTIFICATE OF SERVICE |
| v. | |
| MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | Date: January 25, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Helen Gillmor |

DEFENDANT'S STATEMENT REGARDING
PLAINTIFF'S MOTION IN LIMINE NO. 2

In his Motion <u>In Limine</u> No. 2, plaintiff seeks to exclude the fact that the court has granted summary judgment on plaintiff's termination claim, arising from his November 2003 failure to pass a recertification test. Since the personnel action at issue at trial is a September 2003 nonpromotion decision, defendant agrees that the recertification test, and the

court's ruling on the termination claim, have no bearing on this case.

The fact that plaintiff is no longer employed at TSA, however, is significant to plaintiff's damages.  Counsel for the parties have therefore agreed to stipulate that plaintiff left TSA's employment in December 2003, and that the jury should not speculate as to the reason for the end of the employment relationship.

DATED: January 22, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By  /s/ Thomas A. Helper
    _____
    THOMAS A. HELPER
    Assistant U.S. Attorney

Attorneys for Defendant

```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII

RAYMOND WARE,                  )    CIVIL NO. 04-00671 HG LEK
                               )
          Plaintiff,           )    CERTIFICATE OF SERVICE
                               )
     v.                        )
                               )
MICHAEL CHERTOFF, Secretary,   )
DEPARTMENT OF HOMELAND         )
SECURITY,                      )
          Defendant.           )
                               )
_____)
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Daphne E. Barbee                January 22, 2008
desekmet@aloha.net

DATED: January 22, 2008, at Honolulu, Hawaii.

/s/ Coleen Tasaka-Shoda
_____