EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER       5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

                IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

RAYMOND WARE,                )    CIVIL NO. 04-00671 HG LEK
                             )
                Plaintiff,   )    DEFENDANT'S VERDICT FORM;
                             )    CERTIFICATE OF SERVICE
        v.                   )
                             )
MICHAEL CHERTOFF, Secretary, )
DEPARTMENT OF HOMELAND       )
SECURITY,                    )    Trial: February 5, 2008
                Defendant.   )    Judge: Hon. Helen Gillmor
_____)

                    DEFENDANT'S VERDICT FORM

        1.  Has the plaintiff proved by a preponderance of the
evidence that the plaintiff's race or prior EEO complaint was a
motivating factor in the defendant's decision to promote three
other individuals to screening manager instead of plaintiff in
August 2003?

        _____          _____
           YES               NO

        If you answered "NO" to question number 1, you have rendered
your verdict.  Skip the remaining questions, have the Foreperson
sign this verdict form, and advise the Court that you have
reached a unanimous verdict.

        If the answer to Question No. 1 is "YES," proceed to
Question No. 2.

2.    Has the defendant proved, by a preponderance of the evidence, that the defendant would have made the same decision not to promote plaintiff even if the plaintiff's race and prior EEO activity had played no role in the defendant's decision terminate plaintiff?

_____                _____
   YES                       NO

If your answer to Question No. 2 is "NO," proceed to Question 3.

If your answer to Question No. 2 is "YES," you have rendered your verdict.  Skip the remaining question, have the Foreperson sign this verdict form, and advise the Court that you have reached a unanimous verdict.

3.    What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries he proved he suffered as a result of the race or retaliation discrimination you found?

$ _____

JURY CERTIFICATE

THE VERDICT MUST BE UNANIMOUS AND MUST BE SIGNED BY THE JURY

FOREPERSON.

_____
Presiding Juror

Date: _____

2

DATED: January 22, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


                    /s/ Thomas A. Helper
By _____
    THOMAS A. HELPER
    Assistant U.S. Attorney

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

RAYMOND WARE,                    )    CIVIL NO. 04-00671 HG LEK
                                 )
            Plaintiff,           )    CERTIFICATE OF SERVICE
                                 )
      v.                         )
                                 )
MICHAEL CHERTOFF, Secretary,     )
DEPARTMENT OF HOMELAND           )
SECURITY,                        )
            Defendant.           )
                                 )
_____ )


CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on the date and by the method of

service noted below, a true and correct copy of the foregoing was

served on the following at their last known address:

            Served Electronically through CM/ECF:

      Daphne E. Barbee            January 22, 2008
      desekmet@aloha.net

DATED: January 22, 2008, at Honolulu, Hawaii.


                              /s/ Coleen Tasaka-Shoda
                              _____