## Exhibit No. 1



DAPHNE E. BARBEE
ATTORNEY AT LAW

1188 BISHOP STREET, SUITE 1909, HONOLULU, HAWAII 96813
TELEPHONE (808) 533-0275

January 16, 2008

THOMAS A. HELPER, ESQ.
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm. 6-100
Honolulu, Hawaii 96850

RE: <u>Ware v. Chertoff</u>, Civ. No. 04-0067

Dear Mr. Helper:

This letter will confirm our agreement to extend the discovery deadline to January 11, 2008. This was done to accommodate your desire to depose my client Mr. Ware and Plaintiff's request for production of documents. On January 14 and January 15, 2008, your office delivered multiple numerous documents pursuant to the discovery request. We further agreed to reserve the right to amend the exhibit list due to the late production of documents. While I have not completely gone through the numerous documents delivered to me, I faxed over to you additional exhibits on January 15, 2008. Enclosed is an amended exhibit list.

Sincerely,

Daphne E. Barbee
Attorney at Law

cc: Mr. Ware