**Exhibit  No.   2**

DAPHNE E. BARBEE   #2911
Attorney at Law
Suite 1909, Century Square
1188 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:  (808) 533-0275

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 15 2008

at 1 o'clock and 20 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND E. WARE;          )<br>                            )<br>         Plaintiff,         )<br>                            )<br>     vs.                    )<br>                            )<br> MICHAEL CHERTOFF, Secretary,)<br> Department of Homeland Security;)<br> JOHN DOES 2-5,             )<br>                            )<br>         Defendants.        )<br> _____) | CIVIL NO. CV 04-00671 HG/LEK<br><br>PLAINTIFF'S WITNESS STATEMENT;<br>CERTIFICATE OF SERVICE<br><br><br>Trial Date:  February 5, 2008<br>Time:  9:00a.m.<br>Judge:  Helen Gillmor |

### PLAINTIFF'S WITNESS LIST

Comes now Plaintiff RAYMOND E. WARE, by and through his attorney, Daphne E. Barbee, and submits the following witness names, pursuant to Rule 16 of the Federal Rules of Civil Procedure.

| **WITNESSES** | **SUMMARY OF EXPECTED TESTIMONY** |
|---|---|
| 1. RAYMOND E. WARE<br>c/o Attorney Daphne E. Barbee<br>1188 Bishop Street, Suite 1909<br>Honolulu, Hawaii 96813 | Plaintiff will testify concerning discrimination on the basis of race and retaliation at TSA Honolulu and damages. |
| 2. KEN KAMAHELE<br>Former Deputy Director of TSA Honolulu<br>c/o Assistant U.S. Atty Tom Helper<br>300 Ala Moana Blvd., Room 6-100<br>Honolulu, Hawaii 96850 | Will testify with respect to promotion decisions, liability and working conditions at TSA Honolulu. |
| 3. SIDNEY HAYAKAWA<br>Former TSA Director Honolulu<br>c/o Assistant U.S. Atty Tom Helper<br>300 Ala Moana Blvd., Room 6-100<br>Honolulu, Hawaii 96850 | Will testify concerning working conditions at TSA and decision making regarding promotions. |
| 4. MILAGROS DRAKE<br>91-1033 Hokuwekiu Street<br>Kapolei, Hawaii 96707 | Will testify with regards to Mr. Ware's good work as a supervisor and her observations regarding working conditions at TSA Honolulu. |
| 5. ROGER IOYAGI<br>TSA Employee<br>c/o Assistant U.S. Atty Tom Helper<br>300 Ala Moana Blvd., Room 6-100<br>Honolulu, Hawaii 96850 | Will testify with regards to Mr. Ware's work and the working conditions at TSA Honolulu. |
| 6. JOSE ABRANTE<br>TSA Employee<br>c/o Assistant U.S. Atty Tom Helper<br>300 Ala Moana Blvd., Room 6-100<br>Honolulu, Hawaii 96850 | Will testify with regards to Mr. Ware's work and the working conditions at TSA Honolulu. |

| | | |
|---|---|---|
| 7. | CYNTHIA ALBERT<br>TSA Employee<br>c/o Assistant U.S. Atty Tom Helper<br>300 Ala Moana Blvd., Room 6-100<br>Honolulu, Hawaii 96850 | Will testify with regards to Mr. Ware's work and the working conditions at TSA Honolulu.(Via video conference or telephone) |
| 8. | ALLEN WILEY<br>Former TSA Employee Personnel Officer<br>1916 Pike Place, Suite 12, Box 8<br>Seattle, Washington 98101-1097 | Will testify regarding the work atmosphere at TSA Honolulu and retaliation. |
| 9. | ELI WATERS, SR.<br>Former AKAL and TSA Employee<br>145 Muliwai Avenue<br>Wahiawa, Hawaii 96786 | Will testify regarding the work atmosphere at TSA and Plaintiff's work. |
| 10. | HANEEF BILAL ABDUL SHAFIQ<br>1624 Liholiho Street #1<br>Honolulu, Hawaii 96822 | Will testify with regards to damages and how the lack of promotion affected Mr. Ware. |
| 11. | CHING CHU WARE<br>c/o Attorney Daphne E. Barbee<br>1188 Bishop Street, Suite 1909<br>Honolulu, Hawaii 96813 | Will testify regarding damages and how the lack of promotion affected Mr. Ware. |
| 12. | TERRY SUDOVAL<br>Former TSA Employee<br>11C Dole Road<br>Wahiawa, Hawaii 96786 | Will testify regarding Mr. Ware's work and understanding of the SOP as Screening Supervisor. |
| 13. | ROBIN WONG<br>TSA Employee and Supervisor<br>c/o Assistant U.S. Atty Tom Helper<br>300 Ala Moana Blvd., Room 6-100<br>Honolulu, Hawaii 96850 | Will testify regarding Mr. Ware's work and the atmosphere at TSA Honolulu. |

14. FARHA RAHMAN
    EEO Counselor for TSA
    Honolulu
    c/o Assistant U.S. Atty Tom Helper
    300 Ala Moana Blvd., Room 6-100
    Honolulu, Hawaii 96850

    Will testify Mr. Ware contacted her in June 2003 regarding race discrimination, lack of promotion opportunities.

15. CTSS Earl Yamasaka
    TSA Employee
    c/o Assistant U.S. Atty Tom Helper
    300 Ala Moana Blvd., Room 6-100
    Honolulu, Hawaii 96850

    Will testify about credibility of Mr. Kamahele and retaliation.

16. TSS Lauren McMillian
    TSA Employee
    c/o Assistant U.S. Atty Tom Helper
    300 Ala Moana Blvd., Room 6-100
    Honolulu, Hawaii 96850

    Will testify regarding credibility of Mr. Kamahele and retaliation.

17. Dennis Clark
    TSA Western Director
    c/o Assistant U.S. Atty Tom Helper
    300 Ala Moana Blvd., Room 6-100
    Honolulu, Hawaii 96850

    Will testify regarding credibility of Mr. Kamahele.

18. Brian Akizaki
    TSA Employee
    c/o Assistant U.S. Atty Tom Helper
    300 Ala Moana Blvd. Room 6-100
    Honolulu, Hawaii 96850

    Will testify regarding working with Plaintiff.

19. Any witnesses listed on Defendant's witness list.

20. Rebuttal witnesses.

DATED: Honolulu, Hawaii, 1-14-08.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff

4

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| JOHN DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last known addresses by means of hand delivery on this date.

    EDWARD H. KUBO, JR., ESQ.
    U.S. Attorney
    THOMAS A. HELPER, ESQ.
    Assistant U.S. Attorney
    Rm. 6-100, PJKK Federal Building
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96850

    Attorneys for Federal Defendants

DATED: Honolulu, Hawaii, _1-15-08_.

                                            DAPHNE E. BARBEE
                                            Attorney for Plaintiff