## FORM OF VERDICT

## VERDICT A

Note: Complete this form by writing in the names required by your verdict.

On the claim of plaintiff Raymond Ware for retaliation discrimination against defendant Dpt. of Homeland Security, we, the jurors, find in favor of:

_____          _____
(Plaintiff Raymond Ware)     or   (Defendant Dpt.of Homeland Security)

Note: Complete the following paragraph only if the above finding is in favor of plaintiff Ware.

We, the jurors, assess the damages of plaintiff Ware as follows:

For compensatory damages      $_____ (Stating the amount).

For special damages           $_____ (Stating the amount).

Note: The foreperson must sign below, on behalf of the jury.

_____
FOREPERSON               (Date)

Submitted by Plaintiff Ware

MAI 36.11

# FORM OF VERDICT

## VERDICT B

Note: Complete this form by writing in the names required by your verdict.

On the claim of plaintiff Raymond Ware for retaliation discrimination against defendant Dpt. of Homeland Security, we, the jurors, find in favor of:

_____     _____
(Plaintiff Raymond Ware)     or     (Defendant Dpt.of Homeland Security)

Note: Complete the following paragraph only if the above finding is in favor of plaintiff Ware.

We, the jurors, assess the damages of plaintiff Ware as follows:

For compensatory damages     $_____ (Stating the amount).

For special damages     $_____ (Stating the amount).

Note: The foreperson must sign below, on behalf of the jury.

_____
FOREPERSON     (Date)

Submitted by Plaintiff Ware

MAI 36.11