IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| JOHN DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last known addresses by means of hand delivery on this date.

        EDWARD H. KUBO, JR., ESQ.
        U.S. Attorney
        THOMAS A. HELPER, ESQ.
        Assistant U.S. Attorney
        Rm. 6-100, PJKK Federal Building
        300 Ala Moana Blvd.
        Honolulu, Hawaii 96850

        Attorneys for Federal Defendants

DATED: Honolulu, Hawaii,_____.

        _____
        DAPHNE E. BARBEE
        Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| JOHN DOES 2-5, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last known addresses by means of hand delivery on this date.

    EDWARD H. KUBO, JR., ESQ.
    U.S. Attorney
    THOMAS A. HELPER, ESQ.
    Assistant U.S. Attorney
    Rm. 6-100, PJKK Federal Building
    300 Ala Moana Blvd.
    Honolulu, Hawaii   96850

    Attorneys for Federal Defendants

DATED: Honolulu, Hawaii, 1-22-08

                                                DAPHNE E. BARBEE
                                                Attorney for Plaintiff