# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee, Esq. |
| ATTYS FOR DEFT: | Thomas A. Helper, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 25, 2008 | TIME: | 2:00 - 2:35 |

COURT ACTION: FINAL PRETRIAL CONFERENCE -

DEFENDANT'S MOTION IN LIMINE REGARDING PERSONNEL DECISIONS OTHER THAN PLAINTIFF'S TERMINATION -

DEFENDANT'S MOTION IN LIMINE TO EXCLUDE WITNESSES NOT DISCLOSED BY PLAINTIFF DISCLOSED PRIOR TO DISCOVERY DEADLINE -

PLAINTIFF'S MOTION IN LIMINE NO. 1 - PROHIBITING THE DEFENDANT FROM PRESENTING HEARSAY EVIDENCE CONCERNING COMPLAINTS ABOUT WORK PERFORMANCE -

PLAINTIFF'S MOTION IN LIMINE NO. 2 - TO PROHIBIT TESTIMONY AT TRIAL CONCERNING THE GRANTING OF SUMMARY JUDGMENT PERTAINING TO THE RECERTIFICATION TEST AND TERMINATION FOR FAILURE OF THIS TEST -

PLAINTIFF'S MOTION IN LIMINE TO DISQUALIFY KENNETH KAMAHELE FROM AGENCY REPRESENTATIVE AT TRIAL -

Discussion held.

The Final Pretrial Conference and the hearing on

> Defendant's Motion in Limine Regarding Personnel Decisions Other Than Plaintiff's Termination (Doc. 136)
>
> Defendant's Motion in Limine to Exclude Witnesses Not Disclosed by Plaintiff Disclosed Prior to Discovery Deadline (Doc. 137)
>
> Plaintiff's Motion in Limine No. 1 - Prohibiting the Defendant from Presenting Hearsay Evidence Concerning Complaints about Work Performance (Doc. 138)
>
> Plaintiff's Motion in Limine No. 2 - To Prohibit Testimony at Trial Concerning the Granting of Summary Judgment Pertaining to the Recertification Test and Termination for Failure of this Test (Doc. 139)
>
> Plaintiff's Motion in Limine to Disqualify Kenneth Kamahele from Agency Representative at Trial (Doc. 140)

is **CONTINUED TO JANUARY 29, 2008 AT 10:00 A.M.**

Plaintiff shall file a written proffer by January 28, 2008 by 3:00 p.m. The defendant will have an opportunity to address Plaintiff's proffer at that time.


> Submitted by: Mary Rose Feria, Courtroom Manager