```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER      5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF SUBMISSION OF |
| | ) | EXHIBIT "C" REGARDING |
| v. | ) | DEFENDANT'S MOTION IN LIMINE |
| | ) | REGARDING PERSONNEL DECISIONS |
| MICHAEL CHERTOFF, Secretary, | ) | OTHER THAN PLAINTIFF'S |
| DEPARTMENT OF HOMELAND | ) | TERMINATION; EXHIBIT "C"; |
| SECURITY, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

NOTICE OF SUBMISSION OF EXHIBIT "C" REGARDING
DEFENDANT'S MOTION IN LIMINE REGARDING PERSONNEL DECISIONS
<u>OTHER THAN PLAINTIFF'S TERMINATION</u>

Defendant hereby submits the attached Exhibit "C", <u>Kenneth Kamahele v. Department of Homeland Security</u>, in support of its Motion in Limine Regarding Personnel Decisions Other Than Plaintiff's Termination [<u>sic</u> – should be titled "Motion in Limine Regarding Personnel Decisions Other Than Plaintiff's Non-Promotion"].

DATED: January 31, 2008, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

           /s/ Thomas A. Helper
By _____
        THOMAS A. HELPER
        Assistant U.S. Attorney

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Daphne E. Barbee                January 31, 2008
desekmet@aloha.net

DATED: January 31, 2008, at Honolulu, Hawaii.

/s/ Coleen Tasaka-Shoda
_____