EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER     5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | (Defendant's Responses to |
| ) | Plaintiff's Fifth Request for |
| MICHAEL CHERTOFF, Secretary, ) | Production of Documents) |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Defendant's Responses to Plaintiff's Fifth Request for Production of Documents was served on the following at their last known address:

<u>Served Via E-mail</u>:

    Daphne Barbee                February 4, 2008
    desekmet@aloha.net

DATED: February 4, 2008, at Honolulu, Hawaii.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                                      /s/ Thomas A. Helper
                            By _____
                                  THOMAS A. HELPER
                                  Assistant U.S. Attorney

                                Attorneys for Defendant