**Exhibit    3**

## DECLARATION OF ALLEN WILLEY

I, ALLEN EDWARD WILLEY, declare under penalty of perjury as follows:

1. I was previously the TSA Honolulu Customer Support and Quality Improvement manager during the time Mr. Raymond Ware worked in TSA Honolulu.

2. I no longer work at TSA Honolulu, as of October 29, 2006.

3. I personally observed and perceived a "hostile work environment" within TSA management towards Screeners and other personnel.

4. I personally observed retaliation towards employees who spoke out against actions they perceived to be discriminatory.

5. In addition to Mr. Ware, know several other screener employees who felt discriminated due to race and sex.

6. At one point I spoke out to management about the hostile work environment.

7. By speaking out against the hostile work environment, I suffered retaliation from management, specifically Mr. Sidney Hayakawa.

8. I was a witness at a recent MSPB hearing involving one of the managers, Mr. Ken Kamahele, and testified pertaining to the hostile work environment at TSA Honolulu.

9. All statements made in this declaration are based upon personal knowledge.

FURTHER DECLARANT SAYETH NAUGHT.

DATED: 6/15/07

ALLEN EDWARD WILLEY
Address:   1916 Pike Place
           Suite 12 Box 8
           Seattle, WA 98101

EXHIBIT 22