Exhibit   4

6. I had to report harassment allegations to FSD Hayakawa by a 69 year old lady against AFSD-LE – Re███████(August 2006). The lady, ██████████ literally cried in front of me and a TSA HNL Aviation Security Inspector because of the way she was treated. The lady ██████████ and her family (her son-in-law is a Commander in the U.S. Navy at Pearl Harbor) was a witness to her crying had specific questions they wanted answered. Those questions I gave to FSD-Hayakawa. IF, FSD Hayakawa investigated those allegations, then WHY were my allegations not investigated? This is clear retaliation. I ask the HEO to see if the ██████████ allegations were looked into. Fair is Fair, but the difference is AFSD-LE, ██████ is a close friend of the FSD and is not White, or Caucasian like myself for example

004