# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee, Esq. |
| ATTYS FOR DEFT: | Thomas A. Helper, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | February 11, 2008 | TIME: | 2:00 - 2:20 |

COURT ACTION:   FINAL PRETRIAL CONFERENCE -

Discussion held regarding:

DEFENDANT'S MOTION IN LIMINE REGARDING PERSONNEL DECISIONS OTHER THAN PLAINTIFF'S TERMINATION (Doc. 136) and

DEFENDANT'S MOTION IN LIMINE TO EXCLUDE WITNESSES NOT DISCLOSED BY PLAINTIFF DISCLOSED PRIOR TO DISCOVERY DEADLINE (Doc. 137)

Motions taken under advisement. A written order will issue on all outstanding motions in limine.

Jury trial is set for March 11, 2008 at 9:00 a.m.

Submitted by: Mary Rose Feria, Courtroom Manager