**LODGED**

DAPHNE E. BARBEE
Attorney & Counselor at Law
Century Square, Suite 1900
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG/LEK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S MOTION TO HAVE** |
| | ) | **WITNESS TESTIFY BY VIDEO OR** |
| vs. | ) | **TO CONTINUE TRIAL;** |
| | ) | **DECLARATION OF COUNSEL;** |
| MICHAEL CHERTOFF, Secretary, | ) | **EXHIBIT 1& 2; CERTIFICATE OF** |
| Department of Homeland Security; | ) | **SERVICE** |
| JOHN DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | TRIAL DATE:   March 11, 2008 |
| | ) | TIME:   9:00 a.m. |
| | ) | JUDGE:   Hon. Helen Gillmor |

**PLAINTIFF'S MOTION TO HAVE WITNESS TESTIFY BY VIDEO
OR TO CONTINUE TRIAL**

COMES NOW, Plaintiff RAYMOND WARE, by and through his attorney,

Daphne E. Barbee, and request that this Court allow witness Allen Willey to

testify by video or to continue the trial date, which is presently scheduled for March 11, 2008, due to his poor health and physician's request.

This motion is based upon the attached declaration of counsel and exhibits and is made pursuant to Federal Rule of Civil Procedure 7 (b) and is made in good faith.

DATED: Honolulu, Hawaii, 3-4-08

_____
DAPHNE E. BARBEE
Attorney for Plaintiff RAYMOND WARE