<u>**Exhibit  No.**</u>  /

**THE GEISNESS LAW FIRM**
A Professional Service Corporation
Attorneys at Law
Colman Building, Suite 675
811 First Avenue
Seattle, Washington 98104

Thomas M. Geisness
Robert A. Clough

Telephone (206) 728-8866
Fax (206) 728-1173
e-mail: admin@geisnesslaw.com

# FAX COVER SHEET

| Date: March 4, 2008 | Number of Pages Including Cover: 2 |
|---|---|

| To: Daphne Barbee | From: Tom Geisness |
|---|---|
|  | Re: Allen Willey |
| Fax Number: (808) 523-0275 |  |

Special Instructions:

- [ ] Confidential
- [ ] Urgent
- [ ] Please Reply
- [ ] For Your Information
- [ ] Original to follow
- [X] No original to follow

Memo:

Doctor's note attached

The information contained herein is confidential and is intended only for the addressee. If you have received this in error, do not give to any third persons. Please mail your copy to us as soon as possible and bill us for any costs incurred. Thank you.

If you do not receive the entire transmittal, please contact our office immediately at: (206) 728-8866.