Exhibit No. 2

03/04/2008  14:48   2065235399                HAWTHORNE HILLS                PAGE 02/02



**HAWTHORNE HILLS INTERNAL MEDICINE**
4024 - NE 55TH ST, SUITE 3
SEATTLE, WA 98105
(206) 523-9195 • Fax (206) 523-5999

JAIME B. FRIEDMAN, M.D.
*Internal Medicine*

March 4, 2008

To whom it may concern:

I recommend that my patient, Allen Willey, not fly to Hawaii for legal proceedings because of medical problems which could potentially endanger his health and safety. Please don't hesitate to contact me should you have further questions.

Sincerely,

*[signature]*
MD