IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| JOHN DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last known addresses by means of hand delivery on this date.

> EDWARD H. KUBO, JR., ESQ.
> U.S. Attorney
> THOMAS A. HELPER, ESQ.
> Assistant U.S. Attorney
> Rm. 6-100, PJKK Federal Building
> 300 Ala Moana Blvd.
> Honolulu, Hawaii 96850
>
> Attorneys for Federal Defendants

DATED: Honolulu, Hawaii, _____3-4-08_____.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff