# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware Vs. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphen E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | 03/05/2008 | TIME: | 2:50pm-3:06pm |

COURT ACTION: EP: [178] Plaintiff's Motion to have Witness Testify by Video or to Continue Trial-Oral Argument Held. Court did sign and approve Plaintiff's Ex Parte Motion to Shorten Time for Hearing on Plaintiff's Motion to Have Witness Testify by Video or to Continue Trial. The Motion is hereby Granted as to the Witness to Testify by Video. Court discussed with Counsel that she is unavailable to start the Jury Trial in this case on 3/11/2008 because she will be in a Criminal Jury Trial. Judge Kurren is available to do the Jury Trial on 3/11/2008. Plaintiff's Counsel will have to consult with her client and will get back to the Court as soon as possible. Defendant's Counsel did affix his signature on the Consent Form as to the Jury Trial being before Judge Kurren.

Submitted by Leslie L. Sai, Courtroom Manager