IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | ~~PROPOSED~~ ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

~~PROPOSED~~ ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO ALLOW WITNESS TO TESTIFY BY VIDEO OR TO CONTINUE TRIAL

The Ex Parte Motion to Shorten Time for Hearing on Plaintiff's Motion to Allow witness to Testify by Video or to Continue the Trial, having come before this Honorable Court, and the Court having reviewed the Declaration of Counsel and the records and files herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Ex Parte Motion to Shorten Time for Hearing on Motion to Allow witness to Testify by Video or to Continue the Trial, is granted and that the Motion shall be heard before the Honorable Helen Gilmor, Judge of the above-entitled court, in her courtroom in the United States

Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, at  2:50 o'clock  p .m.

on  3·5·08  or as soon thereafter as counsel may be heard.

        DATED: Honolulu, Hawaii,  3·5·08 .

                                                                           */s/ Helen Gill*
                                          Judge of the Above-Entitled Court