

**DAPHNE E. BARBEE**
ATTORNEY AT LAW

1188 BISHOP STREET, SUITE 1909, HONOLULU, HAWAII 96813
TELEPHONE (808) 533-0275

February 27, 2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2008

at 12 o'clock and 20 min P.M.
SUE BEITIA, CLERK

Honorable Helen Gillmor
Chief Judge
300 Ala Moana Boulevard
Honolulu, HI 96850

RE:  Ware v. Chertoff, Civ. No. 04-00671

Dear Judge Gillmor:

     Pursuant to Local Rule 7.8, plaintiff gives notice that the recent U.S. Supreme court decision, Sprint/United Management co. v. Mendelsohn (decided 2-26-08) is applicable to the arguments raised in Plaintiff's opposition to Defendant's Motion in Limine re: regarding Personnel Decisions Other than Plaintiff's Termination (lack of Promotion). A copy of the decision is enclosed.

Sincerely,

Daphne E. Barbee
Attorney at Law

cc:  Mr. Tom Helper, AUSA (with enclosures)