EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Federal Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL CHERTOFF, Secretary,<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>            Defendant. | CIVIL NO. 04-00671 HG LEK<br><br>DEFENDANT'S EXHIBIT LIST;<br>CERTIFICATE OF SERVICE<br><br> Date: March 11, 2008<br> Time: 9:00 a.m.<br> Judge: Helen Gillmor |

DEFENDANT'S EXHIBIT LIST

Now comes federal defendant and states that federal defendant may introduce the following exhibits at trial.

| DEF NO. | DESCRIPTION OF EXHIBITS | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 200 | Vacancy Announcement | | | |
| 201 | Applicant Package: Abrante, Jose | | | |
| 202 | Applicant Package: DuBoyce, Charles Francis | | | |

| DEF NO. | DESCRIPTION OF EXHIBITS | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 203 | Applicant Package: Venture, Leonard H. | | | |
| 204 | Applicant Package: Ware, Raymond E. | | | |
| 205 | Memo from Robin-Ann K. Wong to Ken Kamahele dated March 26, 2003 | | | |
| 206 | Incident Report dated June 12, 2003 | | | |
| 207 | Memo from Johnelle Chon to Robyn dated June 12, 2003 | | | |
| 208 | Certificate of Candidates dated August 26, 2003 | | | |
| 209 | Toy Gun confiscated by Ware | | | |
| 210 | Travel iron confiscated by Ware | | | |
| 211 | TSA advisories regarding prohibited items | | | |

DATED:  Honolulu, Hawaii, March 10, 2008.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Thomas A. Helper
_____
THOMAS A. HELPER
Assistant U.S. Attorney

Attorneys for Federal
  Defendant

```
                  IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF HAWAII

RAYMOND WARE,                    )   CIVIL NO. 04-00671 HG LEK
                                 )
           Plaintiff,            )   CERTIFICATE OF SERVICE
                                 )
    v.                           )
                                 )
MICHAEL CHERTOFF, Secretary,     )
DEPARTMENT OF HOMELAND           )
SECURITY,                        )
           Defendant.            )
                                 )
_____  )
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Via Hand Delivery:

Daphne E. Barbee                    March 10, 2008
1188 Bishop Street
Suite 1909
Honolulu, Hawaii 96813

DATED: March 10, 2008, at Honolulu, Hawaii.

/s/ Coleen Tasaka-Shoda
_____