# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00671HG-LEK |
| CASE NAME: | Raymond Ware v. Michael Chertoff |
| ATTYS FOR PLA: | Daphne E. Barbee by phone |
| ATTYS FOR DEFT: | Thomas A. Helper by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Debra Chun |
| DATE: | 03/10/2008 | TIME: | 3:35 - 3:40 |

COURT ACTION:  EP: Status Conference held.  Jury Selection will proceed as scheduled on 3/11/2008 @ 9 a.m. before Chief Judge Helen Gillmor.

Submitted by Richlyn W. Young, courtroom manager