

**DAPHNE E. BARBEE**
ATTORNEY AT LAW

1188 BISHOP STREET, SUITE 1909, HONOLULU, HAWAII 96813
TELEPHONE (808) 533-0275

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 11 2008

at 7 o'clock and 48 min ___ M.
SUE BEITIA, CLERK

FAX: 541-3579

March 10, 2008

Chief Judge Helen Gilmor
U.S. District Court
300 Ala Moana Blvd.
Honolulu, HI 96813

RE: Ware v. Chertoff, Civ. No. 04-00671

Dear Judge Gilmor:

My client and I have prepared and are ready for trial. Unfortunately, over the weekend, I developed laryngitis and have difficulty with my voice. I hoped it would be better by Tuesday. However, as this is Monday afternoon and it has not gotten better, I am requesting a brief 2 day continuance of the jury trial. I am available for an immediate status conference.

Sincerely,

Daphne E. Barbee
Attorney at Law

cc: Mr. Thomas Helper
AUSA

# DAPHNE E. BARBEE

Attorney at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 533-0275
Facsimile No.: (808) 533-0275

**************FAX TRANSMISSION***************

DATE:      March 10, 2008

TO:        Judge Helen Gillmor
           AUSA Thomas Helper

FAX:       541-3579
           541-2958

FROM:      Daphne E. Barbee, Esq.

SUBJECT:   <u>Ware v. Chertoff</u>, Civil No. 04-00671

PAGES:     2

*******************************************************************************

MESSAGE:

THIS FACSIMILE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE BY THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. THESE TRANSMITTALS MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH ARE PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT. YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT) AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU IN ADVANCE FOR YOUR COOPERATION.