# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00671HG-LEK |
| CASE NAME: | Raymond Ware v. Michael Chertoff, et al. |
| ATTYS FOR PLA: | Daphne E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper, Jeffrey Velasco |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | 03/11/2008 | TIME: | 9 :27 - 12:17 |

COURT ACTION:  EP: Jury Selection - 43 jurors sworn.
12:07 p.m. 8 jurors sworn.

Previously submitted Jury Instructions are stricken.  Parties to meet and confer.  Joint Jury Instructions due by noon on 3/12/2008.

1st Day Jury Trial is set for 3/12/2008 @ 9 a.m., HG.

Submitted by Richlyn W. Young, courtroom manager