EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER    5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG LEK |
| Plaintiff, | DEFENDANT'S MOTION TO BIFURCATE TRIAL; MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO BIFURCATE TRIAL; CERTIFICATE OF SERVICE |
| v. | |
| MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

DEFENDANT'S MOTION TO BIFURCATE TRIAL

Pursuant to Federal Rule of Civil Procedure 42(b), defendant Michael Chertoff, through his undersigned attorneys, hereby moves this court to bifurcate trial of this case into separate liability and damages phases.  The grounds for this motion are set forth in the attached memorandum in support.

DATED: March 11, 2008, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

            /s/ Thomas A. Helper
By  _____
    THOMAS A. HELPER
    Assistant U.S. Attorney

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Daphne E. Barbee                    March 11, 2008
desekmet@aloha.net

DATED: March 11, 2008, at Honolulu, Hawaii.

/s/ Coleen Tasaka-Shoda
_____