# MINUTES

CASE NUMBER: CV 04-00671HG-BMK

CASE NAME: Raymond Ware v. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security

ATTYS FOR PLA: Daphne E. Barbee

ATTYS FOR DEFT: Thomas A. Helper and Jeffrey Velasco

INTERPRETER:

JUDGE: Helen Gillmor            REPORTER: Debra Chun

DATE: 3/12/2008                 TIME: 9:08am -12:12am
                                      1:31pm-4:15pm

COURT ACTION:  EP: 1st Day Jury Trial - Eight Jurors Present , Plaintiff Present and Defendant Representative-Robin Wong-TSA Employee and Supervisor also present.

9:08a.m.-9:15a.m.-[192] Defendant's Motion to Bifurcate Trial DENIED and terminated. This trial will proceed

9:26a.m-9:41a.m. .Opening Statement on behalf of the Plaintiff
9:42 a.m.-9:54a.m. Opening Statement on behalf of the Defendant

9:55a.m.-Discussion held Re-Trial Exhibits-Out of the presence of the jury, discussion held re exhibits.

Plaintiff's Witnesses-
Ken Kamahele-CST-11:21a.m.-2:11p.m., Eli Waters-CST-2:12p.m.-2:20 p.m., Terry Sudoval-CST-2:20 p.m.-2:23p.m., Sidney Hayakawa-CST-2:25 p.m.-3:28 p.m., Cynthia Albert-CST-3:29 p.m.-3:31 p.m.,  Roger Ioyagi-CST-3:35 p.m.-3:36 p.m. and Robin Wong-CST-3:37 p.m.-4:13p.m.

Trial Exhibits 15, 21, 27, 33,  36, 46 and 208-Admitted.

Further Jury Trial (2nd Day) continued to 3/13/2008 @9:00 a.m.

Submitted by Leslie L. Sai Courtroom Manager