# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 07-00362ACK-KSC |
| CASE NAME: | D.C. and G. K., individually and as Guardians Ad Litem of S. K. Vs. Department of Education, State of Hawaii |
| ATTYS FOR PLA: | Carl Varady |
| ATTYS FOR DEFT: | Aaron Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Gloria Bediamol |
| DATE: | 03/13/2008 | TIME: | l0:04am-ll:46am |

COURT ACTION:  EP: Hearing on Administrative Record-Plaintiffs-D. C. and G. K. as Guardians Ad Litem of S. K are present.  Oral Argument held as to the Plaintiff and the Defendant.

Court will take this Matter under Advisement and will not issue a written order for at least 7 Days to allow time for the Parties to resolve this matter.

Submitted by Leslie L. Sai, Courtroom Manager