# MINUTES

CASE NUMBER:      CV 04-00671HG-LEK

CASE NAME:        Raymond E. Ware v. Michael Chertoff

ATTYS FOR PLA:    Daphne E. Barbee

ATTYS FOR DEFT:   Thomas A. Helper, Jeffrey Velasco

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    Debra Chun

DATE:     3/13/2008                TIME:        9:07 - 11:58

---

COURT ACTION:   EP: 2nd Day Jury Trial -

CST: Ching Ware, Haneef Bilal Abdul-Shafiq, Raymond Edward Ware, Sr., Allen Willey by video conference.

Exhibits admitted: 41, 206, 200, 204, 16.

Parties to stipulate that plaintiff filed an EEOC Complaint.  Mr. Helper to prepare the stipulation.

Further Jury Trial continued to 3/14/2008 @ 9 a.m., HG.

Submitted by Richlyn W. Young, courtroom manager