ORIGINAL

EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER     5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2008

at 10 o'clock and 00 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | STIPULATION; ORDER |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | Trial: March 11, 2008 |
| DEPARTMENT OF HOMELAND ) | Judge: Hon. Helen Gillmor |
| SECURITY, ) | |
| Defendant. ) | |
| ) | |

## STIPULATION

The parties to this action hereby stipulate that plaintiff's contact with an EEO counselor in June 2003 and subsequent filing of a formal EEO complaint in August 2003 was a protected activity. The parties further stipulate that plaintiff's non promotion in August 2003 was an adverse personnel action. Plaintiff need not present additional proof on these elements, and the verdict form need not refer to them.

The parties further stipulate that the following statement should be read to the jury: "Plaintiff left his employment at TSA on November 25, 2003. You should not speculate as to the reasons for that action."

DATED: March 14, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____    By _____
DAPHNE E. BARBEE              THOMAS A. HELPER
Attorney for Plaintiff        Attorney U.S. Attorney
                              Attorneys for Defendant

APPROVED AND SO ORDERED:

_____
HELEN GILLMOR
United States District Judge

Raymond Ware v. Michael Chertoff; Civil No. 04-00671 HG LEK
STIPULATION; ORDER