ORIGINAL

EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER    5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2008

at 10 o'clock and 00 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | STIPULATED VERDICT FORM; ORDER |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| DEPARTMENT OF HOMELAND ) | Trial: March 11, 2008 |
| SECURITY, ) | Judge: Hon. Helen Gillmor |
| Defendant. ) | |
| ) | |

<u>STIPULATED VERDICT FORM</u>

The parties to this action hereby stipulate to the following special verdict form.

DATED: March 14, 2008, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii

/s/ Daphne E. Barbee                  /s/ Thomas A. Helper
_____   By_____
DAPHNE E. BARBEE                      THOMAS A. HELPER
Attorney for Plaintiff              Attorney U.S. Attorney

                                        Attorneys for Defendant

APPROVED AND SO ORDERED:

*Modifications agreed to by Parties.*

/s/ Helen Gillmor
_____
HELEN GILLMOR
United States District Judge

Raymond Ware v. Michael Chertoff; Civil 04-00671 HG LEK
STIPULATED VERDICT FORM; ORDER

## VERDICT FORM

1. Has the plaintiff proved by a preponderance of the evidence that the plaintiff's race and/or prior EEO complaint was a motivating factor in the defendant's decision to promote three other individuals to screening manager instead of plaintiff in August 2003?

    _____        _____
       YES                 NO

If you answered "NO" to question number 1, you have rendered your verdict. Skip the remaining questions, have the Foreperson sign this verdict form, and advise the Court that you have reached a unanimous verdict.

If the answer to Question No. 1 is "YES," proceed to Question No. 2.

---

2. Has the defendant proved, by a preponderance of the evidence, that the defendant would have made the same decision not to promote plaintiff even if the plaintiff's race and/or prior EEO activity had played no role in the defendant's decision not to promote plaintiff?

    _____        _____
       YES                 NO

If your answer to Question No. 2 is "NO," proceed to Question 3.

If your answer to Question No. 2 is "YES," you have rendered your verdict. Skip the remaining question, have the Foreperson sign this verdict form, and advise the Court that you have reached a unanimous verdict.

3.   What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries he proved he suffered as a result of the race or retaliation discrimination you found?

$ _____

---

JURY CERTIFICATE

THE VERDICT MUST BE UNANIMOUS AND MUST BE SIGNED BY THE JURY FOREPERSON.

_____
Presiding Juror

2