# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee, Esq. |
| ATTYS FOR DEFT: | Thomas A. Helper, Esq.<br>Jeffrey Velasco, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | March 17, 2008 | TIME: | 9:00 - 12:00<br>4:00 - 4:30 |

COURT ACTION: FURTHER JURY TRIAL - DAY 4

Jurors not present

9:00 a.m.  Plaintiff's Oral Rule 50 Motion - Judgment as a Matter of Law is **DENIED**.

8 jurors present

9:20 a.m. Plaintiff's Closing Argument
10:00 a.m. Recess
10:55 a.m. Defendant's Closing Argument
11:15 a.m. Plaintiff's Rebuttal Closing Argument
11:35 a.m. Jury Instructed

12:00 p.m. - Bailiff is sworn in (CSO Allen Nagata).  Jury retires to the jury deliberation room.
12:15 p.m. - Recess/Lunch for the jury

1:15 p.m. - Jury deliberates
3:00 p.m. - JURY NOTE #1
3:35 p.m. - JURY NOTE #2

4:00 p.m. 4:30 p.m. - Court's telephonic discussion with counsel outside the presence of the jury (court reporter present) regarding JURY NOTE #1 and #2.

5:00 p.m.  Recess.

Further jury deliberation on March 18, 2008 at 9:00 a.m.


    Submitted by: Mary Rose Feria, Courtroom Manager