# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff in his official capacity as Secretary of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee - by phone |
| ATTYS FOR DEFT: | Thomas A. Helper - by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Ann Matsumoto |
| DATE: | 03/19/2008 | TIME: | 10:35 - 10:44 |

COURT ACTION: Jury Trial: 6th day

Jury returned at 9:00 a.m. to resume further deliberation.

10:35 - 10:44 - Hearing held without the presence of the jury regarding "Note From The Jury" #1. The Honorable Helen Gillmor, Daphane Barbee and Plaintiff, Mr. Raymond Ware and Mr. Helper by conference call. Court's response to the jury signed by the Honorable J. Michael Seabright, for the Honorable Helen Gillmor and sent to the jury.

Note From The Jury #1 and Court's response faxed to Ms. Barbee and Mr. Helper.

Further jury deliberation continued to Thursday, March 20, 2008 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager