IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| Defendant. | ) | |
| | ) | |



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2008

at 10 o'clock and 30 min. a M.
SUE BEITIA, CLERK

VERDICT FORM

   1.  Has the plaintiff proved by a preponderance of the evidence that the plaintiff's race and/or prior Equal Employment Opportunity ("EEO") complaint was a motivating factor in the defendant's decision to promote three other individuals to screening manager instead of plaintiff in August 2003?

   __X__              _____
    YES                NO

   If you answered "NO" to question number 1, you have rendered your verdict.  Skip the remaining questions, have the Foreperson sign this verdict form, and advise the Court that you have reached a unanimous verdict.

   If the answer to Question No. 1 is "YES," proceed to Question No. 2.

_____

   2.  Has the defendant proved, by a preponderance of the evidence, that the defendant would have made the same decision not to promote plaintiff even if the plaintiff's race and/or prior EEO complaint had played no role in the defendant's decision not to promote plaintiff?

   _____              __X__
    YES                NO



If your answer to Question No. 2 is "NO," proceed to Question 3.

If your answer to Question No. 2 is "YES," you have rendered your verdict. Skip the remaining question, have the Foreperson sign this verdict form, and advise the Court that you have reached a unanimous verdict.

_____

3.   What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries he proved he suffered as a result of the race and/or retaliation discrimination you found?

$ ___0_____

_____

## JURY CERTIFICATE

THE VERDICT MUST BE UNANIMOUS AND MUST BE SIGNED BY THE JURY FOREPERSON.

_____
Foreperson