EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Federal Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S EXHIBIT LIST; CERTIFICATE OF SERVICE |
| vs. | ) | Date: March 11, 2008 |
| MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, | ) | Time: 9:00 a.m. Judge: Helen Gillmor |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Now comes federal defendant and states that federal

defendant may introduce the following exhibits at trial.

| DEF NO. | DESCRIPTION OF EXHIBITS | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 200 | Vacancy Announcement | 3-12-08 | | 3-13-08 |
| 201 | Applicant Package: Abrante, Jose | | | |
| 202 | Applicant Package: DuBoyce, Charles Francis | | | |

| DEF NO. | DESCRIPTION OF EXHIBITS | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 203 | Applicant Package: Venture, Leonard H. | 3-12-08 | | |
| 204 | Applicant Package: Ware, Raymond E. | 3-12-08 | | 3-13-08 |
| 205 | Memo from Robin-Ann K. Wong to Ken Kamahele dated March 26, 2003 | 3-14-08 | | 3-14-08 |
| 206 | Incident Report dated June 12, 2003 | 3-13-08 | | 3-13-08 |
| 207 | Memo from Johnelle Chon to Robyn dated June 12, 2003 | 3-14-08 | | 3-14-08 |
| 208 | Certificate of Candidates dated August 26, 2003 | 3-12-08 | | 3-12-08 |
| 209 | Toy Gun confiscated by Ware | | | |
| 210 | Travel iron confiscated by Ware | | | |
| 211 | TSA advisories regarding prohibited items | | | |

DATED:   Honolulu, Hawaii, March 10, 2008.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
THOMAS A. HELPER
Assistant U.S. Attorney

Attorneys for Federal
Defendant

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Via Hand Delivery:</u>

Daphne E. Barbee            March 10, 2008
1188 Bishop Street
Suite 1909
Honolulu, Hawaii 96813

DATED: March 10, 2008, at Honolulu, Hawaii.

*Coleen Fasaka-Rhoda*

## Trial Documents
1:04-cv-00671-HG-LEK Ware v. Chertoff

### U.S. District Court

### District of Hawaii - CM/ECF V3.1.2 (12/07)

## Notice of Electronic Filing

The following transaction was entered by Helper, Thomas on 3/10/2008 at 4:13 PM HST and filed on 3/10/2008

**Case Name:**      Ware v. Chertoff
**Case Number:**    1:04-cv-671
**Filer:**       Michael Chertoff
**Document Number:** 187

**Docket Text:**
**Exhibit List *and Certificate of Service*. filed by Michael Chertoff.(Helper, Thomas)**


**1:04-cv-671 Notice has been electronically mailed to:**

Daphne E. Barbee    desekmet@aloha.net

Thomas A. Helper    Tom.Helper@usdoj.gov, coleen.tasaka@usdoj.gov, teri.zamora@usdoj.gov

**1:04-cv-671 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/10/2008] [FileNumber=451905-0]
[0db1b7afccfeb513f53faf7be4a9941db15ee7287920cde6c7719547c4139b84ba12
f556c991a71c717ddf7fb4ee1be2ef84e6e46908397a8313d36ef421e750]]