AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Hawaii*

| RAYMOND WARE | v. | MICHAEL CHERTOFF; ET AL | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: 04-00671 HG/LEK |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Helen Gillmor | Daphne E. Barbee | Tom Helper, Asst. US Attorney |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 5, 2008 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Resume |
| 2 | | 3-13-08 | | | EEO Complaint of 7-11-03 |
| 3 | | 3-13-08 | | | EEO Letter from Farha Rahman |
| 4 | | 3-13-08 | | | Counseling Report from Farha Rahman |
| 5 | | 3-14-08 | | 3-14-08 | 6-13-03 Letter from Sidney Hayakawa |
| 6 | | | | | EEO Complaint of 8-9-03 |
| 7 | | 3-12-08 | | 3-14-08 | Letter to Sidney Hayakawa, 9-8-03 |
| 8 | | | | | Ware Affidavit and Addendum, 3-30-04 |
| 9 | | | | | Ware Declaration, 5-20-04 |
| 10 | | 3-14-08 | | 3-14-08 | Ken Kamahele Memo Re: Promotions and Hirings |
| 11 | | | | | Screening Manager Vacancy Announcement, 8-1-03 |
| 12 | | | | | Certificate of Candidates for Screening Manager Position, 8-29-03 |
| 13 | | | | | Ware's Application for Screening Manager |
| 14 | | | | | Overview of 2 Year Record of Screening Managers |
| 15 | | 3-12-08 | | 3-12-08 | General Counseling, 9-10-03 |
| 16 | | 3-13-08 | | 3-13-08 | Performance Agreement, 10-25-03 |
| 17 | | | | | EEO Complaint of 11-26-03 |
| 18 | | | | | Deposition of Ken Kamahele |
| 19 | | | | | Deposition of Milagros Drake |
| 20 | | | | | Pay Statement for Mr. Ware |
| 21 | | 3-12-08 | | 3-12-08 | Letter from Ware to Kamahele, 10-3-03 |
| 22 | | | | | Declaration of Allen Wiley |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)          EXHIBIT AND WITNESS LIST - CONTINUATION

RAYMOND WARE     v.     MICHAEL CHERTOFF; ET AL          CASE NUMBER: 04-00671 HG/LEK

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Declaration of Ken Kamahele |
| 24 | | | | | Honolulu Management Inquiry Team Notes |
| 25 | | | | | Employee "A" Resume (Screening Manager) |
| 26 | | 3-14-08 | 3-14-08 | 3-10-08 | Memo to Ware from Hayakawa, 9-12-03 |
| 27 | | 3-12-08 | | 3/12 | Letter to Hayakawa from Ware, 9-16-03 |
| 28 | | | | | Letter to Hayakawa from Ware, 9-8-03 |
| 29 | | | | | Interoffice Memo to Ventura, 9-11-03 |
| 30 | | | | | Letter to Johnalyn Abreu from Raymond Ware, 10-2-03 |
| 31 | | 3-13-08 | | | Incident Report from Raymond Ware, 6-12-03 |
| 32 | | | | | Incident Report from Raymond Ware, 3-26-03 |
| 33 | | 3-12-08 | | 3-12-08 | HR Policy on Promotions |
| 34 | | | | | Time-line Chart |
| 35 | | | | | 2003 News Article, Re: Screening Promotion Problems |
| 36 | | 3-12-08 | | 3-12-08 | Interoffice Memos, February 23 to March 8 |
| 37 | | | | | Letter Re: Mobile Screening Force, 8-30-02 |
| 38 | | | | | Letter Re: Salary Reconsideration for Mobile Screeners, 10-3-02 |
| 39 | | | | | Email Re: Mobile Screener Advancement, 4-22-03 |
| 40 | | | | | Email Re: Mobile Screeners Group, 4-22-03 |
| 41 | | 3-13-08 | | 3-13-08 | Memo Re: Certification of Training for Raymond Ware, 6-14-02 |
| 42 | | | | | Director's Message Memo, 12-13-02 |
| 43 | | | | | Schedule for Screeners and Screening Supervisors |
| 44 | | | | | Interoffice Memo Re: SOP, 3-23-03 |
| 45 | | | | | Diversity Management Objectives for TSA |
| 46 | | 3-12-08 | | 3-12-08 | TSA Prohibited Items List, 7-3-02 |
| 47 | | (struck) | | | Letter to Kamahele from Dennis Clark, 7-26-06 |
| 48 | | 3-13-08 | | | Gun replica |

Page 2 of 2 Pages