AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO 04-00671 HG-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security | March 27, 2008<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[✓]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff and against the defendant with fair and reasonable compensation to plaintiff for the injuries in the amount of zero, pursuant to the Verdict Form, filed on March 20, 2008.



March 27, 2008            SUE BEITIA
Date                      Clerk

                          Deputy Clerk