

**ORIGINAL**

DAPHNE E. BARBEE  2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 25 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>JOHN DOES 2-5,<br><br>        Defendants. | CIVIL NO. 04-00671 HG/LEK<br><br>**MOTION FOR DETERMINATION OF BACK PAY, REINSTATEMENT OR FRONT PAY; DECLARATION OF PLAINTIFF; EXHIBITS 1-4; DECLARATION OF COUNSEL; EXHIBITS 5; CERTIFICATE OF SERVICE** |

### MOTION FOR DETERMINATION OF
### BACK PAY, REINSTATEMENT OR FRONT PAY

COMES NOW, Plaintiff RAYMOND WARE, by and through his attorney,

Daphne E. Barbee, and requests this Court make a determination on the amount of

back pay, reinstatement or front pay in lieu of reinstatement.

This motion is made pursuant to Rule 7 FRCP and the jury verdict finding

in favor of plaintiff Raymond Ware on his discrimination claims for non-

promotion, the attached Declaration of Plaintiff, exhibits, and such further evidence as may be presented to the Court for determination of back pay and front pay. Plaintiff request that a final judgment be entered after the Court determines appropriate back pay, reinstatement or front pay in this matter, pursuant to Rule 54(b) FRCP.

DATED: Honolulu, Hawaii, 3-26-05.

DAPHNE E. BARBEE
Attorney for Plaintiff RAYMOND WARE