IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>JOHN DOES 2-5,<br><br>        Defendants. | CIVIL NO. 04-00671 HG/LEK<br><br>**DECLARATION OF RAYMOND WARE; EXHIBITS 1-4** |

### DECLARATION OF RAYMOND WARE

I, RAYMOND E. WARE, declare under penalty of perjury as follows:

1. The job for TSA Screening Manager was listed at a salary of $68,800.00 per year in August 2003, plus 25% COLA, for **$86,000.00** per year. See Exhibit 1.

2. As a Screening Supervisor I earned $41,652.00 plus 25% COLA, for **$52,065.00** per year. See Exhibit 2.

3. For back pay, I request:

   a. The difference between my salary as a Screening Supervisor ($52,065.00) and Screening Manager ($86,000.00) from August 29, 2003 through

November 25, 2003 (three months), in the amount of **$8,483.73** ($2,827.91 difference in pay per month).

    b.    On November 25, 2003 TSA Honolulu terminated me. Had I been promoted to the Screening Manager position, I would not have been terminated. Screening Managers did not have to undergo recertification tests. From November 25, 2003 until present, I request back pay.

    c.    My back pay award should be calculated at **$86,000.00** per year ($68,800.00 year with 25% COLA) (four years and three months). The total amount of back pay requested is **$360,068.73**, ($365,491.97 plus $8,483.73 (August 29, 2003 - November 25, 2003) minus $13,906.00 earned in 2005).

4.    I mitigated damages by looking for work. The following describes various jobs I have sought.

    a.    I obtained unemployment compensation which required extensive job searches from November 2003 through May 2004.

    b.    I applied to the Honolulu Police Department as a police dispatcher in 2004.

    c.    I also applied for two vacant Aviation Security Inspector (ASI) positions with TSA in 2005. A recertification test was not required for this position.

d.   I applied to be a Hawaii State drivers license examiner in 2006.

e.   I obtained a temporary job as a Honolulu Police Department (HPD) dispatcher in March 1, 2005 and worked until September 1, 2005. I was laid off of work because HPD supervisor stated I could not pronounce Hawaiian street names correctly. Attached <u>Exhibit 3</u> is a redacted copy of my 2005 W-2 tax information.

f.   I applied for work as a parking enforcement officer with the State of Hawaii 2006 and 2007.

g.   I applied to be a tax clerk with the State of Hawaii in 2005.

h.   I applied to be a delinquent tax collector for the State of Hawaii in 2007.

i.   I again applied for another open position at TSA, as an ASI in 2006.

j.   I applied to be a Sheriff for the State of Hawaii in 2006.

k.   I applied for Parking Enforcement No. 2 for the State of Hawaii in 2007.

l.   I applied with Elite Pacific for dispatcher and ATM guard in 2007.

m.   I applied to be a Federal Court security officer in 2007.

n. I applied for a court bailiff, State of Hawaii in 2007 and 2008.

o. I applied to Maui Police Department in 2006 to be a police officer.

5. In addition to the back pay I request 10% of prejudgment interest per year, which is an additional **$36,500.99** (10% per year equals $8,600.00 x 4 years = $34,400.00, plus $2,149.99 three months 10% of 21,499.97).

6. I request to be immediately reinstated as a Screening Manager. Presently I have learned that the Screening Manager position at TSA earns $71,000.00 plus 25% COLA. See Exhibit 4.

7. I am ready and able to start work immediately. In the event defendant Department of Homeland Security does not want to reinstate me, I request future pay.

8. I am 55 years old and planned to remain employed with TSA until my retirement age of 66 years old.

FURTHER DECLARANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii    3-25-08

RAYMOND E. WARE
Plaintiff