Exhibit No. 1

 

FAQs | Privacy Policy | Help | EMPLOYER SERVICES
HOME | SEARCH JOBS | MY USAJOBS | FORMS

Transportation Security Administration

Vacancy Announcement

← Back

USAJOB Contr

# Vacancy Announcement

## DEPARTMENT OF HOMELAND SECURITY
## TRANSPORTATION SECURITY ADMINISTRATION

**Vacancy Announcement Number:** TSA-03-836

**Opening Date:** 08/01/2003
**Closing Date:** 08/14/2003

**Position:**   **SCREENING MANAGER**
SV-1801-00/00

**Salary:**   $44,400 - $68,800 per year

**Duty Location:**   3 vacancies at HONOLULU, HI

Vacancy Announcement

DEPARTMENT OF HOMELAND SECURITY
TRANSPORTATION SECURITY ADMINISTRATION

Vacancy Announcement Number: TSA-03-836
Opening Date: 08/01/03
Closing Date: 08/14/03

POSITION TITLE: Screening Manager
SV- 1801 H
Annual Salary Range - $44,400- $68,800

EXHIBIT F10
PAGE 1 OF 9 PAGES



http://jobsearch.usajobs.opm.gov/getjob.asp?JobID=18684754&AVSDM=2003%2D08%2...   8/3/2003

Salary range does not include COLA of 25%

NUMBER OF POSITIONS: Three Full-Time Positions
Transportation Security Administration is an Excepted Service agency. Basic Federal employee benefits remain the same as other Federal agencies.

POSITION LOCATION: U. S. Department of Homeland Security
Transportation Security Administration
Assistant Administrator for Aviation Operations
Honolulu International Airport

DUTY LOCATION: Honolulu, HI

AREA OF CONSIDERATION: All TSA Employees (includes permanent employees and 5-year temporary employees) at Honolulu International Airport

JOB CATEGORY: Specialized

Permanent Change of Station: No relocation expenses will be authorized.

INTRODUCTION:
The Transportation Security Administration (TSA) is responsible for security relating to civil aviation, maritime, and all other modes of transportation, including transportation facilities and is the lead agency for security at airports, ports, and on the Nation's railroads, highways, and public transit systems. TSA is responsible for Federal security screening operations for passenger air transportation and intelligence information related to transportation security; managing and carrying out program and regulatory activities; discovering, preventing, and dealing with threats to transportation security; research and development activities related to enhancing transportation security; coordinating inter-modal transportation security, including aviation, rail, and other surface transportation, and maritime transportation; and overseeing most transportation related responsibilities of the Federal government during a national emergency. TSA will manage the airport security workforce and promote security management for railroads, highways, pipelines, and public transit systems.

PRINCIPAL DUTIES AND RESPONSIBILITIES
Incumbent functions as a Screening Manager responsible for individuals at screening checkpoints. Manages screening checkpoints that are central to Transportation Security Administration (TSA) objectives and that will serve to protect the traveling public by preventing any deadly or dangerous objects from being transported onto an aircraft. The incumbent works under close supervision and review.

Maintains communication with supervisors regarding any issues that might reveal a weakness or vulnerable area of security screening that is discovered in the course of screening duties. Participates in information briefings concerning security-sensitive or classified information.

POSITION SENSITIVITY:
This is a Non-Critical-Sensitive (Level 2) position and requires a Confidential Security Clearance and completion of a favorable Background Investigation (BI) prior to appointment, unless a waiver is obtained. The incumbent will be subject to a 5-year periodic re-investigation. You must

also pass Drug and Alcohol Screening and be subject to random testing.

SUPERVISORY/MANAGERIAL PROBATIONARY PERIOD REQUIREMENTS:
Unless previously completed, the person selected for this position must satisfactorily complete a one-year probationary period to continue in this supervisory/managerial position.

METHOD OF EVALUATION:
Applicants will be evaluated on their total background including experience, education, awards, training, and self-development as it relates to the position. Responses to the EVALUATION CRITERIA may be ranked according to relative merit for this position and identified as being "qualified" or "best qualified." Selection for this position will be made only from among candidates possessing the best qualifications.

QUALIFICATION REQUIREMENTS:
All applicants must demonstrate one year of specialized experience equivalent to that of the next lower grade or level in the Federal Service. For the SV-H band applicants must have one year of supervisory security work equivalent to SV-G pay band (GS-11 level) or higher gained in the Federal government or private sector. Specialized experience is defined as experience that has equipped the applicant with the particular knowledge, skills and abilities to successfully perform the duties of the position, and is typically in or related to the work of the position to be filled. Such experience will include administrating, coordinating, or supervising/managing programs/services providing aviation security, corporate security, force protection affecting personnel, equipment, and facilities.

EVALUATION CRITERIA:
In order to receive further consideration applicants MUST address, in a concise narrative statement on a separate sheet of paper, each of the knowledge, skills and abilities (KSAs) listed below. Failure to address any KSA described below will disqualify applicants from receiving further consideration:

KSAs
1- Skill in managing a staff on various shifts.
2- Knowledge of theories, dynamics, and factors underlying the aviation screening process to enable management of the screening functions.
3- Knowledge sufficient to be able to operate basic security equipment at screening checkpoints.
4- Skill in communicating technical and non-technical information orally and in writing.
5- Ability to manage a diverse workforce and leading others, including planning and assigning work; monitoring, assessing and improving performance; selecting employees; and promoting EEO, human relations, and employee participation.

HOW TO APPLY:
You may mail your application to: CPS, TSA Recruitment Center, 2711 Jefferson Davis Highway, Suite 900, Code FPMI, Arlington, VA 22202. You may also fax your application to 1-888-275-5116. If you need assistance or have questions, please contact Tom Ward at (703) 778-3347. Applicants who have a hearing impairment may contact TTY 1-800-887-5506 for further assistance.

