Exhibit No. 3

| a Control number | | | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number 99-6001257 | | | | 1 Wages, tips, other compensation 13906.05 | 2 Federal income tax withheld 828.07 |
| c Employer's name, address, and ZIP code CITY AND COUNTY OF HONOLULU 530 S. King Street Honolulu, Hawaii 96813 9046-N1N | | | | 3 Social security wages 13906.05 | 4 Social security tax withheld 862.18 |
| | | | | 5 Medicare wages and tips 13906.05 | 6 Medicare tax withheld 201.64 |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number [redacted] | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name RAYMOND E   WARE [redacted] HONOLULU   HI  96837 f Employee's address and ZIP code | | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | | 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | 12b |
| | | | | 14 Other | 12c |
| | | | | | 12d |
| 15 State HI | Employer's state I.D. No. 10016001 | 16 State wages, tips, etc. 13906.05 | 17 State income tax 634.70 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Department of the Treasury--Internal Revenue Service

Form **W-2**  Wage and Tax Statement   **2005**

Copy 2 - To Be Filed With Employee's State, City, or Local Inncome Tax Return

---

TEAR OR CUT HERE

| a Control number | | | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number 99-6001257 | | | | 1 Wages, tips, other compensation 13906.05 | 2 Federal income tax withheld 828.07 |
| c Employer's name, address, and ZIP code CITY AND COUNTY OF HONOLULU 530 S. King Street Honolulu, Hawaii 96813 9046-N1N | | | | 3 Social security wages 13906.05 | 4 Social security tax withheld 862.18 |
| | | | | 5 Medicare wages and tips 13906.05 | 6 Medicare tax withheld 201.64 |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name RAYMOND E   WARE [redacted] HONOLULU   HI  96837 f Employee's address and ZIP code | | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | | 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | 12b |
| | | | | 14 Other | 12c |
| | | | | | 12d |
| 15 State HI | Employer's state I.D. No. 10016001 | 16 State wages, tips, etc. 13906.05 | 17 State income tax 634.70 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Department of the Treasury--Internal Revenue Service

Form **W-2**  Wage and Tax Statement   **2005**

Copy B - To Be Filed With Employee's FEDERAL Tax Return