**Exhibit No. 5**

INSTRUCTION NO. 14

In calculating damages, you must not attempt to calculate an amount of back pay or future pay lost. If you find for the plaintiff, this court will determine the appropriate amount of backpay and future pay to compensate the plaintiff. Those amounts, if any, are determined by the Court and shall not be included in your damage award.

Of course, the fact that I have given you instructions concerning the issue of plaintiff's damages should not be interpreted in any way as an indication that I believe the plaintiff should, or should not, prevail, in this case.