DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG/LEK |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ADDITUR OF** |
| | ) | **COMPREHENSIVE DAMAGES;** |
| vs. | ) | **DECLARATION OF COUNSEL;** |
| | ) | **EXHIBIT 1; CERTIFICATE OF** |
| MICHAEL CHERTOFF, Secretary, | ) | **SERVICE** |
| Department of Homeland Security; | ) | |
| JOHN DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ADDITUR OF COMPREHENSIVE DAMAGES**

COMES NOW, Plaintiff RAYMOND WARE, by and through his attorney,

Daphne E. Barbee, and moves this Court for additur of comprehensive damages in

the instant case.

This motion is based upon the files and records in this case, the evidence

adduced at trial, the attached jury verdict, and 1991 Civil rights Act, 42 U.S.C.

2000(e)(5)(g), Declaration of Counsel, and such further matters as may be presented at a hearing on this matter.

DATED: Honolulu, Hawaii, 3-26-08.

_____
DAPHNE E. BARBEE
Attorney for Plaintiff RAYMOND WARE