DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG/LEK |
| ) | |
| Plaintiff, ) | **MOTION TO AMEND JUDGMENT** |
| ) | **FILED MARCH 27, 2008 TO** |
| vs. ) | **INCLUDE BACK PAY AND** |
| ) | **REINSTATEMENT OR FUTURE** |
| MICHAEL CHERTOFF, Secretary, ) | **PAY; DECLARATION OF** |
| Department of Homeland Security; ) | **COUNSEL; EXHIBITS 1a-2a;** |
| JOHN DOES 2-5, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendants. ) | Judge:    Helen Gillmor |
| ) | Hearing Date: |
| ) | |

### MOTION TO AMEND JUDGMENT FILED MARCH 27, 2008 TO INCLUDE BACK PAY AND REINSTATEMENT OR FUTURE PAY

COMES NOW, Plaintiff RAYMOND WARE, by and through his attorney, Daphne E. Barbee, and moves this Court pursuant to Rule 54(b) FRCP to amend judgment filed on March 27, 2008 to include damages of back pay, reinstatement or future pay, to be determined by the Court.

This motion is made pursuant to Rule 52(a), 52(b), and 59(c) FRCP and is based upon the records and files in this case, the attached Declaration of Counsel and exhibits, and such further matters as may be presented at a hearing on this motion.

DATED: Honolulu, Hawaii, 3-31-08

_____
DAPHNE E. BARBEE
Attorney for Plaintiff