Exhibit No. 2

## NOTIFICATION OF PERSONNEL ACTION

| | | |
|---|---|---|
| 1. Name (Last, First, Middle): WARE, RAYMOND E | 2. Social Security Number: 65971 | 3. Date of Birth: — |
| | | 4. Effective Date: 11-25-03 |

### FIRST ACTION

| A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| | | | |

| C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| ZVC | P.L. 107-71 | | |

| E. Code | 5-F. Legal Authority | 8-E. Code | 8-F. Legal Authority |
|---|---|---|---|
| | | | |

**FROM: Position Title and Number**
SUPERVISORY TRANS. SECURITY SCREENER
PD NO=SA-HNLSG    BU NO=APTSCR
ORG=2B11HNL00    CST CNTR=211HNL

**15. TO: Position Title and Number**

| Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SV | 0019 | G | 00 | $41,652 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $41,652 | $0 | $41,652 | $0 | | | | |

**14. Name and Location of Position's Organization**
AUS FOR AVIATION OPERATIONS
AVIATION OPERATIONS DIVISION
WESTERN AREA
HONOLULU INTERNATIONAL AIRPORT

**22. Name and Location of Position's Organization**

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other | 0 - None   2 - Conditional | | YES   [X] NO |
| 2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 1 - Permanent   3 - Indefinite | | |
| 1 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC LIFE ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 04-14-02 | F | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General | E - Exempt | SEE REMARKS BELOW | 8888 |
| 2 - Excepted Service   4 - SES Career | N - Nonexempt | | |
| 2 | E | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 15-2400-003 | HONOLULU, HONOLULU, HI |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

**45. Remarks**
APPROP = 05AV.000/000/APTSCR/2B11HNL00/1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND G, SPECIALIZED JOB CATEGORY, MANAGER LEVEL 1. FWD ADDRES = 1255 NUUANU AVENUE, #E1212, HONOLULU, HI, 96817

SF-2819 PROVIDED. LIFE INSURANCE COVERAGE EXTENDED 31 DAYS DURING WHICH YOU ARE ELIG TO CONVERT TO AN INDIV POLICY (NONGROUP). HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE ALSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO 18 MONTHS.   LUMP SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY/TSA | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| HSBC | 1598 | 04-01-04 | APPROVING OFFICIAL |

TURN OVER FOR IMPORTANT INFORMATION
1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

EXHIBIT 20