Exhibit No. 3

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number<br>99-6001257 | | | 1 Wages, tips, other compensation<br>13906.05 | 2 Federal income tax withheld<br>828.07 |
| c Employer's name, address, and ZIP code<br>CITY AND COUNTY OF HONOLULU<br>530 S. King Street<br>Honolulu, Hawaii 96813<br>9046-N1N | | | 3 Social security wages<br>13906.05 | 4 Social security tax withheld<br>862.18 |
| | | | 5 Medicare wages and tips<br>13906.05 | 6 Medicare tax withheld<br>201.64 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name<br>RAYMOND E        WARE | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| | | | 14 Other | 12c |
| HONOLULU    HI  96837 | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state I.D. No.<br>HI   10016001 | 16 State wages, tips, etc.<br>13906.05 | 17 State income tax<br>634.70 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Department of the Treasury--Internal Revenue Service

Form **W-2**  Wage and Tax Statement   **2005**

Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return

---

TEAR OR CUT HERE

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number<br>99-6001257 | | | 1 Wages, tips, other compensation<br>13906.05 | 2 Federal income tax withheld<br>828.07 |
| c Employer's name, address, and ZIP code<br>CITY AND COUNTY OF HONOLULU<br>530 S. King Street<br>Honolulu, Hawaii 96813<br>9046-N1N | | | 3 Social security wages<br>13906.05 | 4 Social security tax withheld<br>862.18 |
| | | | 5 Medicare wages and tips<br>13906.05 | 6 Medicare tax withheld<br>201.64 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name<br>RAYMOND E        WARE | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| | | | 14 Other | 12c |
| HONOLULU    HI  96837 | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state I.D. No.<br>HI   10016001 | 16 State wages, tips, etc.<br>13906.05 | 17 State income tax<br>634.70 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Department of the Treasury--Internal Revenue Service

Form **W-2**  Wage and Tax Statement   **2005**