Exhibit No. 4

 Transportation Security Administration

# Pay Scales at TSA (2008)

*TSA Careers*

We are unique among our fellow Federal employees because we do not use the standard GS grading system you may be familiar with. We use an "SV" grading system, which is a system of discrete grades with pay ranges that differ from GS pay ranges. These discrete grades, which are identified by letters rather than numbers, have minimum and maximum rates.

In the table below, we show the ranges for each pay band.

| Pay Band | Minimum | Maximum |
| --- | --- | --- |
| A | $16,357 | $23,914 |
| B | $18,738 | $27,331 |
| C | $21,223 | $31,886 |
| D | $24,432 | $36,648 |
| E | $28,055 | $42,135 |
| F | $32,196 | $48,346 |
| G | $37,683 | $58,388 |
| H | $45,965 | $71,225 |
| I | $56,007 | $86,857 |
| J | $68,327 | $105,906 |
| K | $81,681 | $126,611 |
| L | $97,624 | $149,000 |
| M | $115,120 | $149,000 |

Basic rates are limited to $149,000. The above rates do not include locality pay. Pay rates, including locality pay, are limited to $158,500.

Transportation Security Administration | U.S. Department of Homeland Security



Transportation
Security
Administration

# Airport Security Careers

*TSA Careers*

Where do your interests lay? There are numerous positions in the security field with unique roles and responsibilities, and each one is a vital part of our team. The list below shows some of the opportunities available at airports across the country and in U.S. Territories. The exact number and kinds of positions at an airport will vary depending on the size and particular needs of the location.

- Interested in starting your career behind the scenes as part of our security staff? Click here to search for an opening near you
- Looking to work directly with travelers and being part of our team of Transportation Security Officers? Click here to find an opportunity near you.
- Does your local airport participate in our Screening Partnership Program? Looking to join one of our private screening partners? Click here and find out how.

**Typical Airport Security position descriptions**

## Airport Security Management and Staff

- Federal Security Director
- Assistant Federal Security Director - Regulatory Inspection
- Assistant Federal Security Director - Screening
- Customer Support and Quality Improvement Manager
- Financial Specialist
- Management Analyst
- Secretary
- Stakeholder Liaison

## Airport Security Operations

- Scheduling Operations Officer
- Aviation Regulatory Inspector
- Inspector - Dangerous Goods & Cargo
- Transportation Security Manager, **Bands H/I**
- Supervisory Transportation Security Officer, **Band G**
- Expert Transportation Security Officer, **Band G**
- Lead Transportation Security Officer, **Band F**
- Master Transportation Security Officer, **Band F**
- Transportation Security Officer (Screener), **Bands D/E**

## Additional Resources

- Learn how to become a member of the TSA team
- TSA Pay Bands and Pay Scales
- Read About Our Career Benefits

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | **DECLARATION OF COUNSEL** |
| vs. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5, | |
| Defendants. | |

## DECLARATION OF COUNSEL

I, Daphne E. Barbee, declare under penalty of perjury as follows:

1. Declarant is the attorney who represents Plaintiff Raymond Ware in the above-entitled action.

2. The jury returned a verdict in favor of Plaintiff Mr. Ware on March 20, 2008, however awarded zero compensatory damages.

3. According to the Court's jury instructions, back pay damages and front pay damages will be determined by the Court if the jury finds in favor of Mr. Ware. See Exhibit 5, attached.

4. Defendant Homeland Security stipulated that in the event Mr. Ware

prevailed on the liability portion of his discrimination lawsuit, it agrees that he would not have been terminated on November 25, 2003..

FURTHER DECLARANT SAYETH NAUGHT.

DATED:   Honolulu, Hawaii   3-26-08

_____
DAPHNE E. BARBEE
Attorney for Plaintiff