**Exhibit  No.    2a**

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

RAYMOND WARE

Plaintiff(s),

V.

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CIVIL NO 04-00671 HG-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 27, 2008

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[✓] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff and against the defendant with fair and reasonable compensation to plaintiff for the injuries in the amount of zero, pursuant to the Verdict Form, filed on March 20, 2008.

March 27, 2008                                         SUE BEITIA
Date                                                   By) Deputy Clerk