# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee, Esq. |
| ATTYS FOR DEFT: | Thomas A. Helper, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | April 4, 2008 | TIME: | |

COURT ACTION: EO:

    MOTION TO AMEND JUDGMENT FILED MARCH 27, 2008 TO INCLUDE BACK PAY AND REINSTATEMENT OF FUTURE PAY (Doc. 222);

    MOTION FOR DETERMINATION OF BACK PAY, REINSTATEMENT AND FRONT PAY (Doc. 220); and

    MOTION FOR ADDITUR OF COMPREHENSIVE DAMAGES (Doc. 221)

    The Court will decide the above-referenced motions without a hearing. Defendant has until on or before **April 18, 2008** to file a response to Plaintiff's motions.

    The Judgment entered on March 27, 2008 (Doc. 219) reflects the jury's verdict but is not a final judgment from which an appeal may be taken as the issues of back pay, reinstatement/front pay remain before the Court.

    Submitted by Leslie L. Sai, Courtroom Manager