DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 07 2008

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND RELATED NON-TAXABLE COSTS; DECLARATION OF COUNSEL; EXHIBITS 1-3; DECLARATION OF MICHAEL NAUYOKAS; EXHIBITS A-B; DECLARATION OF RONALD ALBU; EXHIBITS A-B; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5, | |
| Defendants. | |
| | TRIAL DATE:   March 11, 2008 |
| | JUDGMENT DATE:   March 27, 2008 |
| | JUDGE:   Helen Gillmor |

**PLAINTIFF'S MOTION FOR ATTORNEY'S
FEES AND RELATED NON-TAXABLE COSTS**

TO THE HONORABLE COURT:

COMES NOW, Raymond Ware ("Plaintiff"), Plaintiff in the above-captioned matter, by and through his attorney, DAPHNE E. BARBEE, pursuant to Local Rule 54.3, hereby moves for Attorneys' Fees and Related Non-taxable Expenses incurred by the firm of Daphne E. Barbee.  The applicable judgment was filed on March 27, 2008.  Title VII of the Civil Rights Act of 1964, as amended, provides that the prevailing party may be awarded reasonable attorneys' fees within the discretion of the Court.  42 U.S.C. § 2000e-5(k).  The amount of Attorneys' Fees sought herein is $134,652.05 and the amount of Related Non-taxable Expenses sought herein is $1,651.06.

DATED:    Honolulu, Hawaii    4-7-08    .

_____
DAPHNE E. BARBEE
Attorney for Plaintiff