Exhibit No. 1

DAPHNE E. BARBEE                RESUME OF QUALIFICATIONS
Attorney at Law
1188 Bishop Street, Suite 1909
Honolulu, Hawaii 96813                    Telephone: (808) 533-0275

---

**EDUCATION**   J.D. -- June 1979
University of Washington

Certificate in International Law -- Summer 1983
Peace Palace, The Hague, Netherlands

B.A. Degree -- Philosophy -- December 1975
University of Wisconsin, Madison, Wisconsin


**LICENCE TO PRACTICE:**   U.S. Supreme Court 1996
Ninth Circuit Court of Appeals 1981
Seventh Circuit Court of Appeals 1987
U.S. District Court of Western Washington 1980
U.S. District Court of Hawaii 1981
Hawaii Supreme Court 1981
Washington Supreme Court 1980


**LEGAL WORK EXPERIENCE:**

October 1984   Daphne E. Barbee, Attorney at Law
to 1998 and April   Honolulu, HI
2001 to Present   PRIVATE PRACTICE
General Practice of Law focusing on civil rights litigation, family, labor, Constitutional, appellate law, employment discrimination and criminal law. Taught law at Chaminade University, Honolulu, HI. Lectured on Civil Rights to various groups and classes throughout Hawaii.


SR. TRIAL ATTORNEY
November 1998   U.S. Equal Employment Opportunity Commission
to April 2001   300 Ala Moana Blvd. #7127
Honolulu, HI 96813

Enforced Federal Employment Discrimination law, Title VII of the Civil Rights Act, Americans with Disabilities Act, Equal Pay Act and Age Discrimination in Employment Act. Litigated cases in Hawaii, Commonwealth of Northern Mariana Islands, and Guam. Cases litigated include EEOC v. EJ International, (sex harassment in Saipan); EEOC v. Sako (class action pregnancy and retaliation discrimination

|  |  |
|---|---|
|  | LEGAL WORK EXPERIENCE (continued) in Saipan), EEOC v. Lufthansa Services Guam, (age discrimination class case in Guam); EEOC v. Safeway, (sex harassment and retaliation discrimination case in Hawaii) and EEOC v. Micro Pacific Development Inc., (retaliation case in Saipan). All case resulted in Consent Decrees favorable to the EEOC and provided significant monetary damages to complainants. |
| May 1985<br>to<br>May 1986 | Independent Grand Jury Counsel<br>First Circuit Court<br>Honolulu, HI |
| October 1981<br>to<br>August 1984 | Public Defender's Office<br>Honolulu, HI<br>STAFF ATTORNEY<br><br>Provide legal representation for clients in criminal law matters. Duties include legal research, trial litigation, writing appellate briefs and memorandum. |
| September 1979<br><br>June 1980 | Office of Women's Rights, and Office of Human to Rights<br>City of Seattle, Seattle, Washington<br>Conducted settlement agreements and fact finding conferences and investigated discrimination complaints from various protected groups; conducted workshops on sexual harassment. |
| September 1978<br>to<br>June 1979 | Legal Aid Society<br>Seattle, WA<br>LEGAL INTERN<br><br>Represent clients for various legal problems. Landlord- tenant cases, Divorce, automobile accidents, insurance and contractual legal problems. This job was an intern program for third year law students. |
| June 1978<br>to<br>September 1978 | Northwest Labor & Employment Law Office<br>Seattle, WA<br>LEGAL INTERN<br><br>Duties consisted of legal research, memo writing, interviewing witnesses, preparing pre-trial statements and depositions for staff attorneys. Worked on Antonio v. Ward's Cove case, a race discrimination law suit against Alaskan Canneries. |

| | |
|---|---|
| **MEMBERSHIPS** | U.S. Commission on Civil Rights-Hawaii Advisory (2007-present)<br>Hawaii Civil Rights Commission, Commissioner (1989 - 1995)<br>Hawaii State Bar Association<br>Hawaii Women Lawyers<br>Afro-American Lawyers Association of Hawaii<br>Hawaii Association of Criminal Defense Lawyers<br>Board of Bar Examiners (1993 - present)<br>Hawaii Medical Claims Panel (DCCA)<br>National Employment Lawyers Association (NELA)<br>National Bar Association (NBA) |
| **PUBLICATIONS:** | <u>Hawaii Bar Journal</u>, The Lawgiver: George Marion Johnson, J.D., LLD, February 2005<br><u>Hawaii Bar Journal</u>, " Hawaii's First Black Lawyer" February 2004.<br><u>Hawaii Bar Journal</u>, "Spreading the Aloha of Civil Rights", October 1999.<br><u>Hawaii Women Lawyers</u> "Our Rights, Our Lives" hand book, contributing writer, co-editor for 3rd Edition, December 1996.<br><u>Essence Magazine</u>, African Americans in Hawaii, April 1994.<br><u>Hawaii Bar Journal</u>, "Hawaii Civil Rights Commission", August 1993.<br>"They Followed the Trade <u>Winds: African Americans in Hawaii,</u> 2004, "The Politics of Change: Law and African Americans in Twentieth-Century Hawaii", |
| <u>References</u> | Available on request |