Exhibit No. 2

**EXHIBIT 2**
**ITEMIZATION OF DAPHNE E. BARBEE'S ATTORNEY'S FEES**
<u>Ware v. Chertoff</u>, Civil No. 04-00671 HG/LEK

| Date: | Work Description: | Hours: |
|---|---|---|
| 9-5-03 | Client Consultation, Meeting with EEO investigator | 1.5 |
| 9-5-03 | Designation of Rep to Office of Civil Rights | .1 |
| 9-8-03 | Client Consultation | 1.5 |
| 9-8-03 | Letter to TSA Civil Rights | .1 |
| 9-8-03 | Review documents and assist in EEO complaint | 2.0 |
| 10-20-03 | Letter from TSA EEO, re: Discrimination complaint | .3 |
| 10-20-03 | Review with Client | .2 |
| 10-28-03 | Letter to TSA, re: EEO Complaint | .1 |
| 11-21-03 | Letter to TSA, re: Office of Civil Rights | .1 |
| 11-26-03 | Letter to Sidney Hayakawa, re: Discrimination | .2 |
| 12-06-03 | Read FOIA letter to Mr. Ware and Attorney | .2 |
| 12-24-03 | Letter to Ware | .1 |
| 12-31-03 | Letter to TSA Human Resource, re: Discipline Review | .2 |
| 1-2-04 | Letter to Office of Civil Rights, Assist in EEO complaint Client Consultation | 1.5 |
| 1-5-04 | Letter to Ware | .1 |
| 3-1-04 | Letter to TSA | .1 |
| 3-20-04 | Client Consultation, re: Affidavit for EEO | 2.0 |
| 3-20-04 | Letter from EEO investigator | .1 |
| 3-22-04 | Client Consultation | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 3-23-04 | Letter to EEO | .1 |
| 3-31-04 | Letter to EEO investigator | .2 |
| 4-15-04 | Letter from TSA, re: Ware Complaint, Client Consultation | .5 |
| 5-20-04 | Rebuttal Declaration, Client Consultation | 1.5 |
| 5-20-04 | Letter from EEO investigator | .2 |
| 6-12-04 | Received and Reviewed EEO Report of Investigation | 4.5 |
| 7-7-04 | Letter to TSA requesting EEO investigation report | .1 |
| 7-25-04 | Researched and Prepared Complaint | 1.0 |
| 7-26-04 | Complaint | 1.5 |
| 8-4-04 | Letter to TSA requesting EEO investigation report | .1 |
| 8-17-04 | Review letter from TSA and EEO file | 2.5 |
| 8-20-04 | Request for Final Decision | .1 |
| 8-20-04 | Client Consultation | 2.0 |
| 8-24-04 | Letter from TSA | .2 |
| 11-10-04 | Researched and Prepared Complaint | 2.0 |
| 11-12-04 | Completed and Filed Complaint | .5 |
| 1-24-05 | T/C and Agreement to Stipulate Time to Answer Complaint | .2 |
| 1-25-05 | Review Stipulation | .1 |
| 1-31-05 | Report Draft of Parties Planning Meeting | .3 |
| 2-1-05 | Review Answer to Complaint | .2 |
| 2-1-05 | Review Defendant's Scheduling Conference | .1 |
| 2-3-05 | Prepare Plaintiff's Scheduling Conference Statement | .4 |

