Exhibit No. 3

### EXHIBIT 3

### LITIGATION COSTS
### Ware v. Chertoff, Civil No. 04-00671 HG/LEK

| | |
|---|---|
| Filing Fee and Certified Copies of Complaint | $204.00 |
| Deposition of Kamahele, Miyata Court Reporter | $399.79 |
| Subpoena Witness | $56.30 |
| Service of Complaint | $25.00 |

Witness Fees
    Willey                   $40.00
    Walters                 $40.00
    Sundabal             $40.00
    Abdul-Shafiq        $40.00
    Ching Ware          $40.00

Copying Charges         $0.15/page

Plaintiff's Exhibits            $168.00
(280 pages x 4 copies = 1,120 pages x $0.15 = $168.00)
Binders.............$18.00 x 3...........$54.00

| Document | Pages | Amount (Pgs x # copies x 15¢) |
|---|---|---|
| Notice of Deposition (Kamahele) | 2 pages, 3 copies | $0.90 |
| Supplemental Concise Statement | 3 pages, 4 copies | $1.80 |
| Plaintiff Concise Statement | 4 pages, 4 copies | $2.40 |
| Complaint, filed November 12, 2004 | 12 pages, 4 copies | $7.20 |
| Report of Parties' Planning Meeting, | | |

| | | |
|---|---|---|
| filed January 31, 2005 | 4 pages, 4 copies | $2.40 |
| Plaintiff's First Request for Production of Documents to Defendants | 8 pages, 3 copies | $3.60 |
| COS Re: Plaintiff's First Request for Production of Documents to Defendants, filed March 8, 2005 | 2 pages, 4 copies | $1.20 |
| Plaintiff's First Request for Answers to Interrogatories to Defendant Sidney Hayakawa | 21 pages, 4 copies | $9.45 |
| COS Re: Plaintiff's First Request for Answers to Interrogatories to Defendant Sidney Hayakawa, filed May 17, 2005 | 2 pages, 4 copies | $1.20 |
| Plaintiff's First Request for Answers to Interrogatories to Defendant Ken Kamahele | 21 pages, 3 copies | $9.45 |
| COS Re: Plaintiff's First Request for Answers to Interrogatories to Defendant Ken Kamahele, filed May 17, 2005 | 2 pages, 4 copies | $1.20 |
| Stipulation to Amend Rule 16 Scheduling Order and Order, filed June 1, 2005 | 6 pages, 4 copies | $3.60 |
| Notice of Hearing, Motion to File First Amended Complaint, filed June 17, 2005 | 18 pages, 4 copies | $10.80 |
| COS Re: Plaintiff's Second Request for Production of Documents to Federal Defendants, filed September 16, 2005 | 2 pages, 4 pages | $1.20 |

| | | |
|---|---|---|
| COS Re: Plaintiff's Response to Defendant's First Request for Answers to Interrogatories and First Request for Production of Documents, filed October 4, 2005 | 2 pages, 4 copies | $1.20 |
| Plaintiff Raymond Ware's Third Request for Production of Documents to Defendant | 8 pages, 3 copies | $3.60 |
| COS Re: Plaintiff's Third Request for Production of Documents to Defendants, filed December 5, 2005 | 2 pages, 4 copies | $1.20 |
| Plaintiff's Second Motion to Compel Discovery, filed March 20, 2006 | 12 pages, 3 copies | $5.40 |
| COS Re: Plaintiff's Fourth Request for Production of Documents to Defendants, filed March 23, 2006 | 2 pages, 3 copies | $0.90 |
| Plaintiff's Reply Memorandum to Federal Defendant's Memorandum in Opposition to Plaintiff's Second Motion to Compel Discovery, filed May 4, 2006 | 4 pages, 4 copies | $2.40 |
| Plaintiff Ware's Concise Statement of Facts in Opposition to Defendant's Motion for Summary Judgment, filed August 28, 2006 | 144 pages, 4 copies | $86.40 |
| Plaintiff's Mem. In Opp to Defendant's Motion to Dismiss | 30 pages, 4 copies | $18.00 |
| Plaintiff's Amendment to Memorandum in Opposition to Federal Defendant's Motion to Dismiss and for Summary Judgment, filed August 30, 2006 | 8 pages, 4 copies | $4.80 |

