**MICHAEL F. NAUYOKAS**
ATTORNEY AT LAW, MEDIATOR, & ARBITRATOR
PACIFIC GUARDIAN CENTER, MAKAI TOWER
733 BISHOP STREET, SUITE 2300
HONOLULU, HAWAII 96813
EMAIL: MICHAELNAUYOKAS@HAWAII.RR.COM
WWW.MICHAELNAUYOKAS.COM
WWW.ACCTM.ORG/MNAUYOKAS/
WWW.LAWMEMO.COM/ARB/ARBITRATOR/NAUYOKAS.MICHAEL.HTM

MICHAEL F. NAUYOKAS
KELLY NISHIMURA, SR. PARALEGAL

TELEPHONE
(808) 536-0553

FACSIMILE
(808) 531-3860

**Michael F. Nauyokas** has successfully mediated over 1500 compensated employment, labor, multiparty, personal injury, business, contract, real estate, tort, insurance, bad faith, Jones Act, longshore, maritime, commercial, products liability, construction, professional malpractice, bankruptcy, toxic torts, workers' compensation, securities, condominium, community association, qui tam, class actions, financial and other disputes in Hawaii and has been selected as an arbitrator in over 750 more. Over 99% of the cases he mediated were settled in one day or less. To date, all but six subsequently were completely resolved. His settlement rate is the highest known in Hawaii. This makes him one of Honolulu's Preeminent ADR Professionals. Mr. Nauyokas has a boutique law practice specializing in mediation, arbitration and employment and labor law. He has also served as a Court-Appointed Arbitrator, Mediator, Hearings Officer and Special, Discovery & Attorneys' Fees Master, Fees Expert, an Early Neutral Evaluator, an Investigator and a Fact-Finder.

Mr. Nauyokas holds an "AV" rating (the highest possible) under the Martindale-Hubbell Rating System (only 7% of all lawyers nationwide are rated AV), is named in several volumes of the Martindale-Hubbell Bar Register of Preeminent Lawyers (1994-2005)(only 3% of AV rated lawyers are listed), The Best Lawyers Guide and The Best Lawyers in America (in both Alternative Dispute Resolution ("ADR") and Labor & Employment Law) (2000-08), and has been featured in Honolulu Magazine's "The Best Lawyers in Hawaii,"(2002-2007)(only 3% of lawyers are listed), The Honolulu Advertiser's "Leadership Corner" and Midweek's "Newsmakers." He has been nominated for inclusion in Hawaii Super Lawyers 2008, is a Director and Fellow of The American College of Civil Trial Mediators and is the first and only individual in Hawaii certified by the Federal Mediation and Conciliation Service. Mr. Nauyokas has also been appointed a member of the United States District Court Mediation Committee for the District of Hawaii, a member of the Bar's Commission on Professionalism, a former member of the U.S. Merit Selection Panel and serves on the Executive Board of the Industrial Relations Research Association and the Bar's Committee on Continuing Legal Education. He is also a Director of the Mediation Center of the Pacific.

Mr. Nauyokas is an Adjunct Professor and frequent teacher and lecturer on numerous topics in the mediation, arbitration, employment and labor law areas. Mr. Nauyokas has taught numerous courses in Mediation, Negotiation, Arbitration and Employment & Labor Law at the University of Hawaii and Hawaii Pacific University over the last eighteen years. He has appeared as an expert on ADR and Employment Law on numerous television and radio shows.

SPECIALIZING IN MEDIATION, ARBITRATION, AND EMPLOYMENT & LABOR LAW



EXHIBIT A

MICHAEL F. NAUYOKAS, ESQ.

