# LAW FIRMS
Ranked by number of lawyers

| Rank (Prior rank) | Company name / Address / Web site | Phone / Fax | No. of Lawyers / Partners | Hourly fee range: Partners / Associates | Some specialty areas | Top executive / Title |
|---|---|---|---|---|---|---|
| 1 (1) | Goodsill Anderson Quinn & Stifel<br>1099 Alakea St., Ste. 1800, Honolulu, HI 96813<br>www.goodsill.com | (808) 547-5600<br>(808) 547-5880 | 71<br>46 | DND<br>DND | Full-service firm: litigation, real property, tax, banking, employment, environmental, public utilities | Gary Slovin<br>Managing Partner |
| 2 (2) | Carlsmith Ball<br>1001 Bishop St., ASB Tower, Ste. 2200, Honolulu, HI 96813<br>www.carlsmith.com | (808) 523-2500<br>(808) 523-0842 | 65<br>40 | DND<br>DND | Real estate, land use, litigation, corporate, finance, pension, estate planning, employment, maritime, environmental | Karl Kobayashi<br>Chairman |
| 3 (3) | Cades Schutte<br>1000 Bishop St., 12th Fl., Honolulu, HI 96813<br>www.cades.com | (808) 521-9200<br>(808) 521-9210 | 63<br>34 | DND<br>DND | Business, litigation, real estate, tax, banking, finance, land use, property rights, estate planning | Management Committee[1] |
| 4 (5) | Alston Hunt Floyd & Ing<br>1001 Bishop St., ASB Tower, 18th Fl., Honolulu, HI 96813<br>www.ahfi.com | (808) 524-1800<br>(808) 524-4591 | 46<br>16 | $250 - $510<br>$125 - $300 | Commercial, health care, construction, labor, government contracts, insurance, real estate | Paul Alston<br>President |
| 5 (4) | McCorriston Miller Mukai MacKinnon<br>500 Ala Moana Blvd., 4th Fl., Honolulu, HI 96813<br>www.m4law.com | (808) 529-7300<br>(808) 524-8293 | 42<br>31 | $175 - $400<br>$125 - $180 | Litigation, real estate, international business | D. Scott MacKinnon<br>Managing Partner |
| 6 (7) | Torkildson Katz Fonseca Moore & Hetherington<br>700 Bishop St., 15th Fl., Honolulu, HI 96813<br>www.torkildson.com | (808) 523-6000<br>(808) 523-6001 | 33<br>23 | $195 - $350<br>$140 - $225 | Employment and labor, litigation, corporate, health care, securities, retirement plans, real estate, tax, estate planning | J. George Hetherington<br>President |
| 7 (6) | Kobayashi Sugita & Goda<br>999 Bishop St., Ste. 2600, Honolulu, HI 96813<br>www.ksglaw.com | (808) 539-8700<br>(808) 539-8799 | 32<br>23 | $185 - $350<br>$125 - $185 | Complex litigation, commercial, construction, corporate, international business | Bert Kobayashi<br>Senior Partner |
| 8 (7) | Watanabe Ing & Komeiji<br>999 Bishop St., 23rd Fl., Honolulu, HI 96813<br>www.wik.com | (808) 544-8300<br>(808) 544-8399 | 29<br>16 | $200 - $450<br>$150 - $200 | Litigation, government, regulatory affairs, banking, real estate, labor, employment, foreclosure, bankruptcy, land use | Jeffrey Watanabe<br>Managing Partner |
| 9 (9) | Ashford & Wriston<br>1099 Alakea St., Ste. 1400, Honolulu, HI 96813<br>www.ashfordwriston.com | (808) 539-0400<br>(808) 533-4945 | 26<br>13 | $190 - $285<br>$135 - $195 | Real property, civil litigation, business, tax, bank and financial services, health care, family law | Cuyler Shaw<br>Managing Partner |
| 10 (11) | Damon Key Leong Kupchak Hastert<br>1001 Bishop St., Pauahi Tower, Ste. 1600, Honolulu, HI 96813<br>www.hawaiilawyer.com | (808) 531-8031<br>(808) 533-2242 | 25<br>10 | $250 - $310<br>$140 - $220 | Business, realty, construction, litigation, estates, creditor's rights, insurance, international, immigration | Denis Leong<br>President |
| 10 (10) | Ayabe Chong Nishimoto Sia & Nakamura<br>1001 Bishop St., Pauahi Tower, Ste. 2500, Honolulu, HI 96813<br>NA | (808) 537-6119<br>(808) 526-3491 | 25<br>20 | $150 - $300<br>$110 - $150 | Commercial and civil litigation, professional liability, workers' compensation, dispute resolution | Sidney Ayabe<br>Managing Partner |
| 12 (12) | Case Lombardi & Pettit<br>737 Bishop St., Ste. 2600, Honolulu, HI 96813<br>www.casebigelow.com | (808) 547-5400<br>(808) 523-1888 | 23<br>11 | $225 - $360<br>$140 - $200 | Real estate, business, land use, bankruptcy, collections, civil litigation, administrative, tax | Dennis Lombardi<br>Director & President |
| 13 (NR) | Clay Chapman Crumpton Iwamura & Pulice<br>700 Bishop St., Ste. 2100, Honolulu, HI 96813<br>www.paclawteam.com | (808) 535-8400<br>(808) 535-8444 | 22<br>7 | $200 - $350<br>$150 - $225 | Litigation, financial services, real estate, personal injury, commercial transactions, construction, ADR | Robert Chapman<br>Director |
