Exhibit  No.  A

# CURRICULUM VITAE

**RONALD ALBU**

ALBU & ALBU
407 Uluniu Street, Suite 113
Kailua, Hawaii 96734
Telephone: (808) 266-6200
Facsimile:   (808) 266-6209
Email: RonaldAlbu@albuandalbu.com

**ADMITTED TO PRACTICE BEFORE:**

    United States Supreme Court
    United States Court of Appeals for the Ninth Circuit
    United States District Court for the District of Hawaii
    United States District Court for the Southern District
      of California
    Hawaii Supreme Court
    California Supreme Court

**EDUCATION:**

    Juris Doctor- UCLA School of Law - 1972

    Bachelor of Arts (Cum Laude) in Economics -
      UCLA - 1969

        Honors at Entrance
        Dean's List
        Phi Beta Kappa
        Omicron Delta Epsilon (Economics Honorary)

    Mediating the Litigated Case Program - 2005
        Pepperdine University School of Law
        Straus Institute for Dispute Resolution
        Intensive Six-Day Course for Mediators

**EMPLOYMENT**

| | |
|---|---|
| 1992 to present | ALBU & ALBU  Partner in private law firm in Kailua, Oahu. Firm emphasizes employment, personal injury, and litigation. Represent whistleblowers in cases involving fraud in government contracting, victims of sexual harassment, |

|  |  |
|---|---|
|  | pregnancy discrimination, age discrimination, wrongful termination, and seriously injured persons. Retained to advise and represent the Hawaiian Home Lands Trust Individual Claims Review Panel as counsel to the Panel. |
| 1987 to 1992 | JERVIS & ALBU  Partner in private law firm emphasizing personal injury and litigation.  Handled numerous injury and death cases and represented victims of the 1987 New Years' Eve Flood in Kailua resulting in $5 million settlement based on arbitration finding of negligent failure to maintain and operate the Kawainui Flood Control Project. |
| 1975 to 1987 | LEGAL AID SOCIETY OF HAWAII  Litigation Coordinator; handled issues associated with low-income communities, including both high volume of service cases as well as impact litigation in areas of water rights of taro farmers, Native Hawaiian rights, public assistance benefits, housing, employment, environment, and water rights.  Managing Attorney of Windward Office; provided testimony before the Hawai'i State Legislature on client related issues.  Provision of support services to neighbor island attorneys, co-counseling and training of attorneys.  National trainer in trial advocacy for the Legal Services Corporation following the NITA model. |
| 1971 to 1975 | CALIFORNIA INDIAN LEGAL SERVICES  Directing Attorney managing southern California field office serving Native American tribal governing bodies, organizations and individuals including over thirty bands of Mission Indians in issues involving Native American rights, land issues, and water rights. |
| Summer 1969 | U. S. DEPARTMENT OF THE TREASURY  Summer intern in Washington, D.C. for the Office of the Assistant Secretary For International Affairs.  Research regarding European nations' uses of gold reserves to regulate the money supply and implications for U.S. monetary policy. |

**MAJOR LITIGATION AND PROJECTS INCLUDE:**

Adams v. City and County of Honolulu.
Represented over 200 households to recover compensation for flood damage to their homes in 1987 Kailua New Years Eve Flood based on negligent maintenance of the Kawainui Flood Control Project.  Won arbitration award regarding liability and negotiated settlement for $5 million.

2

<u>Reppun v. Board of Water Supply</u>. Represented Windward Oahu taro farmers in major water rights litigation against Honolulu Board of Water Supply. Established important water law principles before the Hawaii Supreme Court. Also participated as <u>amicus</u> <u>curiae</u> in favor of the State of Hawaii's position in litigation in the U.S. 9th Circuit Court of Appeals involving the Hanapepe River (<u>Robinson v. Ariyoshi</u>).

<u>Keaukaha-Panaewa Community Association v. Hawaiian Homes Commission</u>. Represented Native Hawaiian beneficiaries of the Hawaiian Homes Commission Act in suit challenging the granting of Hawaiian Home Lands for use by the County of Hawaii for a flood control project which was not intended for the use or benefit of Native Hawaiians.

<u>Aki v. Beamer</u>. Represented Native Hawaiian beneficiaries in suit against the Hawaiian Homes Commission and the State of Hawaii for the illegal use of a Governor's Executive Order to give away Hawaiian Homes Land to the County of Kauai for use as a public park which was not limited to use by the beneficiaries of the Hawaiian Homes program.

<u>Moriwake v. Menehune Water Co., et al.</u>, Sexual harassment action resulting in jury verdict of $307,000.

<u>Ho v. Kissinger, Hawaiian Airlines, Inc., et al.</u>, Sexual harassment action resulting in final judgment over $1,000,000.

