**Exhibit   No.** B

"DAILY EDITION PACIFICBIZJOURNALS.COM"

JANUARY 21, 2005

# LAW FIRMS

### Ranked by number of lawyers including Of Counsel

| Rank (Previous rank) | Law firm name / Address / Phone / number | Year established | Branch offices in Hawaii | Web site | Partners | Of Counsels | Total number of: Lawyers | Associates | Support staff | Paralegals | Lawyers doing pro bono work | Wage fee range: Partners | Associates | Some specialty areas | Notable clients | Top contact / Title |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. (1) | Goodsill Anderson Quinn & Stifel, 1800 Alii Place, Suite 1800, Honolulu, HI 96813, (808) 547-5600 / (808) 547-5880 | 1878 | Hilo, Kapolei, Wailuku, Kailua-Kona | www.goodsill.com | 80 | 18 | | 8 | | | | DND | $200-$400 | $130-$275 | Full service firm, litigation, real property, tax, banking, employment, environmental, public utilities | Hawaiian Electric Industries Inc., Castle & Cooke Inc., Bank of Hawaii | Mike Okumura, Managing Director |
| 2. (2) | Carlsmith Ball LLP, 1001 Bishop Street ASB Tower Ste. 2200, Honolulu, Hawaii 96813, (808) 523-2500 / (808) 523-0842 | 1857 | Hilo, Kapolei, Wailuku, Kailua-Kona | www.carlsmith.com | 46 | 4 | 64 | 14 | Majority | 86 | DND | DND | Real estate, land use, litigation, corporate, planning, employment, maritime | Campbell Estate, Ala Moana, Grove, Damon Estate, Bank of Hawaii, Kamehameha Schools | Karl Kobayashi, Chairman |
| 3. (3) | Cades Schutte LLP, 1000 Bishop St. 12th Fl., Honolulu, HI 96813, (808) 521-9200 / (808) 521-9210 | 1922 | None | www.cades.com | 57 | 20 | 41 | 11 | Most | | $200-$400 | $130-$275 | Business, litigation, real estate, tax, banking, finance, land use, property rights, estate planning | DND | Management Committee |
| 4. (4) | McCorriston Miller Mukai MacKinnon LLP, Five Waterfront Plaza 4th Fl., Honolulu, HI 96813, (808) 529-7300 / (808) 524-8293 | 1989 | None | www.m4law.com | 34 | 9 | 31 | 2 | 7 | 45 | $175-$400 | $130-$190 | Litigation, real estate, international business | Brookfield Homes HI Inc., DCIP Insurance, Central Pacific Bank | D. Scott MacKinnon, Managing Partner |
| 5. (5) | Alston Hunt Floyd & Ing, 1001 Bishop St. 18th Floor ASB Tower, Honolulu, HI 96813, (808) 524-1800 / (808) 524-4591 | 1991 | Kaimuela | www.ahfi.com | 42 | | 11 | 20+ | | | $215-$475 | $115-$280 | Complex litigation, commercial, construction, corporate | Hawaiian Electric Industries Inc., The Prudential Locations, Kaiser Permanente, HMSA | Paul Alston, President |
| 6. (6) | Kobayashi Sugita & Goda, Attorneys at Law, 999 Bishop St. Ste 2600, Honolulu, HI 96813, (808) 539-8700 / (808) 539-8799 | 1971 | None | www.ksglaw.com | 35 | 13 | 5 | 52 | 3 Majority | | $250-$350 | $125-$185 | Commercial, health care, construction, labor, government contracts, insurance, real estate | First Hawaiian Bank, Prince Resorts, Guardian Life Insurance, Kajima Corp. | Bert T. Kobayashi Jr., Senior Partner |
| 7. (7) | Torkildson Katz Fonseca Moore & Hetherington, 700 Bishop St. 15th Fl., Honolulu, HI 96813, (808) 523-6000 / (808) 523-6001 | 1947 | None | www.torkildson.com | 33 | 9 | 33 | 35 | | | $210-$340 | $140-$225 | Employment, litigation, corporate, business, tax, estate, retirement | AmeriSource Bergen, The Honolulu Advertiser, Kamehameha Schools, Aloha Airlines, Castle Medical Ctr. | J. George Hetherington, Chairman |
