IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *Plaintiff's Motion For Attorney's Fees and Related Non-Taxable Expenses* was duly served upon the following parties at their last known addresses by means of hand delivery on this date.

    EDWARD H. KUBO, JR., ESQ.
    U.S. Attorney
    THOMAS A. HELPER, ESQ.
    Assistant U.S. Attorney
    Rm. 6-100, PJKK Federal Building
    300 Ala Moana Blvd.
    Honolulu, Hawaii  96850

    Attorneys for Federal Defendants

DATED:  Honolulu, Hawaii, _4-7-08_____.

                                      _____
                                      DAPHNE E. BARBEE
                                      Attorney for Plaintiff