# MINUTES

CASE NUMBER: CIVIL NO. 04-00671HG-LEK

CASE NAME: Raymond Ware vs. Michael Chertoff, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi   REPORTER:

DATE: 4/8/2008   TIME:

COURT ACTION: EO: Regarding Plaintiff's Motion for Attorneys' Fees and Related Non-Taxable Costs filed on 4/7/2008.

Pursuant to LR 54.3, Plaintiff's Motion for Attorneys' Fees and Related Non-Taxable Costs will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3, Plaintiff's Statement of Consultation is due on **4/22/2008.**

Pursuant to LR 54.3 and FRCvP Rule 6(e), Memorandum in Opposition is due **5/6/2008**.

Reply Memorandum is due **5/20/2008.**

Plaintiff' Motion for Attorneys' Fees and Related Non-Taxable Costs will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Related Non-Taxable Costs set for 5/8/2008 at 09:00 AM before Magistrate Judge Leslie E. Kobayashi.**

Submitted by: Warren N. Nakamura, Courtroom Manager