# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware Vs. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee |
| ATTYS FOR DEFT: | Thomas Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | None |
| DATE: | 04/15/2008 | TIME: | 10:10am-l0:30am |

COURT ACTION: EP: Further Settlement Conference Re:Post Trial Issues-Plaintiff Raymond Ware is present.

Court and Counsel discussed Back pay Issue-Defendant is to document their calculations and provide these by Friday, April 18, 2008.

Court and Counsel discussed Attorney Fees-Defendant to file a memorandum in opposition.

Court and Counsel discussed Reinstatement-Documents to Plaintiff's Counsel by April 18, 2008 and then 6 to 10 Weeks for security clearances after documents returned.

Further Settlement Conference Re: Attorney Fees, Back Pay and Reinstatement Issues set for May 8, 2008 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager