# MINUTES

CASE NUMBER:     CV 04-00671HG-LEK

CASE NAME:       Raymond Ware vs. Michael Chertoff, et al.

ATTY FOR PLA:    Daphne E. Barbee, Esq.

ATTY FOR DEFT:   Thomas A. Helper, AUSA

JUDGE:   Helen Gillmor              REPORTER:

DATE:    April 21, 2008             TIME:

COURT ACTION:            <u>MINUTE ORDER</u>

    The deadline for the Government to file responses to Plaintiff Raymond Ware's MOTION TO AMEND JUDGMENT FILED MARCH 27, 2008 TO INCLUDE BACK PAY AND REINSTATEMENT OR FUTURE PAY (Doc. 222), MOTION FOR DETERMINATION OF BACK PAY, REINSTATEMENT AND FRONT PAY (Doc. 220), and MOTION FOR ADDITUR OF COMPREHENSIVE DAMAGES (Doc. 221) is extended from April 18, 2008 to **May 16, 2008**.


    Submitted by: Mary Rose Feria, Courtroom Manager