# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security |
| ATTYS FOR PLA: | Daphne E. Barbee, Esq. |
| ATTYS FOR DEFT: | Thomas A. Helper, Esq.<br>Jeffrey Velasco, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | March 18, 2008 | TIME: | |

COURT ACTION: FURTHER JURY TRIAL - DAY 5

9:00 a.m. Bailiff is sworn in (CSO Kathleen Osmond). 8 jurors present and deliberating.

3:35 p.m. JURY NOTE #3

Further jury deliberation on March 19, 2008 at 9:00 a.m.

Submitted by: Mary Rose Feria, Courtroom Manager