ORIGINAL

AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 07 2008
at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

RAYMOND WARE

V.

MICHAEL CHERTOFF, et al.

BILL OF COSTS

Case Number: CV04-00671 HG/LEK

Judgment having been entered in the above entitled action on __3/27/2008__ against __Defendant__,
                                                              Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 204.00 |
| Fees for service of summons and subpoena | 81.30 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 399.79 |
| Fees and disbursements for printing | 663.60 |
| Fees for witnesses (itemize on reverse side) | 200.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 25.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) ...Binders and Postage... | 77.37 |
| TOTAL | $ 1,651.06 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Mr. THomas Helper, AUSA, 300 Ala Moana Blvd #6-100 Honolulu, HI 96813

Signature of Attorney: _____

Name of Attorney: Daphne E. Barbee

For: Plaintiff Raymond Ware
Name of Claiming Party

Date: 4-7-08

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 22 2008
at 3 o'clock and 05 min P.M.
SUE BEITIA, CLERK

Costs are taxed in the amount of  $ 1,651.06  and included in the judgment.

SUE BEITIA
Clerk of Court

By: _____
Deputy Clerk

APR 22 2008
Date