IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| JOHN DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last known addresses by means of hand delivery on this date.

>   EDWARD H. KUBO, JR., ESQ.
>   U.S. Attorney
>   THOMAS A. HELPER, ESQ.
>   Assistant U.S. Attorney
>   Rm. 6-100, PJKK Federal Building
>   300 Ala Moana Blvd.
>   Honolulu, Hawaii 96850

>   Attorneys for Federal Defendants

DATED: Honolulu, Hawaii, 4-26-08

DAPHNE E. BARBEE<br>
Attorney for Plaintiff