# MINUTES

CASE NUMBER:        Civil No. 04-00671 HG-LEK

CASE NAME:          Raymond Ware v. Michael Chertoff

ATTY FOR
PLAINTIFF:          Daphne E. Barbee

ATTY FOR
DEFENDANT:          Thomas A. Helper, AUSA

---

JUDGE:     Helen Gillmor          REPORTER:

DATE:      May 9, 2008            TIME:

---

## MINUTE ORDER

The deadline for the Government to file responses to Plaintiff Raymond Ware's MOTION TO AMEND JUDGMENT FILED MARCH 27, 2008 TO INCLUDE BACK PAY AND REINSTATEMENT OR FUTURE PAY (Doc. 222), MOTION FOR DETERMINATION OF BACK PAY, REINSTATEMENT AND FRONT PAY (Doc. 220), and MOTION FOR ADDITUR OF COMPREHENSIVE DAMAGES (Doc. 221) is extended from May 16, 2008 to May 28, 2008.


Submitted by: Mary Rose Feria, Courtroom Manager


cc:     Above counsel
        Chief Judge Gillmor's chambers