# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00671HG-LEK |
| CASE NAME: | Raymond Ware vs. Michael Chertoff, et al. |
| ATTYS FOR PLA: | Daphne E. Barbee |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 05/16/2008 | TIME: | 2:30-4:30 |

COURT ACTION:   EP: Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager