# EXHIBIT "1"



## Retro Pay Calculation Summary

| Employee Information | |
|---|---|
| Employee's Name: | Raymond Ware |
| Employee SSN: | XXX-XX-4947 |
| Employee Airport Code: | HNL |
| Gross Pay Summary | |
| NFC PP | PP Gross amt due |
| PP 2003 21-26 | $2,587.20 |
| PP 2004 1-26 | $57,844.80 |
| PP 2005 1-26 | $59,571.20 |
| PP 2006 1-26 | $60,819.20 |
| PP 2007 1-26 | $61,859.20 |
| PP 2008 1-11 | $26,822.40 |
| Gross Amount | $271,492.00 |
| Less Unemployment Comp | |
| Adjusted Gross | |
| Quality Assurance | |
| QA Name: | |
| QA Date: | |

**This Figure does not include deductions of any kind nor interest**

EXHIBIT "1"