ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2008

at 4 o'clock and __ min. P M
SUE BEITIA, CLERK

DAPHNE E. BARBEE    #2911
Attorney at Law
Suite 1909, Century Square
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5, | |
| Defendants. | |

NOTICE OF UNAVAILABILITY OF COUNSEL

TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Daphne E. Barbee, Attorney of Record in the above entitled matter will be unavailable from May 29, 2008 through June 17, 2008 for any and all court appearances including *ex parte* applications, depositions, and discovery or any other matter in the within action.

Please take further notice that counsel are cautioned not to schedule

appearances or other proceedings requiring response with the designated period. Purposely scheduling a conflicting proceeding without good cause is sanctionable conduct. <u>Tenderloin Housing, Inc. v. Adams Sparks, et al.</u> (1992), 8 Cal.App.4th 299.

DATED: Honolulu, Hawaii      5-21-08

DAPHNE E. BARBEE
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| JOHN DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last known addresses by means of hand delivery on this date.

        EDWARD H. KUBO, JR., ESQ.
        U.S. Attorney
        THOMAS A. HELPER, ESQ.
        Assistant U.S. Attorney
        Rm. 6-100, PJKK Federal Building
        300 Ala Moana Blvd.
        Honolulu, Hawaii  96850

        Attorneys for Federal Defendants

DATED:  Honolulu, Hawaii, _____5-28-08_____.

                                    DAPHNE E. BARBEE
                                    Attorney for Plaintiff