# EXHIBIT 3

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ABRANTE, JOSE M | 85049 | | 10-19-03 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZVC | P.L. 107-71 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
SUPERVISORY TRANS. SECURITY SCREENER
PD NO=SA-HNLSG       BU NO=APTSCR
ORG=2B11HNL00        CST CNTR=2B11

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| SV | 0019 | G | 00 | $47,838 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $47,838 | $0 | $47,838 | $0 |

**14. Name and Location of Position's Organization**
AUS FOR AVIATION OPERATIONS
AVIATION OPERATIONS DIVISION
WESTERN AREA
HONOLULU INTERNATIONAL AIRPORT
HONOLULU, HI

**15. TO: Position Title and Number**
SCREENING MANAGER
PD NO=SA-HNLSMH      BU NO=SCRMGR
ORG=2B11HNL00        CST CNTR=211HNL

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| SV | 1801 | H | 00 | $51,665 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $51,665 | $0 | $51,665 | $0 |

**22. Name and Location of Position's Organization**
AUS FOR AVIATION OPERATIONS
AVIATION OPERATIONS DIVISION
WESTERN AREA
HONOLULU INTERNATIONAL AIRPORT
HONOLULU, HI

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other | 0 - None   2 - Conditional | | YES [ ]  NO [X] |
| 2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 - Permanent  3 - Indefinite | | |
| 1 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC LIFE ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 09-29-02 | F | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General | E - Exempt | SEE REMARKS BELOW | 8888 |
| 2 - Excepted Service  4 - SES Career | N - Nonexempt | | |
| 2 | E | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 15-2400-003 | HONOLULU, HONOLULU, HI |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=2 | | POSITION SENSITIVITY = 5 |

**45. Remarks**
APPROP = 05AV.000/000/SCRMGR/2B11HNL00/1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND G, SPECIALIZED JOB CATEGORY, MANAGER LEVEL 1. ENTITLED TO 25% COLA IN ADDITION TO SALARY IN BLOCK 12C. SALARY IN BLOCK 20A IS BASED ON PAY BAND H, SPECIALIZED JOB CATEGORY, MANAGER LEVEL 1. ENTITLED TO 25% COLA IN ADDITION TO SALARY IN BLOCK 20C. COST OF LIVING ALLOWANCE SUBJECT TO CHANGE WITHOUT WRITTEN NOTICE. PROBATIONARY PERIOD FOR SUPERVISORY/MANAGERIAL POSITION COMPLETED.
SELECTED FROM CERTIFICATE # TSA-03-836, DATED 8-29-03.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY/TSA | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| HSBC | 1598 | 11-06-03 | APPROVING OFFICIAL |

5-Part    2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

**EXHIBIT 3**