# EXHIBIT 4



# DAPHNE E. BARBEE
## ATTORNEY AT LAW

1188 BISHOP STREET, SUITE 1909, HONOLULU, HAWAII 96813
TELEPHONE (808) 533-0275

May 1, 2008

Mr. Thomas A. Helper, Esq.
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm. 6-100
Honolulu, Hawaii  96850

Re:   Ware v. Chertoff, Civil No. 04-00671 HG-LEK

Dear Mr. Helper:

Mr. Ware's insurance coverage while he was at TSA Honolulu lapsed on November 29, 2003. As a result he had to pay medical expenses out of pocket in the amount of $5,064.51. We are requesting TSA Honolulu Department of Homeland Security reimburse Mr. Ware for his out-of-pocket expenses for the medical bills. Had he been promoted he would not have been terminated and his insurance would have covered the medical expenses. Consequently, the medical expenses are related to the non-promotion and race and retaliation discrimination by Department of Homeland Security.

Enclosed are dates and the amounts of the medical bills. I have receipts which I can forward to you for review. Please let us know your client's position on the reimbursement amount.

Sincerely,

Daphne E. Barbee
Attorney at Law

cc. Mr. Ware

EXHIBIT 4

**RAYMOND WARE MEDICAL BILLS**

| Date | Amount |
|---|---|
| 1/5/2004 | 15.00 |
| 1/5/2004 | 30 |
| 2/24/2004 | 63.70 |
| 2/25/2004 | 8.72 |
| 3/18/2004 | 91.55 |
| 3/23/2004 | 30.00 |
| 3/30/2004 | 5.67 |
| 4/23/2004 | 15.00 |
| 4/26/2004 | 174.00 |
| 4/26/2004 | 12.74 |
| 5/4/2004 | 95.68 |
| 5/4/2004 | 888.00 |
| 5/4/2004 | 15.00 |
| 5/17/2004 | 151.04 |
| 5/27/2004 | 35.00 |
| 5/27/2005 | 77.25 |
| 5/27/2004 | 109.20 |
| 5/27/2004 | 15.00 |
| 5/29/2004 | 44.35 |
| 5/29/2004 | 77.25 |
| 6/20/2004 | 109.50 |
| 6/20/2004 | 95.68 |
| 6/23/2004 | 39.00 |
| 6/24/2004 | 77.25 |
| 6/25/2004 | 77.25 |
| 7/26/2004 | 19.00 |
| 7/26/2004 | 40.00 |
| 7/28/2004 | 77.25 |
| 8/7/2004 | 109.50 |
| 8/28/2004 | 77.25 |
| 9/22/2004 | 40.00 |
| 9/22/2004 | 54.50 |
| 9/23/2004 | 109.50 |
| 9/23/2004 | 77.25 |
| 10/20/2004 | 109.50 |
| 10/20/2004 | 77.25 |
| 10/20/2004 | 40.00 |
| 11/1/2004 | 115.00 |
| 11/3/2004 | 9.01 |
| 11/3/2004 | 18.28 |
| 11/3/2004 | 26.24 |
| 11/3/2004 | 27.65 |
| 11/3/2004 | 5.44 |
| 11/3/2004 | 5.44 |
| 11/17/2004 | 115.00 |
| 11/30/2004 | 220.45 |
| 1/18/2005 | 70.00 |
| 1/20/2005 | 93.75 |

| Date | Amount |
|---|---:|
| 1/21/2005 | 81.10 |
| 1/21/2005 | 38.60 |
| 3/30/2005 | 10.00 |
| 3/30/2005 | 10.00 |
| 4/13/2005 | 13.99 |
| 4/25/2005 | 110.58 |
| 11/2/2005 | 50.00 |
| 11/2/2005 | 50.00 |
| 11/18/2005 | 8.82 |
| 4/6/2006 | 50.00 |
| 10/27/2006 | 62.50 |
| 10/27/2006 | 50.00 |
| 4/11/2007 | 75.00 |
| 4/11/2007 | 50.00 |
| 4/13/2007 | 62.50 |
| 4/13/2007 | 40.00 |
| 4/17/2007 | 40.00 |
| 4/18/2007 | 28.00 |
| 8/30/2007 | 50.00 |
| 3/6/2008 | 106.50 |
| 3/6/2008 | 55.00 |
| 4/14/2008 | 11.78 |
| 4/14/2008 | 55.00 |
| 4/14/2008 | 15.59 |
| 4/21/2008 | 21.05 |
| 4/21/2008 | 11.78 |
| 4/28/2008 | 16.63 |
| **TOTAL** | **$5,064.51** |