# EXHIBIT 5

EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER     5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

           IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII

RAYMOND WARE,              )    CIVIL NO. 04-00671 HG LEK
                           )
            Plaintiff,     )    STIPULATION REGARDING
                           )    REINSTATEMENT; ORDER
     v.                    )
                           )
MICHAEL CHERTOFF, Secretary, )
DEPARTMENT OF HOMELAND     )
SECURITY,                  )
                           )
            Defendant.     )
                           )
_____)


           STIPULATION REGARDING REINSTATEMENT

     The Parties hereby stipulate that plaintiff will be

reinstated to federal employment as a screening manager at

Honolulu International Airport at a salary of $57,500 per year,

as base salary effective by June 8, 2008, in the I band.  The

purpose of this stipulation is to allow plaintiff to attend

retraining beginning June 9, 2008, while the parties to continue

evaluate appeal, and continue to litigate and discuss settlement

EXHIBIT  5



of all equitable relief issues.  Defendant retains any right it

may have to object to permanent reinstatement if plaintiff fails

a security background check.

DATED: _____, at Honolulu, Hawaii.


                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii


_____
RAYMOND E. WARE
Plaintiff

_____              By_____
DAPHNE E. BARBEE                   THOMAS A. HELPER
Attorney for Plaintiff            Attorney U.S. Attorney
                                     Attorneys for Defendant




APPROVED AND SO ORDERED:



_____
LESLIE E. KOBAYASHI
United States Magistrate Judge




Raymond Ware v. Michael Chertoff; Civil No. 04-00671 HG LEK
STIPULATION REGARDING REINSTATEMENT; ORDER