# EXHIBIT 6

**Ware Back Pay as Screening Manager**

| Date | Annual Base Pay | +25% COLA | TOTAL |
|---|---|---|---|
| September 2003 to October 2003 | Two Months Difference in Pay Between Screening Supervisor And Screening Manager | | $1,273.54 |
| November 2003 | 51,666.50 (5,381.91 x 2 months = 10,763.83) | 12,916.12 | $64,583.12 |
| January 11, 2004 | 3.2% increase = 53,319.82 (5,554.14 x 12 months = 66,649.77) | 13,329.95 | $66,649.77 |
| January 9, 2005 | 3% increase = 54,919.41 (5,720.77 x 12 months = 68,649.26) | 13,729.85 | $68,649.26 |
| January 8, 2006 | 2.1% increase = 56,072.71 (5,840.90 x 12 months = 70,090.88) | 14,018.17 | $70,090.88 |
| March 19, 2006 | Bonus | | $488.00 |
| January 7, 2007 | 1.7% increase = 57,025.94 (5,940.20 x 12 months = 71,282.42) | 14,256.48 | $71,282.42 |
| January 7, 2007 | Bonus | | $500.00 |
| January 6, 2008 | 2.5% increase = 58,451.58 (6,088.70 x 6 months = 36,532.23) | 14,612.89 | $73,064.47 |
| January 20, 2008 | Bonus | | $1,000.00 |

Total Base Pay:  
$10,763.83  
$66,649.77  
$68,649.26  
$70,090.88  
$488.00  
$71,282.42  
$500.00  
$36,532.23  
$1,000.00  
$327,229.93  

- Reinstatement at 58,451.58 plus COLA in July 2008
- Benefits (retirement, comp time, vacation time, sick leave time) -- To Be Determined
- Medical Reimbursement 5,064.51

Equals $332,294.44 + 10% interest = **$365,523.88** Total Back Pay and Special Damage Monetary Award

EXHIBIT 6