EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER     5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | SUBMISSION OF CALCULATION OF |
| ) | BACK PAY AND INTEREST; SECOND |
| v. ) | DECLARATION OF JONATHAN |
| ) | PEIKEN; EXHIBIT "2"; |
| MICHAEL CHERTOFF, Secretary, ) | DECLARATION OF ANN YUUKI; |
| DEPARTMENT OF HOMELAND ) | EXHIBIT "3"; CERTIFICATE OF |
| SECURITY, ) | SERVICE |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

SUBMISSION OF CALCULATION OF
BACK PAY AND INTEREST

Defendant Michael Chertoff, by and through his undersigned counsel, hereby submits his calculation of plaintiff's back pay and interest. As shown in the attached documents, plaintiff is entitled to $232,348.87 in back pay and $22,853.30 in interest, through June 7, 2008.

DATED: June 5, 2008, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                    /s/ Thomas A. Helper
            By _____
                THOMAS A. HELPER
                Assistant U.S. Attorney

                Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL NO. 04-00671 HG LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served Electronically through CM/ECF:

Daphne Barbee                June 5, 2008
desekmet@aloha.net

DATED: June 5, 2008, at Honolulu, Hawaii.

/s/ Coleen Tasaka-Shoda
_____