# EXHIBIT "2"



# Retro Payroll Calc Summary Sheet

**Employee Information**
Employee's Name: Raymond Ware
Employee SSN: xxx-xx-4947

| | PP | Gross | Retirement | Federal | State | Soc Sec | Medicare | Net |
|---|---|---|---|---|---|---|---|---|
| FAA 10/19/03-11/1/03 | PP 2003-23 | $162.84 | $1.30 | $9.77 | $8.14 | $10.10 | $2.36 | $131.17 |
| 11/02/03-11/15/03 | PP 2003-24 | $161.32 | $1.29 | $9.68 | $8.07 | $10.00 | $2.34 | $129.94 |
| 11/16/03-11/29/03 | PP 2003-25 | $1,300.55 | $10.40 | $78.03 | $65.03 | $80.63 | $18.86 | $1,047.60 |
| 11/30/03-12/13/03 | PP 2003-26 | $2,224.12 | $17.79 | $133.45 | $111.21 | $137.90 | $32.25 | $1,791.52 |
| 12/14/03-12/27/03 | PP 2004-01 | $2,439.62 | $19.52 | $146.38 | $121.98 | $151.26 | $35.37 | $1,965.11 |
| 12/28/03-1/10/04 | PP 2004-02 | $2,439.62 | $19.52 | $146.38 | $121.98 | $151.26 | $35.37 | $1,965.11 |
| 1/11/04-1/24/04 | PP 2004-03 | $2,517.44 | $20.14 | $151.05 | $125.87 | $156.08 | $36.50 | $2,027.80 |
| 1/25/04-2/7/04 | PP 2004-04 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 2/8/04-2/21/04 | PP 2004-05 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 2/22/04-3/6/04 | PP 2004-06 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 3/7/04-3/20/04 | PP 2004-07 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 3/21/04-4/3/04 | PP 2004-08 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 4/4/04-4/17/04 | PP 2004-09 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 4/18/04-5/1/04 | PP 2004-10 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 5/2/04-5/15/04 | PP 2004-11 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 5/16/04-5/29/04 | PP 2004-12 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 5/30/04-6/12/04 | PP 2004-13 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 6/13/04-6/26/04 | PP 2004-14 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 6/27/04-7/10/04 | PP 2004-15 | $2,517.44 | $20.14 | $151.05 | $125.87 | $156.08 | $36.50 | $2,027.80 |
| 7/11/04-7/24/04 | PP 2004-16 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 7/25/04-8/7/04 | PP 2004-17 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 8/8/04-8/21/04 | PP 2004-18 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 8/22/04-9/4/04 | PP 2004-19 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 9/5/04-9/18/04 | PP 2004-20 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 9/19/04-10/2/04 | PP 2004-21 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 10/3/04-10/16/04 | PP 2004-22 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |

EXHIBIT "2"

| Date Range | PP | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/17/04-10/30/04 | PP 2004-23 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 10/31/04-11/13/04 | PP 2004-24 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 11/14/04-11/27/04 | PP 2004-25 | $2,517.44 | $20.14 | $151.05 | $125.87 | $156.08 | $36.50 | $2,027.80 |
| 11/28/04-12/11/04 | PP 2004-26 | $2,517.44 | $20.14 | $151.05 | $125.87 | $156.08 | $36.50 | $2,027.80 |
| 12/12/04-12/25/04 | PP 2005-01 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 12/26/04-1/8/05 | PP 2005-02 | $2,295.04 | $18.36 | $137.70 | $114.75 | $142.29 | $33.28 | $1,848.66 |
| 1/9/05-1/22/05 | PP 2005-03 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 1/23/05-2/5/05 | PP 2005-04 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 2/06/05-2/19/05 | PP 2005-05 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 2/20/05-3/5/05 | PP 2005-06 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 3/6/05-3/19/05 | PP 2005-07 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 3/20/05-4/2/05 | PP 2005-08 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 4/3/05-4/16/05 | PP 2005-09 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 4/17/05-4/30/05 | PP 2005-10 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 5/1/05-5/14/05 | PP 2005-11 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 5/15/05-5/28/05 | PP 2005-12 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 5/29/05-6/11/05 | PP 2005-13 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 6/12/05-6/25/05 | PP 2005-14 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 6/26/05-7/9/05 | PP 2005-15 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 7/10/05-7/23/05 | PP 2005-16 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 7/24/05-8/6/05 | PP 2005-17 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 8/7/05-8/20/05 | PP 2005-18 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 8/21/05-9/3/05 | PP 2005-17 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 9/4/05-9/17/05 | PP 2005-18 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 9/18/05-10/1/05 | PP 2005-19 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 10/2/05-10/15/05 | PP 2005-20 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 10/16/05-10/29/05 | PP 2005-21 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 10/30/05-11/12/05 | PP 2005-22 | $2,593.38 | $20.75 | $155.60 | $129.67 | $160.79 | $37.60 | $2,088.97 |
| 11/13/05-11/26/05 | PP 2005-23 | $2,593.38 | $20.75 | $155.60 | $129.67 | $160.79 | $37.60 | $2,088.97 |
| 11/27/05-12/10/05 | PP 2005-24 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 12/11/05-12/24/05 | PP 2005-25 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 12/25/05-1/7/06 | PP 2005-26 | $2,364.28 | $18.91 | $141.86 | $118.21 | $146.59 | $34.28 | $1,904.43 |
| 1/8/06-1/21/06 | PP 2006-01 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| 1/22/06-2/4/06 | PP 2006-02 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| 2/5/06-2/19/06 | PP 2006-03 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| 2/19/06-3/4/06 | PP 2006-04 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| 3/5/06-3/18/06 | PP 2006-05 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |

