# EXHIBIT "3"

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Raymond Ware Case | | 10/19/03 to 6/7/08 | | | | |
| 2 | | | Lost Pay (Retro Payroll Calc Summary Sheet) | (Prev Col D + Prev Col G + Col C) | | (Col E/26) | (Col D x Col F) |
| 3 | PP Dates | PP | | Cumulative Loss | PJ Int Rate | PJ Int Rate/26 | Lost Interest for PP |
| 4 | 10/19/03-11/1/03 | 2003-23 | $131.17 | $131.17 | 0.0130 | 0.000500 | $0.07 |
| 5 | 11/02/03-11/15/03 | 2003-24 | $129.94 | $261.18 | 0.0135 | 0.000519 | $0.14 |
| 6 | 11/16/03-11/29/03 | 2003-25 | $1,047.60 | $1,308.91 | 0.0136 | 0.000523 | $0.68 |
| 7 | 11/30/03-12/13/03 | 2003-26 | $1,791.52 | $3,101.12 | 0.0137 | 0.000527 | $1.63 |
| 8 | 12/14/03-12/27/03 | 2004-01 | $1,965.11 | $5,067.86 | 0.0131 | 0.000504 | $2.55 |
| 9 | 12/28/03-1/10/04 | 2004-02 | $1,965.11 | $7,035.52 | 0.0129 | 0.000496 | $3.49 |
| 10 | 1/11/04-1/24/04 | 2004-03 | $2,027.80 | $9,066.81 | 0.0129 | 0.000496 | $4.50 |
| 11 | 1/25/04-2/7/04 | 2004-04 | $1,848.66 | $10,919.97 | 0.0125 | 0.000481 | $5.25 |
| 12 | 2/8/04-2/21/04 | 2004-05 | $1,848.66 | $12,773.88 | 0.0128 | 0.000492 | $6.29 |
| 13 | 2/22/04-3/6/04 | 2004-06 | $1,848.66 | $14,628.83 | 0.0123 | 0.000473 | $6.92 |
| 14 | 3/7/04-3/20/04 | 2004-07 | $1,848.66 | $16,484.41 | 0.0123 | 0.000473 | $7.80 |
| 15 | 3/21/04-4/3/04 | 2004-08 | $1,848.66 | $18,340.87 | 0.0123 | 0.000473 | $8.68 |
| 16 | 4/4/04-4/17/04 | 2004-09 | $1,848.66 | $20,198.21 | 0.0141 | 0.000542 | $10.95 |
| 17 | 4/18/04-5/1/04 | 2004-10 | $1,848.66 | $22,057.82 | 0.0155 | 0.000596 | $13.15 |
| 18 | 5/2/04-5/15/04 | 2004-11 | $1,848.66 | $23,919.63 | 0.0183 | 0.000704 | $16.84 |
| 19 | 5/16/04-5/29/04 | 2004-12 | $1,848.66 | $25,785.13 | 0.0192 | 0.000738 | $19.04 |
| 20 | 5/30/04-6/12/04 | 2004-13 | $1,848.66 | $27,652.83 | 0.0207 | 0.000796 | $22.02 |
| 21 | 6/13/04-6/26/04 | 2004-14 | $1,848.66 | $29,523.50 | 0.0222 | 0.000854 | $25.21 |
| 22 | 6/27/04-7/10/04 | 2004-15 | $2,027.80 | $31,576.51 | 0.0214 | 0.000823 | $25.99 |
| 23 | 7/11/04-7/24/04 | 2004-16 | $1,848.66 | $33,451.16 | 0.0212 | 0.000815 | $27.28 |
| 24 | 7/25/04-8/7/04 | 2004-17 | $1,848.66 | $35,327.10 | 0.0216 | 0.000831 | $29.35 |
| 25 | 8/8/04-8/21/04 | 2004-18 | $1,848.66 | $37,205.11 | 0.0199 | 0.000765 | $28.48 |
| 26 | 8/22/04-9/4/04 | 2004-19 | $1,848.66 | $39,082.24 | 0.0203 | 0.000781 | $30.51 |
| 27 | 9/5/04-9/18/04 | 2004-20 | $1,848.66 | $40,961.42 | 0.0210 | 0.000808 | $33.08 |
| 28 | 9/19/04-10/2/04 | 2004-21 | $1,848.66 | $42,843.16 | 0.0220 | 0.000846 | $36.25 |
