


cc: HG
lek

Case 1:04-cv-00671-HG-LEK   Document 248   Filed 06/26/2008   Page 1 of 2



**ORIGINAL**

DAPHNE E. BARBEE   #2911
Attorney at Law
Suite 1909, Century Square
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 26 2008

at 3 o'clock and 20 min P M.
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG/LEK |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S SUPPLEMENTAL** |
| ) | **MEMORANDUM TO INCLUDE** |
| vs. ) | **ADDITIONAL ATTORNEY'S** |
| ) | **FEES AND COSTS;** |
| MICHAEL CHERTOFF, Secretary, ) | **DECLARATION OF COUNSEL;** |
| Department of Homeland Security; ) | **EXHIBITS A-B; CERTIFICATE OF** |
| JOHN DOES 2-5, ) | **SERVICE** |
| ) | |
| Defendants. ) | Judge: Helen Gillmor |
| ) | U.S. Magistrate Judge:  Leslie |
| ) | Kobayashi |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM TO
INCLUDE ADDITIONAL ATTORNEY'S FEES AND COSTS**

COMES NOW, Plaintiff RAYMOND WARE, by and through his attorney, Daphne E. Barbee, and hereby submits supplemental attorney's fees and costs in the above-entitled matter for inclusion in the Motion for Attorney's Fees previously filed on April 7, 2008, pursuant to Local Rule 54.3. The amount of supplemental attorney's fees sought herein is $4,580.63 and the amount of related

nontaxable expenses sought herein is $53.80.

DATED: Honolulu, Hawaii        6-26-08

_____
DAPHNE E. BARBEE
Attorney for Plaintiff