IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG/LEK |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| JOHN DOES 2-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF COUNSEL

DAPHNE E. BARBEE declares under penalty of perjury as follows:

1. Declarant is the attorney of record for Raymond Ware in the above-entitled matter.

2. Plaintiff previously submitted a Motion for Attorney's Fees and Nontaxable Costs on April 7, 2008. This matter has been briefed and presented to the Magistrate Court for consideration.

3. Since the date of submission of the attorney's fees and costs in April 2008, there has been additional memorandum and hearings in the instant case which were not billed for.

4. Declarant submits <u>Exhibit A</u>, an itemized statement of the additional attorney's fees and costs sought in this matter for a total amount of $4,375.00.

5. Declarant has further incurred the amount of $53.80 in costs (faxes, printing costs, and copying charges) which are itemized in <u>Exhibit B</u>.

6. Declarant requests that this Court add the additional attorney's fees to any attorney fee award given in this matter.

7. Declarant requests that this Court grant additional costs in the amount of $53.80, in addition to the costs of $1,651.06 which have been previously approved by the Clerk of the Court and filed on April 7, 2008.

FURTHER DECLARANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii      6-26-08

DAPHNE E. BARBEE
Attorney for Plaintiff