**EXHIBIT A**
## SUPPLEMENTAL ITEMIZATION OF DAPHNE E. BARBEE'S ATTORNEY'S FEES
### Ware v. Chertoff, Civil No. 04-00671 HG/LEK

| Date: | Work Description: | Hours: |
|---|---|---|
| 5-5-08 | Prep for Settlement Conference, Legal Research | 1.0 |
| 5-7-07 | Client Conference | .5 |
| 5-8-08 | Settlement Conference | 1.0 |
| 5-8-08 | Client Conference | .5 |
| 5-12-08 | Settlement Conference | .5 |
| 5-27-08 | Client Conference | .5 |
| 5-28-08 | Review Memorandum in Opposition to Back Pay | 1.5 |
| 5-30-08 | Draft Reply Memorandum | 2.5 |
| 6-19-08 | Review Defendant's Supplemental Memorandum | 1.0 |
| 6-19-08 | Client Consultation | .5 |
| 6-19-08 | Prepared for Hearing | 2.0 |
| 6-20-08 | Hearing on Motion to Amend Judgment with Back Pay and for Reinstatement | 1.0 |

**TOTAL HOURS** ............... **12.5**
**x $350.00/hour** ............... **$4,375.00**
**x 4.7 GE Tax** ............... **$205.63**
**TOTAL AMOUNT** ............... **$4,580.63**

# EXHIBIT A