**EXHIBIT B**

**SUPPLEMENTAL LITIGATION COSTS**
**Ware v. Chertoff, Civil No. 04-00671 HG/LEK**

| | |
|---|---|
| Long Distance Fax | $25.00 |
| Printing | $12.00 |

Copying Charges:

| Document | Pages | Amount |
|---|---|---|
| | | (Pgs x # copies x 15¢) |
| Reply to Defendant's Memorandum in Opposition to Back Pay | 28 pages, 4 copies | $16.80 |

**TOTAL AMOUNT .......... $53.80**

EXHIBIT B