# MINUTES

CASE NUMBER:     CIVIL NO. 04-00671HG-LEK

CASE NAME:     Raymond Ware vs. Michael Chertoff, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi     REPORTER:

DATE:    06/27/2008     TIME:

---

COURT ACTION:  EO:    The Court is in receipt of Plaintiff Raymond Ware's ("Plaintiff") Supplemental Memorandum to Include Additional Attorney's Fees and Costs, filed June 26, 2008.  Defendant Michael Chertoff, Secretary, Department of Homeland Security ("Defendant"), shall file his response, if any, by **Thursday, July 3, 2008**.  No reply will be permitted.  The Court will take the matter under advisement thereafter.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager