EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER     5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE,           )<br>                         )<br>          Plaintiff,   )<br>                         )<br>     v.                  )<br>                         )<br>MICHAEL CHERTOFF, Secretary, )<br>DEPARTMENT OF HOMELAND   )<br>SECURITY,                )<br>                         )<br>          Defendant.    )<br>_____) | CIVIL NO. 04-00671 HG LEK<br><br>DEFENDANT'S REVISED<br>CALCULATIONS OF BACK PAY<br>AND ANNUAL AND SICK LEAVE;<br>EXHIBIT "4"; CERTIFICATE OF<br>SERVICE |

DEFENDANT'S REVISED CALCULATIONS
OF BACK PAY AND ANNUAL AND SICK LEAVE

Defendant Michael Chertoff, by and through his undersigned counsel, hereby submits the revised calculations required by this court's Order of June 20, 2008. A spreadsheet containing the calculations is attached hereto as Exhibit 4. The spreadsheet calculates the lost pay through Pay Period 11, which ends June 7, 2008. The calculations should reflect an additional three pay periods, through July 19, 2008, with a net loss of $2687.65,

6 hours annual leave and four hours sick leave per pay period. Adding these figures to those on the spreadsheet reflects a total loss of $316,697.14 in back pay, 677.5 hours of annual leave and 538.5 hours of sick leave.

Applying the terms and conditions of the Order produce the following results. Plaintiff should be awarded $334,071.63 in back pay and interest ($316,697.14 back pay plus $31,669.71 in interest, minus $13,906 mitigation earnings and $389.22 in annual leave reimbursement (as explained in the next paragraph)). The leave calculations show that plaintiff should be awarded 677.5 hours of annual leave[1] and 526.5 hours of sick leave.

The annual leave figure includes 19.5 hours which plaintiff cashed in for $389.22 when he left federal employment in December 2003. Because plaintiff is being restored to duty status for the period beginning October 19, 2003, he is not entitled to cash in the leave amount. Accordingly, the calculations show an annual

//
//
//
//
//
//

---

[1] Plaintiff should be aware that any unused leave balance above 240 hours at the end of the calendar year will be forfeited pursuant to 5 U.S.C. 6304.

leave balance that shows the 19.5 hours restored, and a back pay award that deducts the cash plaintiff received for the hours.

    DATED: June 30, 2008, at Honolulu, Hawaii

                                    EDWARD H. KUBO, JR.
                                    United States Attorney
                                    District of Hawaii

                                      /s/ Thomas A. Helper
                              By _____
                                    THOMAS A. HELPER
                                    Assistant U.S. Attorney

                              Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>:
Daphne E. Barbee, Esq.        June 30, 2008
desekmet@aloha.net

DATED: June 30, 2008, at Honolulu, Hawaii.

/s/ Myra Peterson
_____