# EXHIBIT "4"

## Retro Payroll Calc Summary Sheet

**Employee Information**
Employee's Name: Raymond Ware/xxx-xx-4947
Gross to Net Pay Estimate



| FAA | | | Deductions | | | | | | Leave | |
|---|---|---|---|---|---|---|---|---|---|---|
| PP | Gross | Retirement | Federal | State | Soc Sec | Medicare | Net | | AL | SL |
| PP 2003-23 | $838.68 | $5.24 | $49.94 | $45.89 | $41.84 | $9.79 | $685.98 | | 19.5 | 50.5 |
| PP 2003-24 | $830.89 | $5.24 | $49.36 | $45.36 | $41.36 | $9.67 | $679.90 | | 4.0 | 4.0 |
| PP 2003-25 | $2,042.39 | $10.99 | $126.33 | $116.09 | $105.84 | $24.75 | $1,658.39 | | 4.0 | 4.0 |
| PP 2003-26 | $2,905.24 | $18.02 | $173.33 | $159.27 | $145.22 | $33.96 | $2,375.44 | | 4.0 | 4.0 |
| PP 2004-01 | $3,186.74 | $18.02 | $194.16 | $178.41 | $162.67 | $38.04 | $2,595.44 | | 4.0 | 4.0 |
| PP 2004-02 | $3,186.74 | $18.02 | $194.16 | $178.41 | $162.67 | $38.04 | $2,595.44 | | 4.0 | 4.0 |
| PP 2004-03 | $3,288.62 | $18.59 | $200.36 | $184.12 | $167.87 | $39.26 | $2,678.42 | | 4.0 | 4.0 |
| PP 2004-04 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-05 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-06 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-07 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-08 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-09 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-10 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-11 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-12 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-13 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-14 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-15 | $3,288.62 | $18.59 | $200.36 | $184.12 | $167.87 | $39.26 | $2,678.42 | | 4.0 | 4.0 |
| PP 2004-16 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-17 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-18 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-19 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-20 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-21 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-22 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-23 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-24 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | | 4.0 | 4.0 |
| PP 2004-25 | $3,288.62 | $18.59 | $200.36 | $184.12 | $167.87 | $39.26 | $2,678.42 | | 4.0 | 4.0 |

**EXHIBIT "4"**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PP 2004-26 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | 4.0 | 4.0 |
| PP 2005-01 | $3,288.62 | $18.59 | $200.36 | $184.12 | $167.87 | $39.26 | $2,678.42 | 4.0 | 4.0 |
| PP 2005-02 | $2,998.12 | $18.59 | $178.87 | $164.36 | $149.86 | $35.05 | $2,451.39 | 4.0 | 4.0 |
| PP 2005-03 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 4.0 | 4.0 |
| PP 2005-04 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 4.0 | 4.0 |
| PP 2005-05 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 4.0 | 4.0 |
| PP 2005-06 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 4.0 | 4.0 |
| PP 2005-07 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 4.0 | 4.0 |
| PP 2005-08 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 4.0 | 4.0 |
| PP 2005-09 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 4.0 | 4.0 |
| PP 2005-10 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-11 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-12 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-13 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-14 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-15 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-16 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-17 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-17 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-18 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-19 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-20 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-21 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-22 | $3,386.88 | $19.15 | $206.35 | $189.62 | $172.89 | $40.43 | $2,758.44 | 6.0 | 4.0 |
| PP 2005-23 | $3,386.88 | $19.15 | $206.35 | $189.62 | $172.89 | $40.43 | $2,758.44 | 6.0 | 4.0 |
| PP 2005-24 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-25 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2005-26 | $3,087.68 | $19.15 | $184.21 | $169.27 | $154.34 | $36.09 | $2,524.62 | 6.0 | 4.0 |
| PP 2006-01 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-02 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-03 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-04 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-05 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-06 | $510.00 | $0.00 | $37.74 | $34.68 | $31.62 | $7.40 | $398.56 | 6.0 | |
| PP 2006-07 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |

