# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00671HG-LEK |
| CASE NAME: | Raymond Ware v. Michael Chertoff in his official capacity as Secretary of the Department of Homeland Security |
| ATTY FOR PLA: | Daphne E. Barbee, Esq. |
| ATTY FOR DEFT: | Thomas A. Helper, AUSA |

JUDGE:   Helen Gillmor

DATE:    July 08, 2008

COURT ACTION:   **<u>MINUTE ORDER</u>**

The Court adopts **DEFENDANT'S REVISED CALCULATIONS OF BACK PAY AND ANNUAL LEAVE AND SICK LEAVE, (Doc. 251),** with the addition of the agreement of the parties that the 419.5 hours annual leave can be immediately used for the annual leave once Plaintiff returns to work at a projected date of July 19, 2008.

**PLAINTIFF'S OBJECTION TO DEFENDANT'S CALCULATION OF BACK PAY, (Doc. 254), is DENIED.**

The clerk is ordered to enter final judgment.

Submitted by Mary Rose Feria, Courtroom Manager