AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| Raymond Ware | **FINAL** JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00671 HG-LEK |
| V. | |
| Michael Chertoff, Secretary, Department of Homeland Security | |
| Defendant(s). | |

[✓] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.**  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff and against the defendant with fair and reasonable compensation to plaintiff for the injuries in the amount of zero, pursuant to the Verdict Form, filed on March 20, 2008.  The Court also adopts the Defendant's Revised Calculations of Back Pay and Annual Leave and Sick Leave, with the addition of the agreement of the parties that the 419.5 hours annual leave can be immediately used for the annual leave once Plaintiff returns to work at a projected date of July 19, 2008, as pursuant to the Minute Order entered on July 8, 2008 by Chief Judge Helen Gillmor.

| July 9, 2008 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/B. Aurio |
| | (By) Deputy Clerk |