DAPHNE E. BARBEE   2911
Attorney & Counselor at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-0275

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 14 2008
at 4 o'clock and 10 min. P M.
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, | CIVIL NO. 04-00671 HG/LEK |
| Plaintiff, | **MOTION TO AMEND FINAL JUDGMENT, FILED ON JULY 9, 2008; DECLARATION OF COUNSEL; EXHIBITS 1 AND 2; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JOHN DOES 2-5, | |
| Defendants. | |
| | **JUDGE:   Hon. Helen Gillmor** |

**MOTION TO AMEND FINAL JUDGMENT, FILED ON JULY 9, 2008**

COMES NOW, Daphne E. Barbee, attorney for Plaintiff in the above-entitled matter and requests that this Court amend the Final Judgment, which was filed July 9, 2008, to include that Defendant shall pay $5,314.51 in medical expenses to Plaintiff, pursuant to minute order dated June 20, 2008.

This motion is made pursuant to Rule 60 Federal Rules of Civil Procedure, and is based upon the files, records and minutes orders in this case and the attached Declaration of Counsel and Exh. 1 and 2.

DATED: Honolulu, Hawaii, 7-14-08.

_____
DAPHNE E. BARBEE
Attorney at Law