EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER    5676
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | DEFENDANT'S STATEMENT OF NO |
| ) | OPPOSITION TO PLAINTIFF'S |
| v. ) | MOTION TO AMEND FINAL |
| ) | JUDGMENT; CERTIFICATE OF |
| MICHAEL CHERTOFF, Secretary, ) | SERVICE |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

DEFENDANT'S STATEMENT OF NO OPPOSITION
TO PLAINTIFF'S MOTION TO AMEND FINAL JUDGMENT

Defendant MICHAEL CHERTOFF, Secretary, DEPARTMENT OF

HOMELAND SECURITY, by and through its undersigned attorneys,

Edward H. Kubo, Jr., the United States Attorney for the District

of Hawaii and Assistant United States Attorney Thomas A. Helper,

hereby states that it has no opposition to Plaintiff's Motion to Amend Final Judgment, filed on July 14, 2008.

DATED: July 15, 2008, Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> /s/ Thomas A. Helper
>
> By_____
>   THOMAS A. HELPER
>   Assistant U.S. Attorney
>
> Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND WARE, ) | CIVIL NO. 04-00671 HG LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served Electronically through CM/ECF:

    Daphne Barbee                July 15, 2008
    desekmet@aloha.net

DATED: July 15, 2008, at Honolulu, Hawaii.

                          /s/ Thomas A. Helper
                          _____