AO 450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

Raymond Ware

**AMENDED FINAL** JUDGMENT
IN A CIVIL CASE

Plaintiff(s),

Case: CV 04-00671 HG-LEK

V.

Michael Chertoff,
Secretary, Department of
Homeland Security

Defendant(s).

[✓] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.**  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff and against the defendant with fair and reasonable compensation to plaintiff for the injuries in the amount of zero, pursuant to the Verdict Form, filed on March 20, 2008.  In the Court's June 20, 2008 Minute Order, Defendant was ordered to pay Plaintiff $5,314.51 in medical expenses.  The Court adopts the Defendant's Revised Calculations of Back Pay and Annual Leave and Sick Leave filed on June 30, 2008 (Doc. 251) with the addition of the agreement of the parties that the 419.5 hours annual leave can be immediately used for the annual leave once Plaintiff returns to work at a projected date of July 19, 2008, as pursuant to the Minute Order entered on July 8, 2008 by Chief Judge Helen Gillmor.

| July 15, 2008 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/B. Aurio |
| | (By) Deputy Clerk |