IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMOND WARE, | ) | CIVIL 04-00671 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| Secretary, Department of | ) | |
| Homeland Security; JOHN | ) | |
| DOES 2-5, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on June 27, 2008 and no objections having been filed by any party,

//

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master on Plaintiff's Motion for Attorney's Fees and Related Non-Taxable Costs," Document Number 249, is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: August 12, 2008, Honolulu, Hawaii.



                                  **/s/ Helen Gillmor**

                                  Chief United States District Judge