Application MUST BE RECEIVED by mail or delivered to CPS/FPMI (see address above) by no later than the close of business, i.e., 5:00 p.m. EST, on the closing date of this vacancy announcement.

You may submit either a resume OR Federal application (i.e., OF 612, 'Optional Application for Federal Employment' or SF 171, 'Application for Federal Employment'). If using a resume, please include all information required on the Federal application form. Applications must be limited to 20 pages. The OF 612 form may be obtained from the Office of Personnel Management's website at www.opm.gov/forms.

Your application must include the following information:

JOB INFORMATION
* Vacancy Announcement number and Title of the Position

PERSONAL INFORMATION
* Full name
* Mailing address (with Zip Code)
* Daytime phone number
* Social Security Number
* Country of citizenship (Most Federal jobs require United States citizenship)

WORK EXPERIENCE
* Job Title, salary, and dates (month/year) of employment
* Highest Federal civilian grade held, if applicable
* Duties and accomplishments (DO NOT attach position descriptions)
* Employer's name and address (indicate if we may contact your current supervisor)

EDUCATION
* High School name, city, state, and date of diploma or GED
* College/University names, city, and state
* Major(s)
* Type and year of degree(s) conferred

OTHER QUALIFICATIONS
* Job-related training courses
* Job-related skills (e.g., foreign languages, computer software/hardware, etc.
* Job-related certificates/licenses (current only)
* Job-related honors, awards, and special accomplishments (e.g., memberships in professional organizations, honor societies, leadership activities, public speaking, performance awards, publications) (Give dates)

As a current Federal employee, you should submit a copy of your appointment SF 50, Notification of Personnel Action, or equivalent documentation of current appointment(s), position, and pay band.

EQUAL EMPLOYMENT OPPORTUNITY AND REASONABLE ACCOMMODATION:
TSA is an Equal Opportunity Employer. All qualified candidates will be considered regardless of political affiliation, race, color, religion, national origin, sex, sexual orientation, marital status, age, disability, personal favoritism, protected genetic information, or other non-merit

factors. TSA provides reasonable accommodation to applicants with disabilities where appropriate. If you need a reasonable accommodation for any part of the application and hiring process, please contact (703)778-3355. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

DO NOT SUBMIT ADDITIONAL INFORMATION:
Do not submit cover letters, award or training certificates, performance appraisals, recommendation letters or other pages in excess of the limits set forth in this vacancy announcement. All application materials become the property of this office and will not be returned.

Applicants are reminded it is against the law to use Government franked envelopes or mail services to submit applications (18 U.S.C. 1719).

BENEFITS OF WORKING FOR THE TSA:

· The Federal Employees Health Benefits Program has many plans to choose from all at very reasonable rates, which can be paid from pre-tax income.
· The Federal Employees Retirement System is one of the premier retirement programs in the Nation. The program features three components: a retirement pension; the Thrift Savings Plan (an employee controlled investment program); and social security.
· Federal Employee Group Life Insurance offers numerous life insurance policy options covering employees and dependents.
· The leave program offers exceptional time off benefits including annual leave, sick leave, family medical leave, and 10 paid holidays per year.
· You may be eligible for career development and enrichment training; family friendly policies, such as flexible work schedules; and Employee Assistance Programs.
· If you commute using public transportation, you may be eligible for a transit subsidy.

Privacy Act Requirements: The forms referenced in the announcement are used to determine candidates' qualifications for the position and are authorized in 5 U.S.C. 3302 and 3361.

  

 For additional information on this vacancy contact:
Tom Ward
Phone: 7037783347
TDD: 18008875506
Or write:
CPS, TSA Recruitment Center
2711 Jefferson Davis Highway, Suite 900
Arlington, va 22202

USAJOBS Control Number: IP6131

EEO Policy Statement | Reasonable Accommodation Policy Statement | Veterans Information

This is a United States Office of Personnel Management web site. USAJOBS

*Job Analysis Tool*

| Type of Action: (Check one below) | | | IPPS No: |
|---|---|---|---|
| X New hire | ☐ Promotion | ☐ Temporary Promotion/Reassignment | ☐ Demotion   ☐ Detail |

**Job title:** Screening Manager

| **Series:** 1801 | **Category:** Technical Support | **Level:** MGR 1 | **Pay Band:** H |
|---|---|---|---|

**Duties and Responsibilities:** Incumbent functions as a screening manager responsible for individuals at screening checkpoints. The incumbent works under close supervision and review.

Manages screening checkpoints that are central to Transportation Security Administration (TSA) objectives and that will serve to protect the traveling public by preventing any deadly or dangerous objects from being transported onto an aircraft.

Maintains communication with supervisors regarding any issues that might reveal a weakness or vulnerable area of security screening that is discovered in the course of screening duties.

Participates in information briefings concerning security-sensitive or classified information.

**KSAs:** (List each item)

- Skill in managing a staff on various shifts.

- Knowledge of the theories, dynamics, and factors underlying the aviation screening process to enable handling of screening functions.

- Knowledge sufficient to be able to operate basic security equipment at screening checkpoints

- Skill in communicating technical and non-technical information orally and in writing.

- Ability to manage a diverse workforce and leading others, including planning and assigning work, improving and controlling performance, selecting employees, and promoting EEO, human relations, and employee participation.

**Optional: Selective Factor/Quality Ranking Factor(s):** (List each item)

**Other:** This position is subject to alcohol and controlled substance testing.

| **Who signs off** | | |
|---|---|---|
| | *[signature]* | *Elizabeth A. [signature]* |
| | *Authorizing Official* | *HR Review* |

F19