| Date | Description | Hours |
|---|---|---|
| 2-7-05 | Attended Scheduling Conference in Court | .4 |
| 2-8-05 | Reviewed Scheduling Conference Order | .2 |
| 4-9-05 | Review Letter from Client | .1 |
| 6-1-05 | Motion and Stip to Amend Rule 16 Conference Order | 1.0 |
| 7-25-05 | Status Conference | .4 |
| 7-27-05 | Client Conference | 1.0 |
| 9-12-05 | Status Conference | .3 |
| 9-16-05 | Review Amended Rule 16 Conference | .2 |
| 9-26-05 | Review Defendant's Answer to Amended Complaint | .2 |
| 9-30-05 | Prepare Plaintiff's Response to Interrogatories, Client Conference | 2.5 |
| 9-30-05 | Prepare Plaintiff Request for Interrogatories to Defendant | 2.0 |
| 11-9-05 | Stipulated Protective Order, re: Personnel Files | .5 |
| 11-23-05 | Review Defendant's Response to Plaintiff's First Requests for Answers to Interrogatories and Production of Documents | 1.5 |
| 12-11-05 | Prepared Motion to Compel, re: Personnel Files | 1.0 |
| 12-12-05 | Complete Plaintiff's Motion to Compel | 2.5 |
| 12-28-05 | Reviewed Defendant's Memorandum in Opposition | 1.0 |
| 1-3-06 | Reply to Defendant's Memorandum in Opposition | 1.0 |
| 1-12-06 | Review Judge Kobayashi's Court Order inclination | .4 |
| 1-13-06 | Hearing on Motion to Compel | 1.0 |
| 1-22-06 | Letter to Helper, re: Personnel records of TSA employees promoted over Ware | .2 |
| 3-16-06 | Letter to Helper, re: Personnel files discovery and screening | .2 |

| Date | Description | Hours |
|---|---|---|
| 3-20-06 | Plaintiff's Second Motion to Compel | 2.5 |
| 3-24-06 | Read Order, re: Hearing | .1 |
| 3-29-06 | Status Conference | .5 |
| 4-3-06 | Read Amended Rule 16 Scheduling Conference | .1 |
| 4-27-06 | Status, re: Motion to Compel, Reviewed Defendant's Memo in Opposition to Plaintiff's Second Motion to Compel Discovery | 1.5 |
| 4-28-06 | Read Email EEO Status, re: Motion to Compel | .1 |
| 5-4-06 | Plaintiff's Reply Memorandum | 1.5 |
| 5-5-06 | Court's EEO and Order on Second Motion to Compel | 1.0 |
| 5-8-06 | Plaintiff's Supplemental Authority, re: Second Motion to Compel | 1.5 |
| 5-12-06 | Legal Research | 3.0 |
| 5-13-06 | Letter to Attorney Helper, re: Personnel Records | .2 |
| 5-15-06 | Hearing on Motion to Compel | .5 |
| 5-15-06 | Client Conference | .2 |
| 5-17-06 | Letter to Helper, re: Production of Documents | .1 |
| 5-17-06 | Plaintiff's Request for Production of Document to Defendant | 1.5 |
| 5-20-06 | Reviewed Order, re: Motion to Compel | 3.0 |
| 6-14-06 | Review Defendant's Motion for Summary Judgment and Concise Statements | 3.5 |
| 6-15-06 | Legal research, re: Defendant's Motion for Summary Judgment | 4.0 |
| 6-28-06 | Motion to Continue Summary Judgment | .5 |
| 6-28-06 | Letter, re: Dismissal of EEO Complaint from Department of Homeland Security | .1 |

| Date | Description | Hours |
|---|---|---|
| 7-12-06 | Reviewed Defendant's Response to Plaintiff's Request for Production of Documents | 2.0 |
| 8-20-06 | Legal Research | 4.5 |
| 8-21-06 | Legal Research | 4.5 |
| 8-28-06 | Plaintiff's Memo in Opposition to Defendant's Motion for Summary Judgment | 5.0 |
| 8-28-06 | Plaintiff's Concise Statement | 3.0 |
| 8-30-06 | Plaintiff Amendment to Memo in Opp to Defendant's Motion for Summary Judgment | 2.5 |
| 9-7-06 | Reviewed Defendant's Response to Summary Judgment | 3.0 |
| 9-14-06 | Plaintiff's Supplemental Response to Defendant's Concise Statements | 2.5 |
| 9-18-06 | Hearing | .5 |
| 9-18-06 | Reviewed Court's Order | .2 |
| 9-21-06 | Reviewed Amended Rule 16 Schedule | .1 |
| 9-22-06 | Reviewed Change of Pretrial Conference Date | .1 |
| 9-25-06 | Reviewed Amended Pretrial Conference | .1 |
| 11-14-06 | Plaintiff's Notice of Deposition | .1 |
| 12-18-06 | Prepare Kamahele Deposition | 4.5 |
| 12-18-06 | Stipulation to Continue Discovery Deadline | .3 |
| 12-19-09 | Kamahele Deposition (9:00 a.m. – 11:45 a.m.) | 2.7 |
| 12-19-06 | Letter to Kamahele's Attorney, re: Deposition and Objections | .2 |
| 12-20-06 | Client Consultation | 1.0 |
| 2-2-07 | Letter brief to Judge Kobayashi, re: Kamahele discovery | 1.0 |