Plaintiff's Supplemental Response to Defendant's Summary Judgment and Amended Motion to

| | | |
|---|---|---|
| Continue Hearing Date on Defendant's Summary Judgment, filed September 14, 2006 | 15 pages, 4 copies | $9.00 |
| Notice of Motion, Motion to Compel Discovery, filed December 12, 2006 | 52 pages, 4 copies | $31.20 |
| Stipulation for Continue Discovery Deadline and Order, filed December 18, 2006 | 2 pages, 4 copies | $1.20 |
| Discovery Letter to Magistrate Judge Leslie Kobayashi, dated May 28, 2007 | 15 pages, 2 copies | $4.50 |
| Plaintiff's Memorandum in Opposition to Defendants' Second Motion to Dismiss and for Summary Judgment, files July 3, 2007 | 35 pages, 4 copies | $21.00 |
| COS Re: Plaintiff Ware's Concise Statement of Facts in Opposition to Defendant's Second Motion for Dismissal and Summary Judgment, filed July 3, 2007 | 2 pages, 4 copies | $1.20 |
| Plaintiff Ware's Concise Statement of Facts in Opposition to Defendant's Third Motion for Summary Judgment, filed November 21, 2007 | 63 pages, 4 copies | $37.80 |
| Plaintiff's Mem In Opp to Defendant's Third Motion for Summary Judgment | 15 pages, 4 copies | $9.00 |
| Plaintiff's Pretrial Statement, filed December 17, 2007 | 17 pages, 4 copies | $10.20 |
| Plaintiff's Motion in Limine No. 1, filed January 15, 2008 | 16 pages, 4 copies | $9.60 |
| Plaintiff's Motion in Limine No. 2, filed January 15, 2008 | 3 pages, 4 copies | $1.80 |

| | | |
|---|---|---|
| Motion in Limine to Disqualify Kenneth Kamahele from Agency Representative, filed January 15, 2008 | 11 pages, 4 copies | $6.60 |
| Plaintiff's Witness Statement, filed January 15, 2008 | 5 pages, 4 copies | $3.00 |
| Plaintiff's Settlement Conference Statement | 65 pages, 2 copies | $19.50 |
| Plaintiff's Proposed Jury Instructions and Verdict Forms, filed January 22, 2008 | 39 pages, 4 copies | $23.40 |
| Plaintiff Raymond Ware's Proposed Voir Dire Questions, filed January 22, 2008 | 7 pages, 4 copies | $3.15 |
| Plaintiff Ware's Concise Statement of the Case, filed January 22, 2008 | 4 pages, 4 copies | $2.40 |
| Plaintiff's Reply to Defendant's Motion in Limine Regarding Personnel Decisions Other than Plaintiff's Termination, filed January 22, 2008 | 21 pages, 4 copies | $12.60 |
| Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude Witnesses not Disclosed by Plaintiff Prior to Discovery Deadline, filed January 22, 2008 | 27 pages, 4 copies | $16.20 |
| Trial Memorandum, filed January 22, 2008 | 13 pages, 4 copies | $7.80 |

Plaintiff's Response to Order Requiring Written Proffer as to Defendant's Motion in Limine Regarding Personnel Decision other than Plaintiff's Termination and as to Defendant's Motion in Limine to Exclude Witnesses Not

| | | |
|---|---|---|
| Disclosed by Plaintiff Prior to Discovery Deadline, filed January 28, 2008 | 9 pages, 4 copies | $5.40 |
| Plaintiff's Second Response to Order Requiring Written Proffer, filed February 7, 2008 | 26 pages, 4 copies | $15.60 |
| Letter to Honorable Helen Gillmor, with Case Law dated February 27, 2008 | 7 pages, 2 copies | $2.10 |
| Plaintiff's Motion to Have Witness Testify by Video or To Continue Trial, March 4, 2008 | 10 pages, 4 copies | $6.00 |
| Plaintiff's Ex Parte Motion to Shorten Time for Hearing on Plaintiff's Motion to Have Witness Testify by Video or To Continue Trial, filed March 6, 2008 | 7 pages, 4 copies | $4.20 |
| Enlargements of Instructions & Exhibits for Closing | | $25.00 |
| Motion for Determination of Back Pay, Reinstatement or Front Pay, filed March 25, 2008 | 25 pages, 4 copies | $15.00 |
| Motion for Additur of Comprehensive Damages, filed March 27, 2008 | 8 pages, 4 copies | $4.80 |
| Motion to Amend Judgment to Include Back Pay, Reinstatement | 23 pages, 4 copies | 13.80 |
| Subpoena, Haneef Bilal | 2 pages, 3 copies | $0.90 |
| Subpoena Terry Sundobal | 2 pages, 3 copies | $0.90 |
| Subpoena Eli Walters | 2 pages, 3 copies | $0.90 |
| Subpoena Allen Willey | 2 pages, 3 copies | $0.90 |
| Subpoena Drake | 2 pages, 3 copies | $0.90 |

<u>Letters and Correspondence</u>
   57 letters/correspondence, 1 copy each..................................................$8.55


Postage Correspondence (57 letters x .41).............................................   $23.37

              **TOTAL AMOUNT ..........  $1,651.06**