Aloha Petroleum/Hawaii Teamsters, ALSCO/Hawaii Teamsters, American Linen/Hawaii Teamsters, Ameron Hawaii/Hawaii Teamsters, Better Brands/Hawaii Teamsters, City Mill/Hawaii Teamsters, Concrete Pipe/Hawaii Teamsters, Evergreen Hillside Dairy/Hawaii Teamsters,  GMOB Group/Hawaii Teamsters, Hawaii Medical Center/Hawaii Teamsters, Hawaii Pipe/Hawaii Teamsters, Hawaiian Cement/Hawaii Teamsters, HC & D, Ltd./Hawaii Teamsters, HMC/Hawaii Teamsters, Honsador-Oahu/Hawaii Teamsters, Honsador-Kona/Hawaii Teamsters, Hawaii Transfer Company/Hawaii Teamsters, Island Air/Hawaii Teamsters, Island Courier/Hawaii Teamsters, Kapiolani Medical Center/Hawaii Teamsters, KCAA/Hawaii Teamsters (Primary Arbitrator), Lion Coffee/Hawaii Teamsters, Maunawili Dairy/Hawaii Teamsters, McKesson/Hawaii Teamsters, Meadow Gold Dairies-Hawaii Honolulu/Hawaii Teamsters, Meadow Gold Dairies Kauai/ILWU, Meadow Gold Dairies Maui/Hawaii Teamsters (four Meadow Gold/Teamsters/ILWU contracts), Mid Pac Lumber/Hawaii Teamsters, Mountain View Dairy/Hawaii/Teamsters, Oahu Transit  Services, Inc./Hawaii Teamsters (Operating, Drivers & Maintenance, Expedited, Office & Clerical & Para-transit), Paradise Beverages/Hawaii Teamsters, Paradise Beverages, Inc./Hawaii Teamsters(Oahu & Hawaii), Queen's Hospital/Hawaii Teamsters, Royal Kona Coffee/Hawaii Teamsters, Saint Francis/Hawaii Teamsters, Saint Francis Maui/Hawaii Teamsters, Saint Francis West/Hawaii Teamsters, Steiner Hawaii, Inc./Hawaii Teamsters, Charles W. Carter Co./Hawaii Teamsters, Wayne's Dairy/Hawaii Teamsters, Yellowfreight/Hawaii Teamsters, Young's Market/Hawaii Teamsters, Maunawili Dairy, Ltd./Hawaii Teamsters, and Meadow Gold/Hawaii Teamsters.

USDA, NYSE (arbitration & mediation), Hamakua Health Center/Hawaii Nurses Association ("HNA"), Hawaii Medical Center/HNA, Hawaii Medical Center West/HNA, Hawaii Medical Center/Hawaii Teamsters, Hawaii Medical Center-West/Hawaii Teamsters, Queen's Medical Center/HNA, Kaiser Foundation Hospital/HNA, Kaiser Foundation Health Plan, Inc./HNA, Kapiolani Medical Center/HNA, Kuakini Medical Center/HNA (Registered Nurses and Licensed Practical Nurses), St. Francis Medical Center/HNA, Saint Francis West/HNA, Kahi Mohala/HNA, Molokai Hospital/HNA, Hospice Hawaii/HNA, Pohai Nani/HNA, Kahuku Hospital/HNA, Wilcox Memorial Hospital/HNA, Maui Medical Group/HNA, HNA, Collective Bargaining Organization of the Hawaii Nurses Association,  KD Construction/IBEW, ICDR and Master Agreement Covering Plasterers in the State of Hawaii.

AOAO Queen Emma Gardens/ILWU, AOAO The Whaler/ILWU, Aston Whaler/ILWU, BEI/ILWU, Big Island Toyota/ILWU, Castle & Cooke Resorts/ILWU, Diamond Head Memorial/ILWU, Diamond Royal Resort/ILWU, Fairmont Orchid/ILWU(pending), Ferro Union Hawaii/ILWU, Floral Resources HI/ILWU, Four Seasons Manele Bay/ILWU, Four Seasons Lodge at Koele/ILWU, Frito Lay/ILWU, Grand Wailea/ILWU, Hamakua Energy Partners, LLC/ILWU (pending), Hamakua Health/ILWU, Hapuna Beach Prince Hotel/ILWU, Hawaii Baking Company/ILWU, Hawaii Job Corps/ILWU (Both Residential Advisors & Senior Residential Advisors, and also Counselors CBAs), Hawaii Naniloa Hotel/ILWU, Hawaiian Commercial and Sugar Company (Clerks & Technical employees)/ILWU, Hawaiian

MICHAEL F. NAUYOKAS, ESQ.