| 14 (14) | Rush Moore<br>737 Bishop St., Ste. 2400, Honolulu, HI 96813<br>www.rmhawaii.com | (808) 521-0400<br>(808) 521-0597 | 21<br>17 | $185 - $360<br>$105 - $210 | Civil litigation, real estate, public utilities, corporate, estate planning, tax, creditors' rights, bankruptcy | David Shibata<br>Managing Partner |
| 15 (14) | Bays Deaver Lung Rose & Baba<br>1099 Alakea St., 16th Fl., Honolulu, HI 96813<br>www.legalhawaii.com | (808) 523-9000<br>(808) 533-4184 | 19<br>7 | $235 - $350<br>$135 - $195 | Litigation, arbitration, real estate, construction, commercial, employment, trusts and estates | Harvey Lung<br>Managing Partner |
| 16 (16) | Reinwald O'Connor & Playdon<br>733 Bishop St., Ste. 2400, Honolulu, HI 96813<br>www.roplaw.com | (808) 524-8350<br>(808) 531-8628 | 18<br>12 | $150 - $300<br>$125 - $200 | Insurance defense, commercial litigation, construction, trusts and estates, employment, bankruptcy | Michael McGuigan<br>Managing Partner |
| 16 (17) | Cronin Fried Sekiya Kekina & Fairbanks<br>841 Bishop St., Ste. 600, Honolulu, HI 96813<br>www.croninfried.com | (808) 524-1433<br>(808) 536-2073 | 18<br>12 | NA[2]<br>NA | Personal injury, litigation | L. Richard Fried<br>President |
| 18 (19) | Chun Kerr Dodd Beaman & Wong<br>745 Fort St. Mall, Ste. 900, Honolulu, HI 96813<br>ckdbw.com | (808) 528-8200<br>(808) 536-5869 | 16<br>7 | $210 - $350<br>$130 - $165 | Real estate, taxation, real estate and commercial litigation | Ray Kamikawa<br>Managing Partner |
| 19 (22) | Paul Johnson Park & Niles<br>1001 Bishop St., ASB Tower, Ste. 1300, Honolulu, HI 96813<br>www.pjpn.com | (808) 524-1212<br>(808) 528-1654 | 15<br>9 | DND<br>DND | Litigation, arbitration, mediation, commercial, real estate, construction, maritime | William McKeon<br>President |
| 19 (NR) | Imanaka Kudo & Fujimoto<br>745 Fort St., 17th Fl., Honolulu, HI 96813<br>www.imanakakudo.com | (808) 521-9500<br>(808) 541-9050 | 15<br>6 | DND<br>DND | Real estate development and finance, labor and employment law, land use, environmental and administrative law | Management Committee |
| 19 (NR) | Starn O'Toole Marcus & Fisher<br>733 Bishop St., Ste. 1900, Honolulu, HI 96813<br>starnlaw.com | (808) 537-6100<br>(808) 537-5434 | 15<br>7 | $225 - $400<br>$160 - $205 | Corporate finance, mergers and acquisitions, real estate transactions, hotels, condominiums, commercial litigation | Peter Starn<br>President |
| 22 (19) | Kessner Duca Umebayashi Bain & Matsunaga<br>220 S. King St., 19th Fl., Honolulu, HI 96813<br>NA | (808) 536-1900<br>(808) 529-7177 | 14<br>9 | $125 - $275<br>NA | Insurance defense, auto accidents, medical malpractice, workers' compensation, construction, banking and commercial matters | John Bain<br>Managing Partner |
| 23 (NR) | Lyons Brandt Cook & Hiramatsu<br>841 Bishop St., Ste. 1800, Honolulu, HI 96813<br>NA | (808) 524-7030<br>(808) 533-3011 | 13<br>10 | DND<br>DND | General civil and trial practice, insurance, construction, surety, personal injury, professional liability, real estate | George Brandt<br>Managing Partner |
| 24 (21) | Burke McPheeters Bordner & Estes<br>737 Bishop St., Ste. 3100, Honolulu, HI 96813<br>www.bmbe-law.com | (808) 523-9833<br>(808) 528-1656 | 11<br>7 | $150 - $250<br>$125 - $175 | Professional liability, commercial and real estate litigation, personal injury litigation, family law | William Bordner<br>President |
| 25 (NR) | Tom Petrus & Miller<br>1164 Bishop St., Ste. 650, Honolulu, HI 96813<br>NA | (808) 792-5800<br>(808) 792-5809 | 10<br>6 | $175 - $250<br>$125 - $135 | Construction law, product liability, Hawaii care providers, bad faith, insurance litigation and defense, real estate | Michael Tom<br>Managing Partner |

Notes: DND: did not disclose; NA: not applicable/available; NR: not previously ranked. Ranking includes attorneys on payroll who are "of counsel." Information on this list was supplied by individual firms through surveys and telephone interviews. [1]The members of the Cades Schutte management committee are Jeffrey Portnoy, Nicholas Dreher, David Schulmeister and David Banks. [2]Cronin Fried Sekiya Kekina & Fairbanks works on a contingency basis and does not charge by the hour.


EXHIBIT B