**REPORTED CASES:**

Kim v. Schmidt, 106 Hawai'i 269, 103 P.3d 429 (Table, Text in WESTLAW), Unpublished Disposition, 2005 WL 20009 (Hawai'i App., Jan 05, 2005)(NO. 25310)

Sandy Beach Defense Fund v. City Council of City and County of Honolulu, 70 Haw. 361, 773 P.2d 250 (Hawai'i, Apr 18, 1989)(NO. 12879)

Puana v. Sunn, 69 Haw. 187, 737 P.2d 867 (Hawai'i, Jun 03, 1987)(NO. 11474, 11693)

Kali v. Bowen, 800 F.2d 971 (9th Cir.(Hawai'i), Sep 26, 1986)(NO. 85-2643)

Robinson v. Ariyoshi, 796 F.2d 339 (9th Cir., Aug 08, 1986)(NO. 78-2264)

Stop H-3 Ass'n v. State Dept. of Transp., 68 Haw. 154, 706 P.2d 446 (Hawai'i, Sep 18, 1985)(NO. 10164)

3

Robinson v. Ariyoshi, 753 F.2d 1468 (9th Cir.(Hawai'i), Feb 20, 1985)(NO. 78-2264)

Stop H-3 Ass'n v. Dole, 740 F.2d 1442, 21 ERC 1644, 14 Envtl. L. Rep. 20,777 (9th Cir.(Hawai'i), Aug 21, 1984)(NO. 82-4357)

Keaukaha-Panaewa Community Ass'n v. Hawaiian Homes Com'n, 739 F.2d 1467 (9th Cir.(Hawai'i), Aug 14, 1984)(NO. 83-2062)

Hui Malama Aina O Ko'olau v. Pacarro, 4 Haw.App. 304, 666 P.2d 177 (Hawai'i App., Jun 24, 1983)(NO. 8673)

Kalipi v. Hawaiian Trust Co., Ltd., 66 Haw. 1, 656 P.2d 745 (Hawai'i, Dec 30, 1982)(NO. 6957)

Reppun v. Board of Water Supply, 65 Haw. 531, 656 P.2d 57 (Hawai'i, Dec 20, 1982)(NO. 7738)

Stop H-3 Ass'n v. Lewis, 538 F.Supp. 149, 19 ERC 1520 (D.Hawai'i, Apr 08, 1982)(NO. CIV. 72-3606, CIV. 73-3794)

Neighborhood Bd. No. 24 (Waianae Coast) v. State Land Use Commission, 64 Haw. 265, 639 P.2d 1097 (Hawai'i, Jan 22, 1982)(NO. 7112)

Minatoya v. Mousel, 2 Haw.App. 1, 625 P.2d 378 (Hawai'i App., Mar 09, 1981)(NO. 6721)

U.S. v. 243.538 Acres of Land, More or Less, In Maui County, State of Hawaii, 509 F.Supp. 981 (D.Hawai'i, Mar 09, 1981)(NO. CIV. 78-0359)

Keaukaha-Panaewa Community Ass'n v. Hawaiian Homes Commission, 502 F.Supp. 392 (D.Hawai'i, Nov 26, 1980)(NO. CIV. 75-0260)

Emma Ah Ho v. Cobb, 62 Haw. 546, 617 P.2d 1208 (Hawai'i, Sep 30, 1980)(NO. 6459)

Hoe v. Alexander, 483 F.Supp. 746, 14 ERC 1194 (D.Hawai'i, Jan 29, 1980)(NO. CIV. 79-0433)

Matter of Ainoa, 60 Haw. 487, 591 P.2d 607 (Hawai'i, Feb 28, 1979)(NO. 6462)

Aluli v. Brown, 437 F.Supp. 602, 10 ERC 1765, 7 Envtl. L. Rep. 20,780 (D.Hawai'i, Sep 15, 1977)(NO. CIV. 76-0380)

Quechan Tribe of Indians v. Rowe, 531 F.2d 408 (9th Cir.(Cal.), Feb 02, 1976)(NO. 72-3199)

**COMMUNITY ACTIVITIES:**

Member of American Association of Justice (formerly ATLA)

Member of Consumer Lawyers of Hawai'i (Former Member of the Board of Governors of Consumer Lawyers of Hawaii and Legislative Chair). Consumer Lawyer of the Year (1996).

Member of the National Employment Lawyers' Association (NELA).

Current President, NELA-Hawai'i, the Hawai'i state affiliate of the National Employment Lawyers' Association.

Appointed to the Court Annexed Arbitration Program (CAAP) Working Group convened by Chief Justice Ronald Moon to review the CAAP program and recommend modifications and improvements.

Served on the Board of Directors of the Legal Aid Society of Hawai'i.

Served on the Board of Directors of the Kualoa to Heeia Ecumenical Youth Project ("KEY"), a non-profit corporation providing social and educational services to youth, the elderly, and to needy members of the community.

Guest lecturer at various programs at the University of Hawaii in the History Department, Department of Ethnic Studies, and the Law School.