| 7. (6) | Watanabe Ing Kawashima & Komeiji LLP, 999 Bishop St. 23rd Fl., Honolulu, HI 96813, (808) 544-8300 / (808) 544-8399 | 1971 | None | www.wik.com | 24 | 1 | 6 | 40 | 40 | | $190-$260 | $150-$200 | Litigation, government, real estate, labor, employment, foreclosure | First Wind, Time Warner Entertainment, Hawaiian Electric Industries, Aloha Airlines | Jeffrey N. Watanabe, Managing Partner |
| 9. (9) | Ashford & Wriston, 1099 Alakea St. Suite 1400, Honolulu, HI 96813, (808) 539-0400 / (808) 533-4945 | 1955 | None | www.ashfordwriston.com | 28 | | 6 | 17 | 6 | | $200-$450 | $150-$200 | Real property, civil litigation, business, tax, bank and financial services, health care | Queen Emma Foundation, Bank of Hawaii, Kamehameha Schools, Territorial Savings, Title Guaranty | Copier Shaw, Managing Partner |
| 10. (10) | Ayabe Chong Nishimoto Sia & Nakamura LLP, 1001 Bishop St. Pauahi Tower Suite 2500, Honolulu, HI 96813, (808) 537-6119 / (808) 526-3491 | 1963 | None | www.hawaiilawyer.com | 26 | 13 | 26 | | | | $125-$185 | $125-$185 | Litigation, professional liability, compensation, dispute resolution, workers | Fairmont Specialty Group, St. Paul Travelers Group, CNA Insurance, HEMIC, Marriott Hotel Group | Sidney Ayabe, Managing Partner |
| 10. (12) | Damon Key Leong Kupchak Hastert, 1003 Bishop St. Pauahi Tower 16th fl., Honolulu, HI 96813, (808) 531-8031 / (808) 533-2242 | 1963 | None | | 25 | 4 | 1 | 2 | 19 | 25 | $150-$300 | $110-$150 | Full-service, business, commercial, construction, creditors' rights, dispute resolution, e-business | DND | Dennis C.H. Leong, Managing Partner |
| 12. (11) | Case Bigelow & Lombardi ALC, 737 Bishop St. Suite 2600, Honolulu, HI 96813, (808) 547-5400 / (808) 523-1888 | 1888 | None | www.casebiglaw.com | 23 | 8 | 7 | 19 | | | $230-$300 | $130-$210 | Real estate, business, land use, banking, collections, civil litigation, administrative | D.R. Horton - Schuler Homes, Chevron USA, Crescent Acquisitions Inc. | Dennis Lombardi, Director/President |
| 12. (10) | Stanton Clay Chapman Crumpton & Iwamura, 700 Bishop St. Suite 2100, Honolulu, HI 96813, (808) 535-8412 / (808) 535-8472 | 1977 | None | www.goclawteam.com | 23 | 14 | | 9 | Majority 27 | | $200-$295 | $150-$225 | Litigation, collections, civil litigation, administrative, tax | Countrywide Home Loans, FNMA, Dai-ichi, Bank of Hawaii, The Guaranty, Washington Mutual | Robert E. Chapman |
| 14. (NR) | Bays Deaver Lung Rose & Baba, 1099 Alakea St. 16th Fl., Honolulu, HI 96813, (808) 523-9000 / (808) 533-4184 | 1986 | None | www.legalhawaii.com | 21 | | 17 | 23 | 10 | | $215-$335 | $125-$170 | Business, collections, wills, condominium, construction, financial, employment, construction | Albert Kobayashi Inc., Servco, Gentry Cos., Central Pacific Bank, Waikoloa Development Co. | Harvey J. Lung, President |
| 14. (14) | Rush Moore LLP, 737 Bishop St. Suite 2400, Honolulu, HI 96813, (808) 521-0400 / (808) 521-0497 | 1946 | Wailuku, Kailua-Kona | www.rmhawaii.com | 16 | 4 | 27 | All | 2 All | | $185-$285 | $105-$150 | Civil litigation, real estate, corporate, estate planning, tax, health care, creditors' rights | Bank of Hawaii, First Hyatt Corp., Kamehameha Schools, Marriott, Robinson Trust | David Shibata, Managing Partner |



EXHIBIT B