NFC

| | Date Range | PP | Cash Award | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3/19/06-4/1-06 | PP 2006-06 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 4/2/06-4/15/06 | PP 2006-07 | $488.00 | $0.00 | $29.28 | $24.40 | $30.26 | $7.08 | $396.98 |
| | 4/16/06-4/29/06 | PP 2006-08 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 4/30/06-5/13/06 | PP 2006-09 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 5/14/06-5/27/06 | PP 2006-10 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 5/28/06-6/10/06 | PP 2006-11 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 6/11/06-6/24/06 | PP 2006-12 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 6/25/06-7/08/06 | PP 2006-13 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 7/9/06-7/22/06 | PP 2006-14 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 7/23/06-8/5/06 | PP 2006-15 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 8/6/06-8/19/06 | PP 2006-16 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 8/20/06-9/2/06 | PP 2006-17 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 9/3/06-9/16/06 | PP 2006-18 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 9/17/06-9/30/06 | PP 2006-19 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 10/01/06-10/14/06 | PP 2006-20 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 10/15/06-10/28/06 | PP 2006-21 | $2,413.88 | $19.31 | $144.83 | $132.39 | $164.16 | $38.39 | $2,132.79 |
| | 10/29/06-11/11/06 | PP 2006-22 | $2,647.78 | $21.18 | $158.87 | $132.39 | $164.16 | $38.39 | $2,132.79 |
| | 11/12/06-11/25/06 | PP 2006-23 | $2,647.78 | $21.18 | $158.87 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 11/26/06-12/09/06 | PP 2006-24 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 12/10/06-12/23/06 | PP 2006-25 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 12/24/06-1/6/07 | PP 2006-26 | $2,413.88 | $19.31 | $144.83 | $120.69 | $149.66 | $35.00 | $1,944.39 |
| | 1/7/07-1/20/07 | PP 2007-01 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| Cash Award | 1/21/07-2/3/07 | PP 2007-02 | $500.00 | $0.00 | $30.00 | $25.00 | $31.00 | $7.25 | $406.75 |
| | 2/4/07-2/17/07 | PP 2007-03 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 2/18/07-3/3/07 | PP 2007-04 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 3/4/07-3/17/07 | PP 2007-05 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 3/18/07-3/31/07 | PP 2007-06 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 4/1/07-4/14/07 | PP 2007-07 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 4/15/07-4/28/07 | PP 2007-08 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 4/29/07-5/12/07 | PP 2007-09 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 5/13/07-5/26/07 | PP 2007-10 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 5/27/07-6/09/07 | PP 2007-11 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 6/10/07-6/23/07 | PP 2007-12 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| | 6/24/07-7/7/07 | PP 2007-13 | $2,693.06 | $21.54 | $161.58 | $134.65 | $166.97 | $39.05 | $2,169.27 |
| | 7/08/07-7/21/07 | PP 2007-14 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |

| Pay Period Dates | Pay Period | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/22/07-8/04/07 | PP 2007-15 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 8/5/07-8/18/07 | PP 2007-16 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 8/19/07-9/1/07 | PP 2007-17 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 9/2/07-9/15/07 | PP 2007-18 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 9/16/07-9/29/07 | PP 2007-19 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 9/30/07-10/13/07 | PP 2007-20 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 10/14/07-10/27/07 | PP 2007-21 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 10/28/07-11/10/07 | PP 2007-22 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 11/11/07-11/24/07 | PP 2007-23 | $2,693.06 | $21.54 | $161.58 | $134.65 | $166.97 | $39.05 | $2,169.27 |
| 11/25/07-12/08/07 | PP 2007-24 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 12/9/07-12/22/07 | PP 2007-25 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 12/23/07-1/5/08 | PP 2007-26 | $2,455.16 | $19.64 | $147.31 | $122.76 | $152.22 | $35.60 | $1,977.63 |
| 1/6/08-1/19/08 | PP 2007-01 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| 1/20/08-2/2/08 | PP 2008-02 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| Cash Award | | $1,000.00 | $0.00 | $60.00 | $50.00 | $62.00 | $14.50 | $813.50 |
| 2/3/08-2/16/08 | PP 2008-03 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| 2/17/08-3/1/08 | PP 2008-04 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| 3/2/08-3/15/08 | PP 2008-05 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| 3/16/08-3/29/08 | PP 2008-06 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| 3/30/08-4/12/08 | PP 2008-07 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| 4/13/08-4/26/08 | PP 2008-08 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| 4/27/08-5/10/08 | PP 2008-09 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| 5/11/08-5/24/08 | PP 2008-10 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| 5/25/08-6/7/08 | PP 2008-11 | $2,517.08 | $20.14 | $151.02 | $125.85 | $156.06 | $36.50 | $2,027.51 |
| Totals | | $288,432.71 | $2,291.42 | $17,305.89 | $14,421.40 | $17,882.89 | $4,182.24 | $232,348.87 |

[Note-For PP 2003-21 thru the first half of -23, pay is the difference in salary based on promotion effective 10/19/03; from the last half of -23 forward, pay is at the higher H band level with all comparability increases and performance awards included. Premium pay is included for all holidays that fell on a scheduled work day and night differential for 32 hours a pay period based on the schedule worked at the time of separation (Wednesday thru Saturday, 10 hrs a day, 4, at the night differential rate).  The net is estimated based on standard deductions for Retirement (.8%), Social Security (6.2%), Medicare (1.45%), and Federal and State Taxes (at the withholding rate at the time of separation).]