| 29 | 10/3/04-10/16/04 | 2004-22 | $1,848.66 | $44,728.07 | 0.0224 | 0.000862 | $38.53 |
| 30 | 10/17/04-10/30/04 | 2004-23 | $1,848.66 | $46,615.27 | 0.0227 | 0.000873 | $40.70 |

EXHIBIT "3"

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Raymond Ware Case | | 10/19/03 to 6/7/08 | | | | |
| 2 | | | | | | (Col E/26) | (Col D x Col F) |
| 3 | PP Dates | PP | Lost Pay (Retro Payroll Calc Summary Sheet) | (Prev Col D + Prev Col G + Col C) Cumulative Loss | PJ Int Rate | PJ Int Rate/26 | Lost Interest for PP |
| 31 | 10/31/04-11/13/04 | 2004-24 | $1,848.66 | $48,504.63 | 0.0247 | 0.000950 | $46.08 |
| 32 | 11/14/04-11/27/04 | 2004-25 | $2,027.80 | $50,578.51 | 0.0260 | 0.001000 | $50.58 |
| 33 | 11/28/04-12/11/04 | 2004-26 | $1,848.66 | $52,477.74 | 0.0262 | 0.001008 | $52.88 |
| 34 | 12/12/04-12/25/04 | 2005-01 | $2,027.80 | $54,558.43 | 0.0271 | 0.001042 | $56.87 |
| 35 | 12/26/04-1/8/05 | 2005-02 | $1,848.66 | $56,463.95 | 0.0282 | 0.001085 | $61.24 |
| 36 | 1/9/05-1/22/05 | 2005-03 | $1,904.43 | $58,429.62 | 0.0287 | 0.001104 | $64.50 |
| 37 | 1/23/05-2/5/05 | 2005-04 | $1,904.43 | $60,398.55 | 0.0295 | 0.001135 | $68.53 |
| 38 | 2/6/05-2/19/05 | 2005-05 | $1,904.43 | $62,371.51 | 0.0305 | 0.001173 | $73.17 |
| 39 | 2/20/05-3/5/05 | 2005-06 | $1,904.43 | $64,349.11 | 0.0320 | 0.001231 | $79.20 |
| 40 | 3/6/05-3/19/05 | 2005-07 | $1,904.43 | $66,332.74 | 0.0331 | 0.001273 | $84.45 |
| 41 | 3/20/05-4/2/05 | 2005-08 | $1,904.43 | $68,321.61 | 0.0338 | 0.001300 | $88.82 |
| 42 | 4/3/05-4/16/05 | 2005-09 | $1,904.43 | $70,314.86 | 0.0338 | 0.001300 | $91.41 |
| 43 | 4/17/05-4/30/05 | 2005-10 | $1,904.43 | $72,310.70 | 0.0333 | 0.001281 | $92.61 |
| 44 | 5/1/05-5/14/05 | 2005-11 | $1,904.43 | $74,307.74 | 0.0335 | 0.001288 | $95.74 |
| 45 | 5/15/05-5/28/05 | 2005-12 | $1,904.43 | $76,307.92 | 0.0335 | 0.001288 | $98.32 |
| 46 | 5/29/05-6/11/05 | 2005-13 | $1,904.43 | $78,310.67 | 0.0332 | 0.001277 | $100.00 |
| 47 | 6/12/05-6/25/05 | 2005-14 | $1,904.43 | $80,315.09 | 0.0340 | 0.001308 | $105.03 |
| 48 | 6/26/05-7/9/05 | 2005-15 | $1,904.43 | $82,324.55 | 0.0352 | 0.001354 | $111.45 |
| 49 | 7/10/05-7/23/05 | 2005-16 | $1,904.43 | $84,340.43 | 0.0368 | 0.001415 | $119.37 |
| 50 | 7/24/05-8/6/05 | 2005-17 | $1,904.43 | $86,364.24 | 0.0384 | 0.001477 | $127.55 |
| 51 | 8/7/05-8/20/05 | 2005-18 | $1,904.43 | $88,396.22 | 0.0390 | 0.001500 | $132.59 |
| 52 | 8/21/05-9/3/05 | 2005-17 | $1,904.43 | $90,433.25 | 0.0389 | 0.001496 | $135.30 |
| 53 | 9/4/05-9/17/05 | 2005-18 | $1,904.43 | $92,472.98 | 0.0382 | 0.001469 | $135.86 |