NFC

Cash Award

| | | | | | | | Cash Award | | |
|---|---|---|---|---|---|---|---|---|---|
| PP 2006-08 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-09 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-10 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-11 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-12 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-13 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-14 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-15 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-16 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-17 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-18 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-19 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-20 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-21 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-22 | $3,458.42 | $19.55 | $210.71 | $193.62 | $176.54 | $41.29 | $2,816.71 | 6.0 | 4.0 |
| PP 2006-23 | $3,458.42 | $19.55 | $210.71 | $193.62 | $176.54 | $41.29 | $2,816.71 | 6.0 | 4.0 |
| PP 2006-24 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-25 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2006-26 | $3,152.92 | $19.55 | $188.10 | $172.85 | $157.60 | $36.86 | $2,577.96 | 6.0 | 4.0 |
| PP 2007-01 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-01 | $500.00 | $0.00 | $37.00 | $34.00 | $31.00 | $7.25 | $390.75 | | 4.0 |
| PP 2007-02 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-03 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-04 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-05 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-06 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-07 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-08 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-09 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-10 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-11 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-12 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-13 | $3,517.22 | $19.88 | $214.29 | $196.92 | $179.54 | $41.99 | $2,864.60 | 6.0 | 4.0 |
| PP 2007-14 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-15 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-16 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-17 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PP 2007-18 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-19 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-20 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-21 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-22 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-23 | $3,517.22 | $19.88 | $214.29 | $196.92 | $179.54 | $41.99 | $2,864.60 | 6.0 | 4.0 |
| PP 2007-24 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-25 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2007-26 | $3,206.52 | $19.88 | $191.30 | $175.79 | $160.28 | $37.48 | $2,621.79 | 6.0 | 4.0 |
| PP 2008-01 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-02 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-02 Cash Award | $1,000.00 | $0.00 | $74.00 | $68.00 | $62.00 | $14.50 | $781.50 | | |
| PP 2008-03 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-04 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-05 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-06 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-07 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-08 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-09 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-10 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| PP 2008-11 | $3,287.08 | $20.38 | $196.11 | $180.21 | $164.30 | $38.43 | $2,687.65 | 6.0 | 4.0 |
| Totals | $377,727.60 | $2,306.13 | $22,619.15 | $20,784.98 | $18,951.14 | $4,432.01 | $308,634.19 | 659.5 | 526.5 |

[Note-For PP 2003-21 thru the first half of -23, pay is the difference in salary based on promotion effective 10/19/03; from the last half of -23 forward, pay is at the higher H band level with all comparability increases and performance awards included. Premium pay is included for all holidays that fell on a scheduled work day and night differential for 32 hours a pay period based on the schedule worked at the time of separation (Wednesday thru Saturday, 10 hrs a day, 4, at the night differential rate). The net is estimated based on standard deductions for Retirement (.8%), Social Security (6.2%), Medicare (1.45%), and Federal and State Taxes (at the withholding rate at the time of separation). The calculations are based on a starting basic salary of $47,000; COLA is not subject to taxes.]

[Note on Leave-Mr. Ware was paid $389.22 in FAA PP 2004-11 for 19.5 hrs of unused annual leave which needs to be repaid and the leave credited to him because the payment of the cash value of annual leave is only available to former employees. Also, he would have accrued additional annual and at 4 hours a PP until FAA PP 2005-10 when he would begin earning 6 hrs of annual, a PP. Recrediting the 19.5 hrs of annual and 50.5 hrs of sick leave, Mr. Ware would have a total of 659.5 hrs of annual (306 current/353.5 restored) and 526.5 hrs of sick leave at the end of PP 2008-11 (6-7-08).]

[Note on TSP-Mr. Ware was not contributing to TSP at the time of separation, but was receiving 1% of his basic salary for which he would have become vested in (assuming continuous service) in PP 2005-10. The government contribution from 10-19-03 through 6-7-08 would be $2,340.61 + the $365.87 which the government had contributed up to 10-19-03 for a total TSP government contribution of $2,706.48.]