| | | |
|---|---|---|
| 2-5-07 | Review Kamahele's attorney's letter brief | 1.0 |
| 2-5-07 | Read Discovery Order | .1 |
| 2-8-07 | Discovery Conference, re: Kamahele | .2 |
| 4-3-07 | Status Conference | .2 |
| 4-9-07 | Amended Rule 16 Order | .2 |
| 5-9-07 | Signed Stipulation, re: Continuance of Deadline | .1 |
| 5-9-07 | Letter from Helper | .3 |
| 5-11-07 | Discussed, Reviewed, and Signed Stipulation Protective Order | .5 |
| 5-14-07 | Reviewed Defendant's Second Motion to Dismiss | 3.0 |
| 5-17-07 | Reviewed Defendant's Concise Statement | 1.5 |
| 5-25-07 | Declaration of Drake | 1.0 |
| 5-25-07 | Client Conference | .5 |
| 5-28-07 | Discovery dispute legal research | 4.0 |
| 5-28-07 | Letter to Judge Kobayashi, re: Discovery Dispute | 1.5 |
| 6-25-07 | Legal Research | 6.5 |
| 6-27-07 | Reviewed and Signed Defendant's Stipulation to Continue Summary Judgment Hearing | 2.0 |
| 7-2-07 | Legal Research | 4.5 |
| 7-2-07 | Met witness Drake | .5 |
| 7-2-07 | Drafted Plaintiff's Motion in Opposition | 4.5 |
| 7-2-07 | Drafted Plaintiff's Concise Statement | 4.0 |
| 7-3-07 | Finished Draft of Plaintiff's Memo in Opp | 5.5 |
| 7-3-07 | Drafted Plaintiff's Concise Statement | 3.0 |