Commercial and Sugar Company (Production Unit)/ILWU, Hawaiian Tug & Barge/Young Brothers/ILWU (pending), Hilton Waikoloa Village/ILWU, Honolulu Advertiser/ILWU, Holiday Inn Airport/ILWU, HTT/ILWU, Kaanapali Beach Hotel/ILWU, Kaanapali Operators Association/ILWU, Kapalua Bay Hotel/ILWU, Kauai Coffee/ILWU, Kauai Commercial Company, Ltd./ILWU, Kilauea Agronomics, Inc./ILWU, Koele Lodge/ILWU, Kona by the Sea Resort/ILWU, Kuwaye Trucking/ILWU, Manele Bay Hotel/ILWU, Maui Eldorado Resort/ILWU (pending), Maui Beach Hotel/ILWU, Maui Lu Resort/ILWU, Maui Palms Hotel/ILWU, Maui Prince Hotel/ILWU, Maui Seaside/ILWU, Mauna Kea Beach Hotel/ILWU, Mauna Lani Bay Hotel & Bungalows/ILWU(Hotel), Mauna Lani Bay Hotel & Bungalows/ILWU(Gallery, Food & Beverage), Mililani Memorial Park & Mortuary/ILWU, Mililani Town Assoc./ILWU, Nakano Co., Ltd./ILWU, Napili Shores Resort/ILWU, National Car Rental/ILWU, New Otani Kaimana Beach Hotel/ILWU(pending), Nuuanu Memorial/ILWU, Oahu Cemetery Association/ILWU, Ohana Keauhou Beach Hotel/ILWU, Outrigger Keauhou Beach Resort/ILWU, Outrigger Maui Eldorado/ILWU, Outrigger Napili Shores/ILWU, Punaluu Bake Shop/ILWU, ResortQuest/ILWU, Royal Kona Resort (pending), Royal Lahaina Resort/ILWU, Schuman Carriage/ILWU, Sheraton Keauhou Bay Resort & Spa/ILWU(pending), St. Francis Medical Center/ILWU, Straub/ILWU, The Fairmont/ILWU (pending), The Prince Hotels, Inc./ILWU, Transcontinental/ILWU, Turtle Bay Hilton/ILWU, Valley of the Temples/ILWU, Waikoloa Village Association/ILWU, Wailea Ekahi/ILWU, Weyerhauser/ILWU, Wilcox Hospital/ILWU, Worldmark Resort/ILWU, YCP Kapalua Operator, Inc./ILWU, Young Brothers/Hawaiian Tug & Barge/ILWU and Access Lifts of Hawaii (pending).

Kamehameha Schools/Kamehameha Schools Faculty Union (pending), Laborers' Local 368, Seafarers' International Union of North America, Bio-Medical Applications of California, Inc./UPW, City & County of Honolulu/UPW, Hale Makua/UPW, Lunalilo Home/UPW, Child & Family Service/UPW, Hamakua Health Center/UPW, Kahuku Hospital/UPW, Kapiolani Medical Center/UPW, Nuuanu Hale/UPW, Pohai Nani/UPW, Molokai General Hospital/UPW, Lunalilo Home/UPW, City & County/UPW Expedited Arbitration, Rehabilitation Hospital of the Pacific/UPW, all SEIU Local 556 panels, NELA (mediation & arbitration), MREP, ACCTM, National Employment Mediation Services, Star Markets/UFCW, Star Markets/UFCW (Meatcutters), Star Markets Kahala/UFCW (Clerks), Aloha Nursing/UFCW, National Arbitration Forum (Panels of Arbitrators and Mediators), Hawthorne Pacific/Operating Engineers, HD&T/Operating Engineers, Operating Engineers Local 3 Master Agreement, Hawaii International Dispute Resolution Group LLC, Hawaiian Tug & Barge/Young Brothers/IBU (pending), GCLA/Laborers Union Industry agreement, BILA/Laborers Union Industry Agreement, Hawaiian Dredging & Construction Company/Laborers Union, Master Agreement of International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, Local 625, Ohana Stabilization Agreement between Actus Lend Lease and the Hawaii Building and Construction Trades Council and Its Affiliated Local Unions and any other Signatory Construction Unions, Access Lifts of Hawaii, Inc./Elevator employees Union,