| 54 | 9/18/05-10/1/05 | 2005-19 | $1,904.43 | $94,513.27 | 0.0397 | 0.001527 | $144.31 |
| 55 | 10/2/05-10/15/05 | 2005-20 | $1,904.43 | $96,562.02 | 0.0414 | 0.001592 | $153.76 |
| 56 | 10/16/05-10/29/05 | 2005-21 | $1,904.43 | $98,620.20 | 0.0426 | 0.001638 | $161.59 |
| 57 | 10/30/05-11/12/05 | 2005-22 | $2,088.97 | $100,870.76 | 0.0435 | 0.001673 | $168.76 |

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 1 | Raymond Ware Case | 10/19/03 to 6/7/08 | | | | |
| 2 | | | | | | |
| 3 | PP Dates | PP | Lost Pay (Retro Payroll Calc Summary Sheet) | Cumulative Loss (Prev Col D + Prev Col G + Col C) | PJ Int Rate | PJ Int Rate/26 (Col E/26) | Lost Interest for PP (Col D x Col F) |
| 58 | 11/13/05-11/26/05 | 2005-23 | $2,088.97 | $103,128.49 | 0.0436 | 0.001677 | $172.94 |
| 59 | 11/27/05-12/10/05 | 2005-24 | $1,904.43 | $105,205.86 | 0.0435 | 0.001673 | $176.02 |
| 60 | 12/11/05-12/24/05 | 2005-25 | $1,904.43 | $107,286.31 | 0.0437 | 0.001681 | $180.32 |
| 61 | 12/25/05-1/7/06 | 2005-26 | $1,904.43 | $109,371.06 | 0.0437 | 0.001681 | $183.83 |
| 62 | 1/8/06-1/21/06 | 2006-01 | $1,944.39 | $111,499.28 | 0.0443 | 0.001704 | $189.98 |
| 63 | 1/22/06-2/4/06 | 2006-02 | $1,944.39 | $113,633.65 | 0.0460 | 0.001769 | $201.04 |
| 64 | 2/5/06-2/19/06 | 2006-03 | $1,944.39 | $115,779.08 | 0.0470 | 0.001808 | $209.29 |
| 65 | 2/19/06-3/4/06 | 2006-04 | $1,944.39 | $117,932.77 | 0.0474 | 0.001823 | $215.00 |
| 66 | 3/5/06-3/18/06 | 2006-05 | $1,944.39 | $120,092.16 | 0.0477 | 0.001835 | $220.32 |
| 67 | 3/19/06-4/1/06 | 2006-06 | $1,944.39 | $122,256.87 | 0.0482 | 0.001854 | $226.65 |
| 68 | Cash Award | | $396.98 | $122,880.49 | 0.0482 | 0.001854 | $227.80 |
| 69 | 4/2/06-4/15/06 | 2006-07 | $1,944.39 | $125,052.69 | 0.0491 | 0.001888 | $236.16 |
| 70 | 4/16/06-4/29/06 | 2006-08 | $1,944.39 | $127,233.23 | 0.0494 | 0.001900 | $241.74 |
| 71 | 4/30/06-5/13/06 | 2006-09 | $1,944.39 | $129,419.37 | 0.0501 | 0.001927 | $249.38 |
| 72 | 5/14/06-5/27/06 | 2006-10 | $1,944.39 | $131,613.14 | 0.0499 | 0.001919 | $252.60 |
| 73 | 5/28/06-6/10/06 | 2006-11 | $1,944.39 | $133,810.12 | 0.0504 | 0.001938 | $259.39 |
| 74 | 6/11/06-6/24/06 | 2006-12 | $1,944.39 | $136,013.90 | 0.0524 | 0.002015 | $274.12 |
| 75 | 6/25/06-7/08/06 | 2006-13 | $1,944.39 | $138,232.41 | 0.0527 | 0.002027 | $280.19 |
| 76 | 7/9/06-7/22/06 | 2006-14 | $1,944.39 | $140,456.99 | 0.0524 | 0.002015 | $283.07 |
| 77 | 7/23/06-8/5/06 | 2006-15 | $1,944.39 | $142,684.45 | 0.0517 | 0.001988 | $283.72 |
| 78 | 8/6/06-8/19/06 | 2006-16 | $1,944.39 | $144,912.56 | 0.0510 | 0.001962 | $284.25 |