| Date | Description | Hours |
|---|---|---|
| 7-12-07 | Reviewed Defendant's Reply Memorandum | 2.0 |
| 7-20-07 | Letter from Helper, re: Hayakawa | .2 |
| 7-23-07 | Hearing on Second Summary Judgment | .5 |
| 7-24-07 | Plaintiff's Redacted Exhibits | 1.0 |
| 8-1-07 | Plaintiff's Review of Order | .3 |
| 8-6-07 | Milagros Drake Deposition | 2.5 |
| 8-6-07 | Client Conference | .3 |
| 8-7-07 | Review Amended Rule 16 | .2 |
| 9-27-07 | Reviewed Defendant's Third Motion for Summary Judgment | 2.0 |
| 9-28-07 | Legal Research | 3.0 |
| 10-1-07 | Letter to MSPB, re: Kamahele decision | .1 |
| 10-19-07 | Legal Research | 8.0 |
| 11-19-07 | Prepared Plaintiff's Concise Statement | 3.5 |
| 11-21-07 | Plaintiff's Concise Statement | 4.0 |
| 11-21-07 | Plaintiff's Memo in Opp to Defendant's Third Motion for SJ | 6.5 |
| 11-30-07 | Consult with client | 1.0 |
| 11-30-07 | Prepare for Hearing | 1.5 |
| 12-10-07 | Third Summary Judgment Motion Hearing | 1.0 |
| 12-17-07 | Prepare Pretrial Statement | 1.0 |
| 12-20-07 | Read Summary Judgment Order | 1.0 |
| 12-21-07 | Read Defendant's Pretrial Statement | .3 |
| 12-30-07 | Plaintiff's Third Request for Production of Documents | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 1-3-08 | Pretrial Conference | .5 |
| 1-8-08 | Ware Consultation | 2.5 |
| 1-10-08 | Ware Deposition Prep | 2.0 |
| 1-11-08 | Ware Deposition ( Court reporter late) | 1.0 |
| 1-11-08 | Ware Deposition (11:00 a.m. – 3:53 p.m.) | 4.0 |
| 1-14-08 | Discussion, re: Exhibits | 1.0 |
| 1-14-08 | Trial Prep and Legal Research | 4.0 |
| 1-15-08 | Review Stipulation, re: Exhibits | .2 |
| 1-15-08 | Plaintiff's Opposition to Defendant's Exhibits | .1 |
| 1-15-08 | Final Naming of Witnesses | 1.0 |
| 1-15-08 | Plaintiff's Motion in Limine No.1 | 1.0 |
| 1-15-08 | Legal Research | 2.0 |
| 1-15-08 | Plaintiff's Motion in Limine to Disqualify Ken Kamahele | .5 |
| 1-15-08 | Plaintiff's Motion in Limine No. 2 | .5 |
| 1-15-08 | Research and Review Defendants Motion in Limine to Exclude Witness not Disclosed by Plaintiff Prior to Discovery Deadline | 2.0 |
| 1-16-08 | Letter to Helper, re: Witnesses | .1 |
| 1-16-08 | Review Defendants Motion in Limine, re: Personnel Decisions other than Plaintiff Research Motion for Reply | 3.0 |
| 1-17-08 | Prepared Settlement Conference Statement | 2.5 |
| 1-18-08 | Settlement Conference | .5 |
| 1-19-08 | Witness trial Prep | 2.5 |
| 1-21-08 | Plaintiff's Trial Memorandum | 2.0 |

| Date | Description | Hours |
|---|---|---|
| 1-22-08 | Review Helper letter, re: Witness phone number and address | .1 |
| 1-22-08 | Witnesses Consultation | 1.0 |
| 1-22-08 | Letter to Helper, re: Stip to Adverse Employment Action | .1 |
| 1-22-08 | Prepare Plaintiff Voir Dire Questions | 2.5 |
| 1-22-08 | Reviewed Defendant's Proposed Voir Dire | 1.0 |
| 1-22-08 | Reviewed Defendant's Proposed Jury Instructions | 1.5 |
| 1-22-08 | Reviewed Defendant Statement, re: Plaintiff Motion in Limine No. 2 | .2 |
| 1-22-08 | Plaintiff's Reply to Defendants Motion in Limine, re: Personnel Decisions other than Plaintiff | 2.0 |
| 1-22-08 | Plaintiff's Reply to Defendants Motion in Limine to Exclude Witnesses | 2.5 |
| 1-22-08 | Plaintiff's Concise Statement of the Case | .3 |
| 1-23-08 | Review Defendant's Memo in Opp to Motion in Limine No. 1 | 1.0 |
| 1-23-08 | Review Defendant's Memo in Opp to Motion to Disqualify Ken Kamahele and Research Case | 1.0 |
| 1-23-08 | Reviewed Defendants Trial Brief | 1.0 |
| 1-24-08 | Legal Research | 2.0 |
| 1-24-08 | Letter to Court, re: Cases on hearsay | .1 |
| 1-25-08 | Trial Prep, Review of Documents | 2.5 |
| 1-25-08 | Pretrial and Hearing on Motion in Limine | 1.0 |
| 1-28-08 | Plaintiff's Response to Order Requiring Written Proffers | 1.0 |
| 1-29-08 | Final Pretrial and Second Hearing on Motion in Limine | .5 |
| 1-30-08 | Ware Trial Prep | 3.0 |