4

MICHAEL F. NAUYOKAS, ESQ.

Hamakua Energy Partners, LLC/IBEW (pending), IBEW/HECO, IBEW/MECO, IBEW/HELCO, U.S. Bankruptcy Court Mediator panel, Young Brothers/Hawaiian Tug & Barge/IBU(pending), the Financial Industry Regulatory Authority and numerous others.

MICHAEL F. NAUYOKAS, ESQ.

## SOME EXAMPLES OF THE OVER 1000 ATTORNEYS WHO HAVE SELECTED/USED MR. NAUYOKAS AS A MEDIATOR, ARBITRATOR, DISCOVERY MASTER, INVESTIGATOR, EXPERT AND/OR MEDIATOR EDUCATOR

| | | | |
|---|---|---|---|
| Jocelyn Abanes | Scot Bernstein | Ben Carroll | Rai Saint Chu |
| Victor Agmata | Joan Best | Jonathan Carroll | Christopher Chun |
| Diane Agor-Otake | Jodi Beste | Robert Godbey Carson | Christine Chun |
| Donna Ahuna | James Bickerton | Kirk Cashmere | Edward Chun |
| Lorraine Akiba | Bruce Bieber | Dick Cassidy | Lowell Chun-Hoon |
| Kanani Akina-Lee | Scott Bieler | Richard T. Cassidy | Ellen Cirangle |
| Kathryn Albu | Bruce Bigelow | Jeannette Holmes | Jennifer Clark |
| Ronald Albu | Mark Bigelow | Castagnetti | Mark Clark |
| Bryan Andaya | Evelyn Black | Noelle B. Catalan | Matthew Clark |
| Laura Anderson | Jan Boivin | P. Roy Catalani | Sheri-Ann Lau Clark |
| Matthew Anderson | Michael Bonsteel | Michael Chambrella | Gerald Clay |
| Nadine Ando | Daniel Boone | Corlis Chang | Mark Clement |
| Earl Anzai | Allison Bradford | Dennis Chang | Christopher Cole |
| Lyn Anzai | George Brandt | Gary Chang | Leroy Colombe |
| Jan Apo | Myles Breiner | Jerry Chang | Dan Colon |
| George Apter | David Breskin | Kevin Chang | Perry Confalone |
| Lori Aquino | Steven Brittain | Louis Chang | Elisabeth Contrades |
| Linda Aragon | Brian Brinkopf | Robert Chang | Maria Cook |
| David Arakawa | Steve Brittain | W. Chang | Vaughn Cook |
| George Ashford | Gordon Bronson | William Chang | Gail Cosgrove |
| James Ashford | Margery Bronster | Andrew Char | Rebecca Covert |
| Paul Au | Charles Brower | David Chee | Seth Cox |
| Sidney Ayabe | Scot Brower | Greg Chee | Peter Cragie |
| Florencio Baguio | Joyce Brown | Ray Cheung | R. Alan Creps |
| Jill Baldemor | Michael Brown | Cara Ching | Tom Crowley |
| Michael Baldonado | Penny Brown | Gale Ching | John R. Cummings |
| David Banks | Robert Brown | Glen Ching | Warren Cunningham |
| Jennifer Barcenes | Ronald Brown | Wesley Ching | Ralph Cursio |
| John Barkai | Andrew Bunn | Raymond Cho | Everett Cuskaden |
| Bruce Barnes | Pamela Bunn | Christie Ann Kudo | Nick Cutter |
| Scott Batterman | R. Michael Burke | Chock | David Daley |
| Andy Beaman | Timothy Burke | Susan Chock | Joshua Dalley |
| Roy Bell | Thomas Bush | Cedric Choi | Ellen Darling |
| Caroline Belsom | Wendy Campaniano | Nathan Choi | John Dean |
| Dale Bennett | Rae Capps | Maria Cook | Danielle Degele- |
| Thomas Benton | Catherine Carey | Brian Choy | Mathews |
| Daniel Berkley | Venetia Carpenter- | Dean Choy | Sheryl Delaney |
| Mark Bernstein | Asui | Newton Chu | Rebecca Delany |