| 79 | 8/20/06-9/2/06 | 2006-17 | $1,944.39 | $147,141.20 | 0.0507 | 0.001950 | $286.93 |
| 80 | 9/3/06-9/16/06 | 2006-18 | $1,944.39 | $149,372.52 | 0.0502 | 0.001931 | $288.40 |
| 81 | 9/17/06-9/30/06 | 2006-19 | $1,944.39 | $151,605.31 | 0.0497 | 0.001912 | $289.80 |
| 82 | 10/1/06-10/14/06 | 2006-20 | $1,944.39 | $153,839.50 | 0.0503 | 0.001935 | $297.62 |
| 83 | 10/15/06-10/28/06 | 2006-21 | $1,944.39 | $156,081.51 | 0.0507 | 0.001950 | $304.36 |
| 84 | 10/29/06-11/11/06 | 2006-22 | $2,132.79 | $158,518.66 | 0.0503 | 0.001935 | $306.67 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Raymond Ware Case | | 10/19/03 to 6/7/08 | | | | |
| 2 | | | | (Prev Col D + Prev Col G + Col C) | | (Col E/26) | (Col D x Col F) |
| 3 | PP Dates | PP | Lost Pay (Retro Payroll Calc Summary Sheet) | Cumulative Loss | PJ Int Rate | PJ Int Rate/26 | Lost Interest for PP |
| 85 | 11/12/06-11/25/06 | 2006-23 | $2,132.79 | $160,958.13 | 0.0503 | 0.001935 | $311.39 |
| 86 | 11/26/06-12/9/06 | 2006-24 | $1,944.39 | $163,213.91 | 0.0495 | 0.001904 | $310.73 |
| 87 | 12/10/06-12/23/06 | 2006-25 | $1,944.39 | $165,469.03 | 0.0496 | 0.001908 | $315.66 |
| 88 | 12/24/06-1/6/07 | 2006-26 | $1,944.39 | $167,729.09 | 0.0499 | 0.001919 | $321.91 |
| 89 | 1/7/07-1/20/07 | 2007-01 | $1,977.63 | $170,028.63 | 0.0508 | 0.001954 | $332.21 |
| 90 | Cash Award | 2007-01 | $406.75 | $170,767.59 | 0.0508 | 0.001954 | $333.65 |
| 91 | 1/21/07-2/3/07 | 2007-02 | $1,977.63 | $173,078.87 | 0.0510 | 0.001962 | $339.50 |
| 92 | 2/4/07-2/17/07 | 2007-03 | $1,977.63 | $175,396.00 | 0.0507 | 0.001950 | $342.02 |
| 93 | 2/18/07-3/3/07 | 2007-04 | $1,977.63 | $177,715.65 | 0.0505 | 0.001942 | $345.18 |
| 94 | 3/4/07-3/17/07 | 2007-05 | $1,977.63 | $180,038.46 | 0.0493 | 0.001896 | $341.38 |
| 95 | 3/18/07-3/31/07 | 2007-06 | $1,977.63 | $182,357.47 | 0.0493 | 0.001896 | $345.78 |
| 96 | 4/1/07-4/14/07 | 2007-07 | $1,977.63 | $184,680.88 | 0.0497 | 0.001912 | $353.02 |
| 97 | 4/15/07-4/28/07 | 2007-08 | $1,977.63 | $187,011.53 | 0.0493 | 0.001896 | $354.60 |
| 98 | 4/29/07-5/12/07 | 2007-09 | $1,977.63 | $189,343.77 | 0.0490 | 0.001885 | $356.84 |
| 99 | 5/13/07-5/26/07 | 2007-10 | $1,977.63 | $191,678.24 | 0.0495 | 0.001904 | $364.93 |
| 100 | 5/27/07-6/9/07 | 2007-11 | $1,977.63 | $194,020.79 | 0.0498 | 0.001915 | $371.62 |
| 101 | 6/10/07-6/23/07 | 2007-12 | $1,977.63 | $196,370.05 | 0.0498 | 0.001915 | $376.12 |
| 102 | 6/24/07-7/7/07 | 2007-13 | $2,169.27 | $198,915.44 | 0.0499 | 0.001919 | $381.76 |
| 103 | 7/8/07-7/21/07 | 2007-14 | $1,977.63 | $201,274.84 | 0.0500 | 0.001923 | $387.07 |