| Date | Description | Hours |
|---|---|---|
| 2-2-08 | Trial Prep and Review of documents | 6.5 |
| 2-3-08 | Review Documents (Personnel Records given) | 6.0 |
| 2-4-08 | Review Personnel Records | 4.5 |
| 2-6-08 | Letter to Witnesses (Walter, Sundobal, Abdul Shafiq, Wiley) | .3 |
| 2-7-08 | Plaintiff's Second Response to Order Requiring Proffer | 2.0 |
| 2-11-08 | Pretrial Conference | .5 |
| 2-26-08 | Letter and Subpoena to Wiley | .1 |
| 2-26-08 | Letter and Subpoena to Sundobal | .1 |
| 2-26-08 | Letter and Subpoena to Abdul Shafiq | .1 |
| 2-26-08 | Letter and Subpoena to Waters | .1 |
| 2-26-08 | Letter and Subpoenas to Helper | .1 |
| 2-27-08 | Letter to Judge Gillmor, re: New S.Ct Case, SCI/Management | .1 |
| 3-3-08 | Consult with Witness Wiley | .2 |
| 3-4-08 | Motion to Allow Videotape Witness Testimony | 1.0 |
| 3-4-08 | Ex Parte Motion Hear Motion to Allow Videotape | .5 |
| 3-5-08 | Letter to Judge Gillmor | .1 |
| 3-5-08 | Client Consultation, Witness Prep | 1.0 |
| 3-5-08 | Trial Prep | 4.0 |
| 3-8-08 | Trial Prep | 8.0 |
| 3-9-08 | Trial Prep | 4.5 |
| 3-10-08 | Letter to Court, re: Trial and Laryngitis | .1 |
| 3-10-08 | Trial Prep | 3.5 |

| Date | Description | Hours |
|---|---|---|
| 3-10-08 | Status Conference by Phone | .2 |
| 3-10-08 | Review Court's Order, re: Motion in Limine | 1.0 |
| 3-11-08 | Jury Trial, Voir Dire (9:00 a.m. – 12:00 p.m.) | 3.0 |
| 3-11-08 | Trial Prep (1:30 p.m. – 9:30 p.m.) | 8.0 |
| 3-12-08 | Plaintiff's Second Proposed Jury Instructions and Verdict Forms | 1.0 |
| 3-12-08 | Reviewed Defendant's Supplemental Jury Instructions | .5 |
| 3-12-08 | Read Defendant's Motion to Bifurcate | .5 |
| 3-12-08 | Meet and Confer, re: Instructions | .5 |
| 3-12-08 | Jury Trial (9:00 a.m. – 12:00 p.m., 1:30 p.m. – 4:30 p.m.) | 6.0 |
| 3-12-08 | Trial Prep (5:30 p.m. – 9:00 p.m.) | 3.5 |
| 3-13-08 | Jury Trial (9:00 a.m. – 12:00 p.m.) | 3.0 |
| 3-14-08 | Jury Trial (9:00 a.m. – 4:30 p.m.) | 7.5 |
| 3-14-08 | Jury Instructions (4:30 p.m. – 5:45 p.m.) | 1.25 |
| 3-17-08 | Jury Trial (9:00 a.m. – 12:00 p.m.) | 3.0 |
| 3-18-08 | Jury Deliberations, Answer Two Jury Questions | 1.0 |
| 3-19-08 | Jury Deliberations, Client Meeting | 1.0 |
| 3-20-08 | Jury Verdict | .5 |
| 3-24-08 | Legal Research | 2.5 |
| 3-25-08 | Prepare Motion for Determination of Back Pay | 6.5 |
| 3-28-08 | Prepare Motion to Amend Judgment | 4.5 |
| 4-1-08 | Research and Prepare Attorney Fees | 8.5 |
| 4-2-08 | Research and Prepare Costs | 2.0 |

| | | |
|---|---|---|
| 4-3-08 | Prepare Attorney Fees and Memorandum | 2.5 |
| 4-3-08 | Status Settlement Conference | .5 |
| 4-4-08 | Review Attorney Fees request and Costs and Memo | 4.5 |

**TOTAL HOURS** ................ 369.45
**x $350.00/hour** ................ $129,307.50
**x 4.7 GE Tax** ................ $6077.45
**TOTAL AMOUNT** ................ $135,384.95