MICHAEL F. NAUYOKAS, ESQ.

| | | | |
|---|---|---|---|
| John Dellera | Elizabeth Fujiwara | James Halvorson | James Hoogestraat |
| Joe Delorey | Ronald Fujiwara | Geoffrey Hamilton | Harold Hoppe |
| John Dempsey | Richard Fukuda | Colleen Hanabusa | Joshua Hornaday |
| Grace Den Hartog | Kenneth Fukunaga | Wendy Hanakahi | Lyle Hosoda |
| Leon M. De Leon | Janice Futa | Glenn Hara | Jeffrey Hossellman |
| Mark Desmarais | Mark Gallagher | David Harada-Stone | Bruce Howe |
| Jeff Doitzaw | Stephanie Gallagher | Ryan Harimoto | Bridget Howard |
| Richard DeWaele | Michael Garrison | Vincent Harrington | Peter Hsieh |
| Kristen Drake | Matthew Gauger | Jeffrey S. Harris | Fred Hu |
| Bartlett Durand | Michael Geffen | Mark Harris | Amy Hudson |
| Paul Duvall | Jim Geiger | Paul Harris | Chuck Hurd |
| Sam Edgerton | Tamara Gerrard | Carla Hartley | Joseph Huster |
| Troy Egami | R. Steven Geshell | Mark Haugen | Susan Ichinose |
| Steve Egesdal | David Gierlach | Leslie Hayashi | Gisela Iglesias |
| Anna Elento-Sneed | Jason Giles | Debra Hayes | Ashley Ikeda |
| J. Kent Emison | Anthony Gill | Ronald Heller | Wesley Ikeda |
| Darcy Endo-Omoto | Tracey Ginn | Daniel Hempey | Clayton Ikei |
| Andrew Englehart | Robert Godbey | Terry Herndon | Rogers Ikenaga |
| Carina Enhada | Robert Goldberg | Jerry Hiatt | Louise Ing |
| Ryan Engle | Steve Goldberg | Mahilani Hiatt | Darlene Itomura |
| Dominic Evangelista | Lester Goo | Paul Hicks | Mich Iwanaga |
| Tred R. Eyerly | Christopher Goodin | Don Hidani | Regan Iwao |
| Joseph Fagundes | Robert Gordon | Kathy Higham | William Jarrett |
| Brandee Faria | Kenneth Goya | Kristina Hillman | Barry Jellison |
| William Feldhacker | Howard Gravelle | John Hillsman | William Jenner |
| Kale Feldman | Alison Greene | Erin Hinderks | Christine Jessup |
| James Ferguson | Matthew Green | Barry Hinkle | S. Leigh Jeter |
| Frank Fernandez | Michael Green | Andrew Hipp | Linden Joesting |
| Christopher Ferrara | Peter Green | Kenneth B. Hipp | Bob Johnson |
| Ramon Ferrer | Robert Green | Richard Hirai | James Johnson |
| Chuck Ferrera | William Green | Mark Hirakawa | Michael Johnson |
| Maria Fidelino-Cook | Allison Griffiths | Keith Hiraoka | Robert Johnson |
| Linda Fienberg | David Groundwater | Mark Hirokawa | Tim Johnson |
| Donald Fisher | Gugelyk, Carolyn K. | Clark Hirota | William Johnson |
| Joy Fisher | Christine Haas | Ian Hlawati | Amanda Jones |
| Douglas Fitch | David Hagino | Sally Ho | Bruce Jones |
| Laura FitzRandolph | William Hake | Allen Hoe | Dylan Jones |
| Lyn Flanigan | Alice Hall | Brian Holland | John Jones |
| Renee Forseth | Matthew Hall | Gary Holmes | Michael Jones |
| Ward Fujimoto | Michael Hall | Jeannette Holmes | Patrick H. Jones |
| Wesley M. Fujimoto | Ronald Halper | Mark Honda | Robert Jones |