| 104 | 7/22/07-8/4/07 | 2007-15 | $1,977.63 | $203,639.53 | 0.0499 | 0.001919 | $390.83 |
| 105 | 8/5/07-8/18/07 | 2007-16 | $1,977.63 | $206,007.99 | 0.0483 | 0.001858 | $382.70 |
| 106 | 8/19/07-9/1/07 | 2007-17 | $1,977.63 | $208,368.32 | 0.0444 | 0.001708 | $355.83 |
| 107 | 9/2/07-9/15/07 | 2007-18 | $1,977.63 | $210,701.78 | 0.0430 | 0.001654 | $348.47 |
| 108 | 9/16/07-9/29/07 | 2007-19 | $1,977.63 | $213,027.88 | 0.0415 | 0.001596 | $340.03 |
| 109 | 9/30/07-10/13/07 | 2007-20 | $1,977.63 | $215,345.54 | 0.0417 | 0.001604 | $345.38 |
| 110 | 10/14/07-10/27/07 | 2007-21 | $1,977.63 | $217,668.55 | 0.0417 | 0.001604 | $349.11 |
| 111 | 10/28/07-11/10/07 | 2007-22 | $1,977.63 | $219,995.28 | 0.0397 | 0.001527 | $335.92 |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Raymond Ware Case | | 10/19/03 to 6/7/08 | | | | |
| 2 | | | Lost Pay (Retro Payroll Calc Summary Sheet) | (Prev Col D + Prev Col G + Col C) | | (Col E/26) | (Col D x Col F) |
| 3 | PP Dates | PP | | Cumulative Loss | PJ Int Rate | PJ Int Rate/26 | Lost Interest for PP |
| 112 | 11/11/07-11/24/07 | 2007-23 | $2,169.27 | $222,500.47 | 0.0372 | 0.001431 | $318.35 |
| 113 | 11/25/07-12/08/07 | 2007-24 | $1,977.63 | $224,796.45 | 0.0330 | 0.001269 | $285.32 |
| 114 | 12/9/07-12/22/07 | 2007-25 | $1,977.63 | $227,059.40 | 0.0328 | 0.001262 | $286.44 |
| 115 | 12/23/07-1/5/08 | 2007-26 | $1,977.63 | $229,323.47 | 0.0342 | 0.001315 | $301.65 |
| 116 | 1/6/08-1/19/08 | 2008-01 | $2,027.51 | $231,652.63 | 0.0318 | 0.001223 | $283.33 |
| 117 | 1/20/08-2/2/08 | 2008-02 | $2,027.51 | $233,963.47 | 0.0283 | 0.001088 | $254.66 |
| 118 | Cash Award | | $813.50 | $235,031.63 | 0.0283 | 0.001088 | $255.82 |
| 119 | 2/3/08-2/16/08 | 2008-03 | $2,027.51 | $237,314.96 | 0.0223 | 0.000858 | $203.54 |
| 120 | 2/17/08-3/1/08 | 2008-04 | $2,027.51 | $239,546.01 | 0.0210 | 0.000808 | $193.48 |
| 121 | 3/2/08-3/15/08 | 2008-05 | $2,027.51 | $241,767.00 | 0.0198 | 0.000762 | $184.11 |
| 122 | 3/16/08-3/29/08 | 2008-06 | $2,027.51 | $243,978.63 | 0.0160 | 0.000615 | $150.14 |
| 123 | 3/30/08-4/12/08 | 2008-07 | $2,027.51 | $246,156.28 | 0.0163 | 0.000627 | $154.32 |
| 124 | 4/13/08-4/26/08 | 2008-08 | $2,027.51 | $248,338.11 | 0.0188 | 0.000723 | $179.57 |
| 125 | 4/27/08-5/10/08 | 2008-09 | $2,027.51 | $250,545.19 | 0.0194 | 0.000746 | $186.95 |
| 126 | 5/11/08-5/24/08 | 2008-10 | $2,027.51 | $252,759.64 | 0.0209 | 0.000804 | $203.18 |
| 127 | 5/25/08-6/7/08 | 2008-11 | $2,027.51 | $254,990.33 | 0.0216 | 0.000831 | $211.84 |
| 128 | TOTALS | | $232,348.87 | | | | $22,853.30 |