MICHAEL F. NAUYOKAS, ESQ.

| | | | |
|---|---|---|---|
| William Jones | Walter Kirimitsu | Dale Lee | Susan Marshall |
| Jared Jossem | Allison Kirk | Joe Lee | Amy Martin |
| Debra Kagawa | Barb Kirschenbaum | Michael Lee | Darren Matsuda |
| Douglas Kahn Dexter | Rene Kitoka | Mitzi LePaul Lee | Robert Marx |
| K. Kaiama | Keith Kiuchi | Peter Lee | Tom Mason |
| Malia Kakos | Nathalie Klein | Shirley Lee | Stanford Masui |
| Louanne Kam | Robert Klein | Terance Lee | Jerold T. Matayoshi |
| Kitty Kamaka | Lisa Klerman | Terrence Lee | Darren Matsuda |
| Clayton Kamida | Kitty Knight | Terry Lee | S. Matsumaru |
| Ray Kamikawa | Peter Knapman | William Lee | Melanie Mito May |
| Lila Kanae | John Knorek | Darin Leong | Ginny McCarthy |
| Melvin Kaneshige | Derek Kobayashi | Linda Leong | James McCarthy |
| Kelvin Kaneshiro | Leslie Kobayashi | T. Stephen Leong | Michael McCarthy |
| Joel Kaplan | Roy Kodani | Ronald Leong | Robert McCarthy |
| Joseph Karpowicz | Kimberly Koide | Phillip Li | Bingham McCutchen |
| Valerie Kato | Kerry Komatsubara | Michael A. Lilly | Mark McDougall |
| Robert Katz | Sheree Kon-Herrera | John Lines | Michael McGuigan |
| Kendra Kawai | Kevin Kondo | Michael Linley | R. Laree McGuire |
| Kristie Kawakami | Wray Kondo | Alan Lipkin | William McKeon |
| Robert Kawamura | Andrew Kopon | Michael Lippert | Todd McNamara |
| Ellen Kawashima | Joel Krischer | Sherri-Ann Loo | Laura McNamire |
| Edward Kemper | Gregory W. Kugle | Charles Loomis | Timothy McNulty |
| Kristina Kerwin | Ken Kuniyuki | Sandra Loomis | Rene McWade |
| Robert Kessner | Christine Kurashige | Anne Lopez | Ted Meeker |
| Charles Khim | Barry Kurren | Judy Louie | Keri Mehling |
| Kaiulani Kidani | Dale Kuwada | Chad Love | Dane Miller |
| Joseph Kiefer | John Lacy | Paul Nahoa Lucas | Dave Miller |
| Janice Kim | Raymond Laing | Shawn Luiz | John Miller |
| Jayna Kim | Douglass Lampe | April Luria | Michael Miller |
| Joe Kim | Robert Langdon | Allen Lynde | Paul Milligan |
| Michael Kim | Kelly LaPorte | John Mackey | David Minkin |
| Robert Kim | Daniel Larkin | Mark Maddox | Richard Mirikitani |
| S. Kim | John Lattin | Paul Maki | Melanie Mito May |
| Sean Kim | Alan Lau | Eugene Malone | Keith Miyahira |
| William Kim | Sheri-Ann Lau | Paul Marazita | Kaleen Miyasato |
| Clayton Kimoto | Alan J. Leach | Michael Marks | Duane Miyashiro |
| Trisha Kimura | James Leavitt | Stephanie Marn | David Mogilefsky |
| James King | Robert LeClair | Barry W. Marr | Ernest C. Moore, III |
| Nelson Kinoshita | Elena Ledoux | Michael Marsh | Bonnie Moore |

MICHAEL F. NAUYOKAS, ESQ.

| | | | |
|---|---|---|---|
| Douglas Moore | Renton Nip | John Perkin | David Rosenfeld |
| John Moore | Rodney Nishida | Ronald Peters | Arthur Ross |
| Julia Morgan | John Nishimoto | James Petersen | Shirley Rossman |
| Eileen Mori | John Nishimura | John Peterson | Stephen Roy |
| Mark K. Morita | Greg Nishioka | Ken Peterson | Ryan Ruggerello |
| Kalani Morse | John S. Nitao | Michael Peterson | Antonio Ruiz |
| Daniel Morris | Reinhard Nohr | Robert Peterson | Shawn Luiz |
| Roger Moseley | Ernest Nomura | Arnold Phillips | Carol Rundle |
| Fran Mossman | Steve Noufer | Lunsford Phillips | Edward W. Russey |
| Daniel Mueller | Svetlana Novick | A. Richard Philpott | Kate Russum |
| Tracy Mun | Evelyn Nowaki | Brooke Pierman | Jerry Ruthruff |
| Jill Murakami | Carina Ohara | Tina Pignatelli | Ryan Roylo |
| Jan Muranaka | Raymond Okada | George Playdon | Edmund Saffery |
| Jennifer Murata | John O'Kane | William Plum | Elizabeth Sahatjian |
| Michael Murata | Carrie Okinaga | Avis Poai | Paul Saito |
| Ako Murphy | Bill Olson | Le Pomaski | Megumi Sakae |
| Bob Murphy | James Olson | Tracy Poole | Wayne Sakai |
| Charles Murphy | William J. Olson | Michael Pope | Colleen Sakurai |
| Michael Murphy | Peter Olson | Carla Poirier | Amy M. Samberg |
| Paul Murphy | Robert Olson | Chris Porter | Gregory Sato |
| Robert L. Murphy | Michael Olvera | Christian Porter | William Saunders |
| James Myhre | Elena Onaga | James Porter | David Schaibley |
| Shinken Naitoh | Jean Orque-Lee | Jeffrey S. Portnoy | Alan Scheer |
| Janna Nakagawa | Carl Osaki | Alison Powers | Jennine Schell |
| Kris Nakagawa | Leighton Oshima | Lisa Quateman | Wayne Scholze |
| Brian Nakamura | Michael Ostendorp | Bill Quinn | Miroslava Schierholz |
| Cheryl Nakamura | Michael Oswald | Bill Ramos-Saunders | Malia Schreck |
| Derek Nakamura | William Noboru Ota | Richard M. Rand | Pietro Scudieri |
| Lee Nakamura | Terence O'Toole | Stuart Rebish | David Schutter |
| Richard Nakamura | Diane Overton | Joseph K. Reid | Michael Sears |
| David Nakashima | Randall Oyama | Stefan Reinke | Gary Seibert |
| Steven N. Nakashima | Duane Pang | James Remeika | David Sgan |
| Lani Nakazawa | Presley Pang | Marion Reyes-Burke | Micky Shatz |
| Russell Naymark | William Park | Heather Rickenbrode | Ronald M. Shigekane |
| Gordon Nelson | George Parker | Jonathan Robbins | Kristin Shigemura |
| James Nelson | Mike Parker | Wendy Robinson | Craig Shikuma |
| John Nelson | Paul Parker | Art Roeca | Nichole Shimamoto |
| Michael Nelson | Eileen Paris | Michael Roger | Laurel Siemers |
| Robert Nelson | Dan Peters | Vikki Rogers | Kelly Silk |
| James Nicholson | John Peck | Ambrose Rosehill | Regina Silva |
| Sheryl Nicholson | Andrew L. Pepper | Randall Rosenberg | David F. Simons |

MICHAEL F. NAUYOKAS, ESQ.

| | | | |
|---|---|---|---|
| John B. Simpson | Jeff Taylor | Michael White | Carol Yamamura |
| William F. Sink | Cheryl Tipton | Robert White | Paul Yamamura |
| Vincent Slusher | Russ Toates | Jan Wiedman | John Yamane |
| Bill Smith | Sabrina Toma | Kari Wilhelm | Micky Yamatani |
| Douglas Smith | Mark Tomas | Amber Williams | Elizabeth Yang |
| Elbridge W. Smith | Bert Tomasu | John Williams | Dale Yashiki |
| James Smith | Karen Toyama | Michael Williams | James Yee |
| Jim Smith | Lynne Toyofuku | Lanita Williams | Joe Yee |
| John Smith | Peter Trask | Robert Williams | Chris Yee |
| Michael Smith | Victor Trevino | Bill Wilson | Paul Yee |
| Paul Smith | Neill Tseng | Christine Wilson | Peter Yee |
| Robert Smith | Jennifer Tsou | Jim Wilson | Christopher Yeh |
| Stephen Smith | Ruth Tsujimura | Jerry Wilson | Thomas Yeh |
| Steven Smith | Matt A. Tsukazaki | Michael Wilson | Gary Yokoyama |
| Tracey Smith | Paul Tsukiyama | Richard Wilson | Randal S. Yoshida |
| Arthur H. Sobel | Evelyn Tsuno | Robert Wilson | Wayne S. Yoshigai |
| William Sokol | Wilfredo Tungol | William Wilson | Adrienne Yoshihara |
| Woodruff Soldner | Richard Turbin | Tracey Wiltgen | Nathan Yoshimoto |
| Paul Sorrentino | Charles Turner | Cynthia Winegar | Edward Yuen |
| Marybeth Steil | Peter Uehara | Joshua Wisch | Renee M.L. Yuen |
| Gordon Stewart | Philip Uesato | G. Todd Withy | Jennifer Yusi |
| James Stone | Staci Uwaine | Gary Wolensky | Jennifer Zelko |
| Tracy Stoneman | Lorena Uy | Anne Wondolowski | Jason Zhao |
| Sylvia Stratek | Mark G. Valencia | Brian Wong | L. Michael Zinser |
| Margaret Sueoka | Victor Van Bourg | Colleen Wong | Wade Zukeran |
| Nancy Sugimura | Michael Van Dyke | Danton Wong | |
| Magali Sunderland | Carl Varady | Eric W. Wong | |
| Paul Supton | Danny Vasconcellos | Leighton Wong | |
| Wilma Sur | Matthew J. Viola | Melvin Y.Q. Wong | |
| Cynthia Surrisi | Roy Vitousek | Michael Wong | |
| Elton Suzuki | Lisa Von Der Mehden | Paul Wong | |
| Lola Suzuki | Denice von Gnechten | Ray Wong | |
| Jennifer Szutu | Bruce Voss | Robert Wong | |
| June Taima | Cynthia Wahlin | Sandy Wong | |
| Herbert Takahashi | Sarah O. Wang | William Wong | |
| Greg Takase | Chad Weaver | Vernon Woo | |
| James Tam | Stewart Weinberg | Andre Wooten | |
| Christine Tamashiro | Michael Weissmann | Richard Wootton | |
| William Tamayo | John Wells | Velton Wright | |
| Judy Tanaka | Brent White | Lois Yamaguchi | |
| Karen Tashima | John White | Donna Yamamoto | |